RIDER A

LIST OF ADDITIONAL PLAINTIFFS

YAAKOV CHANANEL ZAIDENBERG; MIRIAM TSHUVA; MENI BEN MOSHE; MATAN PARNAS; TAMAR EREZ; GILA COHEN; YONATAN YOSEF; SHACHAR COHEN; VARDA MOR; RONEN DAHARI; ADI ILI; ALEX NISANOV; MOSHE ISRAEL; AMITAY ARUSI; RINA SHARUT; KFIR DARHANI; MEGY AV; ISRAEL ANDRAYEV; VARDA GUETA; JANET MORDOV; NECHEMIA CARMIEL; MACHMAN EIRINBERG; UZI GOTSHTAT; ADI HANAYA; INBAL KASLASAH; SHLOMI COHEN; MOSHE MENTAL; SHARON BAREL; SHIRA SHWARTZ; ROTEM KUDEDA; PATRIZIA STEINHAUS; IDAN KRILKER; AMIT OMNESKY; EINAT VAYMAN; NICK HENRY; ELI MIMRAN; LIAD SHEMESH; PINHAS ARDEL; IRINA GERTZBEIN; SNIR DAVIDI; ANTONINA KELER LEVITAN; EITAN HERSHKO; GONY FRANKEL; MOSHE SIGALIT MOSHE; HAIM MERIZAN; ELIAV ELGRABLI; HADAR YAHAV; YANIV EDRY; BOAZ COHEN; ADI SHALEV; BARRY INVINDER; ZOHAR MAAYAN; TZVI RIVKIN; NETANEL LUZON; YAGAL TOLEDANO; NILI ZIGREICH; SHIRAN MYMON; ELYASAF COHEN; IDAN MOSHE; GOLAN SHARON; DANIEL ORON; AHARON NIEDERMAN; RACHEL BERG; REVITAL MIZRACHI; YEHUDIT SASSON; TZIPI BEN YAACOV; ELLA YAROVITZKY; ARIEL WEINER; MIRA SIVAN; OREN ASSEL; DOLEV RAVID; RINA OZ SHWARTZ; LIOR AMRAM; IDAN SHOCHAT; TOM HAI BENBENISTI; DAVID YASSU; DOR KEDEM; RON FINE; OFIRA EIASH; SHAKED MAUDA; YEHUDIT LEVIN; DINA MATTIES; SMADAR MEIR; EFRAT KIZMACHER; EDGAR HESS; AKIVA EMANUEL VERSHNER; SOGHIE COHEN; GEULA KARNI; SHANI AMIEL; OFIR MHDAT; SHACHAR ROBINSON; GALIT ARAD; DANA LEVY; ERIK SHITOBY; ELIEL BEN-DAVID; ERAN MEIR WEINTROB; BENIAMYN SACHAR; MOSHE ALBILIA; RITA BUDOVSKY; DANIELLA KILINSKY; AVIEL FELDMAN; NETANEL FISHLER; SHIR HADAD; DAVID MALACHY; MIRI CAGAN; NISAN UZAN; BARAK NURIELI; TONY ANDONIS; SHAKED MIGDAL; ERAN HERMAN; YGAL GOICHMAN; MEIRAV REUVENY; IGOR KRIBORUTZKU; KEREN DIGMI; VICKTORIA GALPERIN; EFRAT BRANDEL; DANIEL SHABAG; DAVID BEN ARI; ORNA SHOLEV; SHLOMI RHEIMS; GOLAN TZADOK; SARA HALAMMSKI; STANISLAV SHABENTZKO; TOMER COHEN; SAHAR MEDELESSY; ARIEL AZULAY; ASSF KUTAY; ORI SAADYA; EILA YONA; SHELLY BAR-OR; MAXIM LEWIT; LIOR BABAYOF; NOAM SHARGORODSKY; LIAT TAPIRO; VLADIMIR ZAK; EVYATAT LICHTMAN; GALIT VIZGAN ITZKOWITZ; ORI OHANA; SHLOMO POLACZ; LILLY TREBULSY; ANAT YESHAYAHU; SHANI ELIAV; SHLOMO COHEN; YTZHAK ZION; SHAUL DAR LIN; YAFFA BEN SHUSHAN; SHLOMO WEINBERG; DALYA RAVIV; ITAMAR BEN DOR; SHACHAR YEORI; TOM DERY; ARYE HOLTZ; ERETZ NATIV; HADAS COHEN HAGAG; LAYV COHEN; YUVAL KASTELMAN ; YARDEN MATITYAHU; INBAL PORTZENAL; MOTTI KNOBEL; RAVIT PE'ER; AYA BAT AMI; DUDI LUHI; SHACHAR SULTAN; LIOR GABILY; TEHILA FRIGE; YAFIT REUVANI; IDO EFRONY; HELENA DUDOVSKY; MAZAL AMAR; ASSF LIBERTY; TALY KLOPPSTECK; YARON MAH; YOSSI TURJEMAN; GILL FIDEL; ILAN AMAR; YANIV SHIMONI; ZVIKA ZEICHEL; DANIEL DERY; ZVI ZINGER; LUEIZA KRONZILABER; DOV KFIR; RAFAEL SAVAN; SHILA ASSA; TATIANA SHMOKLERMAN; TAL ASSRAF; NELLI TAL; MOSHE DAHALION; MEIR FREILICHMAN; OFIRA ELIAV; GABRIEL BITTON; ZVIKA YFRACH; STAV COHEN; SAMI AVNISAN; AHARON KALNADAROV; NADAV SHARIFI; YOSSI VAKNIN; ZVI KLICH; OFIR CHOEN; MORDECHAY DESHKOTAHY; NETANEL SHMUEL TAL; MOSH SEMAN TOV; MICHAL BAREL; DANIEL HAR-KESEF; SOLY SAPIR; ARIELLA VAKNIN; ROMINA SERENA; DANA AVRAHAM ATARY; ELAD GAMLIEL; NILI WEIS; YEHUDA VAKNIN; ADI LIRON; AMOS ATARY; DAN KALDERON; ETTY BITTON; YEDIDIA BEHREND; BARLEV YAAKOVI; LIAT MIZRACHY; EVYATAR LAZAROVITZ; DORIN HEROUNIAN; MICHAL YOSSEF; TIRANA NACHMANI; YAAKOV ISH-YEMINI; ELI MASALA; GUY SINAI; GILAD MUTSAFY; AVIV AHARON; LIOR GADI; ADAM ARBEL; RAN ELIAHU; AYALA MIZRACHI; ANAT BOAZ; ADVA MENDOSA-LAVI; SANDRA ESTHER SEYDOF; MAYA NEVET; MATAN FREIMAN; EDNA AVISAR; RUBY MERKOVITS; SHIMSHON BOAZ; TZLIL UZANI; GALIT ABITBOUL; ERAN HURI; ANAT WEIS; NADAV SHRAGAY; OFIR BARKAN; MAYA BARKOL; AMICHAI TSHUVA; PNINA MIZRAHI; YANIV REUVEN; IDAN TOV; JENNY RACHEL; TAMAR BEN-DAVID; YARON MAZOR; MOSHE SHIMON; RAM MACHLUF; ELINAOM COHEN; LIAT YAMIN; NETANEL BARHANIN; ELHANAN BEN-ZAKEN; IDO HAMETZ; IDO HAZAN; KEREN GILADI; TALOR AVITZUR; KEREN MEIROV; GUY COHEN; DORIT COHEN; KEREN KAHATI; DOV FELDMAN; CHANOCH CARMI; LIAT DALTROPHE; UDI CARMI;

ANAELL ATELI; SHILO YONA; YANA KAPLON; RONI HODADOV; INBAL KRAMVO; BARUCH BEN YTZHAK; HEN STEIN; SARA GOLAN; SALEM MAOR; YEHIEL PEPER; ALEXANDER AMINOV; GABI SHOHAM; AMIR COHEN; ZELDA NASSI; SAPIR ALGERSI; ZVIKA KOREN; MARK PASCHOV; YEHUDA LEWIN; SHIRAN BAR; NOAM ZE'EV BEN ZVI; RONI GAD; VERED GABAY; ADI SAADYA; YOEL PERKAL; MORDECHAY GABRIEL; EREZ SWARTZ; YAAKOV KALDERON; SHLOMIT ARBEL; ISRAEL KLAUZNER; TAMAR SEGOL; SHEINA MOSHEL; RON ELZAM; ORI BARAM; OSNAT COCHAVI; MALI ADETO; NIVA BEN OMRI; DANIEL HALEVI; RAN ATLAS; EHUD ASRAF; NIV ATIAS; AVISHAI LUVITZ; EMILY AMRUSY; MAZAL ORPAZ; NOAM DAYAN; NAOR SOSONSKY; MEIRAV ATARY; HAVA NAAMA ATIAS; SHLOMI ALUS; ELINOR WESTREICH; MAYA YELINIK; ODED HOROWITZ; ZIV HEN; IDAN MEIDAN; TALI SCHNEIDER; SHAUL LILUV; HANA YRKONI; PAZ ARICHA; AMICHAI COHEN; SHIRA COHEN; YAIR GUTMAN; ZOHAR ZUR; MARINA ALUS; AVIGDOR MISKIN; SHLOMO LISS; SIVAN PILEY; AMIR LEVY; YUVAL-LI RADMI; AVI HALVA; KFIR AHARONY; NATALY SCHNIDER; EFRAT SPITZER; HAGAY STERN; MEIR ALMALIACH; AVNER LEON; ZINA GOFMAN; ELISHA EITAN; NURIEL BIURK; ILANA GOLDSTEIN; SAGI GUEZ; HAGIT AMAR; RELI ASHER; DAVID SHMUELY; HEZY ZALAIT; SHIRA PALBERT; SHMUEL COHEN; SHELLY LERNER; RONA ASSULIN; SHULAMIT AJAMI; HIBAL ITZKO; ASI YATIV; YEHIEL ZONENFELD; ORNA OHAYON; SHARON GABAY; ADI YANKO; RONA LEV COHEN; SHARON ROT; ELI PELIGMAN; MARK DULTZKY; ERAN SHILO; AVISHAG BASHARY; SAGIV BEN YASHAR; MORIYA DAFNA; HIBAT SHUIBER; SHELLY HAVIV; HAGAY WEIZEL; CHANNA FORTGANG; GIL PINHAS; YARDEN REMER; YIFTACH MORAN; ALONA ALET; NERYIA REIS; YOSEF MENASHE; CARMELA ILANI; YEHUDIT BAHALUL; REUVEN KRUMBEIN; RIVKA ZONBEND; SHAFRIRA ELYASHIV; ZVI LIDER; IVY GESNER; ALON ZAIZLER; LIDOR COHEN; DAVID AZUZ; DOV PUBRESKY; EZRA ZONBEND; NATIV ROTBERT; SAGI HAREL; CARMEL GILAD; BRINA ORIT; NAOR NAGAR; URYIA NURIEL; ZIONA SHUSTER; SIVAN GANOT SHAPIRA; ITAMAR DABUSH; YAIR TRABELSI; P ELDOR; NEHAMA DOLEV; YISHAI SULAMI; ASHER STEIMAN; BRACHA PINDAROS; YGAL GAYLER; BATYA DANIEL; SHAMAY GLICK; MINNA CHEN BENJAMIN; RUTH LAHAD; DOR SCHWARTZ; URIEL SHANY; SHAI YISHAI; TOHAR CLAUZAH; MIKA YESOD; MICHAL KEIDAR LEVY; ZIPORA PEARL; HANIV BITTON; ELI AZULAY; ARNOLD SHMAILOV; MOR KATZIR; AVIGAIL EFRATI PITON; MAZOR WIEDMAN; REBECA HIRSH; RAN ILAN; SIVAN LEVY; ROTEM HIRSH; HAIM BROSH; PELEG BRAUN; INON SHRIQI; YOSSI ADMONI; TAL COHEN; DVIR SASSON; BENNI DORON; BAT HEN MYMON; SHIRA RABIN; LITAL COHEN; GILL ALTMAN; YONI ZANO; ALINA JOBARK; BILHAH KIMHI; YAIR KELLER; ELI SHAVIT; TAMA GRAIPNER; NADAV OFIR; DAVID FORKOSH; SANDRA DEBBY; DVIR GELLER; ELIAHU GUTANDENT; GABRIEL MOSHE BODAKOV; ELEANOR AVISHAI; HANNI DORON; ALEX LEVENZON; ISRAEL BIRNSTOCK; ADAM SCHWARTZ; LIAT RAFAEL; SHLOMIT BACHAR ; RUHAMA BUKOVZA; SHILA ANCHOR; AKIVA GIGI; ADRIAN KNOBEL; BEN ZION AKERMAN; ROY ZWIBELL; NISIM HAVIV; MICHAEL OHAYON; YEHOSHUA EDRI; AMIR BABAYOF; MEIR DADON; SHMUEL GREINIMAM; ILANA SLAZNEV; YOGEV NACHSHON; YOTAM COHEN; IVY ELISAR; OFEK DAGAN; SASHI GREINIMAN; SHENAV HAIM; YOSSI BEN IVGY; YONATAN NEWMAN; TALIA HASIN; ATARA BDOLACH; SIGALIT YAAKOVI; GILAT COHEN; GILAD GREENBERG; EILON GLICK; SAPIR RUBINOV; TUFERET HADAD; GILL BERGFREUND; ASSAF MILLER; HILLEL BARAK; MALI BITON; YEHONATAN COHEN; TAMAR ITZKOVITZ; PNINAT ABERGEL; KEREN ZANA; EVA FLAYSHER; TAL ARBEL; BARUCH GLISS; NOAM WHITE; MALI CAHANA; DORON LEVY-YADID; DINE YAAKOV; TAMAR PORAT; ERAN IZENBERG; ADINA LEIBLER; LIAT LAVI; NAOM BLAU; YOSEF GOLDSHMIT; HILA WOLFSON; KOBI MOSHE; DORON SINAI; ORTAL MOSKOWITZ; EITAN NE'EMAN; ARIE KURISH; MEYA MOSHE; YEDIDIA COHEN; ARI MEIRSON; KEREN BAR; RONI LEVINE; MOSHE WOLFSON; AVI BUSKILA; MAYA MESHULAM; ISCA FATAL; MEIRAV MARVER; LILACH ROKER; AMATZIA BLOCH; IDAN OVADIA; EFRAT SHEKLAR; SHIRA-EMUNA AMSALEM; RINA DORFMAN; DAFNA BEN-SA'ADON; DEKEL DANINO; DAVID MEIROVITZ; KARIN RAVID; RUTH YEHOSHUA; ASSAF COHEN; ROEE WEISMAN; YEHUDA GANTS; ORIT IFRACH; YUVAL KADAN; AHUVA SHOHAT; YAIR BEN YAAKOV; NETAY SHRIQI; ALEXANDER KIRMEIR; MAAYAN COHEN; NETA SHILONI; ELISH SHMUELI; RACHELI GOLDFINGER; AVISHAY WHITE; ROSA KRONTAL; MOSHE BELOSTOTZKY; SARA MYMON; ITAMAR LEVY; ARIEL WOLF; TAL BEN HAMO; SHOSHANA LIVNI; SHONTAL MENACHEM; TSACHI FRIEDMAN; GILI EHUD FRANKEL; ORI BRILL; DANIEL HARPAZ; NIZA YOSEFFI; EYALET BERGER; SHIRA IVGI-SHPIGELMAN; YEHUDA ILFELD; SHACHAR GOLDFINGER; AVITAL NACHUM; NOA COHEN; ODED HAINA; GUY HANIN; DOV MARTHAN; NETA KOFMAN; SHMUEL TRYSTER; DAHLIA REDARES; LEAH VINDER; DIANA KIPNIS; ELIAHU PARETZ; RONEN

Rider A page 2

CATZ; TALI BONEN; YAARA LAVON; YEDIDIA POICHTONGER; TAL FARKSH; SARIT PELET; GALIT CATZ; RONIE ZELENZUK; KEREN IEVERS; MICHAEL SHAIN; VIKI FADLON; ASSAF GILAD; URI ELIMELECH; MATAN BRUCHIM; IDAN SHUNEM HALEVI; ROY TSABARY; VARDIT LEI; RON COHEN; MAYA YADAI; AMITAI BARTOV; YOSSI HURI; OFIR BRILL; EREZ MOHONI; ELAD METZNER; BEN ZION BITAN; YOSSEF ELROY; YUVAL BLOOMBERG; DANA NEWMAN; ELIYAHU LEV; TAL DRUCKMAN; AYALA GIBOR; BARAK SWISA; DAN SANDAKA; PETER BERNSTEIN; NADAV BEN-DAHAN; SHALOM ZARFATI; EFRAT COHEN; RON YRMIAHU; YOAV FELDMAN; SIVAN GILOR; RAVIT PINDROSS; ALON GUREVICH; GALI MALIK; HELENE LEVI; HADASSA ZINI; MOTTY BITON; YINATAN SOMAR; TAMAR FUX; VERED MADAR; YTZHAK BEN HAIM; LEAH TAREGANO; ZEEV FRITZKER; YOGEV BOUHBOUT; RITA RISHE; AVRAHAM HASIDA; TSACHI LOOK; YONATAN FELDMAN; ZILA ABITBOUL; LIOR COHEN; MOTTY ERLICH; ESTHER GREEN; RITA SNOOF; VERED BERGER; SHIRA GILAD; HAIM LEVENFUS; ZABAR SHUALY; ADI LASRI; ESTHER ANRON; ELIN ASHKENAZY; IDIT ADIEL; ZOHAR ELHADAD; MIRIAM ZAHUV; DAVID STERN; YANIR PINKER; REVITAL BUTA; AHARON SHARABY; HILA MEIRAV EITAN; NADAV ELIASH; HAIM ROTEM; AYALA SHELSAR; YELENA VOLKOV; OFEK ASHENAZY; YTZHAK ZAMIR; ELI MALKA; ELIOR MALUL; GALIT BARSHACH; YIGAL GILLIS; ELYA ZUR; NAAMA RUBIN; OSNAT TZABAG; NETANEL DARSHAN; ELIHAY BERKO; TOMER YEMINI; GILL GENESSIS; AYALA TZADIK; AYELET-HASHACHAR FREEDLANDER; YEHUDA AVITAN; MEIR GODESH; EFRAT SHUKRUN; HADAS OHAYON; RACHEL AYALA ZEN-BAR; GAL AVIOZ; EINAV AMRAM ASHAROV; TAMIR KALIMIAN; ASAF BLOOMBERG; GALIT PIRCHI; SHLOMO SHALOM; MICHAL NETZACH-MORAG; TOM WEINBERG; YOSSEF ACKERMAN; AVIRAN FREEN; ANAT GUSH-HALAV; ARIEL LEVIAN; TAL GOLAN ; LOTEM ROSENBERG; ARIEL SHAPIRA; EINAT ILANI; NOAM COHEN; YANIV GABAY; TAL RAM-PELED; REVITAL MOSHE; AYLLA LESNICHY; NATAN COHEN; RON MYARA; YAIR COHEN; ARYE BENYAMIN; YSHAI SCHWARTZ; ARYE FARBER; TEHILA AVNI; LIORA BERNSTEIN; YARON NIS; YUVAL NETZAH-MORAG; DROR SHUALY; LI-AN AHARONY; ELAD LEV-RAN; KFIR COHEN; ZELMAN ZONENFELD; REUVEN HUS; MOTTY BEN-DAVID; SARIT FOLK; SHLOMO KLEIN; MAXIM RODANO; DAZID ROZENTHAL; CHANNA HANS; MOSHE NOVIKOV; DINA ROSEN; LEVY PORT; AMIT GOTLIEB; MEIR TOLEDANO; EHUD LEVY; SIMA ZRIHEN; SEFFY APPLE; ITAI HAIM; HAIM FREEDLANDER; ELAD HOMINER; YTZHAK HANS; SHARON ALMOG; VLADIMIR KRASIANSKY; HAIM HILLEL; RUTHI DVIR; RAVIT BELL; YUVAL ORENSTEIN; AVISHAI COHEN; ARTHUR MELAYEV; SHIMON TZENVIRT; AVSHALOM ELBAZ; SHLOMI HESS; MICHAEL RESMAN; MATAN TRABELSI; OHAD LANDAU; YTZHAK BENSON; SHLOMIT WAKSBERG; ADVA BERGER; TAMAR BERGER; TZVIKA ITIN; BNAYAOO COHEN; TZVIKA LIBERMAN; EVYATAR RATZON; HAGIT COHEN; AVITAL AVDA; TAMAR COHEN; SHARLY ABITBOUL; NOY AVIV; EMUNA COHEN; YONATAN ROMMY; ILANIT SHAFRIR; YOCHEVED AISENSTARK; SIGALIT SHAVIT; SHLOMIT GADOT; MICHAEL ODESER; YAFFA BARIZZINOV; ISRAEL FAHIMA; DOV YUNG; YANIV SHABO; ALEX FOGREVINSKY; EMUNA BILINSKY; LILCH BAMBERGER; SAPIR SHUFAN; HADAS EVERBACH; YACOV ISHAY; IRENA MONIN; ATALYIA MOLCHO; ASSAF ENBAR; OFIR OSHRI; BARUCH BABAYEV; MOSHE CARREL; ELIAV RAN; YORAM YAVIN; ATARA SHLOMI; EINAT LEVY; ELIAHU FREEDMAN; ROEE YEDIDYA; SERGEY LIBERGENT; SMADAR DANIEL; SARIT GRIDINGER; ELLY SAGIE; YISKA SHMUELLY; OSHRI WEIZMAN; TOM FINKEL; GALIT SHITRIT; ITZIK HATSHUEL; ELAD HAREL; LILACH ZICHRI; MICHAL VAN-LOAN; GIDEON HORESH; ARI GAVRIELI; MEIRAV YAMIV; ILANIT ADANY; ARIEL FILBER; LINOR MOSHE; JOANA SHARABY; ROEE BAR OZ; ASSAF EITAN; MAZAL WEIZMAN; SARA BAKSHI; DANIEL DAYAN; ESTHER WEXLER; ORTAL SIUVITZ; ORON KOPENHAGEN; LIRON NAHARI; NOA HARARI PORTNOV; HADAS ORBACH; YONATAN SHIOVITZ; ABBYGAIL CORNBLIT; MENAHEM LERINOV; AMICHAY ROZENHAFT; BORIS SHKOLNIK; YEHEZKEL TAL; HELI ADAR; YAEL TRUTNER; YAARA HERSHKOVITZ; ARIK SAFRAN; HERTZEL AHARON; ARYE ASTRIG; AHARON DEUTCH; EDEN AGREVEKER; TOMER SOLOMON; ANAEL SHERBATOV; SHAI PANEK; SHLOMO SAYLI; AVI PETROF; YASMIN PERETZ; HAIM AVITAL; ELI COHEN; SHARONA FELDMAN; SNIR ZIV; OFER NEVO; ADI ZARCHI; SHENEOR KELLER; REZINA NEGEV; JUDY LAX; KEREN KATZ; NIR GOLAN; SHLOMI BEN-DAVID; MAAYAN BEN-PORAT; RUTHI DVASH; NACHMAN ROZNER; SIMON MODEL; VALENTINA SPEIZER; SARIT RETZBI; SHAI NAFTALACH; CHEN SHEININ; MAYA BA; LINA JACKONT; ISAREL ARMON; YORAM TAHAL; SARA SHAPIRA; YANIV ACKERMAN; ADIR REINER; MERAV FENDEL; YONATAN GELLER; ALON ARVETZ; TAMAR ARICHA; YURI KUSH; SHAI YAAKOVI; MEIR SHAI ALFASI; MENACHEN GILLOR; FRIDA AISENSTARK; HAIM DANIELI; MOSHE MENACHEN; ELISHEVA OFEN; SIMCHA RICHARD; HILLA

Rider A page 3

HAREL; ADI SHRAGAY; AYELET MERILANO; ADI MERKOVITZ; ILAN KALIMI; DUDU AZARIA; ROMAN BOOT; HALLEL SHALEV; YEHUDIT NAIM; YANIV SANANES; YOSEF ELIAHU; ADDI ASSIS; NIR PERETZ; YDIDIA PELSAR; RAMI REUVENI ; ELIEZER NEUMAN; DAN TAL; SHIRA COHEN; DROR GROONICH; ELIAHU LEVY; HENRY COHEN; CHEN CAISAR; AVI MIZRACHI; ADI BRUNSTEIN; RUBI TSIGELMAN; ARKADI MONSTIRSKY; DAVID BEN HAMO; YANIV FRIEDMAN; YAKOV SHAYO; YOSSEF MIZRACHI; OREN BAR; VANESSA LIVNA; TOVI KOLKER; BARUCH MOSKOWITZ; TEHILA COHEN; SHIREL TASSA; BENNY MICHAELY; YEDIDIA BRAUN; MEIRAV TAL; EVYATAR FALACH; YIGAL LIVNA; ARIK YAAKOVI; YIZHAK BARBI; YONIT FEN; LIA GUY; EDEN CORECH; NIMROD EASTON; ELLA OPPENHEIMER; REUMA LEVY; PORAT SHAER; AVRAHAM COHEN; YARIV RAZ; SHANI COHEN; NADAV ALBILIA; TATIANA GINSBURG; SHMULIK ARIELY; LEAH FREED; LIOR ILU; ALEXANDER GURFINKEL; HANIY SHALEV; YANIV SIMHI; YOEL SEGAL; INBAL MADAR; ERICSON DAHAN; YIGAL BET-ARYE; MAZAL BARMI HABASHA; DAVID SHULHANI; YOSSEF SHLOMO STEIN; HAYA LURYA; MICHAL KRAMER; SHLOMI IFARGAN; DANIEL KAPAH; REESA STONE; BAR SHABBAT; MEIR OR YAZEDI; ALON ELIYAHU; RICKIE HADAD; BRURIYA AMAR; MICHAL GREEN; YUVAL SIMHON; AVIV SHARIKI; OR ARRAM; REI TIMOR; SOPHIA YERMULENKO; NETANEL COHEN; UZIEL SHEFEZ; NATAN KIRSCHNER; ASHER RONA; AVRAHAM ALEXANDER; BARAK ZARFATI; DAVID DADON; STAV LEE BUNNIE; MOSHE ZELTZER; EFRAT ELIANI RUSSAK; LIOR YEHIEL; ITAI TEPER; NOAM FISCHER; DANIEL MEIRI; YUVAL ZUR; SHAKED ZABARI; TAMAR KSIRRER; HANNAH YAACOWITZ; YOAZ ROFE; TZIPPI EDI; YAFFA AVRAMOV; BAT-CHEN TAM; SIGAL BAMBERGER; YIGAL BARABI; SHARLEY KISOS; LIAT ORY; IDAN BEN PORAT; BEN TESHUVA; AVI MARGOLIS; CHRISTINA LISOVSKI; YITZCHAK BLANKY; SIVAN GEHASSI; LITAL DILMONI; ELAD MAMO; NETANEL MALKA; GEULA HOFFMAN; AVIA BARABI; MOR AHARON; YISRAEL LEVINE; AYELET-CHEN VADLER; SHAKED BRANDERIS; ILAN STERN; SIVAN PIKKER; MOR MODECHAY COHEN; MICHAEL NUSSBAUM; MENDI UZAN; ALMOG LIBOR; ALEX SEGAL; AVISHAY BIDANI; EVYATAR WASS; DANIEL TOVIYANA; ORON DEKEL; INBAL SASSON; CHRISTINE STEVCHOK; BENTZI BUBLIL; YITZCHAK KENIG; YAFFA FARQASH; ORI RADZYNER; IDIT COHEN; DEVORA SIMHON; SARIT REUVEN; RACHELI ANKERI; YISRAEL COHEN; CHEVER BEN YOSSEF; NATALI SIBONI; YEHIAV NAGAR; REUT AVITAL; SHAI MAHANAI; MENACHEM MENDAL PUGATZ; HADAS DASSA; MENACHEM MENDAL DAYAN; NISSIM GLAM; YOSSI FACTOR; IRIT VALACH; NERIYAH LUZON; REVITAL DABUSH; SHAKED SHLUSH; NETANEL HAVIZER; BORIS BOROCHOV; DANIEL IYOVI; HADAS LEVMOR; OREN SHTIWI; MICHAL GUMBERG; LIVNAT HAZZAN; SA'AR GUREVITCH; ODAYA NUSSBAUM; OREL MISHAEL; TAL ALON; RUHAMA TAL; NATALIE EL-NEKAVE COHEN; DAVID ARIKKA; SNIR LEVI; YOCHAI NOIK; LITAL COHEN; SARA DANIEL; NETA HOVAV; AVIHU KUCHERO; GUSTAVO ARIEL MIRSON; ANDRE PAVLOVSKI; GILAD KEN SHIMON; SHACHAR AVRAHAM; ITAY YISHA'AYAHU; TZVIKA BELINZON; TZADOK NUSSBAUM; HODAYA AMITAY; NOAM ZAMIR; TOMER TURGEMAN; YARDEN KARAKO; ASAF BEN NUN; OMRI AMOS; YOSEF BINYAMINI; CHAGIT REIZMAN; PENINA GOLDIS; SHIRAN ELMALIAH; YAIR SHNEID; SLAVA PLAVENIK; ARTIUM ASMAN; MENI BAR-GIL; RAN BASSA; NOGA WIEZEL; TZIPPI EZER; CHANA ZEFF BIRAN; YEDIDIYA MEHAZARI; YA'ARIT COHEN; MEIR SABBAN; ALEX BANDAK; DORIT MOLAD OR; REUT ELMALIAH; AVRAHAM BINYAMIN; SLAVA ANTONOV; YAEL YAZEDI; ORI DEUTCH; MOSHE NAKI; MOSHE ABITBUL; SARA GUETTA; OR'EL SHA'EIR; DINA ALBA; NATAN SMADAR; YOSSI FARQASH; NOGA RAVIV; ROI WEIZMANN; LILACH BEN-ZVI; YAIR BENITTA; ORI MOSKOWITZ; HADASSAH MICHAELI; DAVID BECKER; MIRI HADAD; SHAHAR GIGI; MOTTI LORIAH; MEITAL KHALIF; YITZCHAK ALEXANDROVITCH; YUVAL COHEN; YAEL NISSAN; EITAN DERII; CHAY UZAN; ILIYA SHICHMAN; DOC GROSSMAN; EILAT SHAYISH; YAEL ZEEVI; AMICHAY HERSHKO; ELIZABETH RAPHAELOV; BENNY MOR; ELI MAIMON; MOSHE RAHMANOV; ELI ASOLIN; MOSHE TURGEMAN; GADI REIFEN; SHLOMI IVGY; NERIYAH GARAFEE; IRIT COHEN; ORTAL MAZO; REUT COHEN; ROI SAGIV; DEVORAH KATAN; AVNER LIRON; NOAM DAMARI; ELAD ARVIV; VLADIMIR VINOCOR; NELI NEKTALOV; TAL BISMOT; TEHILA MOYAL; HADAS MOSHE; ADI TENAI; ALEXANDER SCHULTZ; SHMUEL TOVIANA; AVIRAM ZE'EVI; EINAT SEMEQ; IGOR ANDELIN; ERIC BEN SHIMON; AMITAY BASHARI; YITZCHAK BRUCHIM; RONI BENARI; INNA KOREN; EITAN ARGAMAN; AMIT DAN; SHMUEL KAHAN; HILA ZECHUT; YA'ACOV GEVA; ZOHAR MIMIS; GILAD ROZENBERG; INBAR ZANO; GENISH YARDEN; YITZCHAK FINK; YOSSI MAMAN; BENJI BARON; DOR AMICHAI; YITZCHAK MEIR BEINISH; IZHAK HADA; TAL ASOLIN; GUY BENKOVITCH; ITAY GARAME; AMICHAY HADAD; MICHAEL GERMAN; KFIR APPLEBEUM; ROI KARIV; AVIDOR GERSHON; YOSEF RUBENSTEIN; YEHOSHUA ADATO; ELAD YA'ACOBOVITCH; AMITAY DRUMER;

Rider A page 4

YISRAEL AMAR; DORON KREP; DEVORAH SOROZKIO; HILENI SHOFET; NAOR MESHULAM; YITZCHAK SHILAT; REUT CHAZANI; NATALIA KURIEL; SHLOMO YITZCHAKI; ROHA'LE AMIR TURGEMAN; LEVI YITZCHAK RITZ; VERED GROSS; BAT-EL YAHIA; AVITAL GOLDBERG; ELAD EVEN TZUR; AVI COHEN; YOSSI ASAF AMERGI; YA'ACOV HILLEL; DAVID NADAL; DENISE TOMAKOV; MOSHE GROSS; ODEH-EK GATOMA; YEHUDA LEVINE; NERIYAH BOKOBAZA; PAZ COHEN; BENAYAHU AMRAM; TZIPPORA COHEN; DR. GIL ALONI; REUVEN MELAMED; LIAT YISRAELI; BARUCH AVRAMOV; YAIR LIBMAN; MIRIAM ELMALIAH; INBAL LIBERMAN YA'ACOBOVITCH; HAVIV GIDONI; ZIV ZAMSKI; HAGAY YOELI; AMNON ORTNER; EINAV BERGER; GILAD TOPER; BATYA RUBIN; EFRAYIM CHAZONI; MERAV GELSNER; ANAT SIMON; ZOHAR FRIEDMAN; TAL RAPHAELI; YASSU SHEPRAU; YITZCHAK BARNEA; YUVAL LEGATIVI; RACHEL BITAN; MICHAEL KEHAT; GILBOA TOP; YOSSI ZOCHOBIZKI; CHEN PINTO; YOSSEF SHIEBER; LIOR YAS; CHANAN FRIED; SHAY TRABELSI; SAPIR JAMEEL; EDEN SHIKALI; SHIRA BLEITZ; MATAN RUBINFELD; NETANEL COHEN; NADIN YEHIEL; AMIR YESHURUN; ITAY CHEN; ALEXANDER KIPNIS; NETANEL FRIEDMAN; SHAKED STOPNIZKY; NILI GOLDBERG; DOR PELEG; YANIV HAREL; HAODAYA BATASH; MATAN BEN ASHER; SHALOM LERER; YARON LANDAU; ODELIYA SMADGA; AMIT BEN DAVID; LEE BETZER; HAIM COHEN; YAFIM STEINGAUSS; INBAL VANNA; KEREN CHEN; SHIMON AVRAHAM; HODAYA ALFASSI; AMNON COHEN; MOTI ANGEL; REPHAEL JANN; ROTEM KOREN; KFIR AVRAMSON; YEHUDA SHAMMES; GIL MAOR; YEHUDA COHEN; AHARON DIMANTMAN; TAL FRIZKER; HADASSAH LIVSKIND; SHARON HARARI; MAOR AVIKSUS; SHOSHI SHPITZER; GAL ASSAF; OR BENJY; NOA LAHAV; HEZI TSARFATI; CARMEL DAFNA; ARIEL SHOR; MERAV AKIVA; NIV AVINOAM; GIL LERNER; ELAD YOSEF HASIDIM; MORAN AMAR; AVISHAI ASAF; CHEN SAMUELS; TOMMY MARCUS; ARIEL ZADA; EFRAT MOSES; HAIM VOLINSKY; OMER AM SHALEM; EITAI MOR; EITAI YAMINI; NISSIM BACHAR; YITZHAK COLLINS; YEHUDA FAVVA; MOSHE MAIMON; RACHEL SHAPLAN; CHEN BITTON; PINCHAS GREER; ZE'EV SHUMACHER; CHAIM EISNER; YOSEF ZACHARIAH; NISSAN FRIEDMAN; NAOR BUTRAN; GAL OCHIAN; ROY AMARA; ORI COPENHAGEN; YAACOV SNIR; BATYA YELINIK; YONIT BARAK; SHAIKA SHOHAM; JOEL TABOOR; EITAI ZILBERMAN; CHEN TISHLER; MORIAH BEN ATAR; MICHAL YOCHAI; ELLA JIRAD; ELIRAN ZANGO; TSCHUR KLORES; SIMON DANE; MIRIAM LACHIFER; NATALIE ZACHARIAH; MOR KATZIR; ISHAI YAKOBOVITCH; RAM AMIT; MAYA HAGAG; MICAH ELIMELECH; EITAI MANASHE; VIOLETTA IVTACHOR; ALON SHANI; YAIR HADAR; RACHELI RODNEY GOLDSTEIN; SHAKED BRONSTETT; ELIEZER HACOHEN; MICHAEL TESSLER; PINI HADDAD; ZOHAR HOBRA; BRACHA MOYAL; DVIR YICHIA; MOR HAVANI; ASSAF NAVON; BARAK L; YARDEN ZITON; MATAN UNGER; AVI SHLU; YIVAL RASHI; SHALOM KATAN; NACHSHON COHEN; MIRI COHEN; YECHIEL ROTH; DAVID ELIHU; NOGA PHALACH; GAVRIEL BIBI; DANIEL NATANOLOV; SHALOM EZRA; DORIT WINKELSBERG; DAVID COHEN; NOAM HADDAD; EINAT SHANLER; YEHEZKIEL KAHANA; SHAIKA MOTZPI; SHARON MERRARI; SHULAMIT MILLER; SAGIV GAVAI; ZION SHPRANSKY; ZVI MAROM; KFIR YOSEF RAVI; REUT GOLDSTEIN; MEITAL VENTURA; SIGAL BENDER; DAVID PHOOHIL; DANIELLA VISHNITZKI; KOKAV BRAZILI; ORTAL NIV; AMICHAI HAREL; MA'AYAN ATTIAH; YARON SHMUEL; ELI HAVAH; KARINE SAGEV; PAUL GOLOBENVSKY, ADV.; SIVAN YISHASHAKAR; ASSAF AVIRAM; ASSAF EREV; HANAN AVITAN; MATAN GOLDSTEIN; BENJAMIN RUBENSTEIN; MELODY MIERAH; ELI ALSARI; ELIEZER SHUTLAND; OLAG VAROBETCHIK; CHAI COHEN; DAVID ENTEBI; SHAI SHABATAI; EPHRAIM UZAN; DAVID HAZOT; YIGAL MANOR; ELI DEMARI; SARA KAPLAN; MICHAL MALKAH; YOSSI SHARABI; ARIEL BITON; NATALIE ALIAS; ADI GANON; GAL BABIOFF; TOMER ZAHARI; GERSHON YACOBOV; ITZHIK DAHAN; RUBIN LIOR; LEVI PRITZKER; EITAI NAGAR; AVIVAH MALIK; TSUR OFIR; TOM PALNY; CHAIM SOUROSI; MENASHE COHEN; ORIT AVDIEL; ERAN BRAINER; ORIEL ABIKSIS; AVNER LIPSCHITZ; MOR DADON; CHAYA HALEVY; RACHELI WEXLER; YONI NETZER; DAVID CHEN; LIMOR ISSACHAR; IDAN ABRAMOWITZ; EDEN MOYEL; ISRAEL SHOKRON; MATAN AMITI; AYA MANOR; OFER NISSMAN; NOA SADEH; OR HAMRAH; TZAFINAH ABRAHAM; IGVANI ZAIKIAH; KATHRIEL BEN DAVID; OR VAKNIN; LIRAN COHEN; AYELET NAHARA; YAIR DAVID GOLDFELD; GILAD MERICK; SHAI SOFER; YAEL SANAH; ETTI SABEROV; JONATHAN CHEN; NARKIS LEVY; DVIR SAMETT; ABNER BEN SIMON; SHULAMIT GABAI; ISAAC ELBAZ; MAOR AKIVA; ORLEV NOBEL; MIMI EVAN CHAIM; GERSHON DAVIDOV; MOSHE BALESH; LIAD NIZERI; GAL ITACH; DROR CHINTZ; OFER SHARIR; EREZ ELKOLUMBRA; SHLOMO GAV; CHANI LERNER MOR; BAR LANDAU; NADAV TSABARI; SHERI PIRAN; NIMROD NECHAMIAH; ELIRAN BITON; JONATHAN SHEETREET; ASSAF GOREN; BRACHA LURIA; HILLA GALLILI; EYAL BEN COHEN; ISRAEL JOSHUA; ROY AMIR; JUDITH BITON; ADELINE ABU; EDAN

SHTRUMTZAH; AVINOAM GOALMAN; JOSHUA GRUSHOVITZ; MAOR IFRACH; SHOKI KATZ; FREYA BENDER; BOAZ HALALAH; LIRON IFRACH; AVITAL MINK; NOAM TUBUL; DOTAN ZVULUN; ELCHANAN SEGAL; TALIA CHANIN; NOA GREENSTEIN; NACHMAN SHELTZER; NETZAR KELLY; AVIGAD BARBI; SHAKED SHILAH; AVITAL INDIG; MORDECAI LURIA; LEV FISSELSON; ANIL SELACH; ISRAELA TISHLER; RINAT TURGEMAN; YECHIEL GERBER; ZACK GURIAH; YUROSLAV POLACK; JONATHAN ARBIV; YOSSI COHEN; OSSI YOSEF; MOSHE LAPIER; NA'AMA ABRAHAM; ITZCHAR LEV; TOMER FISHHEIMER; AMOS AMIRAM; AVICHAI HATEB; SHARON SADAN; YOSSI BASH; ZEEV DISHON; ARIELLE GLAZER; ELIHU AZULAI; ORTAL BEN MOSHE; EYLON BERAV; OREL SEGEV; SAUL KLEMONOVITZ; GAT TZAFERIRI; AVICHEI BORA LEVI; ELIAV GOLDBERG; AVITAL ZND; ARYE JACOBSON; HADAR N.; TZVI DROR; CARMELA ABRAMSON; LIOR MIZRACHI; LIDAR SAAR; LIDOR COHEN; YAEL SHARAVI; YURI RABINOVITZ; ELYASAF ASARAF; SARIT SOSKIN; DALYA BERG BINYAMIN; YEHUDA GREENBERGER; ITAI MIZRACHI; ALEXANDER ZUSMANOVICH; YEHONATAN AHARON; ORLY HOLLAND; AMIRA SHRAGA; REFAEL WEISS; IFTAH OCHION; OR ORON; YEHUDA ZND; YASMIN ATIAS; ELIRAN MUZAS; AHARON MORANO; TOVA KALLNER; MEIR SOFER; VERONICA MILICHOV; LINOY MORDECHAI; SHAY JERBEY; MENACHEM POSS; OMRI SARMILI; YAAKOV GUTMAN; AHARON YERUSHALMI; HEN SHABO; DAVID POPOVTZER; MOTE K.; IDO STERN; MORAN SHABTAI; SHIRA SHOMRON; ORIT SHAKED; ASSAF PASSAI; LIRAN P.; LIOR MIZRACHI; ILANA MAMAN-SHAPIRO; AHUVA BEN YAAKOV; GALIT ASHKENAZI; MEIR ZEGEYE; MAITAL NOYSHTEIN; GIL DAYAN; SHIMON SHIR-RAZ; MOSHE ISRAELI; ARIEL SELA; AVIUOU ARTZI; MENACHEM ABERGEL; NOAM GALILI; AYALA MILLER; ALON HERTZOG; SHIRAT MILLER; EINAV ARUSI; ARIYEL MARESKY; NIR FUKS; TIDHAR SEIFER; MATAT PASSAI; NOA NAAMAT; IZIK MERLEL; GUY ROZEN; YAAD KEDEM; TAMIR ILAN; SHELLI MALECHI; EDEN SHMUELI; RAANA KREITZBERG; RAZ AZARIA; YAEL DEWEES; SHAI SHAULIAN; HAGAI SHEMTOV; SHAVIT RESHEF; YUVAL TAL; MOR JIBLI; ROMAN SHUSHIN; HOD BALAS; ANNA KOSSOY; OSNAT FRIEDMAN; EYAL AVIGAD; DUDI UZIEL ; TAMAR VELED; TZVI SHIFRIN; CHEZKY SHNELLER; HAGAI GAT; SHIRIN SALIMOV; SHIRAN LEVI; AVRAHAM MIZRACHI; EVYATAR TWITO; OSHRIT CHETRIT; SASI GURI; AMIR MONSONEGO; AMIT HIRSCHTEIN; AVICHAI MOLDOVAN; ELIAV AHARON; ALEX USVATZOV; NATI ELIASI; HAIM NAKAV; YUVAL SHEININ; HILA BEN SHLOMO; SHAI SHALOM SODAI; SHIMI MACHLOF; YURI CHAIMLOV; DUDI BEN HAIM; INA BEN MOSHE; GAL MORADI; YAKIR GOLDENBERG; EDI RODIN; NATAN EPSTEIN; LIOR GRINZAIG; CHAIM FILTSER; ILYA MOSHILUV; EDWARD OIFMAN; LEEOR KEVLIK; AVISHAI OKASI; NEOMI YONOWITZ; ITSIK OMER; RAN COHEN; ALON HANGARI; YULIA DOBSON; YAACOV GAMERSNI; ORIEL KALFA; NOA DANIEL; EITAN KRANKORS; SHAI ROTEM; AYELET ARAD; ARI LEVINE; ELI CHEN; YULI ZOVKOV; DRORA MEKUNAN; SHMULIK DAVID; ARI RENNERT; YEHONATAN ROEE AZARIAH; RUTH ARVIV; ALMOG COHEN; TAMAR SHUGRAT; RUTI SANERMAN; DAN BENET; LIZZIE JENUDI; YOAV ZISKIND; INON YONA; NOAM BADRIAN; YONATAN LEVI BIRUTI; YOTEM MOZES; NETA CHULFENOV; ARKADI ARONOV; ISRAEL BERMAN; SHLOMO GVIRSTEIN; RONA OSHER; MIRIAM FILTSER; AVISHAI AMICHAI; SIMA REUVEN-HAKKER; SASI JERBI; YOSI JAMBER; NITSAN PERETZ; KOBI SHAMIR; RIKI HAZAN; KINNERET ESULIN; ROEI EFRONI; ALISA SHAMAM; MENACHEM TZUKER; OMER GANON; NADAV ALEXANDER; ELINOR BEN DAVID; PAVEL RASTOPCHIN; ELAH HANUKIEV; EVGENY SEGAL; YARON ZAFRANI; BEZALEL YANIR; AMIR BEZALEL; MATAN BEN ZIKRI; OMER LURIA; DORON LEDRAR; SHIRA MAMO; REUVEN LESHEM; YARDEN GREENSHTEIN; TAMAR TAYRI; SHAKED DANO; LIOR DELLA TORRE; DALIA ROSENBERG; NETANAL ALMOG; YIFAT SHOMER; DANA SHIMONI; YEHONATAN ELBAUM; EDEN DROMI; YEHUDA SHAOSHVILI; TAMAR LEOFER; IRYA COHEN; GAL MELOL; ELAZAR SHOMRON; NIR FRAIFELD; LIOZ COHN; NITZAN DANIELI; ITZIK EDRI; BATYA EIDELES; YOCHEVED PAAS; AVIAD KOREL; GAL SHAONI; RAPHAEL AMAR; KFIR SRI; AVI PHILOSOPH; ELIEZER BLITZ; MOSHE OHANA; YISHAI NIR; YONATAN TZIPORI; MICHAEL KAILIK; YAIR ZIV; NAOR HAIMI; SHAI YAAKOV; RAHAV TALBI; MICHAL SADEH; DANIEL MO; AVIV YAFEH; YIGAL RIVLIT; SAPIR AVGI; EREN NEGBI; SHILO YAGUDA; NOAM ASULIN; HANNAH LOBODA; MENACHEM SHAIKVITZ; AVRAHAM RON; AVISHAY COHEN; IDAN BEN GIGI; YAEL LENECHUK; AFIK KARO; ZOHAR HARERI; INBAR NAHUM; DODI BEN AMI; OZ DROR; SARIT ASRAF; ITA TAYLOR; MALI MARTON; CHANANYA BLASS; SHALOM AZRAD; ERAN LAMM; ORIANNA PIRO; LEONID WALDMAN; AVI ELBAZ; GALIT DADOUN; HAGAI KARP; ILAN MAOR; NITZAN BEN ZOHAR; LIRAN IZGLOV; DAVID GINSBURG; REVITAL BEN YZHAK; ORIT SEGEV; DINA HERTZOG; YANIV BENABOU; ROEY LEVI; MORIYA KLUGHEPT; MICHAEL TZABRI; NAOMI COHEN; ANAT ITKIN; ADVA SAPIR; DOV GLAZER; NATALIE SHAINGRATT; NOYA SHELKOVITZ; ADI

FISHMAN; AVISHAG BASHARI; DANIEL GERON; ANAT BRAMI; AVIA BEN ZIKRI; SHAI KASAI; HALEL NAHUM; LIAN ERUSI; RACHELY EITAB; YEHUDIT OSDITCHER; NETANEL BEN SMAHON; ORLY BENYAMINI; ELIYAH POLLACK; TALI FARKASH; NISIM ABERJEL; AMIHAI TSIG; ASAF BOARON; IZZIE SHMUKLER; ROYE FELDMAN; VERED RAMATI; ELI HIRSCH; TOMER NEWMAN; AVIA GROSHKO; KARIN ELIAS; MOSHE BITON; ESTHER MELUL; YITZHAK ELHAV; OSHER PIZEM; RAQUEL VIZEL; HANI OHION; TOM PINTOA; YEHORAM BEN PERLAS; AVIV GARMAH; DAN RAFALSKE; ALEX KLEMPF; TAL BEN HORESH; KEREM GEVA; RANIT GOLDBERG; GOLAN ABARGIL; ELKANA HAATZNI; TUVYA K.; RAPHAEL GREENSTEIN; RAMI CALDERON; SHAYNA TERGIN; EMANUEL GAL; HODAYA HAGOEL; AVIHU LUACH; NOFAR DVASH; TOM PNINI BARON; DANIEL SHEMESH; TALI GROSS; HAYA SHIMON; YAEL HIKRI; SHARON SHALOM; OMER VERTZBERGER; VERED NEWMAN; MENACHEM HOFFMAN; ZIV GABEL; NOA YARON; HAGAY EDRI; GAL RUBIN; ELAD FARGON; ZAKAY LIFSHITZ; FELIX GERSHTEIN; HODAYA TESHUVA; SHAHAR MAOR; RINAT SHMILOVITCH; HADAR GENISH; KFIR MACABI; RIKA SOSKIN; NITZAN SHINNIES; ZVI KLEIN; CHAIM FAINARO; IRIS HABOT; RONIT AVDO; YEHUDA HOFESH; SHMUEL ANATO; SHIRAN AZAR; LIRAN ISRAEL; ZVI GROSSKOP; ARIE DYK; YOAV COHEN; YONATAN GREENWALD; CONSTANTINE PLIH; SHIT HARVARDI; MOSHE JEDWAB; ARKADIY WOLMAN; YVEGNEY KUCHERNKO; CHANOCH WEINBERG; AVNER EFRATI; ALMOST KASHTI; ORI COHEN; TEHILAH BUCHRISE; LIOR BELLELIS; MAOR KRISPAL; ITAI SHIMONOV; REVITAL ALFENDRI; AVI KOH; ROI FEINGZICHT; SHIRA ROSENTHAL; ARIK AHARONOVITZ; ARIK ROSEN; REUT BRISKIN; YAAKOV HAIM YEDID; REUT WALDER; HAREL WEITZMAN; DAVID PALEY; TAMAR ARONSHTAM; SHIREL AMITAY SHAMIR; RADAY ANSBACHER; ARIEL FRIEDMAN; SHLOMI AFLALO; TZVI SAPER; RACHELY COHEN; LEVI HARVITH; MAOR DIEI; SHAY BEN SHUSHAN; SHAMRIT BOZGALO; SHIRA AMSALEM; TZAHI KIRSCHENBERG; MICHAEL GITTERMAN; MITAL AHARONOV; ORIT GANEMA; NOYA YOM TOV; NIR SHABUDI; MENASHE YISRAELOV; SHARON BEZALEL; ROI OZ; HAGIT PEARL; MOR DAHAN; RON MICHAELI; CARINE PEREZ; MATAN STEIN; ARIEL ANSBACHER; LEORA BEN SHALOM; YAIR EMANUEL ROTH; SHLOMI AGIV; HOVAV AMIR; AYALA MILLER; NADAV GEVA; YEHONATAN SMALLER; TAL LERER; TZIPPY PERLIN; YONATAN BOCHBOZA; SHAI EITAN; LIOR ELIYAHU; GAL HADRI; ETIYA LAX; AVITZUR OREN; NURIT MAMALYA; HILLEL RUBINSTEIN; YUVAL KALMANOVTICH; YASMIN YITZCHAK PUR; SHIMON SOMIK SIMANDEIB; BATYA KELLER; ORIT AFGHAN; YAM YOSSEF; AVI ALTALEF; LIOR SABAN; DAVID MALIYAH; YAEL USTON; HODAYA STIEGLITZ; LIRAN YUSHINSKY; YITZCHAK BEN EZRI; ESTI FRIEDMAN; OFIR BACHERTAN; SHAI SABAG; YARON MAHSOMI; NADAV MACCABI; SHLOMI YITZHAK; MIRIAM WOLFSON; SHOHAM TAL; BENAYA SHALEM; SHLOMI RASHELBACH; DANIELLA AMRUSI; LIRON GEHANMA COHEN; DAVID ENGELHART; IDAN HAYUN; MOTTI ALASHVILI; MOSHE MILLS; IDAH HECHT; MIRIAM FELDMAN; AMIT GILAD; DANIEL BAREKET; OREL MAATUF; MUSHKA ROBSKY; NATAN YAHAV; YAACOV WEIZMANN; NIRIT ATTIYA; SHEN IVAN; HODAYA COHEN; AVIRAM OR; MOSHE MEIR; CHEN PERETZ; RONI TRICHTER; ELCHAY ZECHARYA; ELIYA YAHALOM; ISSACHAR BETZALEL; YOSSEF HOTNER; BINYAMIN IZON; SHUKI KADOSH; SHIR MOTAI; RON ALTBERG; SAHAR SISO; MICHAEL SHAMIA; TOM LEV; MORIA SHENHAV; YUVAL NISANI; IZHAK EFRATI; RAAV EKSHTEIN; SANA DIMRI; ZAHI NAVON; RAHAMIM LEVI; HILA MERON; ITAY RADA; RON REZNIK; SHACHAR GOLDSHTEIN; YAEL STEIN; TAL TURGEMAN; SHARON ELIMELECH; YANIV YARIMI; NIR MAOZ; YANIV ZALEVAS; YOSEF SHVARTZ; RACHELI SHAMIR; MEITAR SAVIR; ADVA ASSAL; ADI HAVA TAMARI; NOAM HACHAM; AVIA BINYAMIN; KARIN GALOR; SHRI GOLAN; OFEK IFARGAN; AVIAD DANIN; YEHEZKEL HASON; TAMAR ROZENTAL; DANIEL KRESANI; YOHAI SITBON; RONEN ATIA; NURIT PESTERNAK; HODAYA KORKUS; ALIAV TURGEMAN; MARINA STAVILOV; ADVA GUTMAN; DVORIT KOLKOPSKI; LIBAT LEVI; IRIS SAMOHA; RAVIT COHEN; YANIV BEN ISHAY; MENACHEM MORESHET; YEHUDIT RAVIV; IGOR TENENBOIM; DVIR TAL; MOSHE COHEN; RIVKA COHEN; ALBERT ASAREF; ANATOLI SHUSTMAN; EVYATAR TURGEMAN; ANNA ZIBIROV; AVSHALOM ZVI; MOSHE DARMON; OREL COHEN; AVI BOMBACH; YACCOV KLEIN; ALON MOR HAIM; BRURIYA COHEN; NAAMA BAUER; ELIYAHU HALEVI; SHISHANA SALAME; ZOHAR SALANT; YONATAN DON YHIYE; ORLY PERETZ; UDI COHEN; SHLOMIT VAANUNU; SHAHAR SHARABANI; YEHUDA BAUM; NATALI AVRAHAM; AVIA HAZAN; SAGIT ELKOBI; ITAY FELDMAN; TAL AMSALEM; ZVI GALOR; DANIELA SHNERB; YEHONATAN ANAVI; DAVID YAACOBI; DOV WOLPE; ALEXANDER PROTASENYA; RONEN ELHARAR; YOSEF KANAR; PELEG AVIV; ETI R; AMIR NEROTZKI; SARIT BOMBACH; MOR ELITZUR; EVELIN RUBIN; BEN-EL JERSY; MICHAL BEN ARBON; YOSEF SABIRO; TAL GEVA; GILAD BEN DROR GESTESH; YEHUDA ELHARAR; LIZA DAMRI;

ANAT BITON; DIMITRI LEYKIN; REUT LANGER; YANIV BITON; SHIRAN AVIGEZER; ALON SWISA; ROEI ZVIKA HAZAN; MAAYAN GOLDMAN; MOSHE BEN PAZ; DUDI SALAMA; TATYANA MAZEVITCH; FEIGI LEVIN; ALONA COHEN; TOMER SHEFER; YOSSEF YEHONATAN ZAAFRANI; HEMDA BIRNBOIM; RAMI MADAR; ELODY SOFER; RONI PALATNIK; YAKOV MOVSHOVITZ; HAY COHEN; ELIRAN SALANT; INBAR IAMGAR; ITAI NARDI; YANIR BUZNAH; MAOR MAZOZ ; YOSSI AVIAD; KOREN SHITRIT; NISSIM HAIM; ROY PEREZ; ZIONA ATZMON; SHMUEL AZOALES; LIOR SHAPIRA; DANIEL KORISH; SHALOM VAKSHI; MOSHE GUTMAN ; MICHAEL KRAMER; YONI MARCIANO; YOSI SILVER; TAL VAHDI; NOAM GOLDHABER; GAD NABET; TAL KAHALANI; OR HEN; NOFAR WIZMAN; DANIEL AHARONOV; AMICHAY MARGALIOT; TZEMACH HAGAG; MAYA OTMAZGIN; YEHONATAN FRANK; MIRIAM SAMSONOWITZ; MORIA KATZ; ASI BEN DAVID; SUSAN BENZINO; MERAV HAYMOVICH; RAFAEL TETRO; AVI PITNER; MORAG DAHAN; OFIR DUEK; MICHAL DEMSKY; ASHER YEFE-NOF; SANDRIN SAMAMA; TOVA DASA; OMRI SHALOSH; NAAMA ZUSMAN; OMRI HAZIMA; HAIM TZUNTZ; RIVKA BAZIZ; INBAL ENGEL; YONATAN PERETZ; HAGAI SABAG; ISRAEL SHALEM; HILA DROR; MORIA ROCKMAN; AVICHAY COHEN; GOLDIE ROTENBERG; GALI ATIA; YOAV AMIR; URIEL GOL; ZOHAR AVARECH; DANIEL SHPEIZER; DUBER MOR; GAL TZULKER; RODIKA HADAR; MORIAH LEVINBUK; IRIT GROPIT; TAMAR HALEVI; CHEZY YACOBOVITZ; ORIYA SHOHAT; SAGI ABIR; ALON DAR; NATAN GETER; SHAY BAR MAOZ; TZACH AUMAN; MORIS HALFON; SHLOMI TZACHOR; ISRAE KENIG; IVGENI TAMETZKIN; HADAR GUETA; KRISTINA YOHANANOV; GIL YANNAI; ELAD COHEN; PAZ HONZIKER; ADVA ATAR; YAIR STERN; ORHAY HIZMI; ORIT BRONSHTEIN; DAN MANN; SHLOMI GANANAIAN; ROEE GARNITZA; EVELYN KOROTKY; NADAV UNGER; DROR RAHFOR; YAELA MARGEL; PINHAS ARGOV; MICHAEL SHERKI; GILAD SAID; AMIR TURGEMAN; MORIA FARJUN; MICHAL VINOKUR; MOSHE ELMAYKAIS; MALKA TWITO; YONI SHOKEF; TALIA AMAR; NAOR ABIKSIS; DIMA BATURIN; ASAF LAHAV; YOSEF HAIM SOHALI; ZEHAVA AMOUYAL; AMOS BUKBOZA; NADAV IGRA; LEE TAL; SHAUL CHOHEN; SASSI VATURI; DANA IHIA; OVED GAVRIEL; GIORA ROZENTZVEIG; ILIA TENENBAUM; DAVID ZVIEL; AVISHAG BINYAMIN; SHLOMI BITAN; REUT ROT; YEHONATAN LEVI; GUY BEN TZVI; YAHEL SADEH; YEHONATAN HAJBI; LAVI DARVIN; ASHER SHMUL; MOSHE OFER; INBAR SHRABANI; RUTH ZABARI; OHAD NAVE; NOGA TADMOR; IVGENI HASIN; YOSEF HAREL; IDIT PASTERNAK; NETANEL ASARAF; ROTEM NIMKOVSKI; BEN MIZRACHI; KOBI SHMUEL; LIRAN JERSI; YAACOV VOVNOBOY; ELAD GITKER; JENNY NAVON; YOSI PINIAN; RAVID GOLDENBERG; MEITAL DURANI; YOSEF FRIED; ANAT KORENFELD; AVIV MOSHE; RAAM AVITAL; OREL ROSENBAUM; GIL FALEK; MAAYAN; SOMER; ALEX PROSKOROV; ITAI BEN AMITAI; DANIEL BROSHTEIN; GILAD RONEN; HANANAYA SEGAL; IVGENIA LERNER; SAPIR PUR; AMOS EFRATI; HANOCH PATT; HADASA SPEKTOR; YUVAL a; DANIEL LIZMI; KEREN SHIRA PERETZ; AHUVA LEVI; BAT OR DRORI; EYAL HOVEV ; ORIT RAHAMIM; EVYATAR HADAD; MOSHE RAFILOV; OLGA FELDMAN; HEN DAVIDOV; EREZ DAVIDOV; NOGA SINAI; NIR GALBEND; AYALET ASTRAICHER; MORDECHAI BEN YOSEF; YECHIAM ZIV; LEE KORNOY; IDAN LANKRI; XENIA GOLDRINGER; ADI VAKNIN; TOMER DROR; YONATAN TIDHAR; BEN HIRSHFELD; SHMULIK GOLDNATEL; JERMI LAVY; IRIT SCHWARTZ; YAKOV NATAN; EREZ HURI; BEN DAZE; OMRI TOLEDO; MAX KOSTYOKOVSKI; MILI ARNIAS; ACHIA RASHBA LEVI; YUVAL ZILBA; DAVID OHAYOUN; YAEL ANET NEIRA; NACHSON YEHUDAI; GAL EDRI; EINAT T; DANIEL HERSHKO; SHIRAN HIZKIYAHU; RUTH YAMIN; DANIEL MOATI; YAEL KAPACH; IGAL FINGLI; GILI METZA; LEON GOLDRINGER; LIAV SANKER; CHEN LEVI; SHARON MALKA; YOSEF DVIR; SHOSHANA HADAR; ASAF GALANT; MOSHE EPSHTEIN; YOCHI PORYES; OR ROMANO; ITAMAR ELIEZER; YAFFA BARSHESHET; SHARON SHIMONI; EYAL TOBYAS; DANIEL BEN AMOS; ADAR BEN AMOS; IDO BEN ISHAY; MEIDAN SHARVIT; SOLA VERNIK; YEHUDA VIDEVSKI; BARAK GILBOA; NIKA LEHCHIN; SAPIR IZDI; ROI KADARI; ELIHAI HAVIV; YARON BABIAN; AYALA NAVA; DANIEL SHECROV; TAMAR TAL; YAKIR CABALO; YAIR SIDREBSKI; IDDAN COHEN; DVORA HOTAM; URI MELLUL; RUTI ASULIN; RIVKA BEN SAID; LILACH DAMTI ; HAREL KELLER; KOHAVA BAT HAIM; ORTAL BEKER; ISKA KAMINER; DOR MOREL; DORI IBINDER; LEAH TZABAN; DAVID ELTSUFIN; AVNER MUSHNIK; AVI LUTSKI; AVNER PNINI; HILA PINHAS; LIOR ZIV; TALIA BABAI; SIMCHA BAKS; NIKITA GRENKIN; EFRAIM HOTAM; ITAMAR TAIRI; RUT AMIT; SARA GRINSHTEIN; AHARON ANAKWA; GALI SHIF; SFIRONS COHEN; ITAMAR FALUS; ASEEL GHANIM; HILLA HALEVI; ELLA HOTAM; LIAN CHINZI LEVY; LIRAN SHAPIRA; GIL RAVIV; HAGAI HILLEL DIAMANDI ; AVICHAI ASULIN; CHRIS NAZAR; ATARA ANGEL; ORNA FOGEL; ROTEM BABAI; MICHAL VEXLER; DVIR COHEN; TAMAR SORKIN; RACHEL BERGER SHECHTER; LIRON DAVID; BENI NEKTALOV; DANIEL BEN AV; EDUARD ROZENSTEIN; RAM SHANANI; OZ FENTON; GIL LEVI;

DANIEL AHARONI; OREN BABKOV; NURIA BEN ARTZI; MAAYAN REVIVO; RUTH MILLER; MORAN IZHAK SHVARTZ; GALIT WEINBERG; PRIEL YAACOBI; DANIEL RACAH; DAVID LEVY; MOTI WEISMAN; DVORA HOFMAN; AMNON SKALKA; BRIT GILAD; OFER UZAN; HILA MAZUZ; YONI GROSSMAN; YITZHAK LIBERMAN; MORAN YEL; NIRAN DAVID; HODAYA OHAYOUN; TOMER BUHNIK; ALTEA STEINHERZ; SHLOMIT MAFAI; MAAYAN GILAD; HAREL BARUCHI; ANAEL TUSHEL; ARIK COHEN; TALI ZILBER; IGOR ZAK; YEVGENY ALIANOV; SARON KAPUYA; TAL GABAY ; ANDREI MADEVDEV; HAGIT HAILA HAMAMI; ANAN ZEEVY; ZEEV WEISS; ROTEM ROZENBERG; SHIRA EFRATI; YOSEF ITZHAK HAVLIN; TAL DABUSH; SHIMON TZEMACH; NOA MOR; MICHAL ASULIN; MOSHE ELIRON; MOSHE ORENSHTAIN; NETANEL SARUSI; ISRAEL SHMUELI; VADIM ALUTIN; IDAN YAHUD; EINAT KARMI; DORIT MORENO; TMAR EIZNER; MOSHE HAVIVIAN; YOSSI SAADI; EINAT REINOS; IGAL DE VOCHT; YAKOV LIFSHITZ; JANET EVEN HAIM; HILA LEFKOVICH; NOA ELLMAN; YONI GUTMAN; GILAD RAZ; DANIEL BOKOBZA; OSNAT VAHSH; MIRIAM LIFSHITZ; DAVID KUSHNIR; SHAHAR TROMBKA; TOMER COHEN; OR ZELNIKER; YEHUDA SABAN; MEIR LEVKOVICH; YOSI SHAMIR; NIR KAPLAN; ADI GOBZENSKI; RONIT SHAPIRA; ISHAIA RUBINSTEIN; YOSSI MADAR; ELAD HAVSHUSH; TAL SHABI; ERAN HAFNER; ELA DROR; NOAM KALAZAN; ADI EZRA; SHLOMO EFRAIM; ADIEL SHARABI; HAIM YACOBZON; EITAN RICK; MALACHI IZRAELI; YANIV CHEN; MISHEL AVITAN; SHLOMI ORENSHTEIN; OFER ESHEL; MATAN ZAGURI; HANNA RABINOVICH; YESHAYAHU SULZBACHER; NISAN BACHAR; ALIZA SHLOMO; DAN SHTAUBER; BELLA BEN ELIEZER; DAVID VARDI; SHMUEL HADAR; RAMI DAMARI; OFIR RAVIA; GIDON KEVLAVRENER; ELI ZADIKARYO; BARUCH SHPIGEL; OSHER ROZENTAL; HADAS BEN SIMON; IRIT GROSS; EFI HAIM; AMIRA NAGAR; AVIV SOFER; DANIEL COHEN; NAAMA HONIG; YAARA FARAJI; RUTH ORDEA; BARUCH SHMUEL GENSBORG GILADI GRINVALD; TAL HAI; ASAF CHAOSKI; RAPHAEL JORDO; ESTI MEIR; HAGAI SAADON; ESTER LIBERMAN; SHIMON LEV; IDANIT RESHEF; ELIYA NAHARI; ELAD OZERI; EREZ ROTBERT; DALIA OSHRI; ODEYA ROZENZVEIG; IGOR GINADIN; ANAT MORDO; DIANA RAIZ; ZIV KATZ; YONATAN MAAYAN; INBAL COHEN; ELI MOR; YAACOV SHAY; TSOFNAT HERMAN; DARIA LAZEBNIK; LIAT AVSHALOMI; AMOS AMIRAM; ELISHEVA GETZ; YOHAI OREL MALKA; JANA LAZAREVA; REUT MARMUR; TAL HAREL; SAMI SHIMON; NADAV DON DEUTCH; VICKI ASHKENAZI; AVIA NAFTULIN; ELAD ISOVICH; IZAK LEVY; DAVID LEVY; YONIT HAZAN; MIRA BASHEVKIN; ELI REGEV; BELA BRACHA ROSENBERG; ELAD BEN SHIMON; MAAYAN COHEN; BATYA COHEN; GUY WEISMAN; OFIRA TESA; OREN DAVID POR; ASAEL HELMAN; AVI SHEKEL; PORAT SALOMON; IFAT HIMI; RITA FLUT; DVIR KERNER; ELYASAF REICHMAN; SHAMAI EISENMAN; AVIDAN BAR ASHER; MOSHIKO ZAMIR; NAVA DELUSUZ; NOA SHEFEK; SIMHA KORMAN; ESTER KENIG; MICHAEL NACHTILER; NOAM NIR; CHEN IDO; TOMER BEN SHITRIT; LIOR AMSILI; SUSANA SAMENDOYEV; OFRA BEN OR; MICHAL ELHANATI; IDAN AMRAM; AVRAHAM PARNASI; MAOR PAPINOS; MAZAL RAHAMIM; HADAR DAGAN; HAIM VAINBERGER; SARA KAKOUN; SHMUEL ZANO; SHAI MACHLOF; LAVI ZOHAR; NOAM YOHANANAF; AVIEL MESSIKA; SHARON LIDANI; HADAR ESHEL; CHEN SHALLEM; SHMUEL MEKLER; PRIEL EYAL; TOVA BABENGI; MOSHE LUZON; SHOULAMIT HOGI; ALEX GURAI; MERAV BAUER; SIMA ONEAL; ALEXANDER KARLINSKI; SHMULIK DEITSH; ORLY BURG; RACHEL HODAYA MIDLER; ZOHARA TRABELSKI; TOMER MESSIKA; GOEL AVRAHAMI; EFRAT MODRIK; SHMUEL SAFONOV; LIOR BENISHU; SHIRAN YAACOV; ELIOR SADE; DANIEL BEN AMI; NAAMA KAMAR; MICHAL ARBIB; NEVO GARAME; ADI SHITRIT; MENI EDRI; DOV GUY; URIYA DOR; BAT AMI BINYAMIN; RAMI ATAR; OSHIK PERETZ ; MAAYAN TAMAM; IVGENI TEPLITZKI; RUT ZAR; YANIV LEVI; SHMUEL POLCHEK; BEN LEVI; SHIFRA FENINGSHTEIN; BARUCH ODESER; SERGEY GORKOBER; DIEGO ADRIAN PENNISI; SHARON GILAT; MATAN NACHMANI; SHARON ROZNER; IGAL ELYASHIV; MAOR TVITO; NETANEL DIRECTOR; SHIMON METZGER; SHIR NAIMAN; YEHONATAN JOSEF; BINYAMIN KORENBLIT; DORON ISAAK; TZEMACH GUY; TOHAR BUCHNIK; LIEL OREN; GUY LEVKOVICH; BEN HAJAJ; HADAS PEER; ELIOZ ZEHAVI; SARA ALMAN; IRA KARDASHOV; MIRI MOYAL HURI; HEN SEMIATITZ; SHAY ELYASHIV; SHAHAR AMIT KATZ; DANA ZIVION; NADAV COHEN; DALIA IDAN; DAN SPERZADA; ASSAF MAHAZARI; ITZIK KOREN; SIGAL ELFASI; DSLEY TAKALA; YEHOSHUA KARLIBACH; KIRIL LEVRISHEV; ZIVA PEER; NOAM ISRAEL; SHAY BELASEN; MENASHE IMMERGLICK; GABI FINKELSHTEIN; AVIAD SHECK; KINERET MORE-SHAKED; LIRON LEVI; DORIS SHVARTZ; GIL BITAN; SHACHAR VAKNIN; ITAY TAICHER; ZEEV MILMAN; DAVID HADAD; HANITA GOLOMB; SHENHAV VAAKNIN; SHANI ISRAELI; AYALET SCHORI; IDO REUVEN; MENACHEM MENDEL BARUCH ILUZ; SHIMON HADIDA; SIVAN OHAYOUN; SERGIO HADAR TAZE; ORI SWID; TAL AVITAL; GADI FRENKEL; HAGAY ROZENBERG; KARMEL

BENYAMIN; IFAT NEUMAN; SHAHAR GLICK; SHIFRA GITELMAN; MOR SHIRAZ; DORON GADASI; KEREN LEVI; HODAYA GRAFI; SAHALOM HAMAMI; RON BERBER; MAXIM SHVILI; MATAN TILIS; OR RACHMANI; GILI ASAF; ROTEM SABAG; RAZ VAGIM; MIRIAM TAWILY; TOVA AZULAY; INBAL VIZEL; DOLI ACKERMAN; TAL LAVI; NEOMI POLLACK; RONEN GOLAN; ELIMELECH KARZAN; ELDAD YAACOBI; LIOR BEN AHARON; TAL REHOVI; RONI GLAZER; EDEN PINTO; YEHUDA KAMENTZKI; SHOVAL GADASI; SARA SHUSTOV; OFER BARI; ROTEM TZUR; NOY LEVI; ARIEL BASHARI; AMIT SABAG; EINAT KUPERSHMIDT; ANASTASIA SABIAZOV; TAMIR PERETZ; HADAR SASON; SHLOMO FELDMAN; ODED SARUSI; SHARON EZRA; OFER MIZRACHI; RUTH GOLDMAN; ASHER MIVITZKI; KOBI BRACHA; NIRA DIDI; MEIR KELLER; MIRIAM COHEN; MAAYAN GOLDKLANG; YUVAL MICHAELIS ; GAVRIEL LAVI; LEAH GERBER; ATARA RAIZEL; ASAF PERI; SHIMON GOTLIB; BARBARA COHEN; SHAY SHALOM; DANIEL PERBEROB; DOR COHEN; MENI METZER; MOTI ZANZURI; OHAD ZILBERFARB; SHMMUEL TOLEDANO; TZFOFIA SABAN ; GIL SHOR; YOGEV VAANUNU; YEHUDA SHPRINTZIN; YAIR ISRAEL KAPLAN; MIICHAL MELICHI; MICHAL BERNSKI; YARON LEV; RACHEL NISSIM; ZEHAVA SHALOM; HAIM PRINCE; ISRAEL TZARFATI; DANIEL ALROY; MATAN RAHMANI; SHAI DAOR; AVISHAG AZULAY; YOSEFA SAMREL; MEIR ACHRAK; ADAM COHEN; ROI SHAUL; ROY TAL; ORI BEN SHALOM; BELLA SHAKED; AVRAHAM AVIKZER; MOR LEVI; DANIEL YANESKI; ELI STERN; ISRAEL SIMCHON HADAR; RACHEL SUEZ; LIAD MALUL; NIR SHTERN; STAS KOPOLOVICH; YAMIT BEN MOSHE; YISHAI LAX; OHAD YAACOV; YAEL MANI; ITZHAK COHEN; TZILA BERGMAN; GAL COHEN; SHY WELLNER; TAL LIVNI; CORAL YONGERMAN; RONI FODOR; ELI GERBER; RUTH SADE; NITZAN KAUFER; OREL ELKIS; ERAN SNE; NIR KABBALO; ORTAL MULAI; ELYASAF AGIV; IZHAK GORDIN; YOEL TAL; BRUNO MELKI; LITAL HAJAJ; DANIEL MAMAN; GAL COHEN; EDEN BEN HAMO; VANIA SHEMI; ORI BASAN; ZVIKA VERTZBERG; ELLEN OHAYON; ZIZI KUJMAN; RACHELI AROETI; MATI AVITAL; ELAD KAHET; KFIR DOEB; ELIAD ELKIS; DALI KRITI; DAN ELMAN; KALANIT SHALOM; YAHAKOV UZAN; ODELIA MIA AVRAHAMI; MICHELLE PROCHTER; VERAA GAVRIEL; TUVIA DORON; ARIE YELOVICH; ADI BEN LULU; CHAVA ROMANOV; AVIAD ZAIDY; ARIE LEVI; GAL BABISH; TZVI KAFKA; GUY COHEN; SHIRA SWARTZ; HADAR PINHAS; YEHEZKEL HILLEL; OR SHAULI ; TOMER YAIR-PORAT; AMIT MIMONI; MIRIAN TAL; NAY COHEN; ELI LERNER; LIRON KARMON; BEN AMIRA; YAEL COHEN ; NEVO TOYZER; TATIANA VERUBAYIOV; SHMUEL COHEN ; VIOLA RAUTENBERG; SHLOMO LESHNOVOLSKY ; SHANI HIRSHHORN; MICHAL SADE; ZLIL SAIDOV; ELIYAHU BEFLER ; YONI SHNAIDER; EMANUEL ALKOBI; BANCHI AVRAHAM ; GUY BONJAK; ELCHANAN BEN-SIRA; YONATAN TIROSH HACOHEN; AVIAD ROSENBERG; ELIOR IFRACH ; EDUARDO SHOVAL ; ITZIK SASSON; ARIEL BERGER; LIDOR YASHAR; MISHELLE COHEN-ELAZAR; TAL CHAIM DAMARI; GANADI GORLIK; MICHAL COHEN ; SHEALTIEL YAISH ; NATALIE DAVID; AVIVA ASHKENZIE; PINSHAS CARMON; OFIR YAKOBI; YULIA SHARABI; DOR KEY; SOSENA WEINBERGER; NATI PAPIROVITCH ; KEREN ORA HORGAN ; HADAS BEN-ITZHAK ; SHLOMIT DOITSH ; ITZIK CHONEN ; MOTI AMIRIM ; RAN COHEN ; YONA NIMRODY; NATALI GUETA ; YAAKOV GABAY; DAVID LEVI ; MOSHE SHARABI; MOSHE SHARON ; NOAM GORDON ; ITSIK ZOHAR; YAFFA FINKELSHTEIN ; BAT-SHEVA ARIELI ; SHARON BITTON; YONATAN ROZENFELD; TAIR ABITBUL; DENIS ROSKOV; YOSEF DABUSH; YAIR SALOMON ; MICHAL BEN-SHITRIT; EILIA MARGOLIS; AMIR TAL; ORIYAN GOLDSHTEIN; LIRON ATIAS; MYRIAM MASHIACH; IFTAH OZERY; NOA BEN-EZER; AVIGAIL SHITRIT; INBAL CHATSHUEL ; HAIM BITREN ; SHILO ELKESALSI; NETANEL MALKAR; GILAD ELLA; ADIEL ZANZURI; SEGEV SMORGONOV ; SHACHAR PAISS; GALIT LEVI; SHARON JAHANFARD; GAL DUDOVITCH; IGOR OLANOVSKY ; ELAD YACHIA ; YOSSI COHEN ; LIAT COHEN-GINON; KLARIN BONFILL; LIOR HETSRONY; AVRAHAM AVRAHAM ; HILA MELAMED; AVI MORLEVI; RIVKA AREL-ZIMMERMAN; GOLAN YEFET; YAEL ROZENFELD; MOSHE COHEN ; ASHER SCHUZ; MICHAL BERG; YARIV DAHAN ; ODED LEVI; ELAD BUCHRIS; EDUARD GOROCHUVSKI; NAAMA COHEN ; LAVINA KENDLER ; URI BAREL; ELIOR DOR; OFIR SEMEL; HAIM MORIM; OREL COHEN; OMRI SAGGY; NADIA KADAN; URI SHMORGUN; ANA FRONKIN; ALON GUTMAN; RON WEIZMAN; YARON CHAVER; BOAZ DERRA; CHANA ARTZI; AVI BABBAI; DAVID SCHWARTZ; MALKA PORYES; REUT KADMON; NETZER BARTFELD; ITZIK NURIEL ; EVGENYA GANIN; TAL YUMAL ; ETI LAVAN ; NADAV RUZIAVITZ; ZEEV BROYTMACH ; SHLOMI CHEN ; OSHRA BELFULSKI; MOSHE LEIBLER; INBAL HAYOUN; AMALIA WEIS ; YECHIEL BAUER ; IRIS NAUS; RIVKA SHURIN; AVRAHAM LIFSHITZ; YEDIDYA GINZBURG; AMIT TZVI; NADINE LIV; ARIE WISEMAN; MICHAL LEVI-HORESH; ROBERT BERGER; AVIGDOR POTAZNIK; ELIE HARPAZ; DAN LUXEMBOURG; TZVIA KUSMINSKY; BORIS YAGIYAEV; LEAH GINSBURGER; ISRAEL BELO; AHARON SHMUELI; MAOR COHEN; MICHAL

LEVIN; SHMUEL MEIR ZUTER; SERGIE FELDMAN; YONATAN YISHAI; AVI BAT; BENY NAOR; ILAN MAZUZ; ITAY GOLAN; HAVI SHANS; ZAHAVA HACKMON ; ILAN HAZAN; AVIGAIL KARPUL; ADI ASSULIN; NIRIT SULTAN; ESTHER GABAI; ALEX KONOPLEV; MICHAEL SHITRIT; ELAZAR SHOSHTARY; NATAN GUR; SHAI ZOHAR; TAMIR MENAHEM SHRAGA; HAREL AMOR; AVISHAI ETZCAIM; OMRI HEFER; YASMIN DUBKIN; RIVKA SHAKED; RONIT OREN; DINA AHARON; RACHELI AVRAHAMI; TOMER KADOSH; ORA ARIEL ; AVIRAM ABITBUL; MERAV OHAYUN; AVRAHAM ZAKS; NAAMA TOCHFELD; LIRAN SHAVIT; DORI C. FARAN; ANTON PAVLINOV; SAPIR S; ARIEL VERBNER; BEN ALONI; DVIR CARMON; RACHELI BEN DROR; DUBI RAMON; DOLEV GOLDSTEIN ; ORA AVIKASIS; YEHUDA SOFER; ELI PORAT; LIDIYA TONKONOGI; YA'AKOV HAIM SIMA; RACHELA LEVI; ASSAF SHIMONI; ORA SCHIFF; MICHAL ASRAF; ITZIK PIKEL; ALEX PETROV; AVSHALOM YOSFAN; NAOMI DAVID; AVIA VANUNU; BARUCH BURSTEIN; ARIEL GILAT; MAGIE LILIE; AVI BARUCH; ADI GARFINKEL; SAPIR SHEKEF; MERAV COHEN; MORDECHAI SHAY; GUY VAKNIN; MIRI MAOZ-OVADIYA; ORLY ZVI HAKAK; YAIR NISIMI; AVI HARELV; SHIMON LIANI; RAMI HAGBI; LEO CHAMMAA; MAOR NIDAM; ELIYAHU AZRAD; YEDIDYA STERN; YEHIEL RABINOVIZ; INBAL COCHAVI; ASAF LEVI; ASHER TAMOPOLSKI; EVGENY LEVIN; SHACHAR FIRSTATER; BOAZ DAYAN; MEIR TOVIM; OGEN AMOS; ISRAEL KFIR; SHAHAR GALAL; HADAR TZALAH; TZLIL BEN AMRAM; LEON POLLAK; ADAR TZAFRIR; ASAF YOSEF; DEAN SIMON; ADAM EINI; BETZALEL SHARABI; LIRONA KOBI; SARAH BOLOTIN; MENAHEM AMOS; NOAM SHALEV; ANAT BEN SHITRIT; BATEL BITON; SHANI COHEN; JESSICA TOCKER; ISRAEL SHENDEL; AVIA SITATO; NESTIA KRAPKER; CHEN DUDI; REFAEL VARDI; DALIT PORATH; YISHAI ZMIRI; YAIR MOTTES; MICHAEL VADOBOZOV; ZAHI COHEN; AYALA BAR EITAN; SHALOM ARUSSI LEVI; MATANYA SHARABI; AVIVA LEVI; DVIR ZELIKOVITZ; ELI BERGER; YEHUDA ZFATI; AMIR BITTON; NECHAMA WILHELM; SHILO BEN MOSHE; DAVIS SHTREKS; TALI KATZ; LIAT COHEN; JOSEF ROB; YIFAT LAZAR; MARCEL AZULAY; SEGEV ISRAEL AFRIAT; DAN ARIELY; ELAD MAYER; RONEN AGRONOV; YONI OFRI; ASHER SHACHOR; JOE ELI GIRONI; ITZIK OKOVSKI; ERAN LIPSTEIN; DALIA LAV; EITAI MEIR; NETANEL YAISH; DANIEL HAZIZA; ASSAF HAGER; RENANA HOLITZ; DANIEL SAYAG; TAMAR ZIYONOV; FREDI LEVI; NURIT HIFI; HEN NAHMANI; SHIRA TSIONA SHAVIT; ERAN BAR-LEV; SHOSHANA SHUSHAN; ESTELLE YADOAV; YEHUDA SADE-FELDMAN; MEISHAR CARMI; YAIR SHNEIDERMAN; ILAN FINISH; YIZTHAK COHEN; HADAS MARGOLIS; NOA DOITCH; AVITAL TAMAM; AARON BENEZRA; ELAD STEPANSKY; GERSHON PAPIASHVILI; ELIAD GUETTA; ARIK CHEPOY; SHAI KIVITI; MATANEL DVORKIN; AVRAHAM GREENSHTEIN; MOSHE SHOMRON; VADIM SERGIENKO; YESHAYAHU UZIEL; ELAD COHANIM; JULIE MAIMON; DANIEL AMINOV; IRIT COHEN; DANNY WATERMAN; NIR DAVIDOV; ARIK PARIENTE; SHARON YACOBY; YAM FRIEDMAN; HADAS PADINKER; YANIV NINO ZABUROF; URI HAREL; REFAEL DIDI; MIRI KUGMAN; OR ASRAF; ORIYA AVIVA MOSHE; SHANI KISOS; RACHEL SHEM-TOV; GAL MANIA; SERGEY KRAIMER; NAAMA PERLMAN; ALEXANDER POLYAKOV; LIA KURZ; IDIT DRUYAN; GEDALYA KOHN; AHIKAM MAZUZ; AVRAHAM BETASH HALEVI; ISHAI ELHARAR; HANA ZAM; BATIA DINA SHEKLAR-DEGANI; ELISABETH BITBUL; CHEN FARHI; ROI ILLOUZ; HEDVA DOTAN; ZOHAR KATABI; OREN BUTBUL; YAACOV BODANEV; ELAD DEMSKY; ILANA FREIDLANDER; NETTA SALOMON; LIOR YOHANAN; MIREK WEISS; DANIEL AMRAM; ITAI SANI; MICHAEL AYLEROV; AHARON EPSTEIN; ELIAV AMIOR; ORION EIBLAIEV; EDEN VITZMAN; YAFIT ELIE; OSHRIT MOR; UZIEL VERED-BINSHTOK; ROEY HAZUT; MICHAL GOTLIEB ; ELIEL HAOUZI; EHUD SCHORI; TZACHI BEN-HAMO; AYELET ADLER; SAPIR TZION; SHAY MEIR; GAL ASHER HANEGBI; MEVORAH MACHLOF; ISRAEL HAREL; DAVID MORAD; TOMER RAHIMI-ZACH; NATALIE DAVIDSON; HANAN ARONOVITZ; RONEN SHAPIRA; YAEL SATHON; RAN AZULAY; HADAS SHARLIN ASHKAR; SHIRI LEVIN; ILANA RAZOMOVITZ; ELAD BEN-DAVID; MICHAL BEIT-HALCHMI; AVIAD SELLA; LIOR LAVI; ELISHEVA AMITAI; NERIYA ARNON; TALI AVITAN; OZ FRAUG; SIGALIT SVIYA HEIVSH; BATSHEVA BUCHNIK; YONI LEVY; MEIDAN SAREL; REUVEN TARKO; HAIM TZVI NAOR; HODAYA BEN ARI; MIHAI MENDL; YEELA NOYBERG; HOFIT KOREN; LIOR APPELBAUM; YAFFA EDRI; ELIOR MENACHEM; RAMA DAVIDIEN; BEN-TZION ARAVIV; YAKIR BEN DAHAN; OREN TIROSH; ARNON BASOK; DROR YTZHAKOV; ARIEL BARZILAI; TAL FLICKSBROD; AVIEL CHAI; SARAH FLAM; ALINA LIEBERMAN; MATAN HATUKAH; HERSHEL BAL; SAR SHALOM POPLOVSKY; EYAL BEN SHIMOL; TOMER HASID; RAVIT AMSALEM; ISRAEL RAHMANI; NOAM COHEN; MAYA HADAR; SINAYA PESACH; NAAMA VAKNIN; TZACHI BARAK; SHARON GOATA; HILEL ELIZAROV; YEDIDYA BEN AHARON; LIOR ZAMSHTEIN; VITA RABINOVICH; ISRAEL HALIMI; NIR KLINGEL; ANDREY MILLER; SHAY SHAHAR; JOSEPH GOLDBERG; EITAN ISAKOV; AVITAL HADAD; GIL YOSOFOV; OSNAT KARO; DAPHNA LAOR SEGEL;

SIVAN SHANI; BRAIN MARK BISTRITZ; ORIA BITON; NATAN JACON LEVIN; SHIRA RABY; MOR SHLISOR; ROY OGEN; AMNON HARSHOSHANIM; EDEN ARBEL; ISAAC LAHAV; YEDIDYA HEILBRON; MIRIAM SHAI; MENDI FRIDMAN; MOSHE ZALAK; DAPHNA MENACHEM; TZAHI TAL; GAL HEVER; ANITA SHAHAR; ZAHAVA DANILOV; NACHMAN KERNERMAN; YARON MALJA; OMER SHNEIDMAN; GADI SIEV; DANNY KVEET; YEHUDA DAVIDI; ZION BENJAMIN; YIFTACH LESSNER; MICHAEL SAADON; GITAI BARZILAY; OMER MORAG; TALIA KOLER; AVRAHAM BEN AROSH; SHLOMO FOOX; MENACHEM GODIK; ADIEL ELGI; TZVI SHWARTZ; BEZALEL LIBOVICH; AVRAHAM BAR SHALTIEL; ODEA TOLEDANO; GILA HED; ZIMA ABRAMOV; RONI SAN; ERAN GEPSTEIN; PINI BLACKSON; SHOSHANA KESSEL; LIORA GORGA; MERAV GOLAN; NOKI NATAN LAVI; ISRAEL ACUCA; ZIVIA FEIT; ELYAIR MAMAN; MAOR TZEMACH; ODELLIA HAZAN; YOSSI AIBINDER; YIFAR ADLER; AVRAHAM BISTRIYZ; ELIYAHU SHELTZER; DOV LIVSHIN; NERIYA FINISH; NADAV TURGEMAN; CORIN VITLA; BOAZ DEKEL; EYAL SHOSHANI; MATAN ARAD; ILAN KUTNER; AVI YOSEF; ELDAD RABINOVITZ; TIDHAR HIRSCHFELD; YEHUDA BARON; ELIYAH GROSSBAUM; SHIR HAIM TAASA; RONEN DAHAN; HAGAI PAISCHOV; ELIRAN SHEVAH; SHMULIK SCHACHTER; VADIM HANOKIEV; RON KATZIR; BOAZ SHURKI; TAL BEN SAMHON; EPHRAIM MENACHEM; ZIMRAT LEVI; CHAIM BISTRITZ; SACHA DORTVA ; ZAMOR CAHLON; ASAF ROKNI; MAYA AZARIA; MOTY BERKOWITZ; AVISHAI CHACHAM; SHLOMI TOMER; ITAMAR SASSOON; CHAVA BISTRITZ ; ORIT MOZARI OZER; YONI SHUKER; ERIC STEINFELD; SHAHAR MIRON; DIN YOELI; TALOR COHEN; YOSEF SEVISA; HEN BORNSTEIN; GALIT AZURI; TAGIL KOROLCHIK; BEN AVDAR; LIOR REVITAR; KOBI CHAZAK; TEHILA SHPITS; SHIMON BASA; ADVA MOVSOVITZ; HED BISKER; SARIT YEFFET; EYAL GOLAN; CHAIM STOLOVITCH; MAYA ZITZER; NOAM LANKRI; ANNA YOCHANENOV; DAVID MILMAN; ORIEL YEMINI; AVIVIT SHIRI; LIOR SCHWEITZER; YAAKOV COHEN; HILLEL SHALEV; MAYA EISENVERG; RAVID BRUDO; AMIAD BARELI; AVI TZAGAI; HADAS BRONFMAN; TEHILA COHEN; PNINIT LAVI; GEULA PALCHAN; MICHAL KALIFA; VISLAV ISRAELOV; ALINA BERIN; YOSI VAZANI; SARI MAIMON; AMIT SHAI GARIN; ORTAL PUR; AVIAD LAHAV; ORAIT ARYE; MOLO ZAMRU; YARIN OVADIA; TSVI NAGLER; DAVID SLAFROCK; YONATAN DAVID; OMRI HIKRI; ABRAHAM ROSMARIN; YARON MEIROVITZ; GUY PELEG RYSHER; OZ BENODIZ; YAEL SAGIV; ELHANAN MEOR; GALIT YOSEF; NIV MIZRAHI; EINAV FAIN; GAL KRIKEV; TAL ALBER; YOGEV ARGAMAN; MICHAEL ANDROSHKIV; ADI RABINOVITCH BADIN; OMRI ANKAR; ETI SADAN; OMER MISHALI; TAL MICHAEL KARAVANI; MATAN MEIMON; ILANIT YARIV; ARYEH PSHEDEZKI; ADIR OHANA; MOSHE OUZAN; AMIT YIFRACH; GAL HARPAZ; AMIHAY MOATI; ESTHER BAR CHAI; NETANEL PDIDA; SIMA LEVENTER; YEELA BAREL; DANIEL DAGAN; ADI FAYER; MAKSIM ZHIBOGLIADOV; ELON SHAMIR; IDAN MOR; MEOR BEN CHETRIT; DUDI TAMIR; MORDECHIA GOLDMINTZ; JOHN ELISHOV; RUTY SHARON; MOSHE ELNKVA; AVIAD UDI; EFRAT KLARMAN; AMITAI BUCHARIS; ELIZA MARIAMA; NATAN DACHVESH; OR GIBLY; SHAI OHION; DANIEL DALIMI; NATALIA TAMIR; NOAM HATSAK; ITZIK ELBAZ; RAPHI SHUVAL; DANIELA GOLAN; ROI DAMTI; SHIRA RAVUCH; MOSHE TSADOK; BENI ETGAR; TSIPPY DIAMONT; DORI BEN ISRAEL; ITAI DOR; YARON HAROSH; UZIEL ALTIT; AYELET KARP; MANNY AHARONI; MICHAL NAGEN; IRIS ALON; ILANA BAYDECHENKO; SHAHAR ROZEN; ILANA KATZ; ILAN SAFRAI; TAMIR JACOBI; NATALIE YAKOV; BARAK AVIRAM; MOTTI KALLUS; DANIEL HARLEV; SHIRA YANAI; DOLEV SAL; MENACHEM KADOSH; OREN SIGAVI; ELISHAV COHEN ARAZI; YAAKOV NAMAN; SHARON DAMTI; ORTAL SASY; BILLI ROSENBERG; OURI BENISTI; OVED REVIYA; DOR ILUZ; PNINA ALTROVITZ; MICHAEL COHEN; AVI SCHNEIDERMAN; YORAM ROSENBERG; MOSHE ANTAR; NILI PIKTER; BARUCH PINCHASOV; GADIT DAN; RONY BIKOVSKI; GAL FLICKSBRODT; ALON GOLDBERG; YARDEN ZEHAVI; BARUCH HECHT; SHAI ZAKS; AHARON RINGER; OFIRA EDRI; RAM STEIN; MAYA SIPARSKI; HADAS SHNABEL; JONATHAN PERETZ; MOSHE AMAR; BELLE ALLOUCHE; RUTH HERSKOVITZ; MOTI WINKLER; SHOMRON SHVUT; AMIT HAZAN; ELI KLAUFMAN; SARA ZAHAVI; EREN AMAR; RAVIT SUISA; ADI AVIGAD; ROSLYN KOPELEV; GONEN SABAN; AMALYA AMAR; SHLOMI MALKAH; ZIV HEFER; ISRAEL HALEVI; HEN BEN DAYAN; SARAH SARBANI; RAPHAEL ABRAHAM; AKIVA RAGEN; SHIRAN BEN YEHUDA; ISAAC ANTIZADA; GILOR PESACH; MEIR LAYOSH; NOA ZLIKOVICH; ASAF MEISHAR; NOAM VASKER; AVRAHAM TEITELBOIM; TZIVIA BAK; YONATAN TZUR; HODAYA KRASNIKER; ADIEL ELONI; NILI ZIVAN; ISRAEL ELITZUR; YOSEF LEON; DROR LUGASI; MAOR HADAD; RAN NADAV; YARON GUEZ; AYELET MCINTYRE; ACHINOAM HAIMOVICI; AZAR GAYADROV; ELIORA HADAR-ROBIN; BARAK GOLDITCH; SHAI ADMONI; TUVIA GROSBERG; MARGARITA DOVITZKI; DANA NEHAMA DOMEV; ANABEL BECHOR; MOSHIKO HEFETZ; ROEE KALIFAH; ASAF SHAKED; URI SUPERFIN; ISSACHAR MEOR RAICH; DOLAV SAHAR;

DAVID ELAZAR HALEVI; ILANA SHOCHET; HAIM MASLIACH; MEIR MENDELSOHN; UDI MOSHE; ELI GINAT; YARON AVDA; KRISTINE SCHARF; ISRAEL HOROWITZ; ESTER MICHAELI; ALON BAUMAN; HALLEL BUNIS; GIL DOR; DAVID KORNBLUTH; RONI HEN; MEOR DAVI; ROYI SELA; YEHUDA GABAY; YOEL AZULAI; SHMUEL ACHMIMOV; YOSSI ZILBERSTEIN; HAYA ARGAMAN; GREGORY KLEINBERG; GALIT PINKER; AVI BOCHBOT; SHMUEL COHN; SHARON INES; LEAH OHANA; SHAI SAMOELOV; GALI PARKER; NETANEL BATITO; NOGA ALPERT; AVIRAN GENISH; YOSEF RAZON; NOY ARAVIV; SHAI MORAD; NATALIE DECHTER; ARIE SHACHAR; ISAAC AMAR; KFIR KACHALON; ELI TSESLER; YISCA TZOREN; RIVKA ALLOUCHE ; TOMER BARUCH; ALEXA ILIADY; AVSHALOM MIYARA; ELIYAHU PINHASI; RONIT HASHIN; RONIT ADAM; LILACH SELLA; RINA BROSH; ASHER EISENBACH; SHIRA KEVRA; KOBI ROKAH; TAMAR POLAT; RUTY ESHLEMAN; ELAD RAVIV; OR HOMRI; TOMER DAVID; ISAAC SHEMESH; YOSSI HADAD; AFIK MARK; ORIEL PELEG; NETANEL HAZI; LINOR ARGENTARO; ELINOR MIZRACHI; OHAD ELLA; SHIMON BLANK; ODED SAAR SHIR ; DAVID DROR; ELICHA TOUATI; REVITAL HAIMZADA; HAGAI SHAMI; MOSHIT SHAFAR; GILAD LEVI; SHLOMI BUGDARY; AYELET LAZAR; KOSTA HARIZMO; DAVID LAVI ; HAVATZELET TESHUVAH; TZADOK ARIK; AHRON ZHUR; OFIR AKIVA; SHMUEL EDELMAN; MATAN TOR-PAZ; RONIT YIFTACHI; EIDAN BAL; MICHAL FREUND; GILAD WARTER; LIOR GREEN; DAVID ZAYDEH; YIBANEH GILBER; NISSIM LUZON; BARUCH GOLDREICH; EFRAT SHAY; SHAQED DANIEL; TAL SHAHAR; ORIEL KOCAV; YAEL AMIEL; HANAN KARSANA; BAR SHALEV; ITAMA TZAVRI; ROEE ZONSHEIN; RAPHAEL BEN KALIFA; YONATAN TURNER; HERZEL FRANKEL; ISRAEL DAHAN; YANIV RONEN; MARK PRAGER; ANNA DRAGUNSKY; ELAD MEYUSEFF; DORIEL ALON; SAPIR HAMO; ITAI ELBAZ; YEHUDA COHEN; YELENA K; RIKI MASIKA; EDEN GOTTLIEB; YANOR ETDAGI; NISIM BEN YOSEF; HILA ZOHAR; ELIEZER SPITZ; STAV NACHUM; YAEL YARDENI; TAL SEGEV; SHULAMIT WEINSTEIN; NETANEL ONER; NOAM ZUBERMAN; AVISAR ISRAELI; COCHI CHIVUN; SHAI EZRA; MOSHE YAAKOVI; OMRI ASRAF; OMRI YAAKOV; MOSHE ALKAVETZ; ELYAKIM COHEN; TZOFIA SHANI; YONIT MENACHEM; NETA WOLFE; AMITAI ZADA; MORIAH SHIMON; AVNER NIV; EL-DAN DANIEL MENACHEM; ITAI RUTNER; YEHUDA BOTBOL; GIL FRIDMAN; EVYATAR COHEN; ILAN LADELL; RAN ALMOG; DORON OR; SARI COHEN; YISHAI KERET; RACHEL BITON; LENA KORNILOV; MENACHEM SHIMON; IRIS ARON; MOSHE OREN; YANIV BEN DAVID; HILA FRIDMAN; CHAIM HADAD; TAL BENKOVITZ; AVISHAI AMSALAM; ITAMAR BITON; NATAN HADAD; HANI BARUCH; OR MASHTEH; NITZAN ENGLANDER; LIRON ISKOV; TALIA HADAS JORDAN; YUVAL ROSS; RAN TESHUVA; SHILAT COHEN; TALYA KARNI; OFRA EDRI; YEHUDA GERSHON; NAAMA ILUZ; MARINA KATZ; ALON SHMELIOV; MEIR FRAG; ASSAF BITON; ADI WIKHANDLER; MAYA RON; OR BITON; SAPIR MENACHEM; SHLOMO TEITELBAUM; ASSAF ELBAUM; OR ENGEL; MIRIAM KRESH; LIRAN BEN HAMO; HANNAH COHEN; MALI TZIGIAH; ARIK ROSENBERGER; ORNA BEN AVRAHAM; ROTEM BARMAIMON; SUZANNE POMERANZ; HAVI EYAL; YEHUDIT LEVKIVEKER; HANNAH EYAL; NETANEL HACOHEN; DAVID BEN AVRAHAM; SIGAL ZUBERMAN; ELIYAHU ZELIKOVITZ; FANYA WAIN; YAEL WEIDER; EITAN ASHTAMKER; CHAIM GLANTZ; DUDI RADOSHITZKY; ROTEM COHEN; ALEXEY BELINSKY; CHAYA ; NATALI INFELD; LIOR LUSTGARTEN; DAVID WEINGARDEN; OR-ELI AZULAI; AVRAHAM SAND; BENTZI TAI; URIEL TRAKTER; MAYA GOFRY; DOREEN EDELMAN; ALEX SINDALOVSKY; RIVKA MADAR; MICKEY RACHAMIM; ELYA HACHMON; DAVID NAHARI; DORI OMER; OFRA COHEN; IDAN SADEH; LIRAN NISSAN; NETANEL CHURI; ROI GOLAN; EPHRAIM GUTTMAN; GADI RUSSAK; RACHEL RACHAMIM; HADAS TRAKTER; SHAI SHLOMAI; TZVI WIDAVSKI; DAVID COHEN; ISKA ROICHMAN; DANIELLA BART; SHAUL MAMO; SHIFRA ETINGER; AVRAHAM HAI BALUCH; ITAI GIL; LIOR SHOURKA; MICHAL BRENER; URI DANIEL; SHUVA COHEN; TALY REVITSTEIN; DANIEL CHERBIN; CHANA ZLOSHINSKI; SARAH DORI; YAEL BEN HAROSH; CHERUT NAGAR; DALIA AMAR; YARON MACHAT; EPHRAIM SAND; GILI HERSKOVITZ; JUDAS MALKA; ITAMAR ALFASSI; TSURIEL AMIOR; YACOV ZALOSHINKI; MAOZ VITZENTOVSKI; PERRY FISHMAN; ELI BEN YAIR; SHAY ASSAEL; SHIMON RICHTER; RONEN SHANI; HADAR MENASHRI; NADAV MAMAN; ROSLYN PARADNY; TAMAR PERETZ; DANIEL KORESH; ALON TZEDAKA; RIVKA BENEZER; REVITAL DAVIS; URI DANIEL; AVIV KOSOVER; TZIPI DEUTSCH; TAMAR ROSEN; AMIT BETSER; ANNIE ORENSTEIN; NATI AZULAI; AVI TORJEMAN; YIGAL YAMIN; DANIEL LEVAV; SIGAL SARAF; AHARON DJIRAIV; MOSHE DOR; HILA BENATAR; LIAD MORDECHAI; YEHOSHUA FITOSHI; HEN SHILUAN; SHAULA BEN AVRAHAM; AMIR SOFER; SHAUL BARANTZ; SHAI PINCHOK; URI LASSNER; DAVID COHEN; YEHORAZ AVGANI; ARIEL ZIEGLER; SHARON LEVINE; RAN SHILWAN; ELCHANAN NIR; ELIEZER MASHLUF; DAVID LIVE; TOVA ACADEMAI; NITZAN GREENFELD; YULIA KREMER; YOAV HAMDI; ELIYAHU

GOLDSMITH; ELIYAHU NEPLOCH; GUY VOLFIN; RAKEFET PESSO; GIL BLASSON; MENACHEM GARBER; EDEN TAPIRO; RIVKA HADAD; KARIN NORGOR; YVGENEY KOSOGLADOV; OHAD DAYAN; NADAV CHIBOTRO; KOBI HAAS; MERAV OKEV; EDEN RISKIN; ELISHA SASA; YOSSI BOBLIL; CHAYA SCHWARTZMAN; VICTOR SHUA; YANON BEN SAADON; CHAIM REICHBARD; MOSHE FISHER; KEREN KOCHAV; ALEX STANKEVICH; ALICE MEHATAVI; ELYASHIV COHEN; ORIT SASA; BERNICE REISMAN; DENIS KRIBITSKY; RUTI MEIR; ORAN GOLAN; YOSEF CHURI; SHIMON BEN YISHAI; EMANUEL BAR; LEON KLADNITSKY; MAAYAN SITRIN; NOFAR BEN AROSH; LEAVIT MALCAH; YSCA BEN AVRAHAM; RINAT DROR; DORON SHIMONI; ODEL AZULAY; SHEVUT SHISH; SHIMON HALLELUJAH; ARIEL OLSEWER; DORON GAR ON; GABI MIRON; KATYA KOPIT; SHIMON BEN SHUSHAN; DIKLA HAZONI; KIM GLASSMAN; ARIEL HOROWITZ; YONATAN DOBOV; TOMER YISRAEL; GILAD NOY; EYAL ARDITI; YANIV YEHUDA; MENACHEM MARKOVITZ; DVIR OZ; ABRAHAM CHITRIT; YOCHAI SAREL; ASAF BEN-ZION; AVRAHAM TZVEIBEL; DEBI ZORBIN; TOM MODAN; DANIEL MAXIMOV; ADVA SOROTSKY; AVRAHAM WEINTROB; RINAT MARCUS; TALYA KATZAV; MORAN YOSEF; LIOR TZINGOKAR; AVISHAG COHEN; EDAN TAL; RONNY NIV; DANA MASURI; SHARON BINYAMIN; KEREN KOSMAN; SAPIR ELIAV; ELIEZER BEN-ZEEV; SHAUL MANSABBACH; NISSAN LEV-RAN; DORONO KALLNER; ESTHER COHEN; YOSEF HAVSHUSH; SAHAR ELIMELECH; OZ LEVI; IGOR JUKOV; DANIEL GOLDFELD; SIMY BENZAKI; DIKLA SHARFI; SHAY GILBOA; TZACHI KESHET; DANIELA BURSHTEIN; SHANIT MENGAM; YONI SABAG; MORAN TOMER; GILAD HADARI; TOMER GWETA; ALON STOLERO; HANOCH BAR-NITZAN; ELILI VAANUNU; ARIK DANINU; DALIA ZAIT; JACOB FROMMER; ILANA BIBES; EINAT AVIV; ELISHEVA BARTOV; DANIEL MALKAH; DANIEL GINSBERG; SHANI NISSIM; AVRAHAM ZAGURI; ; INBAL SHETKEL; SHMUEL OLIBEN; ELIRAN SHUSHAN; PINI ARONBEIV; INBAR SHELI; HILLEL SWIMMER; EREZ LUZAN; HAIM VAANUNU; SHAHAR GAFNY; TIFERET LORI; SHAHAR WEITZMAN; YEHUDIT KLEIN; SHIRA DAMARI; OR SAAT; DANA ELBAZ; AYALA SHARET; ETI GILI OVAKNIN; CHASADYA BITKOVER; NADAV KNAFO; AVIOR HADAD; AMIRA GOLDSTEIN; HANANEL BARTOV; CHAVA MENASHE; GAD HAUSMAN; ROEY MOLGAN; ADI LEVY; SARYA COHEN; ASAEL SHVO; LIMOR MELAMED; DANIEL OMER; EREZ LEIBERMAN; NETHANEL GAMLIEL; LIOR GROSMAN; SHLOMI KAKON; JONATHAN ZIERLER; DAVID HILLEL; CHAYA LIEBERMAN; AMITAY SHAUER; TSUKIT KADER ASRAF; JACOB LEVI; TOMER LEVI; MICHAL CHETRIT; SHLOMO AHARONI; NAOR BALORI; MEIR COHEN; HILA TZADOK; SHIR NEIZBERG; ROTEM UZAN; ILANIT CHAVA JACOBSON; ITZHAK COHEN; GAL BITON; ITAI BABAYOF; OR KEDMI; SHLOMI KOSKOVSKI; SHAHAR SHAPIR; AHIKAM COHEN; ORTAL SHMUELI; OR CHANAN'EL; TUVIA BRUKNER; ELAD COHEN; AMIRAN SAADON; SHELDON STOHL; RIVKA TSOF; SIVAN COHEN; HAREL BARZEL; AVISHAG OFER; ITAMA SAGIV; OREN TZARCHI; CORRINE KRAUT; REUVEN TZATZ; EFRAT FELHAIMER; AMITAI SHOCHET; LERNER FSINA; NOY BARAK; DANIEL MADAR; LIORA CHEN; MERAV HAIMI; SHIMON BEN DAVID; GUY VICKSILPISH; HANNAH ELCHARAR; ELI SAGIR LEVI; SHIRA BEN-PORAT; REUT MIZRACHI; HAIM TZVI ROSENBERG; HAREL HECHT; MOR BURSTYNE; YAARA YESHURUN; RAFAEL SIBONY; YARON KADOSI; ORAN HAINRICHZON; VICTORIA GAVRILOV; OSHRI ILUZ; AARON TUCKER; TZIPORAH ROSENBERG; MEIR COHEN; NATO GUTMAN; SHALOM TAL; MOSHE LAMPERT; GIDON LEVAV; MOSHE BEN TZION KANE; LENA ZELTZER; COCHAVIT SHALEV; IDAN TENDLER; SHOHAM BAR ASHER; ALBERT DONDISH; IRA EITAM; DOR BEN-DAHAN; LIRON KATALAN; TAL ROSENBLATT; BATZION KAHANEH; NETANEL PERETZ; REBECCA YEFFET; LEAH SROR; NOY SHALOM; MOSH RICHARD; AVIV KLEIN; YEDIDYA MEIR; BATYA JACOBOVITCH; ADI GOBI; KOBI BARDA; ALON ARIELI; NITAI MADVIL; GIL GOLDMAN; NASSIA WINTER; AMIT KARNI; LEONID SHATZ; TEHILAH STRAUSS; IDAN AVISAR; AVIHAY ZIRKIEV; ELINATAN BEN-DAYAN; OR MENTASH; LIAD YACOVAN; AARON PAZ; IDAN RAHMINN; OSNAT RAZ; ABRAHAM KAZO-COHEN; TOMER BOYMAN; RON AMIR; ALIZA SANDVIK; MATAN MILAS; MOSHE MAKLOF; SHANY YITZHAKIAN; VERDI NATALIE ; DAVID OPPENHEIM; TZVIA BROYER; MOR MOR; HANANYA YOSEF SHACHAR; ITIYA BEN MOSHE; AMIR PERLSON; AVISHAI LEVI; OREL MOSHE; NAHSHON LIOR; OREL KEHANI; MADELIN GABAI; YISHAI MILLO; RAFI WIENER; TAL LEVI; SHAI AHARON ELHAYANI; TOM LEVRON; MOR YIFTACHI; YEHEZKEL DAVID; YOSEF COHEN; ELIEZER MEDVED; PINHAS BARHAY; ELLA HERSHKOVITS; LEONID ZIBERLIT; NETANEL GREEN; SHIRAN YOSEF; HODAYA JACOB ; BENJAMIN MICHAELI; MICHAL COHEN; ISAAC HEJMAH; YOSSI AHARONI; MOSES MELUL; PESIA SHARFER; HADAR HADAD; KEREN EISENBERG; ISAAC POPPER; NURIT PHILIP; HADAR HADAD; ISAAC ASA; VERED SHUVAL; HANANIAH YOSEF HALPERN; MATAN OZ; BARAK HASON; SARAH MAATUK; MIRIAM ARMAN; YEDIDYA SHREIBER; SHAY CHAMDI; DORON

COHEN; ROTEM SHFI; LILACH BEN YEHUDA FORMAN; YOSSEF ZAHAVI; PDELYA GABAI; SONIA TRAEGER; RAPHAEL ROJANSKY; DROR MEIROVICH; DIMA ABRAMOV; TZIPP TUCKER; LIAN PINTZ; INBAL AHARON; ISRAEL FRIEDLESS; GIL TROITSA; NEHORAI ATZOR; AARON ISAAC; AVITAL JIRAD; HAGAI AGMON-SNIR; TAMAR P.; YAEL KANIEL; YORAI COHEN; HANIT MAOR; MIRI FROMAN; ALON SAPERIA; SHAI PINCHEVSKI; ISACHAR IVASHKOVSKI; KEREN KROTZIK; NADAV REIZER; FRIEDEL LOINGER; MIRI HADAS; DAVID WEISS; NAAMA BEN-AVI; FEIVL HESKIN; JOEL DOMAV; AMOS DABUSH; OR SHIMONI; ASSAF SHARABY; DAN BEN-HUR; CHANAN BIRKOVICH; HAGIT GIBOR; NAFTALI HAZONY; ALEX YUFIT; MIKI BEHAGEN; ELIMELECH MARKOVICH; GARY KROGLOV; GABRIEL GORLI; OHAD PONTE; ZIV AUMAN; JODI BEN-ARI; HANNAH GELBAND; ODED MIDBAR; URI KATRIEL; LINOY BEN-ABRAHAM; YAKOV BINDER; YIFA NEIGET; RON ZANO; EFI DAVID; MOSES ABRAHAM; YAFFA KORITZ; ELIJAH ASSRAF; NATAF WEISS; AARON COHEN; NOIA GENDLMAN; MOSHE ATLO; MICHAEL BOHANDA; ATAI BALDINGER; HANNAH KEHAT; YOSEF AZRIEL; MOSHE BARTEL; MICHA PECHNIK; REUT HATUKA; YOSSI WEIS; ELAD YANA; YIRAM COHEN; ELAD RIACHI; YIVGENEY LAZANAKO; ISRAEL MAZOZ; DANIEL YISHAY; STANTISLAV DINOV; NURIT BEN-YA'ISH; LIAD ALON; YEDIDYA AISH; EREZ AVITAL; MAOR PINCHAS; RIVKA KATS; SAHAR OCHYON; ZECHARYA STRENGER; JONATHAN KARRIE; YAEL WERBER; JEREMY COHEN; VERED AHARONI; NITSAN MELKI; TAL ZOHAR; SHAI DAHARI; DANIEL KINDERMAN; DAN LELLOUCHE; CHAIM BAT-EL; AVIGAIL COHEN; JUDAH DALLAS; HILLEL FISHER; YOHAI NADIV; YOHAY ALELOF; SHIRI SHUSHAN; SHIRI LIOR; RUTI GOLDSTAFF; REUT COHEN; HAGAR AYALIN; AMIR COHEN; ORNA JUDAH; REVITAL FITCHADZA; EDEN YA'ISH; NOGEN TZABARI; TOMER BROWN; MAYA PINTO; ANTON PRUS; ; ARYEH SHAPIRA; ; OSNAT LIVNA; ALTER HIRSCH; ORLI BATASH; ISRAEL KASNETT; NOAM EZRA; ARIK AVARGIL; DANIEL KALMAN; HAGIT BORKIS; MEIR SOFER; PAZ ARIS; HILA RAVIV; RONI LIFSHITZ ; DAVI FARKAS; MORIAH HANONI; NATALIE BABOZHNOV; DAVID LEVIN; ELAZAR SHAPIRA; GAL KARMI; TOMER GRAFI; YARON LIZROVICH; RINA ISAIAH; BENJAMIN ABRAHAMI; LILACH COHEN; EYAL AREV; ALEX GILKO; DOR ZAMIR; DAVID ZAHAVI; DALIT SAIDIAN; LILY ALMOG; YOCHAI GREENGLICK; TALYA AMROPEL; ; OR ILUZ; HAGIT BODEN; ODELIA POLISHOK; SHIMON KLAFNER; IDO SINGER; LILACH PLUTINSKI; TALYA FELD; HADASSAH TZACHNOVICH; MICHAL SCHNEIDERMAN; HADAR SHLOMAI; AMOS ISRAELI; CORAL COHEN; AVI-OR AMARNI; AVI VELLER; DANIEL CARLMAN; DOR FELDMAN; YIGAL GADOT; JONATHAN HIEBER; BOAZ HAREL; ORI NETEL; MICHAELLE BLANKY; ELAD COHEN; ROMAN BIEBERMAN; ZIV CHETRIT; MIRIAM JOSMAN; LIOR ZAHAV; MEOR AMAR; LIAD ALIASI; ASAF KRISI; ELI TZACHNOVITZ; RUTH ZIMBERG; URI MOSES; DANIEL YOULUS-SUSSKIND; ROY TAUBMAN; ROY HADAD; ADI SPRING; DOR LEVI; RACHELI SHOHAT; YAARA HASKI; OMER EFRAT; SHILO NAVON; OREN ZIV; EVYATAR COHEN; ADAM RUSSO; DANIEL ELIBMAN; DAN SAGEE; DAN DIMERMAN; NERIA SHAAG; ORIEL STERN; RAN SASPORTAS; ASAF HABIBI; IDAN VINIK; MAAYAN EITAN; GILAY MAZAL-TOV; PINNI SHEMESH; DAVID BEN; ALONA HACHAM; LIOR PAZ; LAURA NAHON; SHAKED ROTSCHILD; YUVAL HOFMAN; DAVID HORESH; LIORA KOREN; ASAF A; DVIR BEN-AHARON; KATRINA ZAMURSKY; GIL BAADNI; NIR BEN SHAUL; YARIN COHEN; MIRIAM GOODMAN; ELAD SAHLEV; SHIRA MENDELBAUM; ROB BERG; DEAN COHEN; TALI SHAAG; HEZI SHEMESH; YITHAK SHEMESH; HILA BURMI; NAOR SADIA; MOTTI ALTRATS; YOAD FEDER; SIMA PAZOLIO; MENAHEM KOCH; IDAN COHEN; SIGALIT TZAVAN; SHLOMI BEITAN; SAGIT SHLOSH; SAVID DADOUN; SHERRI GROSS; SARA MEIGAR; MICHAEL SHRIER; TALI SABAN; MOR ASHKENAZI MAIZLIK; AVIAD COHEN; GOLDA AKHIEZER; RENANA MANKIN; NOAM AMIT; YULIA VALDMAN; NIR BEN DAVID; TALIA MAORHI; NIR SARID; ELA KOREN; AVIHAI SHIMHON; OSHER ABUDAYAN; DVORI ABRAMOVITZ; EFFI INNES ; ARIEL SILVERSTEIM; NISSAN TVIZIR; DANIEL RACHAMIN; AVITAL FATTAL; EDEN COHEN; ITAY NITKA NEKESH; YARDEN KNAFO; SHAI ELKAIM; ARIEL POLAK; BATIA DOBKIN; ELIRAN MAHLUF; IRAN TOLENADO; MEITAL GANESH; YAKOV NAOR; CHANA CHAZOT; ELIRAN TOLENADO; AVI GUTTMAN; RAZ SHALEV; YEHUDA ISRAEL; MAYNA LAAKPO; SARA KAHAN; RACHEL LEVI; NIR JOSEPH TOBINA; OR HADAR; MICHAEL OHAYON; OR SHAKURI; NATI MOSHE; AVIAD GOTCHEL; SHLOMI HAGUEL; MOSHE IDAN; GUY RAHIMI; MORIA BAR-ON; ALON MARYAN; NOFAR MAOZ; EYAL ROTEM; SHUSHI IZBITZKI; ITAY TALMOR; AVI TARBELSI; STAV OHAYON; ZEEV MANITLOVICH; GAL OMER; YISHAY AMSTREDAMSKY; ORNA RAVIV; CHEN WAGSHALL; ARIEL LEVI; NIR SHARABI; CHAYA BENDER; CHEN SHAMSHI; NONA GINAT; SHIRA YOGEV-ROLNITZKY; HILLEL GROSS; KFIR BAR; LIOR WEITZHAG; YANIV BENDER; NEAL GOLAN; CHEN DAVID; INAT ASHOR; ORIT ILUZ; ARIEL MARKOVITZKY; MENDY PINKER; OR OHANA; JULIE HASIN; IRIT BAGIMOV; SAAR HARTI; TZVI

ABRAHAM; YIFAT OR-SHACHAR; TAMAR SELA; EREN MATZA; INBAR ZACHARY; MATITYAHU ABSHLOMOV; GALINA ABSHLOMOV; MICHAL SHIPMAN; AVI TOVI; AVITAR MAATUF; ARIEH HAYUN; CHAIM SHAVI; MARSEL SHIA; SHIMON FINKELSTEIN; TAL YAHAL; AVIV GROZER; EINAT BLOCH; MATTAN AGERMAN; SHAVTZYON KOZOKOVITCH; YAAKOV NAHAMA; MEOR TANAMI; EFEK BEN SIMON; ESTHER BALHASSAN; AVI ZALTZMAN; JONATHAN PONY; INGA ZOBROVSKY; SHI SHEDEG; ALIZA MOSHZITZKI; OSHRI PELEG; BARUCH YOCHAI; TOVA HALPERN; LIRON TOVOL; ORIT LEVI; DANA GIGI; SAHAR MOALAM; ASSI MALOVANY; MEIR ZIKO; SHLOMI LEVI; LIMOR LANDSMAN; AMIAD AHARONI; DUDU AHARONI; MIRIT LEVI; NETANEL OHAYON; ILANA STROVINSKY; ISRAELA MEODA; ELIV DIAMANT; NETANEL MIZRAHI; YAEL DAYAN SANKOVITCH; CHANI FRANK; JOSEPH HIRSH; LIVNAT NAFTALI; NISSIM NACHOSTAI; DENNIS GAVRIEL MORANO; EYAL POLTEK; SALLY ZAGURI; OMER SIMHONI; NOAH WENGAR; BENJAMIN KALMAN; CHANANEL DORSHON; ISRAELA BOOZY; LIOR HAIBY; DANI HAKIM; SHARI KALMAN; TOMER KAZAM; MOSHER TAL; CHAVI LIOSH; RAFI TEDGI; ELI ALFONTA ; YOSSI FOGEL; INA KATZ; ZIVA GRINNI; CHEN AFLALO; OSHRAT UDSER; LIROM GOLAN; DAVID ETTED; ORIT SIMHONI; HILA LERNER; ORAN WILDERMAN; ISACHAR LIMBERGER; RONIT ORBAUM; SHLOMO GREENBERG; DORINA NUVIK; NISSIM PERETZ; GAL MOTZKIN; RONIT ZUR DEKER; NATHANEL FRIEDLER ; MIRIAM TEEGER; MENACHEM GALDSAILOR; ADI LAHIYANI; GALTINMAN; ILAN TINMAN; ROY ONGOR; SHOSHANNA TOPOLONSKY; HAZI MENASHE; AMALIA PAPPO; SHARONA GEDALEVIZ ; DAVID DUBRIN; DAVID AVIGDOR; ABRAHAM HAIT; SHIMON TAMAM; TZALIL BEN HAMO; SHANI SIVAN; YAIRASHER; YAKIR STOZINSKY; ANTON SMUSHKEVICH; ASSAF RUBINSKY; MORDECHAI KOTEV EMET; ETAL EZRAN; ISHAY CHASSADI; JOSHUA SHAHAM; OSHER SNAKO; VITA ZER; ALON AHUVI; GADI COHEN; OFRI MELTZER; GIDEON LEVIT; NAAM RETTING; ZIONA GOLDSTEIN; SHNEOR FOTERMAN; HAVIVA COHEN; NAHMAN DAVID OHAYON; RONEN HIRSHFIELD; LIRAN NAHARI; DAVID MORALI; DAVID SAGAN; AVITAL ITZHARI; EINAV IDAN; NAAVA TZUKER; HILA COHEN; IRI BORENSTEIN; JOSHUA WAGSHALL; EYAL PORTOK; MICHAL PERLSTEIN; IDO NOYMAN; YAEL INBAR; MIRIAM MAGAD; REVITAL SHIMONI; MOSHE TZUR; NIR TUGERMAN; BARAK BACHAR; YEHUDIT GAMDI; LIOR INBAR; JACK SILBER; ITZIK LEIBOVITZ; ALEXANDER ZAGULSKI; AHIKAM ELIRAZ; MIRA KLEMAN; ZOHAR MAGAD; ISAAC DAHAN; OR ELDOR; JACOB MOOSEH; TAMMY LINZKERMAN; TAMAR COHEN; GAL MESHULAM; AVRAHAM GOODMAN; RAFFI SHLOMIAN; AVISHAI ELDER; ELISHA KOPIATZKI; YANIV SHLIV; DUDI MILLMAN; REBECCA BUTON; RAMI DUDU; MICHAL GREENHAUT; UDI ANGEL; GALI MOSSERI; ANTHONY RICHES; HADAR SUSI; BARAK GAL-ED; MOR SABO; DINA SHTIBILI; SHELLY COHEN; MOSHE MICHAELI; NURIT BARON; ORIT RONEN; ORI YEDIDIA; ASNAT NORIALI; PAM HOPF; SHAI EDERY; GABRIEL KORTZ; IDO ZUK; DENNIS RUBIN; LIOR GAELI; MITAL HASSON; BILLY MALKA; ELA GOLAN; GALI SHAMI; TAMAR FRISH HALLWITZ; ARIEL BRAUN; MEIRAV BABA NAHARI; LILIAN TCHAVNANKO; ADI DAN; AMIR TAAZI; SHIRA GARZON; YAERA KARCIK; YUVAL TAUB; ISRAEL ZOHAR; GUR FIELD; MOR DORIAL NAFRIN; OMER LEV RON; IDO HADDAD; TALOZANO; ISRAEL LEIBOWITZ; ANAT AZIZI; CAMILIA LEVI; LIOR GATHON; AARON GOLDHAMMER; BEN MAKLOFF; HADAS ILUZ TAL; VIVIAN HACKMON; ASHERET SHABCH; ZIV GOLDBERG; MEIRAV TOLENADO; LIOR BEN HAMO; RONI SHAGAI; MICHAL LEVINE; MICHAL KOREN; ARTIOM AGRONOV; AVI OHAYON; YAEL LEVINE; ELAD BEN YEHUDA; ELI LAUWIE; NOFAR NEGAR; GOANA LEVI-FREDKIN; MICHAEL ALUASHULI; JACOB SIVAN; DANIEL DAYAN; MICHAL KOREN; ROY SHMOHOVITZ; AMITAI UZEN; OR SHENKERMAN; MALACHI GUTTMAN; ITAY EDRY; AMNON YANIV; ARIELLA KOSTINGER; RALIT ANGEL; MORDECHAI RAVIV; AYALA DAHAN; YONATAN LEFKOVITCH; NATIYAH KEKAIN; HEDVA RACHMANI; MEITAL CHASMAN; SHARON BENION; YISROEL SHASHUA; YOAV TZRUYAH; YANON SHAFRAN; OFER KEDMON; BATEL BINYAMIN; YAIR GORDIN; YOAV STARK; ZEEV LIPSHITZ; NILI SABAR; RAPHAEL MALKIN; BORIS TEREN; DANIEL BARKEN; RINA BINION; PNINA BEN CHAIM; YOSSI WEISSMAN; BEN SENDYK; LAVI GURFINKEL; MARK MEYSHEEV; CHAIM MOR YOSEF; YAIV FRIEDMAN; YOAV AZULY; ORIEL RON; YOSEF BITON; EMANUEL ORAN; CHAIM BEN SHITRIT; ANDREW DEMRI; ADIYA MALICHI; EHUD COHN; GUY LEICHTER; SHLOMIT SHUTZ; HAVA BENSHAYA; NAVA LEVY; MICHAEL ELHAYANI; BATSHEVA LERNER; KEREN LEVIN; MIRIAM RONKIN; AVRAHAM YOSEF ZAYDA; GUY RAHAMIM; DVIR FINTCHOFSKY; ARIEL HALEVI; ALMOG BAKU; YOTAM COHEN; AMIT VIDER; NOAM FOGEL; ZOHARA PLONS; DANIEL HASSON; RAN TAHAN; DOV KOREN; RACHEL HEVTOM CHIPROT; STEPHANIE AMAR; INBAL PONI; ODED ZAMIR; ZEV FRANKEL; SHANY AXELROD; DAVID CANA; ARIEL SIMAN TOV; AYELET HASHAHAR LEVY; GABRIEL NATNUV; SIMA BEN SHUSHAN; TUVAL BEN URI; FREDERICK LITWAR; OSHER PAHIMA;

ELIEZER BODENHEIMER; MICHAL ABRAMCHIK; SHIRA GABAY; ACHAID KALMAN; YAIR KOREN; BERRY ESKAL; YUVAL ZILUM; YOEL STARMAN; ROI GUETTA; DAVID LISOVETZ; URIEL EHRMAN; GIL RITER; ZECHARIA LANDAU; LILACH MULGAN; LIMOR DAHAN SHAUL; DAFNA HAVIV; RIVKA ROSENHEIM; MICHAL KELLTER; ORIEL KARAVANY; LIAD AHARONI; ROMAN LERMAN; ATALIA BEN DAVID; DANIEL BROUSSER; HANA SHARON; RACHEL SHLISENBERG; TATIANA KOSTIOKOVITCH; GAL SHAHAF; ZEHAVA WINBERGER; STUART WISTON; UZIEL HALEVY; YAEL FINK; NAVEH COHEN; YAIR TAL; TOER ZAGURY; ELIOR SOLOMON; RUTI LEVY SHUSHAN; OMER KATZ; PELEG MENIRAV; YAACOV LURIA; AMIT ROZNAK; SHAY REUVEN; BRACHI COHEN; ELISSE MARCUS; NOGA SHERZER; MORAN ASHWAL; DMITRY KOKOTOV; NAAMA RIVLIN; KATRINA MENEGOPOLY; KOBY GAL; AYALAH MESHI; NOAM ABIZMAL; NETZACH BRODT; ALMOG ATIAS; ODED AVON SHURZBURG; SHIRI MALICHI; YURI MENGOPLOY; BAR BENI; AMIT MAZOZ; ORIT KLEIN; VERED LEV; YAFIR DADLER; TAL AHARONI; NIV BACHAR; GABRIEL MALICHI; SHAUL SEKEF; ASAF MAZAL TOV; DOTAN CHOBOTARO; YIGAL BATZAR; ZOHAR EZRA; RAPHAEL SEIDEL; AVU DIAMOND; RINA ZAHIRI; SHAI DRACHMAN; MATAN MEIR; MICHAEL MICHMAN; OR HAIK; YONATAN SIMCHI; SALVA KRASIK; IRA MICHAELSON; SHIRAN YESHRIM; CHANA BATZAR; ARIK MIRMI; GIDON SALAM; YOSSI BRINSTY; ETTI SHWARTZ; HAGIT CANARY; ADI SABAG; HEN BEN ETIA; SALBA KARSIK; AVIV COHEN; ISAAC BIRIOTI; MOSHE AHARON; ROI ELDAR; SHIRI LEV; ELIAD PERETZ; MAZAL ZERIHON; MENACHEM ROTHCHILD; MATAN LEV; TIKI ELIMELECH; ZIVA KOREN; EYAL ROSENBLUM; NOFAR HALAL; ROM RACHMANI; ROY MALKA; TOM ADAR; ISRAEL AMARNI; TEHILA HEVRON; MATAN CHAIM; ALMOG KEFACH; LIAD HARDUF; PINCHOS ELIYA LEVY; SHOSHI GRUPAR; SHIMON BEN SHIMOL; LINOR PANKER; RACHEL WILHEIM; NATANEL PERETZ; ARIEL AZULOS; SHOSH SANDEROVICH; ERGA TAIBLUM; ALON HELED; NIRIT ETEL; SHURAT ROSENBERG; GAL ARIELI; TOMER BRINA; BAT SHEVA MULLA; OSHRIT GOREN; SAAR HADAD; ORIEL MICHAELI; ROEI HASIDI; SAMAR SHAREF-ELDIN; ORI COHEN; VOCTOR KROVITZKY; MICHAL RUBINSTEIN; GONI BORSTEIN; OMER GREENWALD; DAVID VAKNIN; HADAR TZADOK; YAEL KURTZ; BOAZ ORI; ELI SHOSHANI; BAR ZIGDON; ALON MENACHEM; GORAN RICE; SHLOMI MITTLELMAN; ALONA FREEMAN; SHAY COHEN; AMIT EDRAI; ELDAD LEVKOVICH; SHALOM BOCHNIK; YOTEL MARKUS DESAL; YOAV RESNICK; YONATAN MEHARAT; AVIAD MOSHE; CHEN RIVLIN; NOA GELEM; OFER OMER; ORAN GILBOA; YONATAN OREN; LIAT ZEHAVI; YAACOV LURIA; ATARA MARKO; FORON BIRAN; NOAM KURIS; KOBY MICELI; AYELET PEREVOCKIN; JULIE COHEN; GUY SHAPIRA; CORAL GUTER; DANA PINCHASOV; YONATA RAHSBA LEVY; HILA WASSERMAN; SIMONA BAHAR; YAIR ZAFRANI; YUVAL DAVIZON; BENJAMIN HASSON; NITZAH HILLEL; GILAD YIFRACH; AVIEL ALKON; ARIK GARIN; SIGAL HAI; YAEL MOSHIOV; LIAT BEN AMI; AVICHAI GITTERMAN; OR HARARI; YARDEN PRATH; SHANI ZECHARIA; TAL GOFER; AVITAL BLASS; ELAN LEVY; ALON PASTERNAK; MENACHEM SHACHAK; NIR MAROM; TZVI HOROWITZ; ZEEV GERTMAN; KATTYA ROOME; BARUCHI BORSTEIN; YOGEV SHAPIRA; TAMIR WALDMAN; DANIEL GOLSTEIN; SHMUEL ARTSMAN; ZEEV MENDALI; EHUD HAKIM; RONA BENI COHEN; YUVAL KRAUTHEIMER; RUHAMA MORDECHAI; EFRAIM KABRA; ELA BUKI; YOSEF TAL; ERAN BALUL; MAYA KAPELYAN; YAN LEITES; MICHAEL LAYOSH; YULIA VOLVOSKY; OR MEIR; ORI GERSHON; DROR KARPLUS; EFRAT SHIMONOV; ELIRAN CHECHIK; AVRAHAM PEER; ELI SMADJA; RAPHAEL ELZAM; RUCHA GLIZER; YOTAM HAYOUN; OFIR MACHLOF; AVRUM WEISS; NURIEL OZ; NATANEL YARKONI; URI MADAR; SHAY KOEN; MAOZ BEN KLIF; SHARLI HADAD; AVRAM LEBRON; LITAL BEN NAIM; YIGAL SIYAK; FAYNA SKAKOVSKY; YONA ZIMERMAN; GILI TERY; GAEL JOAN; BORIS BRALL; CHAIM GEFEN; BAT-EL OSPOVAT; AHUVA ZOHAR; YEHUDA FRIEDMAN; JOSEF PALANG; DANNY COHEN; YANIV IZAKI; HILA PELED; AMIR GERI; NATAI SHANANI; NAMA YARIMI; DRORIT DROR; DONNA SMITH; OFIR ZOLDEN; RUTH BEN SIMON; YOTAM ARDITI; RUTH MALTER; HEN PERI; YEDIDIA ZAMORA; GILAT RAFAELY; SHAHAM DIZA; SHIMON DOV GREENSTEIN; SHERRY SHIK; AVIV AMAR; SHMARYAHU SPERO; ORLI HAVIV; AMIR OSKAR; LIMOR HARIS HACOHEN; OFIR YIFRACH; ERAN DORON; RAFI BOKER; JOSEF SAR; DR. TOMER SHAGAN; BEN NEORAI GITNAV; YOTAM ZIV; ILAN COHEN; YAACOB COHEN; RUTH BEN SOMON; SAADIA DERY; DOV HERSKOVICH; YONATAN SAFRAN; KOBI BASS; SHAY GOREY; MOR AMIRA; ELAD HAZAN; DAVID WALK; RAAYA GUY; AVIRAM SWISSA; DALIA LAZAR SAWYER; GUY MOYAL; NADAV MORENO; MAOR MACHANI; LIOR BORNSTEIN; SARGI PRESTOVSKY; LIRAN DROR ; SAVID HALOI; ASAF KABSAH; IRIT MICHAELI; ARIEL LIVNA; DANIEL ROANSKY; YORAM FRIEDMAN; ROSALLY ZALSMAN; AVIAH YEHEZKEL; HAROSH BEN; MAAYAN DAVID; YAACOV SHOKRON; DANIEL HAVIDA; ILONA SHAPIRA; OMRI ISRAEL; NOAM TZUBRI; DAVID ELITZUR;

Rider A page 17

MAAYAN SARIZADA; MOSHE ZELIKOVICH; LEA ZELTSER; MOR COHEN; ALI BEER; YARON SHMUELI; YOAV STEINER; ALMOG AMSALEM; MEIR LEV; YITZCHOK IZAAC BEN YAACOV; SMADAR DORON ; SARA LEVY; LIRAZ KONFORTI; JACQUI SHABAT; ARIEL POLLAK; YUVAL VALIANO; EINAV AMUYAL; CHAIM BOCHNIK; SHAHAR LEVI; MAOR MOGERVI; ROMAN TURCHINETZKY; IDU MOND; TZIPI FAKIRI; NATANEL KEMCHI; EFRAT KENIG BEN YAACOV; ARIEL NACHUM; YAIR ZANEY; MANI ALGRISI; CHAIM COHEN; NAAMA CARMEL; LEANNE SEGAL; ISRAEL WASOSKY; MENACHEM BENJAMIN REGOVY; MORAN TUDIAN; YOHAI FALIK; NILI MARZINAN; ISRAEL HASIN; RONNY CHIZNIK; LILACH PASY; GABY SHAHAR; ANAR LEVI; DANIEL RABANI; AMIT HEN; IZAAC WAINSTOCK; MOR HEMO; SHLOMIT ORKEVI; ITAMAR LAVY; ERAN GANDMAN; AVIHAI YASSERAF; ELIRAN HADAD; MARINA VASSERMAN; SHAY SHOVAS; YISHAI KEDMI; YAEL BEN YASHAR; ELINOR VEKNIN; NISIM PEDIDA; RONEN ELAD; EFRAIM MOLE; MAOR ZAFIRA; KFIR LEVI; ELCHANAN GERSHI; ILAN GLANT; RAMI ZVOLON; YAACOV TZVI BARUCHMAN; AVICHAI ELIYAHU; YISSASCHAR LEIBOVICH; RAMI MEDUEL; YAEL BORSHAN; ATERET POMERANTZ; YAACOV GERBI; SARI GREENBERG; SIMCHA MIMI OVADIYA; ALEXANDER LEIZEROVICH; LIAV WEINSOBER; MICHAEL TUVOL; KFOR GRANIT; KOBU PERETZ; ALON SOLOMON; OFIR AMAR; BORIS KOGAN; AMIR OFIR; YAHAV ZARFATI; YONATAN HALEVI; YOSSI HADAD; ASAF BRENNER; ASAD MOR; MORIA NISAN; ZACHARIA STORCH; IDAN NAGAR; CHAZKI ENGLANDER; DVORI MICHAELSVILI; NOSIEL HALEVI; GAUY SHAASHUA; DENNIS TURCHAK; ITAMAR FISHER; KINETEY MAGEN; MEIR PERLOV; CHAIM TESHUVA; ARTUR ANAVI; GIL AGI; YOSSI YAMPEL; AYALA AMAR; OFEK KAPUA; DAVID MAMAN; SHMUEL ALTERMAN; ATTORNEY AVIAD ELDAD; SHARON MAGEN; TZIPI SHLISSEL; NAAMA BLOOMSTEIN; YAACOV SIDNEY ELGERBLY; SIVAN ELIZROV; AVID HARUSH; YAFIT FELDMAN; AMIAD ROSENBERG; ASAF RAVID; DAVID AVRAHAM; RIVKA TECHIYA SIROTKIN; ARIEL BRAVERMAN; ROEI ZIGELMAN; ORLI DAMARI; CHAIM LEV; SHAUL FRIEDMAN; LIOR MEDINA; YONATAN JACOBI; ELI DVORHEIM; DANIEL LEV; HEFZIVA SARAH HAROSH; MOSHE KOGEN; ELAD HAJBI; ROTEM PEREZ; ISRAEL KLEIN; GILAD DVIR; ISRAEL MEAVRI; EITAN TAGAR; NISAN ZIGMAN; TAL MALKA; DANIEL LEV; YOSEF EREZ; AVITAL ROSENFELD; ELKEM WEINAPEL; NOAM NISAN; OR ASAYAG; NECHAMA BRAUN; MERAV CHAVTZELET; HISDAIT SMADJA; STAV BASHEVKIN; ADAM ADAR; SHLOMI RESHEF; HERZL SHAI PELACH; DAVID GAVRIELOV; SHIRLEY DAHAN; MOSHE ROSEN; PERETZ MADMON; CHANA ROSMAN; NATANEL AMARNI; MOTI HOLANDER; VITALI GRUNIN; ALFRED BARAK; RON KIMHI; ROI HOROVITZ; SHAY ISRAEL TOV; HILA FAHIMA; HANNA HENSCHEL; NOAM NUSAN; BEN BEN DAVID; LIMOR MANT; MIRIT KREMER; SHIMON KRAMER; YONATAN LEVI; DALIA ESSEL; ILYA TZUPRUN; NINE ABERGEL; AMIHAI BEN NUN; LEVI TANGI; YISHAYAHU KRIS; BOAZ EZRA; ACHINOAM PEREZ; SHMULIK ELHANAN AIDA; MICHEL VAILLANCOURT; SEADYA AUZIRI; LIDOR KOOK; OHAD HALEVY; BENJAMIN COHEN; YAKIR COHEN; YAN AMITI; HANAN COHEN; ZURY MOR; ELITSUE BEN NISAN; TALI ZLOSOBOR; MAY HAREL; LIRAZ TAL; BOSMAT ROTHLEIN; ARIEL GALIL; NAOMI RACHEL BAKUSH; BARAK BEZALEL; AVIRAM OSHRI; EHUD FRIED; FLORA RACHAMIM; SARAH DAVID; LIOR SHARABI; GILAD FRANKEL; CHAIM VACHMAN; MATAN ZIGRON; SHLOMI SOLOMON; TAMAR NEEMAN; MAZAL SHAMI; RUTH RICHTER KURZ; YARDEN BENYAMIN; ISRAEL ASHER SHLESINGER; NOA KATZOVER; KELLY LEVY-REVACH; NITAY NEFESH; OTZAR SHARCHON; SIREL LEVY; IGAL KOIMAN; RIVKA SUCHOI; OMRI EIVAL; BATCHEN SHLOMI; HADAS SONENFELD; UDI GALI; SHAHAR HASID; MERON VAGMAN; YONAT ARONSON; SHOON SHUSHAN; AVIV BINDI; SHVUT LIPSHITZ; HAGAR BERNSWEIG FISHMAN; DAINA FAIN; IRIS OSHRI; NATANEL HERSHTIK; YAIR ZUK; EREZ BINDIGER; AVICHAI SHUSHAN; ITAI BENDOLI; MICHAL BARUCH; BAR SHERMATIUK; RACHEL LEV; ORI BARAK; SHAI MESSENBERG; ANGENLIQUE OR; RINAT MAMO; LIAT ALTER; LAURA BINIMINOV; ADAR LOBERANT; TAMAR EFRATI; MOTTI OHANA; YAFIT BEITAN; DORON ISRAEL; NITZEVET ADAEL MONGEM; VERED HAGBI; DIANA NOVIK; NOA NUSBAUM; MEIR EISENSTEIN; GAL OZ; AVIHU OSHRI; ODELIA ODELSON; GOLAN BUCHNIK; VALI VLIZADA; ELI DONOV; NIL EINSBAUM; NOAM MANIFLER; AVITAL KALFA; DEANA CHARKOVER; HANA MOYAL; MEITAL ORA LALOSH; RON DONOV; DANI OHANA; MICHAEL LIEBMAN; EYLA ASAYAG; ZIV ZANDANI; OFEK MARZUK; YONAH STROUL; HADAS PEARLMAN; SYLVIA KLISH; SHIREL OMASY; ELISHEVA ABIGAIL SHABTAI; DINE MITRAN; EINAT POMERANTZ; BATEL DAHAN; AVICHAI ZAHANA; RAPHAEL PINHACOV; NIFAR NAVARRO; MEIR AREL; LIRAN ASHURI; OREN LUZON; DAVID KATZ; BENJAMIN KESHI; NATI TOOBIAN; WRWE WERWER; NISIM NIV MESHAN; EINAV KOKEN; NAVE GILADI; AVRAHAM SHIVTAI; OZ SACHUR; NAAMA OMER; SHUKY MEIR; AKIVA FINKELSTEIN; JULIA ELKSEIV; IDIT ENGEL; ZIVA SHALOM; ADI BIRNBAUM; DAVID

GOLDFISHER; NATANEL KINDER; TAL MICHERKI; NOA MILLS; YONATAN KOREN; SIMI TERIN BARAK; YANIV BENAIM; OHAD AMOS; LIOR DORON; JUDY STERN; LIORA GELBER; AVRAHAM KADOSH; ELANA KOIVUNEN; MIRIAM GOLDFISHER; YACOV REISNER; TAL HAVIV; MIRIAM GOLDFISHER; AVIA MACABI; OSNAT ATLAS; SHIFRA SARUR; ARNON SEGEL; EYAL WEISS; SHARON SMIDA-GROSS; HANA ARGEMON; AMIT BAR; NATALIE COHEN; MATANA RAMTI; NIR FEINSTEIN; NIR BERGSON; YASMIN GABRIELOV; ANNA WEXLER; ELIMELECH ZILBERSHLAG; VLADISLEV PLASKOV; ALON MELANKER; DANA SHARSHUV; OR HEIMAN; YAEL TANAMI; NIRIT MONSJAD; AVIV GRINBLATT; NEVO PALZAN; DANIT DAGAN; GILAD MERLIN; RUBY NETZER; YOSSO EZENBACH; SUZY GERARD; ADI OKUN; ALEXI FUBER; GAL ABROMOVITZ; DANA NAIM; JONI SADOK; NIRA FELBERG; YOTAM GITTAY; SHIMON LEVY; ZEHAVIT LEVIAN; RAZIA MERCHAV; IDAN BIDANI; DORON TELMOR; ASSAF BAR; ELAD GAFRY; YISHAI SOMPOLINSKY; ISCO AVRAMI; CORAL NAVE; NAOMI ZVIBEL; MOHE OFAN; YARDEN HAKON; LIRON MOR; TAMAR BRAUNER; OHAD GLUCK; YACOV DAVIDOV; OFIR ELDAR; REUVEN SHALOM; GUY SHALOM; AVIAH PRINCE; ARIEL COHEN; AYALAH GAFRY; ASAF COHEN BAR NIR; PAZ IDO; AMIR BUSHRI; OFIR SADUKIA; AIDAN DOR; YEHUDA ROSENFELD; PENINA REUR JERBY; YONIT ROSENBLAT; AMIRAM GABRIEL; TZIPORA HAVIV; SARAH DAVIDOFF; EMUNAH CHAYA LEVY; REFAEL ERAN SKIRA; ALISA SCHWARTZBERG; RONEN BENIZRI; YORAM MARGULIN; CHAYA SHARAVI; YONAH BORSTEIN; RUTH ASSULIN; AVIEL PERETZ; NERIA NEFESH; SARIT WEISLER; NOA GADOL; ELYA DAGAN; YOSEF ORON; ELDAD PEREZ; DIMA MACHIN; YONATAN COHEN; SINAI NAIMAN; MOSHE SHMUEL CASPI; OVADIA LEVY; ISRAEL ROBOTNIK; AVNER TAL; TAMAR HEZI; HADAR RAHAMIM; ROI NOF; AMIT TURMAN; LILIA MACHIN; SHANI BEN CHAMO; SIVAN HERZI; YONATAN ATAMANOV; SIVAN MELTZER; BAT-EL FRIEDMAN; ROI HEZI; NOGA SARIT SHILMA; TEMIMA SOLINSKY; MEIR EIZAN; GALYA ROSEMBERG; YITZCHAK KISTEIN; GUY ITACH; BENNY BEN MICHAEL; MAYA GOLD; MISHEL TOUITOU; GIL BEN AMI; OMER COHEN; BENJAMIN ABRAMOFF; MOSES WEXLER; YEHUDA PROIS; HAY MEDIONI; NATALI TZIONI; AVI SLAVKIN; SARIT MARK; AMIR MISHURI; ITZIK KASHI; SHIRLEY ROZMAN; YANIV COHEN; PENINA TZIONI; ELISHEVA GRONICH; KOBY FELDMAN; AMIT TAM; TZUR RUPIN; DROR MAIMON; KOBY KONOVOLOV; DORIT HERZOG; OMRI LACHMI; BENJAMIN AHARONOV; HAGIT HAMDANI; GUY ELMAMIACH; ORNIT SHENK; GALI BRENDESTER; TZACHI AHARONOF; LIOR HASKEL; SAR HAZAN; MORDEKHAY SAAR; CHAYA COHEN; YAIR WOLF; CHAYA BERKOVITZ; ITIEL ELBAZ; AMIR BARBI; ITAI A; RAN YAAIR; HILA BUGDERI; DENIS ROM; OFER DEMAYO; DOLEV FRENKEL; KATIA KLEIN; DIKLA AMRAM; EDEN STROKOVSKY; SHMUEL KOREV; YAEL PORATH; ISAAC COHEN; MICHAEL GREENBERG; YISHAI HAI; SHIRLI ZILBERMAN; ASAF JOHN; TAL EHUD; DANI AVEZOVOV; ADI BITZALELI; ELYA NAKI; OZ AMRANI; MORAN TAL; MICHAEL PASSI; ZVIA BEN AMI; TOVA BAS SHIMONOV; EVA SHELLY; RAN MEKLER; DORON YAMIN; LIMOR GILEAD; ANGELICA LAHMY; OMER ELAN; NATAN COHEN; ADI JOHN; MAAYAN SKOFF; GABRIEL MENAHIM; REFAEL BOKOVZA; OSHER SIMCHI; GAL ARTZI; NIRAN ISRAEL; LANA WEITNER; ADAM BIRNBAUM; HILA HAZAN; SIMUR SHANAEV; NETTA SAPIR; ARIEL HADAR; TAMIR ATAR; HAREL MADMONI; OR DEKEL; ELAD VIVANTE; TOM HORNONG; TAMAR DANIEL SADOUN; EVYATAR MALICHI; RACHELI GIGI; SAPIR GEIMAN; ERAN SHAPIRA; ELI BEN DANAN; OREYA MALICHI; RENANA KATABI; NAOR DANIEL; MICHAL HADAR; MICHAL ZIMMERMAN; RAVIT MEDAI; SHAY YITZCHAK; OMRI ROSKA; YAIR NETANYAHU; LIOR GRINBERG; RACHEL SHAHAR; SARAH MOORE; ALON MAIMON; SHIMON COHEN; OLGA ILIN; DORITH PREZMAN; ADIEL BENTOLILA; ELI KALPAN; YAEL KOIT; MENNDY SHALOM; ELI NATANEL; YAEL YISRAELI; OHAD RAMATI; YISOREL DORDAK; REGINA GABAI; ABIGAIL WEISS; NURIT ROSENSON; GIL EDRY; ALON BENAMI; SIV DANIELI; OFFER RAB; YUVAL ALMOG; DAVID AVISROR; TEHILA DAVIDOVICH; RON GOLDBERG; MOR SHAPIRA; OFRA RIVLIN; ELI TZARFATI; ORA LEVY; ARIEL ROFAH; IDAN RUBIN; TAL ARBEL; SHANI YAISH; NOFAR MAARAVI; ASHER ROKACH; NATANEL SADON; AMIT CHAIM ROSENBERG; ROI SHITRIT; RACHEL WOLFF; GILI BAREL; YAIR WALDMAN; HILA TANENBERG; TALIA SHACHTER; DAN LEVENKOPF; RAN SHALOM; TATIANA CHOMENKO; OR MOSHE; ERAN BEN YISHAI; SHAI TENENBERG; CHAIM HANDLER; HOFIT LUACH; AMI GANAY; MOTTI TOLEDANO; RACHEL BEN LULU; ILAN ABADIE; YOSSEF KLEIN; JOSH DHOKERKER; AVIEL ARIEH; ATALIA YASSOUR MITTERANI; DODI MAMAN; MATANEL LEVY; OMRI EYAL MAIMON; MICHELLE AMIRAM; SHIMON KVIT; MICHAL FREED; GUY DARSHAN; NADAV NEUMAN; AVIV SAROUR; ABRAHAM KLANG; ELHAY ADAWI; BINYAMIN GUTTMAN-ASHIRI; DANIEL ABU; LIORA SIANI; RUTH MORDECHAI; DOR MANATKA; YITZHAK MALEIB; AMIAD NAVON; YEHUDA SMADGA; SHLOMO HARNIK; AMIR WOLF; YAEL KATZIR; ILAN FINGERHUT;

AVISHAG BUCHBUT; NETANEL ILLOUZ; SHARON MAOR; TAL GOLDSTEIN; RONI KORETS; ITAMAR COHEN; SHLOMIT ASBAG; DOLLY GILBOA; NOHAM AHITUV; SHUKI BARKAN; LIZA LASHIN; TZVI YISHAI NAGAR; GAL SHULTZ; OMRI HAZAN; LARISSA SHNEIDER; ILAN WEISS; HAGAI SHLOMO; NAOMI GOLDBERG; KOBI WINGORT; AVICHAI DAVID; DADI ATAR; NOAM HASSON; EFRAT CORDOBA; NOFAR COHEN; MIRI RONI DAVID; MEIR SOLOMON; HAGAR MADMONI; TAMOUZ MOR; ELIZABETH PADVA; YARA GAL; NERIA MADMON; GUY LEVIN; ROY ALFIA; IRIT LAMM; SHAHAR ELDAD; BEN WALFA; NATALIE MAISTER; VADIM IZRAYEV; MOSHE HALILI; SANDRA ROBBINS; NATHAN NAVERT; EYAL SHOVALI; ALEXANDER DOMCHANKO; AVIAD BUCHBUT; SHNEIUR GAMLIEL; NADAV ROZEENBERG; IDO POLAK; SHARON BARANOVITCH; ASAF BAKAR; NITZAN EVEN; YUVAL AVINOAM; OHAD MARMOR; RONIT DIMRI; YOTAM PERETZ; ZIV ATOUN; ELIE WURTMAN; LAHAV MOSHE LEVI; YINON BAR ASHER; TZACH AGIMI; NIR VAKNIN; NIRAN YIFRACH; ROEE TZROR; ROTEM ROTHBERT; IDO GOLDBERG; MORANI JERSEY; ANTON LITVINOV; EREZ COHEN; ELI COHEN; ROBBIE HENDEL; PAVEL FANSHEIN; HAYA WEISEL; PAZIT FRAYLICHMAN; SUZY TURGEMAN; LIAT YVONNE COHEN; AVIA STEINMETZ; MORDECHAI WEIZMAN; ODED ZUSSMAN; YEHUDIT AMSALEM; YAAKOV KUZMINSKY; AMNON COHEN; SENIA WALDBERG; CYRIL MICHAEL PUZNIAK; SHLOMO POSNER; KATIA PROTZKO; IVAN GLASS; AVICHAI TURGEMAN; MOSHE LANIADO; ELIA ABOTBOL; OZ OHEV TZION; HANAN BEN ARMON; YEDIDYA KIZELSHTEIN; ROY WEXLER; MENAHEM MENDEL SHURKI; TAMIR EIDELSON; MEIR FRUMER; RONI SHEIN; KIRA BAS; DORON DAR; REUVEN FISHER; MOTI VAKNIN; RIMA HODOS; LIAT ORMAN; OSHRIT SHERMAN; SEGEV SHALOM; INNA KRUSHETZ; YOSSI ZARCHIA; GAVRIEL BAR-YOEL; GIL KAMERI; VERED LIPERMAN; MICHAEL KOLCHESKY; DAN MON; GAL DEGANI; TAMAR IVRI; OFIR ZACKS; MICHAEL PALMOR; AMIT OFEK; ELIASHIV AMITAI; TANIA VARDI; KARIN YECHILTZUK; INBAL COHEN; AVIDAN GERBER; ON KATLAN; TAMAR LAVI; MORAN SHACHAR; GAL YAFE; LIRON BABARZINOV; MOSHE GENUDI; MOR AHARONI; AMIR ADIV; AVIV OHAYON; YAAKOV TOMER; MAI PEKIN; HADAR SHALOM; LIAV AHARON; SHARON KONFINO; YAAKOV SHOSHANI; HADAS RIVKA NEEMAN; ADIR TEREM; BEN ROTHMAN; CHEN HAS; NETA ARONFREUND; OFIR OHAYON; EINAV JERBI; AVI ABERGIL; ORTAL SHOHSANI; TOMER COCHAVA; EVE DANIN; GIDEON GUR ARIE; SHIMSHON HATZRANI; YAFIT OKEV; DUDU BITON; AVIA OVEDI; BRURIAH PRENSIS; GUY SHOSHAN; SUZANA ZALUTSKY; ALON MOR; RACHEL FABIAN; ITAMA FRIEDLANDER; HADAS SHOR; YEHUDA NAHMANI; SABINA AKVIOV; SHIKMA TURK; ELIE MEIMOUN; JACOV BERLINGER; ORY ALGE; OMRI SHAHARBANI; NATALIE SHTERMAN; ADIR SOSAN; NADAV PAZ; URI ARIANI; HILI ALUSH; ANASTASIA BUCHTIAROV; NISSIM TSHUVA; TAL ZOLBERG; ALICE GORDIN; STEVE RECHTMAN; AVIV ELIJOIB; YAAKOV GUR; MEIR RAHIMIKO; ELIAD OZERI; ROI KOSSOVER; TAL SHACHAR; LILACH BECKERMAN; DIKLA EZRONI; SALEH SHOUA; OZ NAIM; SERGEI GREENBERG; MICHAL LAHAV; DAVID HAGOULI; MOSHIKO BAR MAIMON; SAPIR SHURKI; SHELLI POSTERNAK; SHIR BERNSTEIN; KELLY PONOMROV; SMADAR AVITAN; ORIT DAHAN; ADAM SILVER; ITAMAR ALTMAN; EFRAT ASHKENAZI; NIKOLAI LUBERSKY; ATARA SIDI; SAHAR AGADI; LEE LEVIN; SERGEY SVETNITZKY; SHIR FINGEL; VICTO KANOVSKY; ELIA ORLOV; VERED LEVY; NIR SHECHIMOV; KASIF COHEN; YUVAL GOTTLIEB; OFIR BITON; NISMAN RONDA; MALKA FLATOW; DAVID AHARONI; CHAYA MUSHKA AVITBOL; LIRON TOPTZY; KOBI DAHAN; YISRAEL HAZAN; SHARON PAZ; PETER SHUVAL; PELEG HIBA; BOAZ MANTZOURA; GREGORY DOLGICH; BAR SARAF; MOSES WIZEMAN; KAMEL HALABI; AMNON MIZRACHI; LIMOR SIVILIA; BATYA ABITBOL; GILAD SAR; ELAD BAR AMI; DAVID CHAI GABAI; SHANI YOSEF; YAIR CHAIM TZAHOURI; DAN MARCUS; SHARON HOROVITZ; RUTH EYAL; YAARA DRAY; NIR VAHABA; RIVKA ABITBOL; GILA ROZENSTEIN; LIDOR NARGASI; DIANA TATARANKO; YOSSI BECHAR; MIRI KOREN; ANASTASIA OSHELTINSKI; MAYTAL AVRASHAMI; LIBAT ORENSTEIN; NADAV GOLDSTEIN; YIREL REFAEL NAHMANI; TANYA GOYCHMAN; BAR ATIAS; MICHAEL AGA; ALEXANDER KOSHNIRENKO; DANIEL ELIMOV; HILA BAR; GREGIN GOLBALIAN; KATRIN MALINKOV; SHAI COCHAVI; ARIK LEVY; LIOR GAURI; ADI GAMLIEL; SASHA GLIKIN; CHANOCH DAUM; EREZ SHANI; AVRAHAM SHAI GRAMA; ALON REUVENI; ADI BEN AZIEL; SHAI KLEIMAN; HAI HOROVITZ; VERONICA LIEL KIRSHNER; ELI ELBAUM; ROMAN RAPOPORT; KOBI MERKIN; EFRAT GERBER ERAN; RINAT KLUGER; ARIEH K.; SHIMON COHEN; AVI COHEN; HANNA BIN; HADAS SILBIGER; MEIR BARABI; JENNY FRIEDMAN; AMI AMSALEM; OMRI LEVY; PNINA SHITRIT; AVIRAM BUCHBUT; CHANAN YAAKOV; HANNA GAT; MICHAEL WEITZMAN; YIZHAK DAVDA; STEPHAN KOFEINKO; YUVAL REGEV; DAVID GORAL; BAROUKH CONLEY; MOSHE SOFER; HAIM KOREN; KEREN DIN; OFIR EREZ; YONIT BULVIK; LIOR ALTMAN; RENANA SHER; SHOSHANA

BARTOV; NOAM SHWARTZ; INBAL AVIV; MARIA KOZAKVITZ; SHLOMI ASHKENAZI; ZALMAN QUITTNER; TALIA MITNICK; YONATAN HAMAHLACH; YIGAL SHAFFER; MAXIM GERSHGORIN; RAZ GERBER; BARAK BUCHRIS; RAM ASHURI; NICKY HALPERT; NURIT ASRAF; NACHMAN SHAPIRA; SERGEI ORITZKY; MORIAH ARKOLIS; KAREN ASHKENAZI; NAOR KAHANA; YAIR MORD; LIB ORANGE; MAOR AZARIA; AVIGAIL GREEN; SIVAN MAZOUZ; HAIM RAHAMIM; ORON LANKRI; YIGAL SHAUL; INBAL LAVIE; NOAH BARNOV; HILA YOSEF; AMIT ELIA; HELEN LURIA; AVITAL AVSHALOM; ORLY BALAK; YOSSI ADAR; KAREN WILF; LITAL ZAIG; MOSHE BABAJNOV; TIKVA SAPIRA; GAL BENAUN; MAGAL DEUTSCH; JONNY BALGOTSKICH; PAVEL KRIVOSHIV; MOTI HENDLER; BRACHA HASKEL; NIR ZABARI; DAVID TIR; SHOVAL MESHI; LIMOR TEITLER LAMY; NOADIA LAHAT; DANIEL TOBERMAN; TZVI SHMOULAH; EFI LEVI; NATALIE AFERGEN; NOY SERLIN; ISAAC FETTMAN; IDO NORANI; DVIR BARNES; ANAT REISS; ALINA BAR LEV; MICHAL ZAGURY; MATAN SAAR; NOMI VINOKUROV; ALINA KOLDIAZNY; AMIT BRUCHI; ADIEL FAIZ; MORIAH TZEDEK; ADELIAH NACHMIAS; ROBERT ROSENSTEIN; ORLY HARIR; IGOR HAIKIN; GUY SITON; AMIR BILU; ASAF SHUSTER; IRA SHARON; MAOR CHAY; AVIAD D.; SHARON EZRA; ODELIA GOLDMAN; EYAL BUKUBZA; ROM RIBAK; ARYEH LEON RADLE-DESSIATNIK; MAAYAN HADAR; ARIK NANI; MATAN ZAFRIR; ERAN GOLDIN; KOBI GOLAN; GITIT HOVEV; RUT YEHUDA; GUY PERI; MIRI KEREN; NITZAN ZOROVSKY; ALMOG DABAH; YOSSI BEN YEHOSHUA; GAL BARNES; SHNEUR BEN TZION; BEN KVITI; GALIT ARVIV; SAAR YEHEZKEL; YARON KARMI; ZVIKA HERTZ; ARIEL ALTLAF; ALEX VITOCHNOSKY; HAVA MENDEL; YITZHAK AHARON; LIVNAT YOSEF; YOSEF COHEN; SERGY LITVAK; NOA OMEISI; DANIEL BUMSHTEIN; SHAY SOLOMON; DOR DEKEL; GITIT BAR ASHER; ARIEH ALGAVISH; MENACHEM GLICK; DANIEL PERRY NADAV; ANASTASIA OLIANITSKY; ADI YAKIR; URI KEREM; ARIEL YOSEF; RINA MEISI; HADAS KARSHAI; HANIT AKIVA; EYAL HADDAD; EDITH BRESLAUER; SUNNY KOCHRENKO; DAVID BEN NAIM; DAN ALMOG; YOAV ROTEM; OFRI LINKOVSKY; SHMULIK BAS; YOCHEVED RIVKIN; DANIEL REISER; YISRAEL ZLIKOVICH; ALIZA DOTAN; IDAN SCHWARTZ; RONI HUDES; MOSHE DAVID SHIFMAN; LEONID BLOBSTEIN; NITAI ITZKOVICH; KARIN BEN AMI; ALICE GREENBERG; TIKVA KRONMAN; RAVIT SALAMON; SHARON HAIMOV; HELI ARUTI; HANNA MOND PITUSSI; AFIK KASPI; JOSEPH SHENBERGER; ARIEL WEITZMAN; MEIR COHEN; RUACH SHIR SHNEID; KOBI ADANI; BARUCH HOROVITZ; ORI LEVI; AVIYA HAIKIN; SHARON MOR; RUTI ZINGER; ROTEM EDRI; LIZA KOKOSHKIN; VERA HUDEINTOV; YOEL BEN EZRA; TALIA SHAHAR; YOSSI MENAHEM; NATAN-OR KALFA; KEREN LUGASSI; AVIHU WEINER; OHAD SHTURM; CARMELA BELACHSAM; NURIT HAGAG; NATI VOLK; AMIT NIR; MATANYA POPPER; MEIR SHRIKI; VIOLETTA RAUTOSKY; HADAR KOMEM; LIAV DARAF; OFEK INGER; RACHELI ZAKUTA; YIGAL COHEN; OFIR RACHAMIM; YOSEF TAVIN; OR COHEN; OLGA OSKOTSKI; MOSHE ATON; GUY MEIR; ARIEL SHVAGER; ALON ELHARAR; ALON SEGAL; ZEEV KOSKOV; YAIR BLUMENTHAL; LENA SIMINE; EITAN TEIGER; BINYAMIN DAVIDOVICHI; MICHAL ZEM; TAL FOX; GAVRIEL MICHAELI; DARIA LOSHKOV; MAXIM DOVININ; BATYA AVIVI; RACHELI AVINI; HANI MAZAR; EHUD TEITZ; ALON GOLDFARB; MARTHA EFRAIM; EZRA MATZRAFI; ALBERT HOKHBERG; KARIN VANUNU; NIKOL BAR MAZEL; LIBER YAAKOV LEVI; ARTHUR KOSTANKO; MEITAL MIZRAHI; RACHEL ANGEL MOSES; RUTH HAJABI; LIAT AZAR; LIOR AZAR; AVNER RUSSLER; DEVORA ROSS; EVIATAR ASHKENAZI; BEN SIMAN TOV; SHAI SHAULOV; BINYAMIN SHAPIRO; AHARON RON COHEN; SHMUEL HADAD; OMER KHOURI; YEHONATAN NACK; HAREL AHARON; DORI KEINAN; YARDENA KAPHACH; AVIYA COHEN; EHUD NAHUM; EVIATAR BUGANIM; AVI BETZALELI; SARIT MOIBER; VIVIAN SHALOM; OREN GROSS; YOAV VAKNIN; YARON FEIGSON; ALEJANDRO SAFDIE; SANDRO BUHNIK; ORNA SHOLEV; YOAV COHEN; BATYA COHEN; YOSSI MEIRI; MENACHEM SITBOUN; ARIELLA LANGBORG; MICHAEL ZARKA; DIMA LAVDAV; SHILO BEN DAVID; BEN AMOS; SHAI HERSHKOVITZ; AVICHAI AMITAI; DIKLA YAAKOBI; SHEFI ROTH; GALEL YAAKOV; MOLUKEN BLOCH; IDO LESHTSINSKY; SILVIA WEBER; MIKA KERR; EYAR UZIEL; ASSAF ELIAD; SANDRA SOLOMON; JULIETTE ORA SHUSLER; AVISHAI TZABARI; LIRAN BEN TUBIM; AYELET AMSTER; NISSAN VARON; MARIA TSUNIAK; EINAV SHITRIT; MAGGIE COHEN GRISRO; NERIYA ZVULOON; YECHEZKEL GABAI; MIRANDA DAHAB; YEHUDA BEN AVRAHAM; CHEN NAOR; ROY FROIMOVICI; EHUD BODENHEIMER; AMIT GELBER; GUSTAVO EDELCOPP; MAX GROMOV; YANIV ROTEM; ITAY GURVICH; SHALOM CHAMAMI; SHAI HERTZ; KATI GORDON; JAN BINYAMIN; YOGI DILIAN; DVIR PITEL; IDAN DAVID; OFIR YARIV; SARAH MENASHE; SHANI SHEMESH; ASAF SABAN; MICHAEL MOR YOSEF; AVICHAI AHARONI; NETANEL NAVATI; MICHAEL BERKOVITZ; GAL COHEN; AVIAD ALAWI; DVIR YADAI; AVITAL LESHEM; AKIVA ZONENFELD; TALYA SHACHAR ALBOCHER; ROTEM YECHEZKEL; RAVIT

COHEN; ELAD ROBINFELD; NOFAR BIDANI; RAANAN DE HAAS; LIOR GOLAN; ALEX BERGER; SHIRAN ABUHATZIRA; AHARON MOUSSAWI; ELINOR BEN HAMO; YOAV SEGMON; YAEL NACHMIAS; ; DANIELA RIVKIN; RAVIT ELIMELECH; ARIEH TOPAZ; YAKIR GOLIBRODA; DANA OSTINSKY; ELIRAN TURGEMAN; IRIT YAACOBI; TAL GILSHTROM; HAGAI LEVI; ORI BENTAV; EFI ATIA; DOR HODOR; ROI KARAKO; RON HALFON; ALONA DEVI-PREST; YOSSI PELECH; MEIR KOTEV; ANDREI LITVINOV; NOAM GAVISH; RAKEFET GLASMAN; ILAN MAZOR; SHMUEL GINDIN; MENACHEM YANKOVITZ; HADAR BOXER; ADIR PELEG; KEREN COHEN KEDMI; ORI IVGI; MOSHE MENACHEM; OZ SAADON; OFRA SHAVIT; IMANUEL ZIMMERMAN; YAIR ANSBACHER; CHEMI SHUMACHER; TAL MOSHEKOVSKY; ALEKSEI KOVLOV; OFRA SHAVIT; MATAN SHUKRUN; URIEL YOCHANANOV; ORLY BETESH; ITZIK BANIN; SHIMRIT MANNING; YANIV GABBAI; MIYURI MACHURESH; AMNON SARIG; BARUCH ZEMELMAN; MICHAL KORETSKY; ADI MEHALEL; NAOMI MOALEM; MENACHEM MAOZ; AVINER OVADIAH; SHALOM SOFER; YISRAEL HOVEV; NETANEL ABEKASIS; HAGIT PERETZ; MOSHIKO ALIOU; DOLEV SHOVAL; DANIEL KLEIN; JOSEPH KRAUSS; ADIR CARMELI; LUIZA ZEMELMAN; LIOR SOUISA; SOFIA WISSOTZKY; DANI NAOR; AMIR KOLKLITSKY; GUY MIZRAHI; SHANI ARBIVEH; DOREL ZANO; YOEL NURIEL; NURIEL ELIASON; YAIR BOHADANA; ELIZABETH MATHIEU; YOSEF YAISH; ZERINA MISHPATOV; YAGUR MARTZIV; SIGALIT TZEMACH; TOMER DAVIDOV; ELAD COHEN; TOMER GADOL; HANNAH NOCHI; MAYA ZEMELMAN; RAM LEVY; ANAT KEDEM; ELIRAZ ZLIKOVITZ; ILAN MICHAELI; MICHAL ROFEH; ALEX BITSKOVSKY; NESIBAH LESSER; SERGE SIEKIERSKI; YOSEF ANIGUR; ERAN HADAR; EITAN SHARABI; NAOR SHAUL; ITZIK MOLCHO; ETI BENAROYA; ELIAH LASOVI; YONATAN MEZIN; ORIT LAVI; ZOHAR IVGI; ELIAD AMOYAL; NETA NOV; NERIA KALAZAN; YEDIDYA SHAKED; TAMAR MENASHE; ALIZA TAVOR; RUDY PHILIPPO; YAARA KALAZAN; TALI WEINSTEIN; AVI PEMPER; SAGI TABACHNICK; ITAMAR GOLDSTEIN; HEDVA KLOSKI; VITALY RIVKIN; HAGAI TZION; RINA RINKOVSKY; SHOHAM SOFER; AHIA OVADIA; ELDAD ADAR; NOA LAVI; EINAV PORAT; AMIT GOLDSTEIN; LITAL WADE; ADELLE DANIT OHANA; ARIEL PESIKOV; AMNON TAL; MAOR NAIM; SIVAN TAFLA; HAIM TZUF; REFAEL TOLEDANO; YOSEF SHNEID; ARIEL SASSON; LIRON CHEN MADMOUNI; SHARON LIEBERMAN; AVIOR BOARON; DORIT LAKONISHUK; NAAMA BAR MENACHEM; AMIT BEN AHARON; TZVI BAR-LEV; EDI KOKES; ASSAF MASHASHA; LIAD BRUCHIM; BAR KRAIZMAN; NATAN RUBINSTEIN; RAFI BUNAN; ROI GADOT; YONATAN KISLEV; MARGI LEITES; KINERET RAVIV; EMANUELLE HURI; BETZALEL HORGEN; YUVAL FRISH; SHLOMI DADON; TOMER VERED; ADAM BERMAN; MAYA KATIFA; KOREN ZISO; EDUARD TCHARKASKY; HADAR SHAUL; BARAK KOREN; ELAD LEVY; SHLOMO FARKASH; ALEXANDRA PLITZ; GILAD KATAN; JOSEPH MIZRACHI; OREN ANTMAN; YARIN LAVIANI; MARINA CHANANEIB RAPOPORT; MICHAEL KOZIN; ILYA LI; MENASHE KASHI; LIRAN BEN SHUSHAN; YUVAL BARAMI; YISRAEL ATLOW; NADAV LEVI; SAPIR AVRAHAM; AMIR SAHAR; SHLOMI GREENWALD; MENUCHA LIPSKER; AMIT BATSRAY; SHLOMO REICH; CHAIM BUZABLO; BEN ARTZI; ILAN SHMAILOV; NETANEL SWISA; ARIEL KOCH; ESTHER SHOMER; SHOSHANA CHANA BEN YAAKOV; YELENA MARGOLIS; SHANI LEVY; CHRIS SHLING; MICHAEL GREENMAN; VIKTORIA RATNER; IDAN TZAFANIA; FLORA ISAAC; NISSIM COHEN; ROMAN SOCHOTINSKY; CHAI REFAEL MOSHE KASIF; DRO HARSINAY; ISRAEL DANINO; SHOSHANA MAIMON; MICHAEL LANDES; VICTORIA GELAKTIONOV; AN H; TZACHI SHUSHAN; RACHELI CHEN; ROI REIZEL; YANIR OLIEL; ODELIA DANIEL; NAAMA REVACH; DANIEL BEN HARUSH; OFIR JARABI; MENACHEM WEIL; TAMIR COHEN; ALEKSEI FLEISHMAN; NADAV UMANSKY; OREN SHITRIT; YORAM KOBI; GRETZIA BITTON; NIV COHEN; SHARON WILENSKY; KEREN MALKA; NISSIM BEN SHAANAN; ADI GVIR; EDUARD SHENKAR; VARDIT COHEN; AVI YITZHAK; RITA VATASHTZOK; KEREN BUTBUL; AVIYA SHIMONI; ITZIK DAVIDOVICH; YAAKOV MEGNAZI; LIRON SHUKETI; ELDAD KLINGEL; YEHUDA ADARI; AMICHAI LICHTENSTEIN; YITZHAK SHNEUR; TZLIL MALKA; CHAVA PHILOSOPH; NIV RON; NETANEL PINTO; HAGIT COHEN; LIDAN MANPAK; YOSEF KESATINI; SAPIR BLECHER; DROR ZACH; OFER GONEN; BOSMAT ALANQUA; CARMIT LEVI ASYAG; DANIEL FADIDA; RONEN BENYAMINOV; ANA LIEDMAN; YONI COHEN; DANIEL BEERI; TOMER ALMA; ELINOR AMAR; DOR OHAYON; ETI SHWARTZ; HAIM HOKIMA; HAGAI EIGNER; AVISHAY BRACHA; NAAMA COHEN; EVA TAL GLICKMAN; DIANA OFER; YARON ATTAR; AMIT DRATH; YONATAN MIMONI; SALVATORE DEMAYO; MIRIAM MIMON; LIRAZ PARNESA; AVSHALOM OFER; NIRAN FRUCHTER; YARON LUZON; YAFIT T; YULI YAOZ; JARED ZAR; SHAI ZOHAR; RONIT AVITAN; HODAYA MOSSERI; ANA LEIN; SIMA COHEN; YONATAN ALKOBI; LIRAN BAR-ON; ARIEL ELIAHU; AVITAL BARELI; VICTORIA AMIROV; YESHAYAHU FRIEDER; YAEL LAHAV; AVIVA COHEN; ORLY TAL RAVIVO; EITAY DAHAN; BAR FRIEDMAN;

AVRAHAM YIZRAELI; ORHAY MAHATZRI; TOMER SEGEV; AUREL BEN; RAZ TZAFRIR; BRACHA LEAH WEISSBACKER; LEON GREENBLATT; MAOZ WEISSTOCH; MICKY BAR LEV; AVRAHAM ARMOZA; YEHUDIT SPEISER; EYAL WEISSMAN; NATI RAHAMIM; SHENTAL SUISSA; LIDOR GRAMA; BEN SHOSHANI; RACHELI SHIRA YAAKOBI; ILANA ARVIV; NATALY ALAIB; EFRAT MALKA; ELIRAN OVADIA; IDIT SHABTAI; METUKA LEVI; AVIVA GRAMA; NIR MALIACH; ELCHANNAN SABAH; SAGIV GRAMA; YEELA HALAMISH; ELI ROZOV; GIL NAVE; AYELET DAR; YIFAT ROMANO; VERONICA ASSAF; EDNA KEDEM; SHIMON COHEN; ATERET VASHDI; SHANI PINTO; YOEL MAMAN; ZURIEL LEVI; MORAN SHELEG; ZURI ARBIV; RACHEL SHEVACH; SHLOMI KAUFMAN; EDEN BUCHNIK; SHIR ARAMA; AVI PERTZIK; ELIA YEKUTIEL; GNADI MAGAR; YOSSI RUBEN; ALONA BOYANOV; YAEL ENGEL; AVI ABDI; SARA SOLOMON; YOSEF POMERANTZ; VIKI SHELEG; TALI DADON; HEFTZIBA HAREL; GAL ZAIDMAN; ILANIT ELISHA AVIGAL; SHOSHANA NISSIM; KARINE LOYAN; KARMIT GIVATI; TAL DAGMI; HAIM ATLAN; NOGA BARAM; NECHAMA HASSON; LIMOR ASULIN; ELISHEVA FOGEL; RAMI ABUTBUL; YANIR MELECH; YEHUDA APPLEBERG; YEHONATAN AVRAHAM MAGEN; DEEN LEVI; MATANYA BEN YAAKOV; SIGAL LEVI; NURIEL BEN AVRAHAM; HAIM ATLAN; YAAKOV GERAD; YASMIN KUSKAS; SHARON JULI; ORIT TEPPER; SHULAMIT BARZILAI; AVRAHAM KUSKAS; ZION KARADI; YAIR ISRAEL SAAD HADDAD; BAR YOCHAI AZULAI; OREN KARIN; FABIENNE HASKEL; EFRAT BROSH ROTEM; OREN GILBOA; ARIELLA DUGA; SERGEY LEONSON; YANNAI APPLEBAUM; ORANIT AYASH; GIDEON SEGEV; MESHI AYALA EIZEKOWITZ; ALEX PRONIN; LIRON BERGER; ORLI SHIMONI; SARA KUSKAS; SHARON AMIR; IDAN LAVI; NOFAR SRURI; YOSSI BERGEL; IRA GREENBERG; JACKY VABLIACH; AVRAHAM LEIB BORSTEIN; TAMAR COHEN; SHALOM MAMO; GUY LEVENTAL; SHANI MASLAM; BINYAMIN NATIV; MATI BURSZTYN; NURIYA SHALOM; YONI PEARL; NECHAMA PHILLIP; BENJAMIN CHAZON; REUT ATED; ORIT ASSAF; DANIEL COHAN; LIOR ALUSHVILLI; HEDVA NATANOV; KARINA MICHAELI; HELENA AMINOV; TAMAR BAR; RACHEL GADOT; MIREI ASSIS; TAL FRIED; JESSICA YOHANNAN; MICHELLE MOSHELIAN; ELINOR HASSID; YOAV BITTON; DALIT NADAL; ZVI EFRATI; SHIRAN EITAN; AVIEL LIBMAN; OMER AZULAI; ADIR TZFIRA; IDO TZABARI; MERAV LEVI; MOSHE MANGANI; TZOFIT EDRI; VERED HACKESH; ADIEL YEHUDA; AVRAHAM ROZEN; AMIR AHARON; HAIM KALBERS; RACHEL WEINBERG; NIR DAVID AZULAI; DAVID SHARABI; RAKEFET DEKEL; HAREL ILAN; DAVID PERLA; KFIR YAIR; HEN MOSKONA; RIVA DODFOR; SHOSHANA EL HAGAI; DANIEL DISHI; ELIANE ROZENBAUM; RIVKA MALANDES VERA; SHMUEL EFRAIM KRUCHMELNICK; NIR SHAPIRA; MAZAL KABUDI; MIRIAM LEST; DAVID BENNET; TAMAR RADAR; ZEEV HAMBER; OHAD HEN; IVGENI GOLDENBERG; SHACHAR LEVI; SHIMON FORMANSKI; TAL SHEMESH; YAAKOV HAZAN; MATAN OVADIA; ELIAD OSHER KAPU KAPUYA; DAVID HAIM; GILAT YOSEF; AMOS MACHLUF; TONI BAR; DOLEV LEV ARI; ALIX BLUBSTEIN; DANA LANIR; NIR PINKAS; ILIYA POMERANTZ; ORTAL RIWALD; ZOHAR MARBEL; NESTOR GLOCK; ANABELLA DIAZ; JENNY AMINOV; AVIHAI SIVAN; MIKA BECHER; DOR SIACHI; ARYEH YISHAYAHU LIFSCHITZ; SARAH JOELSON; MASHE GUEZ; ADAM SHMUEL; NIR LEON; AVIYA REIN; ISRAELLA ELIYAHU; RONI BOKER; YUVAL FADLON; NIMROD BARGUY; CARMELLAN LIEBERMAN; MICHAEL SCHTUKOVSKI; LAVIT BEN HAIM; LIAT BINIAMIN; TAL AMRAN; PELEG YAFFE; AVRAHAM ELKASLASI; ROI NOIMAN; HAIM HADDAD; MOSSI PINTEL; YAAKOV TUVIYA TOISER; ATZMON YAHAV; YOSSI VIDEVSKI; RUTHI OIZERT; HAIM AZAR; REUVEN HAIKIN; MOTTI HEVRONI; MALI KASHI; IGOR BERDICHEVSKI; DANI PAHIMA; YAEL RAMON; ADI DEII; GALIT ABRAMOV; RONNEN NEKTALOV; LITAL BEN HAMO; ILAN SHALEV; RICHARD OIZERT; EVYATAR COHEN; AVRAHAM AVRAHAMI; AHIAD BECHER; ALONA MAHITRIAN; DASSI LAMPERT; NIR SELA; NERIYA LIBERTY; HILLEL NAHUM; NOAM GOTLIV; YUVAL COHEN; BINYAMIN MANLA; YAFFA SAMUEL; JULIEN ABERGEL; ERAN SEGEV; YARDENA BEN ISHAI; AVIV MAMMAN; NAOMI BEN GIGI; GILAT ITZCHAK; RACHELI GUETTA; NAHUM INDORSKI; NETA KARMELLI; YARDENA AGLER; SAGIT RAHIMI; AVI SAMET; ITZCHAK BEN GIGI; HEN ATTAR; AREYH NUDELMAN; AYELET SHUSHEIM; SIGAL MAMAN; AVI GELMAN; YOHANAN TERNIN; YUVAL NAHAR; LIRIT HILLIFX; YOEL TUBIANNA; RINAT VAKNIN; NATAN YEFFET; MORIAH RAVID; GERTA JAGUDAEV; MAZAL ASKI SELA; IRA ARNON; ELIEZER ZVI TURENHEIN; DAN BRENNER; MARGARITA AVNI; AVRAHAM ALTZTER; ORIA KADOSH; LISYA ABULAFIYA; TAL KRISPIN; AYALA WOLFSON; YARIV LUTZ; YISCA ZMIRY; NOAM SHMURK; ELIYA BEN SHUSHAN; AVIHAI BADASH; EVYATAR HADDAD; GIL BEN YEHUDA; TOVA HOYMAN; NACHMAN SHEMESH; RONIT SLEGNICK; REUT PAZ; KARMIT DANIELLI; REVITAL HADDAD; ADAM ARPALI; SERGIE LEMPERT; ISRAEL SABAG; RACHEL ASULIN; AMIR HADAD; AMIT SHMUEL; SHIRA HOIZMAN; DAVID SHAMBICK; MATANYA BEN SASSON;

AMNON PRIEL; MALI SHOVAL; EINAT YADDAI; ELIRAN AMRANI; AVRAHAM MENACHEM; URIEL KAPASH; ELDAD BAHST; TAL SHUKRUN; DAVID YAAKOV; ALEX SHEBTZOV; RANI OREN; ARIELA REITER; ASSAF RECHES; AVITAL MADMON; YOSSI ABERGEL; GON GIL ON; ELCHANNAN MEIR; CHELI MOSHAILOV; ADI KEDMONI; SHIMON HILLEL STERN; MALCOLM DAITZ; BAR PORATI; TOM RETIG; EDEN BELHASSAN; ALEXANDER MARCUS; TAMIR ASHUR; ARYEH COHEN; AVI GANKOVSKI; AVI ZVI; MATANYA ZANDANI; AMIR MELNIKOV; YANIV YAHAV; AVNER MANN; MICHAL SHALEV; ILAN COHEN; ADAR NUDELMAN; MOR YORA; RONIT ZOHAR; TAMIR ASOR; IDAN NEZER; ILANIT MONITIN; RONI SAADA; ODED MUALEMI; MAOR YEHOSHUA; OFIR NIR; NICOLE GLICKMAN; RAN TOLEDO; YONI BRANT; DOR BARON; BATYA DORON; SHALOM HADDAD; RAFAEL ZER; SHAI NASSI; HANNAH KUMER; SAGI GREENFIELD; DAVID SHATNER; NADAV BERMI; RACHEL FRIEDEN; SHANI F; SHLOMIT SABAH; YAAKOV BEN ABU; MEIR KALAZAN; GAVRIEL ROSENFELD; AHUVA STERN; GURIN ZURIEL; BATEL MIZRAHI; BEN HALFON; SAMION NEMIROVSKI; ORI PATITO; TAL EDELSTEIN; SHLOMI LIEBERMAN; AMIHAI YAAKOV BARTOV; LIAT ARYEH; NOA BASIL; JULIA MEGIDASH; MAAYAN GAMLIEL; VLADIMIR BRIKER; DAVID BISMOT; MÁRIA MARGARETA NEMEDI; SHANI HAVIV; SARA BACHAR; OREN FRANKEL; YAEL HIRSCH; DANIEL SINGER; ITAMAR DEUTSCH; DIMA BRODSKI; NOFAR MIZAN; ALON RIMON; ATALYA HARZI; MOSHE MIZRAHI; KATHY AHARON; MERAV NICKSON; OMER AVRAHAM; EITAN SHITRIT; YAFIT DOAR; ROSIE LUBIN; ASSAF RECHES; AHUVA OZANA; EFFI ROZENBLUM; MOSHE PLESSER; ELAZAR LILUF; REUT ARGAMAN; ORIT BREDICHEVSKY; NIR BAR MENACHEM; GALIT TELEM; EFRAT EYLON; EREZ AHARONOV; SANDY SALMAN; DAVID DBAH; DALIT TZENZIPER; OR MARON; EVYATAR AZULAY; ADAR EZRA; BAR NAVON; MARINA LIBON; ILAN KATZ; ODEYA KALMANOVITZ; MAGAL AM SHALEM; ESTHER KARAT; SHMUEL AMIT; AVI SHARABI; RAFI BARANES; YOSSI DONDIN; ORLY VAKNIN; REVITAL HERSHKO; BINYAMIN WEINBERGER; YAAKOV SHPITZER; YANIV GABAI; CHEN HORK; TOMER TELEM; YONATAN WEIZMAN; SHIMON HADAR; BARBARA RACCAH ; OREL COHEN TZEDEK ; NADAV HEIMOVITZ; ALEX ZASLAVSKY; GIL AGMON; KOCHI KAZAZ; BENYAMIN TAGORY; MENACHEM ZOBEL; AMIT AHARON; LIN BARAZANI; LIMOR DROR; EFRAT PAHIMA; HANI TALMAN; YOSEF FOX; SHELLY GOODMAN; MENAHEM GOLDBERG; ABIGAIL NOIMAN; DANIEL BRODSKY; RAMI NISSIM; SHACHAR SULTAN; SHIRA MOSKOWITZ; OR EIZENTAL; MATAN LEVI; YAHLI MADHALA; SHLOMI SEGAL; GUY SHNEORSON; ELLA MANDELBAUM; YEHOSHUA GOLDFARB; BATYA LATMAN; SHARON HAIM; MIRIAM AND ITZCHAK COHEN; SOPHIA SOLODOSHA; TALYA KEISAR; ISABELLE MAIF; DAVID GOLDOVSKI; YOSSI OHANUNA; MORDECHAI LUBERBAUM; DIMA WISOTZKY; TAL COHEN; EITAN BAVLI; YOTAM ZIV; LILACH EYLON; DANNY MOTCHNIK; RACHELI KABRERA; SHOSHI DIK; PINI MARGALIT; GUY PILO; DVORA COHEN; BATSHEVA CHAI; ILAN SIMCHA ISTAKAROV; SHLOMTZION HACOHEN; AMICHAI BEN DROR; AVI AVIV; ALEXANDRA ZANA; IFTACH DEKEL; YEHUDA ELHANATI; YEHUDIT DIK; LIVNAT BURSTEIN SHITRIT; STEVEB TEIGER; URIA YINON; IDAN YEMINI; ZEEV SOFER; SAGIT SHON; HAIM GILADI; AHARON BEN MOHA; DAN LUSTIGER; RENANA DIMANT; TOMER BERNSTEIN; SHLOMO DARMON; MICHAEL MORDECHAIV; ORIT KOSOVSKY; ELENA LIFSCHITZ; TEHILLA ADLER; LILACH KAMINSKI; YONI COHEN; SARIT LISITZIN; ITAY ALONI; HELEN BERG; ORI BEHREND; ATALYA AZURBEL; SAGI AKO; ELIRAN COHEN; YARON RADO; ISRAEL AMIT; YARDEN NAAMANI; BEN SHABBAT; OR YERUSHALMI; ORI ZABARI; KEREN TART; SARA BAR; TOMER COHEN; SARIT YIRU SHALEM; COLETTE GURT; YAAKOV COHEN; ELI PUR; AVITAL MANOR; DANA COHEN; AVIRAM KAMER; PLINA BLUM; ELIYAHU ZURI; SHAI ELKAYAM; ITSIK SIMANTOV; YANIV DROR; HAGIT YEHOSHUA; MORAN DADUSH; DIANA LIEL RUBTSOV; SHACHAR BEN ZION; ORLY EDERY; ITSIK ZALAF; EINAT SOLOMON; TAL NAGER; VICTORIA ZASLAVSKY; MICHAL GOLD; REVITAL AKRIV; SHULAMIT EDRI; SHABTI KAPLAN; IDO VAZANA; MOSHE MERILOS; SHIMON NIMNI; DIKLA MARAN; RINAT ZUKERMAN; ADIR SAMANA; YOSSI BOHADANA; MIRA RAH; SHEFI YEMINI; ELIEZER HERPENS; SHAI GILAD; NAOMI ITACH; AYELET KEHAT; SHIRAN MIZRAHI; HAGIT YOSSEFI; ADI LEVI; MORIAH LEVIN; RAVID SANANES; SHAI DVIR; GUY SADAKA; NISSIM KADOSH; DIANA BOTENRO NEVRO; SARA GILAD; DANA BEREBI; ANAT BO; DANIEL BARANES; TCHIYA BITTON; LIHI OVADIA; LIOR BEN PORAT; ADEL GELPRIN ESHEL; ASSAF KOCHI; SHAYKE BEN SHMUEL; IDAN OSHETCHGA; LEV STERN; ALON EKRONI; HILA AVIVI; TILTAN ZILBERMAN; VERED PREDO; SHIRLI SCHNEIDERMAN; ISRAEL SOSNOVICK; ALIZA BRODETZKI; AYA FRIED; DUDI LEBAIEV; TAL BAR MASHIACH; RONI GRINER; YIFTACH ATZMON; AHARON YOSEF; NETANEL AMAR; MENACHEM ASTRIVK; NITAI SHATZ; YOSEF KAPPAH; LIRAN LAHAV; AVIAD COHEN; RINAT SHEM TOV; DAVID

BEN PORAT; IVAN TCHESCHNAKO; MORAN BAR; DAN AGMON; YOSSI SHOVALI; OR LEVI; DAVID MANDEL; MARTIN GOODMAN; EDEN GAPLA; GAL LEVI; ADI SHACHAR; KARMIT SHIRA PEREG SARUSSI; SHELI SHAHAL; DEBBIE DRENITCHERO; PNINA BRAUER; DVORA COHEN; INON GDOLIM; GAD ZVI SHUALI; SHARON MISHAN; LENA HALABI; NISSAN ZEEVI; MADLAN SALAMA; AVI RABINU; ITSCHAK BUKRA; YINON UZAN; LEONID SLOVODINSKI; NIR NAGAR; MIRILI PERETZ; AVI BERGER; HAIM MOSHE RABI; ZURIT MORIA NISSIM; ODED DARKI; ARYEH FRIEDMAN; YEHEZKEL YAIR; IDO BALAISH; YAIR ELBAZ; OR SKILI; MEIR DEUTSCH; AMY GABAI; HEN KAHANA; MEITAL LEVI; YANA LISOGORSKY; YAAKOV MELINKOVITZ; AMIR DERI; TOMER REUVEN; ЮЛИЯ ДАХАН; OHAD ASUS; GALIR PERES; KINNERET AMRANI; RAMI IRANI; ISRAEL SCHREIBER; YEHUDA REITER; SAPIR DREZENIN; SHEVI PELEG; YAAKOV LEVI; GAL LAHAV; GOLAN BEN MOSHE; MOTTI GOLDSTEIN; ELIT GOMPEL; ELAD OFER; NETA DINER; SHIMRIT EVEN HAIM; MICHAL ADIV; DOTAN BALESTRA; GALI KLIR; RODION SERBARI; RUTHI IZVOTZKY; YAIR KARINE; ITAY COHEN; MOSHE COHEN; ROAN SALAH; NETA ROZEN; ARIEL NAGER; AVIYA KAUFMAN; ILAN PEDINKER; GUY ELHANATI; IDAN GAMON; ILANIT ORAN; SHMUEL COHEN; NEHORAI COHEN; EYAL SHARONI; RICHARD GRADNER; MORDECHAI FEINSTEIN; OHAD KLIS; ELYASHIV COHEN; MATAN DOR; ISRAEL GAMLIEL; DALYA BEN YAAKOV; MIRIAM ESHDAR; DAN BONBIDA; SHOSHI TENNENBAUM; ALEX BINKIN; GALI LEVIN; ARIELLA KOPLES; AVIVA EPHRAIMOV; ORTAL ADANI; AVIGDOR BEN YAAKOV; DINA LUKIN; ALVA NURIEL; BEN GENIS; LAIZA MICHAELI; HEN HANNANEL BUZGALO; SIGAL COHEN EINI; NOA MANDEL; YAFFA ZUCKERMAN; GUY BARASH; ERAN COHEN; NOA BEN YEHUDA; YULITA REDINSKI; ALMOG MALACHI; ZURIEL HADDAD; ORIT SHEMESH; AHARON TURKOV; NOA LIT; ELROI PERIS; RIVKA AKIVA; HILA ATARI; MOTTI BUCHNIK; RONI LEIBOVITZ; YISROEL MENDEL; DANIEL DAHAN; SHELLY SOTIL; YAIR SILBEG; ZIV PELEM; HADAS GOLD; ROTEM MALUL; NOYA HADDAD; OSHER FRANK; DIMA GERMAN; OPHIR MOSHE; EINAV NAAMATI; ZEHAVA MZEIBOVSKY; ADEL SOTIL; DAVID BARSHESHET; REVITAL KAVI; GILA LEVI; JACK BEN SHITRIT; YAEL FRANK; YOSSI MALUL; NIV HAIM; ALMOG SHUSHAN; MICHAL CHAVA GILLIS; MENACHEM BERNSTOCK; DANIELLA SAAR; OR HAYUN; AVI GISPAN; ELDAR ZIV VIZAN; ZIPPI HAYU; ARIK ANGAN; DROR YEHUDA; REEM NAVIS; AVRAHAM HASS; NIR BARUCH; EYAL HILLEL; ELI DANI; YOSSI YONA; GILA DAVIDSKO; HANI FRANKEL; ORI DAVID BELHASSAN; GIDI DAFNER; AMIT DAVIDI; NETANEL BROMAND; YONI HARRIS; REUT AZULAI; HAI YONI; SHURA GOV; NIR KATRIEL; AVIGAIL VARSHEVSKI; LINOR SOLOMON; ROTEM FRANSA; SARIT GAVRIEL; AVIHAY CAHANI; YOAV DVILANSKI; YOSSI ABODI; GILA SOLOMON; ROI AMIR; MEITAL KAIKOV; GUY EINY; AHARON MORAN; ZACHI ELKAYAM; DANIEL YATSENKO; YAIR LEVI; SHARON DANIELLI; EVYATAR MOSHE; GAVRIEL BEN HAIM; MEITAL HADDAD; BEN MAOZ; HELI KOTEL; GENADI MITSKEVITCH; INDAR TAL; JEREMY SOFER; NISSAN CHEN; NAAMA FRIEDMAN; DAN MARINSKO; MEITAL SHURTZBELT; YONADAV ZAIDMAN; EREZ BARZILAI; RON SEVET; ROI ISRAEL; SANA VAZINA; DANIEL LIPKIN; EREZ JAMSHI; SAAR ZILBERT; SAGY AMIT; SHIMON NAIM; HADAS OFRI; SYLVIA BOKOVZA; DANIEL OSKAR; AMIR ZALZBERG; TAMAR BUGANIM; YOSSI LEVI; DEAN MAROCHICK; HAGAI GONEN; ROI DOR; SHIRAN ZEMACH; NIR BORNSTEIN; ATIR SINGER; MEITAL LEVI; ADAM BAR ZIV; AMIT MIZRAHI; YOAV ELGARABI; HAIME BEN DAVID; NAAMA KARNI; TALI BRUCHIN SCHECHTER; HADAR /SHABBAT; LEORA MOLETCHNOV; MICHAEL RENSKI; ALIZA LIZZI HAMEIRI; GAL AMNONY; MEIRAV HALIMI; EMUNA VARDI; MIRI BLORIAN; NAOMI HALIMI; RONEL ADANI; DANIEL BAR; ORI LAPID; LIDOR WALDMAN; RONIT COHEN; NETANEL AROV; ROTEM TAMMAM; EITAN FISHER; AA LH; SAAR ROTMAN; MIRI FRIED; NILI LISS; SHIFRA FELDMAN; SHAY SAHRAY; NIRIT ESHKAR TOLKOVSKI; MAAYAN SHEIN; ADELLA BAZOAYO; DAN MILLER; SIMON HALIMI; YAAKOV OYON; DOR LEVI; LIOR NASSIMIAN; PDAYA HALPERIN; DUDI KATZ; HAIM STEINBERG; OMER MACHNAS; ZVI SPERO; YEHIEL DOH; OR ZUCKERMAN; ETTI AVIANI; AYELET KFIR; YUVAL ELEFANT; ADAR MERHAVI; ILANA OYON; HADAR AVIRAM; SHMUEL LONDNER; ALIZA NAHUM; ASSAF FRIED; MATAN RIAFOLOV; BRACHA LEVY; RACHELI ADARY; SUSAN SIEGELMAN; REUT PLUS; YOSSI MARTIN; LIEL NAIM; DANIEL BEZROKOVE; OZ LANGER; URIEL HALIMI; ZVI ABU; AVIA MOSHE LEVY; LIDOR KELSI; RAN ELIYAHU; SHAKED HARUZI; YEFFET YANKOWITZ; TZLIL ELIYAHU; TANIA BAR ON; SHIRI BEN SIMON; SHLOMO BEN RAHAMIM; URIEL DOYEV; HAIM KARAVANI; NIMROD SAGI; SHAY SHAUL; ADI ELKAYAM; ELISHEVA HAI LEVI; ALON SHAHAR; GAL GILADI; EITAN MORGENSTERN; REPHAEL ZIV; TAL ATIA; BRURIYA MEZIG; YOSSI LUBOV; HODAYA SIVILIYA; EVELLYN NECHOSHI; OLLA RABINOVITZ; ELIANNA ARDITI; NETTA KUPER; KIRIL LIKETCHNIKOV; LIZETTE KATZ; DAVID SIVILYA; ITAI HAREL; CRISTINA OASA; GAL HELFMAN; MENACHEM EVYATAR

YASHAR ZADA; MIRIAM BITTON; ASSAF RAVE; AVIV RABINOVITZ; SHIRA DVIR; TAMAR RIEMER; YINON IZVITZKI; REUT HERTZ; TZILLA LOOK; KARINE PUKESHNER; SHAI BEN HAMO; GUY ROZIO; BOSMAT ERENREICH; OLGA SHEININN; AMRAM NAFTALI SHERBI; HAGGAI SACHS; ODDED ALLAL; ROI LUZON; LIRAZ VAKSHI; CORIN KAHANA; OR SHKOLNIKOV; MERAV MIZRAHI; TCHIYA DAVIDOVITZ; YAEL ATTAL; DAVOR LOZNIJAK; YAKIR LUGASSI; ISRAEL HOLLANDER; ALIZA SHACHAR; ADI LEVI; ASSAF KAHILLA; ORI ZVI; MOSHE GREENBERG; YOSSEF NOTICK; RINAT MIZRAHI; HILA FLEISCHER; NITZAN OZDOVA; AVIHAI COHEN; SHIRA NIAZOFF; RACHEL HAZAN; SAPIR ATTARI; RICHEL HIRSCH; ELI HAZAN; MORAN HURI; NACHOOM ASSIS; SAGI HILLEL; IVGENI MODZELVESKI; YANIV BUSKILA; AFIK PARIENTE; EITAN ZEHAVI; HANI MAOZ; ELAD DANIEL; AVIYA MOR; BARAK ZELNIK; FREDERIC DEUTSCH; CHANNANIA SHEMESH HALPERIN; YOSSEF SOPHER; TAMI SHAVIT; DALIA MARMURSTIEN; ADI ZIKRI; SHLOMO NALICK; ORON EVGI; MORAN BENEL; LIBAR SAGIV; MORIA BONDAR; YAFFA BAER; DUDI GENUTH; NERIA MEHARTZI; ROY COHEN; YUVAL GRIMBLATT; MALI BEN SHITRIT; DEVORAH DANIELI; ZORAN STERN; ELIZABETH BISK; YUVAL SHABTAI; RON BIRAN; HERUT STARMAN; TATIANA KOGEN; TEHILA AVERA; HADAR YEHUDA; OZ ELIAS; HANITA AZRIA; LI SHOKRON; HADAR GIVONI; SHARIN AVRAHAM; KELLY BLACKAR; RAZ ASHTAR; DANA SHMUELI; YELENA EPELBAUM; RON BIRAN; ALEX BESPALOV; REUT SPORTA; BOAZ KEHATI; ALBINA VINOKOR; MICHAL ROTMAN; ROTEM LEVI; CHEN NAGAR; NATI FAUST; DAN DANIEL; DAFNA DAHAN; DANIEL FRY; SHARON KLIGMAN; ARIEL TUCHBAND; HILA DAVID; SERGEY GRENOVSKI; REBECCA STEBOUN; ERAN SHACHAR; ARIEL KOROLPNIK; SARIT KARIV; AMIT BUBLIL; MAXIM TABACHNIK; MOTI COHEN; YONATAN STERNSCHEIN; JEROME STEBOUN; PAUL NICHOLSON; DROR ALTMAN; SHLOMI ELBAZ; MENACHEM GUTTMAN; EFRAT TAHARNI; NADAV DAYAN; GIL ISRAEL; GIDI FARKASH; VIKTORIA VUL; TAL RUBIN; NOAM ALMLAM; AVISHAI ANKRI; GREGORY KUNA; ZEMAH NECHAMIA; NOAM MANTAKA; RONA HERSHKO; GAL GOSHEN; BRACHA MITSHNIK; SMADAR AMIT; GUY PENKINSKY; GALI BARAK; NOA AMRAN; GALIT ALGABISH; MEIR FISHHOFF; REBECCA MUGRABI; VERED DAVID; LIOR GORODISKI; ELAD AMIR; NIMROD COHEN; CORAL DAR; SHIRA BEN YOSEPH; OSHER SHOKRON; STEVEN LEW; MIRI BEN YISHAI; KINERET SHITE; IDO KLIMOBSKI; LILIAN SEPHARD; SAMDAR DAR; SAM LEVY; VICTOR FITCHSOV; DANIEL VISHNEVTZKY; BINYAMIN WEISEL; SHIRAN COHEN; ADI GABBAI; EYAL BABICH; YAAKOV LOPOLIENSKY; SIVAN YAKA SHABTAI; ISRAEL BEN HARUSH; KARIN NORIELI; MATAR LEVIN; SIVAN PERETZ; AMIT BEN AMI; OFER ZEBULUN; KEREN LEVY; PINCHAS BEN MORDECHAI; TAMIR BARHUM; MISHEL KARICHALI; TEDDY CHOURAKI; RON SISO; TAL AHARONSON; GALIT RABITZKY; OLEG PERLMAN; OPHIR KARMAN; EDEN ALAMO; GAVRIELLA GOBRIN; RANAN PERETZ; YAAKOV KOSTJUKOVSKI; DOV VELLNER; ALONA HODOS; REBECCA SHAVKUNOV; YOAV FREED; YOSEF ATAR; HADAR ARGAMANI; YAAKOV KAPPACH; YUVAL MEVORACH LEVY; CHAGIT AVITBOL; GREGORY ROZMAN; YAKIR BLUM; ORIT NIKOLSON; DIANE LEVINKIND; EITAN SCHULMAN; GAL MATITYAHU; MARINA SAMSON; HAGAR CAFRI; DEBI SIMONTOV; ORLY MORAN; NOAM ACHITOV; AMOR DABUSH; YITZCHAK TAL; IDO ZISMAN; ARIELA LEVY; MIRIAM DEVORAH EISNEMAN; GOLAN AVITBOL; SARAH ELIYAHU; ERAN DAVID; SONJA TAMAM; NITAI GOLAN; ADIR MAZUZ; CHAIM GERON; YUVAL BEN SHIMON; NETANEL OUZANA; SARAH SCHULTZ; YAEL SHOCRON; ORIT NAVOT; MOSHE COHEN; DEBORAH FAIT; EITAM BEN YAAKOV; ADI MEROM; TSUR GARIN; YARON WEISS; SIVAN HORSON; KOBI NELGAS; HILA BAR DAVID; MICHAEL COHEN; RAN HODOS; EMUNA BEN YAKOV; TALIA MAOR; VERED MODAI; AVI MOAS; NAOR COHAV; YAARA ZIV; REUT GANTZ; RACHELI GANOR; YANIV KUCHVESTZKY; IRINA KATZ ROZAYV; URI AMIRAM; NIRO SKIPPY; TAL MEDINA; RAM AVIV; ROI FREED; OFER MEVORACH LEVY; ALEX GERSON; ORI TZAIG; SHAY TUVYA; ELIHU YANIV LEVY; TAMAR SAMAT; DAVID YOSEF SASSON; ADAM ELKAYAM; CHANA COEN; VERED LITTMAN; ELAD SIVAN; RONIT MOR; NOAM NECHEMIA; TALI RAZ; AMIT BAR GIL; LIVNAT HALLEL; RACHELI BEN DAVID; ROEE FROMAN; ZAHAVIT GOLDSTEIN; NEOMI STEINMETZ; ORLI BINYAMIN; NARIA HODIFI; DVORIT TSUR; ELIRAN ZADA; AMIT RIMMER; ELI SITROK; ROTEM DRORI; TAL COHEN; YONATAN LEBEL; ELAD HOZINOV; YOSI DAHAN; MORDECHAI SHWARTZ; TOMER FREED; SHULAMIT EILAT; YAEL YADAN RAVAH; CHANY OKBI; ITAI SEGAL; AZARYA SUTLIMON; YONI GLINCH; ORI NEGER; ELIYAHU SELA; AVITAL HALIMI; ASAF ROFEH; CHAIM COHEN; TAL YERMOLENKO; ASA BARUCHI; DONALD ORHEIM; ALMOG GAHALI; EREZ BEN-DAVID; YOGEV CHEVRONY; DOLEV HIUT; SHLOMO ELIMELECH; YULIA PECKERMAN; LIDOR SANDAK; BINYAMIN LEBEL; RODEEN ADMOZ; REVITAL OHANA; NOAM HERSHLER; OR GLOBERMAN; MOSHE SASSON; YAIR BOIM; AVISHAI RABINOVITCH; AMOS COHEN;

YAAKOV MENSHAROV; DORI BINYAMIN; RANO GORMAS; NOFAR ELPASI; ELYADA BARAK; ARIEH KRAMER; SHIR HUGI; ILANIT MAGADI; CARLA TCHIMINO; LIRON KACHLON; AVIV BENIASH; YOSEF YADIN; YULIA TRIPONOV; ANNA GUREVICH; TZVIKI DORNSTEIN; LIOR NACHMANY; SAPIR NAPHTALYAV; DANA LIVSHITZ; YOSEF EINHORN; AVI KARBOL; DANIEL BUKHMAN; YOSEF CHAIM LUGASI; ISRAEL LEVKIVKAR; ELIYAHU PARKER; YAAKOV GULST; HANNAN ZWICK; AHARON BEN YOSEF; VIKI SHTUTIN; YEHOSHUA BENGAZI; HENSHI GORODETSKY; HILA MARCUS; ARWAD SALAMA; DAVID RUBIN; ISRAEL MELAMED; GADI ROZNER; YOSEF ATAL; DOR BARDA; EINAV COHEN; KEREN PRIZAT; SHLOMO BARKAN; SHACHAR TZPIRER; OMER SCHEM; MIRI ROTTMAN; SARI BEN-MEIR; MEIR HEFETZ; HAGAI FIBLOVICH; ITAMAR SCHREIBER; AILON GOLDSTEIN; ALON BADIHI; IFTACH SPIRA; OFELIA ISZAEVICH; CHEZKI BORNSTEIN; YONI MEIZEL; MOTI SCHECTER; OFER GOTTLIEB; SHMUEL SCHNITMAN; DANA SOFFER; BAT-EL DERY; HAVI HARMETZ; OMRI HAKIMI; TAMAR HALUI; SHLOMIE RINGEL; AVIGDOR LAUFER; OMER GORELIK; DAMA BAR-ON; WILLIAM MILLARD; VIKI BEN YAIR; RIVKA SCHLESINGER; EINAV BAADANY; AVITAL YOSKOVITCH; MORIAH HALMAN; MIRA BAR; RAN SADAN; ITAI ETTEDGUI; SHILAT COHEN; CHAIM KRIKLI; HADAR BARDA; SARA BAVATI; ITZIK MONSTIRSKY; LIOR HADARI; LIAT ELISHA; ZION COHEN; NETANEL ZEHARYA; SHIR LIVNEH; YURI SCHNEIDER; AMIR TIDHAR; MIRI SIMKIN; DANIEL HAZOT; AMITAI BASIST; BRAIN ALBERT; SHLOMIT BEN; SHAI WEISEL; SIGALIT KATAN; TAMAR SNIR; DAFNA SHARAVI; ESTEE KEREM; SHENAV SHALOM; DANIEL DOBROSZKLANKA; LIRON SABAT; UDI MACHLOF; YARIV COHEN; AHARON EFRAIMOV; ADI BADASH; ELIRAN NAIM; MICHAEL YANIV; DEBRA HALL; ANAT COHEN; AVIVA ROZENBERG; ELIAZ STERN; ZEEV STEINBACH; MRI AMSALAM; SARIT KOBI AMIRA; YAEL MEHARTZI; ALEX DACHIS; DINA SILVER; SHLOMIT NATIV; OZ MAOZ; CHAIM CHAIT; MOSHE CHAIM FISHER; EYAL BEN ISHAI; MOTI MITTLEMAN; REUT BEN SHIMOL; TAL VAKNIN; TALI YAAKOV; ISRAEL SEIDENFELD; AVITAL AHARON; TOMER AMAN; DAFNA ELIMELECH; ELLIOTT HAMILTON; EITAN WERDSAHIM; JULIAN GURFINKIEL; GILAD BEN AHARON; REVITAL TZ.; DAVID STROUK; JANET KASTEN FRIEDMAN; AVIHU YATZARI; DANIEL BARUCH; ETTY ALMAGOR; BOAZ TENNER; DEAN APFEL; OFIR GOZLAN; DAVID HARUSH; ROM DIBON; YOSEF YUDBOROVSKY; SARA GABAY; SHANY MARI ROSENVASER; ALEXANDER BARSHAY; ADAM COHEN; YOSEF ACKERMAN; MORAN MAHALER; ARIEH PRITZKER; OMER KESHET; YAEL HORN DANINO; YOSEF YUDBOROVSKY; MICHAL HOLLINS; MIRI FRIEDMAN; KATHI NEUBERT; ELAD AVRAHAM; MICHAEL ITZHAKI; OMER TESSLER; DANIELLE DAITZ; TZVI ITCHKOVITCH; YONA PELZANER; LIELLE ELLIOT; MORAN SINOANI; YAVGENI VELPINSKY; SNIR PARTOSH; YARDEN LIVNI; MOSHE PELZNER; TZIPORAH POLACHEK; TOMER SHORETZ; STEVE MICAH; DALIA REVIVO; SHULI AVIV; NETANEL ADLER; MOSHE AMOS; SHALOM ELHARAR; DINA MOSKOWITZ; RACHEL BEN DAVID; OR LIPSCHITZ; AVITAR BASHARI; YEHONATAN MEIRSDORF; EFRAT MOSHE; MORAN SHTAL; HADAS PAZ; MEIR OVERFERSHT; LUBOMIR LERNER; AVITAL GREENBERG; ORA DUIDOV; MOSHE YITZCHAK GELLER; HANA ZUSIN; CHAIM RAHIMI; PAULA JASCOURT; LIAT VIDER; RACHEL KLEIN; ESTHER ANKONINA; ADVA STEINER; MIA SHAKED; ALIZA MODRA; YOSI CHEN; MESHI STERN; DANIEL BEGNO; BENI MESHULAM; MAOR RAYMOND; VICTOR DOROSHIN; NETANEL VILF; TAMAR GUR; FRAN CIKK; SHAI PORIT; MALKI TECHOBAR; RAPHAEL DAGAN; ELANA SCHULMAN; JASMINE KAUFMAN; SHIR MAZAL TOV; GIL CHALMISH; RUTH COHEN; YANIV SHAON; EITAN CHEN; SHALOM SHARABI; SAAR BEN ITZHAK; LEVANA PINTO; TSIVIYA YITZCHAK; ELI LACHIANI; ARIEL LEMB; MEIR LOICATAR; AYELET AMSALAM; MAOR ELKAYAM; CHAIM CHOSHEN; SHMUEL BEN DAVID OHION; INBAL DERI; MICHAL KATZ; SHLOMO HALPERIN; NOA VADMANI; SHIMON KIMCHI; HELENA SHABANOV; KEREN NISSIM; LIHI GERSHON; NATAN BARUCH; LEAH ROSENBERG; PESI BESH; ROBIN DIAMOND; OFIRA SUBAY; YOAV REHAVI; OR ERBER; KATY CHERNIN; OLEG SOKROVITCH; HADASSA AMIEL; AVI AVO; AYALA HAJBY; BEN AZULAI; SHMUEL YISMACH; RONI METZKIN; IDO OFIR; LEVI YITZCHAK CARLEBACH; RINAT ALUSH; IRIS BROCKOVITCH; ARIEL SHAPIRO; GILAD SAMUEL; TAL TAYRO; MOR AMRAM; SARA REBECCA HIMMELFARB; REZIEL SECKBACH; ELISHEVA YISMACH; LEE STEINMAN; EITAN GABIYAN; TAMI BAHIR; INA SPILSKY; DORON VALNI; ELAD YERMIYAHU; MALACHI GOLDFINGER; JESSICE ROZENTAL; MICHAL MORAD; BARAK GROSSMAN; MOSHE KRAUSS; OSHRIT NISSIM; MEGED SHOHAM; RON BARAK; MATAN AVITBUL; ABRAHAM FEILER; OZ MORENO; EVA KIM SCHWARZ; AMIRA SHAHAR; SHIR HILELY; ARI SHISHLER; DORON ARIEL ANCAR; GILAD LERNER; MAAYAN GOLDSTEIN; MIRIAM RAKOVSHACHEK; AVITAL ECKSTEIN; LIBI RAZ; ZEEV NAVON; YOSI COHEN; YIZHAQ KEMPE; YAIR ADARAI; HADAR YISRAELI; CHAIM COHEN; MORDECHAI ECKSTEIN; ELLA TISHBI; TZVI

ROSEN; GUY AVIHOD; YOSEF CHAIM HILL; ETI ARTZEL; GABRIELLA GOZEL; NETA ESHOL; HAREL YECHIEL; MAOR BEN EZRA; SARA HABER; BENZI VARKAR; MANI SHARABI; AVI COHEN; BATSHEVA TZUR; NIV ARNOV; NETA TSUR; YEHUDIT RAZ ROZENBERG; ROMAN FELTZMAN; NERI YARDEN; ERAN SCHORI; OR YANIV; YOSEF ILON; ARIEH GERSHON; GIL TAL-OR; OPHIRA AVISHAI ; ITZIK BUKRA; DIMA EDUNOV; OZ DAUD; ESTHER ARMA; AYALA AVNI; MARILYN WEINTRAUB; MOSHE AMIT LEVY; SHAI ELISHA; JONATHAN SIMON; MAAYAN LANGER; BEN BROGARDI; AVI ROZILIV; HODAYA MEKKER; YARDEN ELAL; AVIV ARVIV; MORDECHAI MISKIN; TZIPORA BLAU; DIMITRI DRIFKIN; AVI GOZLAN; JONATHAN ELKHOURY; OLEG BROCKOVITCH; NOAM GEZUNDHEIT; IDAN AHARONI; HANNAH CHEN; URI SHIRATZKY; NACHMAN DAYAN; SHIMRIT BAHARAV; NECHAMI CHAZAN; MOSHE FOYRORKER; PAUL TENBERG; KOCHAVA TAHAN; TOMER BROSH; HADAR RAPHAELI; RONEN SWISSA; NAAMA YADAI; ORIEL GAASH; ITZHAK WEIZEL; ANDREI AVERKIN; RACHEL BARZEL; CORAL RABAD; AVI CARMELI; ODEYA SHALOM; YAIR SHLOMO; ELDAD HILLEL; RUTH ALMON; MICHAEL KRAPLOV; TUVYA VAN DIJK; YAEL GOTTLIEB; BRACHI PROCTOR; RAMI SASON; BOAZ SELKA; BOAZ LEVI; REUVEN KOZZOVER; TUVYA WASSER; DANIEL CARMELI; NOY SHERER; HANI SHULMAN; AMIT KUZI; IDAN MIZRACHI; SHACHAF FRANKEL; YICHZEKIEL STERN; POLINA SILBERMAN; OFIR TWIG; MOTI LEYBOVICH; ASHER SHMUEL ; ANAT IMBER; YAMIT HARARI; RONI COHEN; YOCHEVED ELIHU; DAVID BLUM; ADAM LAZARUS; BATSHEVA YOSEF; OMRI MORAD; ZVI LAPIDOT; HOFIT BARKOL; EFI MARCIANO; ADI BARZILAI; ISRAEL LICHTENSTEIN; SHIRLEY CANTONI; ALEXANDRA OSTROV; TEHILA LICHTENSTEIN; NICOLE MADENICK; ROBERT ACKERT; TAL OR; NOA MIARA; DANIEL DERI; YAHEL WASHDI; YISCA ARAMI; BRACHA COHEN; ALON AHARON; YULIA DADKOV; MIRA RODENKO; YOCHAI SHEMER; OR KATZ; DVIR SHNAPPS; GILAD BAR ILAN; MOSHE YERET; OR LIBER; ANDREI ZAHAROV; OPHIR BIBI; BEN DAYAN; NETA COHEN; AHARON BOKRA; RALPH SINGER; AMIT LIBOVICH; DANIEL WURMS; NECHAMA FRISH; OR SARUDI; AVRAHAM VAGDANI; ARIEH ASHKENAZI; EREZ MILLS; YAEL BARUCH; JESUS FRANSISCO HERNANDEZ; MENI GOLDBERG; HILA ZIGDON; SHAI COHAN; DALIA KADOSH; ; DANA STERNGAS; ROY TIV; AVI EMALEM; NOAM SHEFER; AVRAHAM YAAKOVITCH; RUVEN FELEK; SHIMRIT ROBINSON; MARIANNE DAVIDOW; ARIK KLEIN; ITAI YARDEM; SERGEY MORVIOV; DOV COHEN; BATCHEN ZIKRI; NOAM WOLF; ISHAY LACHMI; MEIR PAHALVAN; EMNUEL ETTIA; REUT MIZRACHI; NEHORA MEOSHER; ORLY BEZALEL; RONEN NACHUM; TAL AYZIK; AVNIT HAHIMI; EVELINE GRINBERG; ODELIA MESHULMI; SHACHAF MADELER; YEHUDA BELUI; ALEXANDRA MARGALITH; MOSHE SHIFFER; GIL MAMO; SHANI SADEH; AVI EISENBACH; SHAHAR TUVIANA; ADI OSHRI; MEIR PELEG; CAROL AVODI; JONNY KOCHOVI; ROTEM DE YONG; LIZ KADOSH; NICOLAS MENA; DIKLA DAHAN-ISHCHIN; ORTAL GREENBERG; NETAH HASON; MIKI BENCNAAN; ISRAEL MAGZIMOF; DANIEL RAZ; ORI SELAH COHEN; ILANA BONEN; YASMIN YESHURUN; TSILA RUTH LAVI; SHMUEL ARVIV; TAL KAIM; MICHAL AVITBOL; DALIA ROZEN; EINAV PORTIS; ALEXANDER VLIKOVSKY; ITZHAK BARZIN; YONI MINCH; OFIR GANON; TOMER KATSIR; MALCOLM GILBERTSON; MOSHE EDRI; RONIT COHEN; NONA BEN DAVID; MOSHE ROZEN; MICHAL STOLLER; RAVIT NACHMAN; TAL ELIMELECH; DIKLA KATSIR; AVIV BALILA; AVICHAI KAPHACH; NURIT BARON; SYLVIA WINDMUELLER; NECHAMA KING; LEAH SCHREIBER; OREL AVITAL; VITALY NISMAN; OMER BEN YOSEF; BARAK BUTEL; BENTZI RAKOV; AVSHALOM OSTOROVSKY; NATHAN DOR; DAVID KREIN; ELIEZER MOR; REUVEN YOCHAI PECHIMA; SHARON DAHAN; NATHALIE ALUF; ELI FARAGGI; GILI SHRIR; MORDECHAI CHIRNOMAS; ARIK WEISS; NATHAN SHARABI; CHANUCH SHMUEL; SUZI CHAZAN; LEE MAYMON; BELLA BAR-ON; ALMOG STERN; SHNEYOR SETTON; EDEN GILAD; SHAI SHAMIR; TAMI EMANUEL; YAEL HOFFMAN; AMOR ZAGDON; EFRAT SHLOMO; IDIT LEVI; SIMA MALKA KACHKAR; MOTI BEN ZAHAV; ITZIK BEN HAIM; SHIMON GREENBERG; ROY GAL-ER; BAR MOR; NETANEL MALACHI; KOBY SAYAG; NAVA SKLYR; SHLOMI SAS; SHARON SIMCHON; RAKEFET LEVY; FABIAN HONIV; TOMER GEDALIA; DORON SHAMI; ISRAEL BRONER; SAAR DAVIDSON; ARIK ATTAL; MOR SCHNEIDER; YOAD ANISFELD; ASSAF ASA; LIRON KAHALON; MIRIAM FOREMAN; BATSHEVA COSWINE; ALEX LUBARSKY; DROR LEVI; RONI ZER; ASSAF GOLDSTEIN; GONEN PELEG; ZOHAR COHEN; AMALIA DAMASIO; NATALI YAAKOV; ORIEL COHEN; MICHAEL HERMAN; RAMI CORNITZER; LITAL NOCHIMOVICH; NADAV DVIR; SIVAN EZRAN NAGAR; YARON YOCHANAN; LIHAN BITON; YEHONATAN MELECH; EREZ HALIWA; RUTH GERSON; AMIT HIRSCH; KARIN YAACOV; YEHUDA SHARFER; HERBERT SLOBODOW; YOAV YAMINI; NOY ELIAV; DANIEL GELLERI; KOBE PARAG; LIOR HALFON; MOSHE MICHAEL HEFFNER; ELIHU SIVAKS; ZURIA ORLION; ELIRAM KOJA; ZVI ORLION; OLEG ROITBORD; AVNER ASHER;

OREL ELKASLASI; AVI MIZRACHI; PAVEL BLEY; IRIS LOYA; OLGA KUPERMAN; TOMER ATTAR; KFIR LEV SINAI; OVADIA DEGA; CHAIM BAKSHAVE; BEGOSEW MOLA; EFRAT WEISS; LIDOR SHAKED; NAVA NADAV; LIMOR BEN RACHAMIM; LIZA SHPOLIANSKY; ROEY YEHEZKEL; REBECCA RUBENSTEIN; ELIAD YAHALOM; YISCA MALIHI; GABRIEL VEXLANDER; LIDOR AMSALAM; LIOR COHEN; ODELIA MEUDAH; LIRAN LAVI; ARIEL MAMAN; ORIT TAL; ANAT LEVI; TEHILA COHEN; SHIMON YAACOVOV; GILAD PERETZ; ROEE DAN; ODEYA BROWN; NETANEL GERNER; AMIT NEEDERHOFFER; ZEEV RUSSAK; EFRAT SAAD; MIRI BEN SAADON; MEIR BLACHMAN; EITAN COHEN; AVIV BEN ZAKRI; SHIMON HARUSH; ITAI DAMARI; ELAD SOL; KEREN M; MOSHE BEN HAMO; RAMI ASULIN; IZABEL MAMAN; ARAN AHARON; HELI ELIMELECH; ASAF COHEN; HILA COHEN; RIKI SHEMESH; NOAM KALAZAN; YAAKOV GOTTMAN; ANDREI LIMOR; ISRAEL FRIEDLANDER; YEHUDA IDAN; YUVAL ZAHARHARI; INBAR NASI; ERAN ELRON; OMER MONFRED; MICHAEL AMINOV; GALI GREEN; RONI TURGEMAN; RINA AVNER; ROMAN BELENSKY; LIRAN BRIMER; YUVAL LAVIE; BENIHU TREBLISI; AHARON DANAN; ARIEL KENOTZI; KELE STEVENS; SHAUL BOILOV; HILA SHATO; SHLOMO PERETZ; GABRIELLE ARNOVITZ; LIAT ABRAMOV; DAN GOLAN; OFIR EMUNA; LIOR AVIRAM; NITZAN COHEN; NATHAN CHICHIK; MIRIAM BOCHRIS; NATHAN GROPPER; OR BEN SHIMON; INBAL BARZILAY; MEIR ABOCHTZIRA; SHMUEL ZACHAI; MAGI RAZ; LEA KRAKOVSKY; TEHILA BIRENBOIM; NOFAR SHITRIT; ESTER BRAMI; SHARONA; DAR COHEN; DAVID PRIEL; DOV JOSSEF; ARIEL LERMAN; ALON VITTENSTEIN; HAREL YONA; MICHELLE BAREL; ITAMAR LEVI; NAAMA SULTANIK; HAGAI LEVI; SARAH DADI; YISHAYAHU NISSIM; NOA VOLMAN; YUVAL COHEN; MARIA LERMAN; AVRAHAM COHEN; DMITRI GOLDMAN; PAVEL AVSHOWITZ; HILLA ZEHAVI; RON BENICHOU; DENIS LITVAK; YOSI COHEN; ORIT RABI; JOHN COHEN; YAIR SULIMAN ; MICHAEL SKORIN; AMICHAI YOGEV; YANIV COHEN; AVI ELBAZ; BINYAMIN SCHWARTZ; NITSAN FRIMAN; CHEN CHAIM; CHAIM AVRAMOV; TAMAR LOYFER; SHIRLEY GABRIEL; SHANI ATIA; YAAKOV REFAEL; MICHAEL MEISTELMAM; OHAD CHASON; EVA LEVNER; GIORA ADAM BEN MORAI; RAZ GINO; EITAN CHAIMOV; IVGENY REMANYUK; MICHAEL LEIKIN; HAYA PINCHAS; SHELY BENITAH; MENACHEM STEINMETZ; URIYA TZADOK; MICHAL HERMON; DANIEL DAYAN; AMNON FISCHER; MEITAL BEN-AMI; SIGAL SEGEV; ORTAL HUBARA; ELI ADLER; NURIEL HURI; YITZHAK GOLDSTEIN; YOSSI POLANOR; EYAL KAROL; SHAVIT ATAR; SHIRAH MIRIAM AUMANN; AYELET ZABUSKY; ETI ROMANO; ISRAEL STEINITZ; BAR CALFON; MISHAELA SHZIBOVICH; KATYA GOLDMAN; HEN SHEINDEL; SHILO KOHELET; SHACHAR DAVIDOVITCH; UDI DOTAN; SHAI YUVAL; ELDAD GINO; YONI CIPIN; YUVAL YUNOVITZ; EREZ HAGAG; ELI HATHUEL; JACK KLABER; RAKHMIN DEKHKANOV; OREL LAUFER; ARIE SHARON; CHANA AMITAI; OHAD SHPINDEL; LIOR CHUNA; EMILY STARR; VERA SAHR; BINYAMIN YEHUDI; HAYA LEVI; EHUD AHARON; YOGEV BOARON; LIRAN ARBIV; ARTIUM NAFTALIYEV; TAL BAR; AVIEL MIZRAHI; HAGIT NARDI; ORLI SERTZOK; SHAI PECKER; YOSEF ITZCHAK LANDAU; AMOS FRISCH; ORTAL SHMUEL; HAREL AVRAMOVITZ; OFIRA KAHANA; TZOFIA BAR MEIR; AVIGAIL GERZI; YOHAI BERLIN; GIL HALAMISH; MORDECHAI DAHAN; NOFAR COHEN; NIR KARAT; MAX BILLENKI; MERAV YEHUDAI; NAAMA HADDAD; YAEL MIZRAHI; TILTAN RONSIN ; ORELI GAL; DOREEN AMSALLEM; YAFFA BUTBUL; MOR BEN HAROSCH; SHARON GANGATA; MICHAL DECKEL; PNINA MORSIANNO; MATAN HERTZ; ELIOR SHITRIT; LEVI ROSS; REUVEN MAGEN; ARMON BASHTKAR; ALEX PISHENKOV; AVI POLLACK; DOLFI BENESCH; YAIR ZVULUN; GOLA KNAFO; GABI PRIEL; YAIR FAINA; IFAT ZRIHAN; TOMER BARMI; SHOSHANNA COHEN; ILAN NACHMAN; NIMROD HAN; HADAS SELA; GUY LEVI; MICHAEL LEVOT; ZIPPI NAVON; YAM DAADOSH ; MOTTI LEVI; BINYAMIN BEN DAVID; UZI BITTON; ELIHAI SUGARMAN; YARDENA RAZBAN; MICHAL UNTER; TZIPPI BEN LULU; ELIRAN SABAN; AMIR ZEHAVI; GUY KRAUS; ILANA HADARI KAM; DOR TEHILA ALONI MESHI; CARMEL HERTZ; SHAIM EISENSTEIN; ASSAF SHARON; GILAD NAHARI; HAIM MALKA; ZACHI BEN ARI; BNAYAHU KARMI; ITAY SHAPIRA; MAYA RAZ; SHLOMI ALEX; KOBI PERETZ; RIVKA HOFFMAN; OFRA MAIMON BUZGALO; DAVID KAHANA; MARILI KLEIMAN; MOSHE SEGAL; NATALIE SHELLY; NITZA LEVI; YANIV PARMED; ALON KAND; SIMHA DANILOV; ESTHER SHELLY; SHULAMIT COHEN; RON BEN YOSEF; REVITAL JAGUDAEV; MOSHE OHANA; HILA LIPMAN; ELIHAI SKITTEL; NATTI PERRY; DAVID HESS; SAMYON ABRAMOV; NETANEL YOSSEFIAN; RIVKA GALLAR; ZIVA MIZRAHI; SAGI HEN; SAMIEL EISENBERG; IDO MASTI; MARVIS HANST; YUVAL BUHBUT; YUVAL BUHBUT; RACHELI BASS; BOAZ FARBEROV; ESTI MANDEL; LIOR KAMIOR; OVADIA BARON; SHAI MICHAEL; BNAYA NACHSHONI; LIAV KABRA; MEIR ZVI KIRSCHENBOIM; MATAN ZIPKIN; NOAM SNIR REGEV; ATERET NACHSHONI; RENA FREEDENBERG; JESSE GARDNER; RYAN BELLEROSE; BEN

HAJBI; OSI NAHRY; NIR YESOD; SHULAMIT MILLER MOSHKIN; LIRAN REGEV; YAKOV EPSTEIN; SIVAN KELEM; EFRAIM PEREZ; RONI HANUN; ELIOT SCHICKLER; DAVID YAKONT; ; ELAINE JARNELL; SHAULI HADARI; ZAURI BINYAMINOV; ITAI LEVI; SHLOMI TAMMAM; MICHAL VAKNIN; DROR SKIVAI; AHAVA LANGE; MENACHEM RIVKIN; MENACHEM RIVKIN; SARA MALACHI; LIRON SWISSA; DOR SWISSA; ARI MOR; OFRA PEPPER; BEVERLY LYONS; BEREL LERNER; YUVAL VAKSMAN; AMITAL COHEN; MICHAEL MEZGER; LIRON HASSON; DALYA NITSAN; AVI COHEN; DANIEL HEN; YONATAN IWAN; GAL PINTZ; RONI POLITZNOV; IDAN AZULAI; ITAMAR LIPSHITZ; EDUARD TATEVOSIAN; DANIEL LITMANOVITZ; ORTAL COHEN; YOAV AMOYAL; SHAUL PORAT; NATALIE KASTORIANO; SHIMMI HASSON; DANA BLUM; ISHAY GADAJ; ROGER FROIKIN; ORIT FAYENA; RAZ BUGANIM; TAL HUJA; MICHAL GIVON; ISRAEL ASRAF; PATRICIA DOLAN; EVYATAR HADAD; SHIMMI BOOKSBOIM; KATHY TOV; MAGEN MANTZUR; IDAN UZAN; WOW ST; RONEN DADUSH; MORAN COHEN; JONATHAN WOLFE; SAHAR PINTO; YEHIEL ABRAMOV; HAIM MENASHE; HARTLEY MACKLIN; HEN NOAH; ELDAD JACOBSON; EITAN REICH; DANIEL LEHMANN MONEFELDT; MICHAEL SHFILKOVSKI; ELI LEV; SHAY AVRAHAM; ALON SULIMANOV; RJK YAKIR; YONATAN ELHARRAR; YAEL FRIEDMAN; OSHER SCHWARTS; AMI FARKAS; NADAV JACOBY; OMER WEISMAN; ADELE BLOOM; SHIR MALKA; SOLA WEINBERG; HANNAH MERINBERG; MIRA MALUL; BAR HAMER; DORON MOSHEL; YOSEF JAN; SHRAGA WOLF; OFIR REZNICK; RACHEL JAN; DAVID RODMAN; TALI BEN HORIN; SHLOMI ILUZ; DANIEL BASCH; REI DGANI; JOSEPH ESSHAGHIAN; YUVAL TRAV; RAYMOND WOLF; DORON EFRATI; AVI ELIYAHU; TAMAR ROLLER; DANIEL SVIRSKI; NOAM ZABAR; AVI BEN GALIL; DANIEL GAGNA; SHARON NAHUM; IRINA TEPLITZKI; OREL LEVI; ANNGOLUB; ALICE MARKO; EDEN HARATI; ITZIK PINKO; SIGAL COHEN; GILAD MOSHEL; NITAI HOCHWALD; MENAHEM SINGAVY; AMIR KABAN; LIZ HURI HADAD; SARIT COHEN; NOGA TALMI; MICHAL HURI; YUVAL MAT; MENI SIDER; KARINE SHOR; YARIN DOLEV; SHMUEL PELER; PHILIPPE REVAH; DIMA KREMERE; MOR HILLEL; AARON GASSNER; SHIMON ELIYAHU; MOSHE HANUN; TAL PINHASS; ITAI HAETZNI; YOED DAR PEARL; SHANI BEN HAYOUN; HILA HEN; LIAT DROR; AVRAHAM YEHEZKEL HALEVY; YAAKOV LEIBOVITZ LEV; LUBA SELIZNOV; PATRUCK CALMAN; AMIR COHEN; ISRAEL YISHAAYAHU; BAREKET BEN SHITRIT; SERGIO TEZZA; ELLA LANCIANO; IDAN RAHIMI; EMILI TZROR; RUSLANA NIKOLAEV; AVISHAI KAHALANI; NECHEMYA PERRY; SIMA YEHUDA; YAEL HEN; SHARON HEIMAN; ORI BRENDER; ALON YAAKOV MERIZEN; BAR GEFEN; DINAR PRASASTI WIRIAATMADJA; HADAR PONK; MICHAEL AZNIAN; ALON ISRAEL IHIYE; NETANEL BEN SHIMON; HANI POPAK; DORON ROZENSWEIG; KARIN KOVALSKY; NURIEL HADAD; DAVID DVIR; HAI DAHAN; AVI ITZCHAK; YEHIEL PLATSKY; MAAYA MORDOCH; DORON HUGRI; YEHUDA TOREM; HAREL BEN DAVID; LIRAN COHEN; ITZCHAK AVITAN; BARUCH YAHALOM; EFRAIM SETTON; SHIFRA SIROTZKY; HANNAH HANNON; NITSAN GABAY; ELI GRAB; SHIMON HILLEL ATIK; JOSE CASTELLON; PINI SHEKS; NATALIA FREUND; SHACHAR MARTONOVITZ; ARMAND LEVY; YAAKOV ANKONINA; CRISTINA CERVEIRA; YEHUDA NAAMAD; OFER HAZOM; LUCAS GRINBERG; YOAV NOIMAN; NETANEL WEISS; GUY GOLDBERG; ELAD HUBARA; AVI SHERMAN; YINON PIRAM; UZI NEGATI; TROY WOODS; NIKOLAY BORNSHTEIN; AVIGAIL PARTER; DOV BAR DERMANKOV; IDAN TESSLER; SHAULI VAKNIN; SEMION DORFMAN; DANIEL SADEH; MORIAH MAATUF; ERAN RUBMAN; YINON MOSKOWITZ; LIMOR COHEN; ROI ALTIT; EREZ VADMANI; SEGEV BEGERANO; ZION HAROSH; SCOTT KRAMER; MIRI MIRELLSHVILLI; ALMOG COHEN; CHAYA NOTIK; MATTY BEN MOSHE; SHUKI WALMARK; DOR SHAAR; ISRAEL YAAKOV ZADOK; AMIR BEN EZRA; RANE SNE; ARIK KITAI; INBAL PERRY; LIRAZ SHACHAR; HELLENY HILOTITZ; ELIYA KATII; VICTORIA OLSHANSKY; DAVID HARPER; ALON GOLDENBERG; GALIT GOLDENBERG; ADAM KRATT; MAOR ADIKA; DAN FRANZEN; NIRA WEINBERG; ZACH KADOSH; ROI SHARABI SHOMRON; PEGGI COHEN; EFRAT OHAYON; BINYAMIN PINTO; RINAT RABIN; ORI SINAI; SHIT HERMAN; DAN AVNI; MARIANNA GOLDBLATT LEVI; SHIMSHON ELHANNAN; SHLOMO MOYAL; STEVEN ROSENBERG; GIL BINYAMIN REGEV; RAPHAEL FRIEDMAN; ISHAY GOLDFHELM; AVI ARAD; MOSHE ISRAEL; COLETTE ZIV; DANIEL LAGZIEL; HADAS SHITRIT; SIMJA BEZALEL; STEVEN FENSTER; MAAYAN ALLALUF; MOSHE YEHEZKEL WAGALL; SAGI NAGOSA; ALLAN RATZAM; SAHAR ELHARAR; LEAH POSMAN; AVITAL LEFF; ARIK GOLDBERG; TAMMY HOLZMAN; YOSSI HEFETZ; DEKEL ACHER; ADI PEARL; MOTTI BEN ARTZI; YIGAL ALEXIENKO; MALI PATIHI; ASSAF GOLDSCHMIDT; BENNY GOTLIEB; IDO COHEN; SARA MUCHNIK; FRANCINE SHERWOOD; ANAT PARTOSH; RINA HEVER; EREST COHEN; JONNY ARMAN; ELIANA BERGER; MOTTI-MORDECHAI BIRENBAUM; YOSSI LANKRI; DINA EBER; ORLY DAMBO; ISRAEL HEN; ERAN HILLEL; SHLOMO SWISSA ; EVE SHITRIT;

Rider A page 30

EYAL MAUDA; NETANEL ASTANGELOV; ERIC IFRAH; ANAT TAIRI; TAMAR POLASAK; ETTI ASHKENAZI; SARA SHARER TAL; ODED ROCK; ZVI HEFEZ; AVI AVIV; REFAEL VIVANTI; ALISSA REBAYEV; ITZCHAK ATTIAS; HILLEL BENJI; ZVIYA NISSMAN; ZILLA REICHENSTEIN; MEIR LAERMAN; SHALEV FEINBERG; NICOLE KETER; MOSHIKO COHEN; AVIRAN SKIZDA; YUVAL ABERGEL; SHMUEL FRIDMAN; ELDAD OREN; SHLOMI DIMRI; SOPHIA FRIED; SHAYKE IDAN; MOSHE MOYAL; RITA PORFIN; ORIT LEVI; ODED SHIMONI; ZIPORA YAFFE; MOSHE MEIRI; SHIR MADMON; YEHEZKEL LEVIN; YANIV SHIMONY; ORI DAMSKER; MOSHE ZAAFRANI; IZZET BINHAS; YOSEF SABAG; AVI BARNETT; TOMER ALFER; HEMDAT LEVEL; ALON YOGEV; ITAMAR SCHMIDT; SHIRLY ASULIN; OREN HADDAD; YAAKOV ASULIN; GILI MERON; ADI ESHKOL; RINA HADDAD; YOSEF OHANA; MENI CERSANTY; ASYA SHOVINTZKY; ELI EZRA; RIVKA MIZHRAHI; SEMYON GRIBERMAN; AHARON DERI; DANIEL ADIR; AYELET HARRIS; NOA KATZ; AVIS MALKA; ETI EVEN ZUR; VALERY VERIN; YORAM GOLAN; IDAN BEN ASOR; ORI TIDHAR; SHAFRIR LEVI; GAVRIEL BAM AMI; GALIT AVIDAN; NADAV BEN SAADON; PINI OZ; YONIT KAHN; SHACHAR AVIDAR; EREZ NAHMIAS; SHLOMI NADAF; AMIR RUBIN; ORI SAMUEL; ASSAF GOLAN; SHAI BIO; KEREN LAOR; EYAL KFIR; DAVID DAVIDSON; AYELET FREIMAN; AMITAI TAL; INBAL ZEEV; BATYA WOLF; RINA HABERFELD; MIRI LAVI; AMIR COHEN; NICOLE LABE; YOSSI GAZIN; TALYA WALZ; ORI SHASHA; SHIMRIT SHIRA SEGEV BAZAK; YAEL ANSBACHER; DEVORAH ORBACH; NAVA HURI; ALON BLATT; SYLVIA TETRO; ASSAF FISCHER; OFIR COHEN; RACHELA AVIV DABOUSH; SARA HURI; MATAN DAVID AVIV; MORDECHAI YEHUDACHI; AVRAHAM DOV IGEL; AZIEL HADDAD; NAAMA WEISMAN; CHEN PINCHEVSKY; ELIYAHU SANDROY; ALON SHACHAK; AVRAHAM MAALEM; SHRAGA BAR ON; OR TOAMI; MORIA MERZBACH; MICHAL GAMLIELI; ELISHEVA SHISHPORTISH; AVRAHAM OHANA; YONATAN VAKNIN; MARK FARBER; SAPIR GARDOSH; KIRIL OSSIFOV; MORIAH ZADOK; IDAY YANUS; SIGAL SHABBAT; ORI KATZNOV; OFIR TURJEMAN; ISRAEL MASUD; AYA DAHAN; MICHAEL WOHAM; ADIR SHELLY; AVIVA BEN AMI; AHIKAM PARYENTE; MAOR MALKA; NIA HEN; ANJELIKA AZAYEV; HANNA MASBERG; OMRI NAOR; ILAN BEN AMI; HAIM AZRAN; MARINA SCHENBERGERS; HODAYA ELMALIACH; AMIR LICHTENSTEIN; AMIR MARKS; EYAL PORAT; ADVA KDOSHIM; SHIMON COHEN; RACHEL LEV; ITZCHAK ASHKENAZI; MICHAEL MELKOV; OSHRAT COHEN; SHIMON ITZCHAKI; HEN ARZUAN; SHLOMI ICHIYE; LENA MELKOV; MOSHE SHOSHANI; SHIRAN GREENBERG; YOSEF MIZRAHI; YAEL BEFLER; SHAY SAPIR; BAR GAVRIEL; ADI YERUSHALMI; ZADOK PARNAS; YAIR PAHIMA; NIR ROSNER; ELI HAI; AHI PRIZENT; RAFAEL SAAD; DENIS MAKANOVITSKY; MIRI SHVIMMER; YANNAI GORLICK; HILA MANN; TZACHI TOLEDANO; MEIDAN BIRNSTEIN; OREN SKORNICK; ESTI PLOMBO; HANNA VAKNIN; ASAF MORDECHAI; CYRIL MALKA; HEN EDRI; NURIT ZAKEN GIVATI; NATALIA SCHUVAKS; DROR KFIR; ROI IRON; MICHAEL GOSAVSKI; DOV NISMAN; SARA POTAZNICK; RIVKA PINKAS; ZIV MAOR; SHAY COHEN; YAEL MAOR; LIAT PETROVER; AVI PELED; MICHAEL MILHOVITCH; YEHUDIT BITTAN; MENACHEN YOHAI; BINYAMIN LAGER; HAIM SHAUL BROOK; IDIT HAROSCH; YARIV TAGENSKI; YARON MEIRI; MAYA LIBERMAN; TZACHI SASSON; SHMULIK KEZ; DOR ZIPILEVICH; RAFI GERBI; SHIRI BOGI; RONI ANKRI; LIVNAT; MEIRA OVED; ALONA OSOVSKI; SHIRA MALKI; ILAN SCHWARTZMAN; GILAD MALKI; OHAD RATZON; ORTAL NAFTALI; AVI FRIEDMAN; ARIEL VALDI NAFTALI; OSNAT A PREI; INSA PERES; YAEL SHOSHANI; ANA PROTKOV; NEVO PERETZ; MATAN AMEDI; SHAKED YAZDI; HADAS TELEM; SHIRA KUPER; ALEX BOINJO; MOR SANDEROSSI; HAVA FRIEDMAN; DANIEL PIPKO; AVIV LEVI; SHIKMA KATZ; HEN AHARON; ADIR DUCHEN; ROI ZACK; RONEN BOKER ; SAMUEL BUBER; IDAN YAAKOBOV; YOSSI DOLEV; OFEK STEINER; LIZA KARSOTA; GIL FRIEDMAN; EDNA HARDI; YONI NOVACK; PELEG BEN ZUR; GILI LERMAN; DAVID BLOCH; MARINA OSTROVSKY; ROTEM RODER; LIEL COHEN; DAN FREIFIELD; MICHAL ZUSMAN; AHARON WEISMANN; HAREL HOZE; NAHUM LAGASA; NOAM GOLDSTEIN; AVISHAG PELEG; SHIMON LURIA; SHARON SHAUL; LIZA SMIKIN; REUVEN ZUKREL; LORI SAPIR ; SARAH KAPLAN SHELEST; KATYA GLOBIN; AMIHAI GUETA; AMIT HAHAM; MICHAL COHEN; JOSEF MARIO MORIC; MOSHE KARAI; MAAYAN KARAI; GILI COHEN; ORLI BEREBI; SARA AFARI; AVIGAIL FRIEDMAN; ODED HEN; DVIR NISSAN ILSER; EYLON AGAMI; ELIAT PERETZ; BARAK GROSS; MORAN SOTO; GITI YOSEF; MATAN BENISHTY; DIANA LEVITAN; AMIT SAPIR; INBAR BITTON; CAROLINE BEN ARI; YANIV ORKABI; KATYA ASOR; ZOHAR BASTKER; GALIT VERTHEIM; ORI ASOR; TALYA SHEIN; DAN AMRAM; LORIT GURFINKEL; ANAEL TERTEKS; NERIYA ABUDRAHM; ELHAI EL; YIRAT DOMNOVITZ; NIR HEN; IRINA SVERDLOV; YOSEF BEN SHIMON; YAARA LEVI; DOR KEREN-TAL; MATTI LAAKSONEN; SIVAN BENJI; MORDI WORTEL; GILAD BATAT; OR SHIBER; HEN BEN DAVID; PIWEL WORTEL; YONATAN COHEN; HEZI GAZALA; SIVAN

RAIKO; SHANI SHARABI; MAOR OHAYON; SHIRA WEINSTEIN; NITZANA ROTTENBERG; YIFAT RUBIN; AVRAHAM EDRI; ELIAV ELBAZ; GIORA MAGAL; SHACHAR DAVID; NOA HALEVY; DORON PANIOILOV; YONATAN LIPNICK; LEON FORMAN; OREN KORBOSH; YOAV HALIWA; MARINA MARETZINKEVITZ; ELENA VORONOV; ITAY YAIR; MOSHE COHEN; OMER MICHAEL; AYELET NEHAISI; SMADAR DAVID; AVIGAIL AZRAN; MOSHE HEFETZ; YONATAN ELIASH ; HEN KEINAN; MOSHE STURTZ; BEN YAEER KEHATY; SHARON EFRONI; ALEXANDER RAVKIN; SHAI HEN; SMADAR ZABARI; STAVIT DAVID; ZURIT ZELIKOVITCH; JUDITH LEVINE; LIZ AYUS; ELAZAR GANOT; OSHRI MAIMON; JANET UZAN; SHON BITTON; BRITT MALKA; YOGEV SAGRON; YAAKOV STERN; RACHEL KAFRY; BENNY IVRI; ITAY SHIMCHONI; KATYA TCHOVENKO; NIR BERKOVITZ; ELINOR SHETACH; RACHEL LEVI; STASS RIVKIN; YONATAN SHIMONOV; AMIR LAVI; EINAT HELVFINGER; DOR SAMMET; ISRAEL KLEIN; LIDAN ATON; RUTH LIOR; ABRAHAM ARAD; YEHUDIT DROR; GAL LEVI; HEDVA ZIPPER; SIMA ROVSKY; DOV NINVEH; ROY ASHKENAZI; MICHAL HALFON; NATALI MAROSHAK; ODEYA LEVIN-SOUSSANA; EYAL LEVI; ALBERTO LATTES; TALIA KALIMI; ZURIEL ELMALIAH; SHIRLEY BRAUNSHTEIN AHARON; KYRA SHULMAN; EITAN YAKIR; GILI LAVI; SIMON KRIKHLI; ORA SHEM TOV; IRA GIMPEL; MICHAL HALFON; JEREMIE GUEDJ; ALINA MENALE; ITZIK COHEN; ROTEM YAACOV; LIRON HEZI; EINAT HAIMOV; AVICHAI KADUSI; SHAI SHAUL; LARISA YOHAYEV; YISHAI AUGUST; IDAN YAACOBI; NURIT MENASHROV; BARKAI EFRATI; NIREL MAMAN; SIMCHA SHLOMO; CHEN GOSLER; NIR ABRMOV; MARGARITA KONDERSHOV; YAARIT OHANA; EVE BEN ARI; ASHER PERETZ; BEN HIRIK; MOTI HARTOV; NITZAN NCHAISI; PINI BEN MOYAL; SHANI TWITO; YAACOV NAHUM; TZILA TANOR BUBLIL; NETANEL LEIPER; DANIEL DAVITASHVILI; NITAI HUJA; ABBA RICHMAN; EYAL GOLAN; ELAZAR BOKOBZA; LIOR KAPLAN; SVETA GILMOR; RONIT SAADO; AMITAI COHEN; YIFAT DANIELY; ORTAL BOKOBZA; YARON PRESENTE; ADAM HAZON; OLIVIA PERTI; ITAY MILLER; DANIEL SALAH; SHAHAR BARAK; MOI ZINO; YOSSEF BEN AROOSH; MAXIM MELAMOUD; SNIR MANTSURA; YAACOV MAZIG; YAARIT IVGI; MICHAL KICHLER; BENJAMIN ARIEL FRUMKIN; TOMER ALTER; SHIRAN MENDES; NOA FLYSHON; AYALET TSIDON; HAIM HAMI; SHLOMO SHTEMPPER; TOMER MINTUS; YAARA ABIKSIS; ROI MILLER; VALERIA YLIZEROV; YAKOV ABRAMOV; ILANA KASIMOV; NOA SHALOSH; ILAN NEVIZADA; DANI GANTEYOK; MICHAL GOSHTSINI; DANIEL FISHER; GALI BAR; YOAV BEN ARI; OFIR SHITRIT; ORI DAVID ATIA; MICHAEL LEV; ORYAN LEVY; BENNY GRINSTEIN; ROY GRINSTEIN; URI BAREK; SHAI MOSHE TSABARI; YOCHI SHAMIR; MOSHE TOTIAN; YAAKOV VAALANI; YARON NEUMAN; AVI SHAHAR; KATRIEL MARCIJO; MICHAL ISCHAR; TAL SULTAN; MOSHE KEREN; SARIT BAR EL; ERAN HAYUN; LEA AMZALEG; AVI COHEN; TAL MOSHE; BORIS GOLDENBERG; ALON GABIAN; ETI MEKAITEN; NETANEL COHEN; MOR GRAPI; LAVI HALELI; RONY EREZ; RONI RONI; HILEL HURWITZ; YONATAN RUBIN; BEN EINI; NETANEL BUSHERI; DANNY SPIVAK; ERAN MIELI; GUY FISHKIN; GUY HADAR; LIDOR RAHMANI; ALON SHEM TOV; ITZHAK HAKAK HALEVI; REUT MIRSKI; HAKOB ANTONIAN; LIMOR DANA; GAL MALACHI OBERG; SHLOMIT COHEN; SAPIR DAYAN; MIRIT KOLEL; DOR YANAY; AVIA RAVAKI; LIMOR SHUSHAN; CATHY BRAVERMAN; ZEEV FRAIMAN; DAN COHEN; DORON SILASHI; AMIT MELROV; ELIRAN SHARVIT; RAN RUBIN; ORLY SHAKED; ROTEM GRUPI; YOSI SAFAR; HAIM BARHOM; NETANEL BEN DAVID; YIGAL BANAYAN; AVI AROETI; YARON GOLAN; AVIV GERSHENZON; ELIYAHU MORDECHAI; NINA COHEN; DALIA NADAV; ELIYA HARTONG; SHLOMI KRUANI; YISHAI CARMONA; NETANEL EPSTIEN; ADI KASHER; MICHEL IDAN; ASAF GABAY; LENNY OREN; ODELIA CHAI; RAN DITMAN; RONIT PINHAS; MOTI HARTMAN; LIOR COHEN; GAL ZIV; DOV BENAMO; ANOTAL HASHOSHAN; ADI MARKO; GILAD ROSENBERG; AHARON RIUONI; DAN FISHLER; SERGHEI BENNET; EITAN BRONFMAN; HAIM SAPIT; YOSI APTEKER; DIKLA HARONIAN; AVISHAG GIGI; ETIEL AMIT; ABRAHAM (RAMI) YAACOV; LAUREY HYMAN; OR SHUSHAN; AVITAL KERTZNER; ARIEL GOLDENSHTEIN; EREZ YACA; BARUCH ARMAIV; YOSEF ZOASHNEIN; SAPIR MIMRAN; YOSSI DAHAN; MEITAL HILEL; ADI ATIA-ROSENBERG; SHMUEL VINNER; SHULAMIT MOSCOVICH; SHEMAYA KUKENHEIM; AMIR LAVI; SURIT NISSAN; DVIR GOZLAN; TAL SHNEIBROM; ISRAEL BEN ZAKEN; RENNA SALMON; DORON BRILL; DANIEL NATAN; IDAN KADAR; ODELIA EYLON; NITSAN GABAY; EHUD KALFA; SHIRA EZRA; SAPIR ZRIHAN; DOTAN BEN DOR; ROTEM BEN SHMUEL; YAKOV DAVILA; LIRON DAVID ZADA; KOVI SKYER; ARIE TZUKERKORN; ELAD BRACHA; SHIMRIT OHAYON; CHEN MADMONI HARUSH; OREN PERLSMAN; OHAD ITAH; OR SABAG; TIKVA COHEN; ANAT YAMIN; SHACHAR SIROTKIN; YURY ZUKOVSKY; LESLIE BENJAMINI; HODAYA TRIGALO; ELLENA GEFNER; ILANA IFRAIMOV; MATAN BEN NAGAR; SHLOMO LEVI; CHRISTIN GOLDFEDER; BEN ZION HESHBERG; DAVID COHEN; IDIT WAGNER;

SAGIT MIZRACHI BETZALEL; STAV NAKAR; ITAI SABO DABUSH; ZVI SALTZMAN; ANATOLI KRAININ; DALIA AHARONOVICH; LIRAN BARAMI; AVITAL KOREN; IDAN LEZIMI; ELIAS BARUCH; SHLOMO LANZA; ILANA ARSI; TOMER BARASH; DANIEL HEBE; EZER ELBAZ; ORNA BORA-PERETZ; BAT EL ZAGURI; KARMIT BEN YOSEF; NICOLAS DICKSTEIN; NIV ZEVRON; AVIV LIDYA; RACHEL SHAFRIR; ROBERT HAYES; ROI SHATI; SIMCHA LEV; GENADI BELAKOVSKI; RIKI GMILZADA; BEN VASKER; ANNA GECHTMAN; ADI TAHORI; EITAN FIRUZI; DAVID AVISROR; BORIS TOMARKIN; RACHELI PINKER; TOM BLAKEY; RACHELI KAHLON; MORAN TNAMI; SHERY GRINSHPON; EINAT KRAVIAN; GEULA SHAPIRA; MICHAEL BOKBOZA; SAHAR YOSEF; MEIR PAVLOVSKI; YONATAN PRAT; NOA BEN JOYA; MARSEL KADOSH; OZ ELIEZER; SHIRAN YOSEF; LEV LEIPEY; MARU TEPRI; MAXIM SCHWARTZ; YOSEF MALOGOLOVKIN; DARIA NECHAYEV; KATIE ZOLOTRIOV; LITAL TZEVA; ELIAN SAMAMA; GDALYAHU SAHAR; ADIR OHEV TZION; LEA DAVDA; GAL GREENVALD; RACHEL IZKOVICH; BENNY SHLEZINGER; ELYASHIV MILLER; MEIR NAAMAT; AVI CHACHAM; GAL YOGEV; DIKAL KOVNI; MOSHE GUETA; RONI MADMON; ORI WEINTROB; ALONA GOREN HAVER; ROTH KANTOR; ERIC MESSIKA; AVIHAY AHARONY; TUVIA GOL; MOR ZITUNI; ELI VEINTROB; IDAN LEVY; ORI ZADOK; LIOR PERETZ; SHARON REFAEL; EIDAN SHMUEL; EINAT HADAD; OSHRAT BEN HAMO; ERAN YBLO; MAOR KARAVANI; TAL SHPERNAT; MAI PERETS; TAL PERI GADLIN; BORIS MAN; RAZIEL HURI; NISSIM HADAD; ARIE BRAUNSHTEIN; GUY ALONI; BINYAMIN AMRAN; SHLOMI WEISS; YONI NAIM; OR AVRAHAM; HADAR BEN SHOSHAN; RONA MOR; RINA DVASH; LIAD LIBERMAN; KOBI BRACHA; ITAMAR SHATEL; TOMER PELED; ODELIA PRAIS; KARINE AMRAN; MOSHE MESSIKA; ANA-BELL GOLDSHTEIN; ETI BEN HAIM; ITAMAR PELEG; ASHER HERSHKOWITZ; EFRAT BAR; AVI ADATO; VERED TRIGOBOF; OR ASARAF; GERMO VSMO; ANNA LEMS - SNOEI; NACHUM SAHAR; TIMOR ANDRIASHIN; ANAT KATZ; MORIS BITON; ELAD BARAK; EMMA SANDERSON; BATYA MARCOS; POLINA ASELNOV; YONATAN LEVI; ILAN YAACOV; SHARON NASSI; YANIV DALAL; GILAD AKER; YARDEN SOFER; YANIV ATIA; LILACH BARLEV; ARIK BOTY; AVI BOROCHOV; YANIV SHOVAL; SHACHAR ELMALIACH; YOSSI SHELLY; RAN KURIS; NOAM GABAY; ASAF KRIUF; SHMULIK CASPI; NATALIE DEUTSCH; HANNA MOR; GOLAN KRISPIN; EITAN OGEN; ELI ZILBERSTEIN; ASAF JOSEPH ELRON; YAIR ARIE; GAL FRIEDMAN; MILA GUDORTZKI; ALON BURLA; TAMAR ELBAZ; NIKOLAI NEGOYOVSKI; NADAV NERIA; RAVID SHLOMO; MERAV KAOSHNSKI; EITAN WEISS; NOS PEER; BARAK GUREVICH; LIOR YEEZHAKI; AHARON ALON; YOSSEF AZOULAY; DAVID GOLDVASER; BARBARA EPSTEIN; OHAD KLEIN; MATAN PERETZ; IZHAK STEINVORTZEL; NITZAN SHAKED; DAVID SUISSA; NAFTALI HATSANI; BATEL LUZON; ALMOG BITON; NURIT AMARA; AVIHAI BEN NAIM; YAEL GRAFY; TOMER YAACOV; ORLY HALEVY; ANGELICA RABINOVICH; IRIT TURGEMAN; VERED MARCIANO; SHANI TELLIER; EITAN REFAELOV; YEAL NAALI BEN ZION; SHMUEL SATAT; BELLA GILLER; ARTIUM MENOKIAN; TALIA COHEN; BEN BARDA; ADI REHOVITSKI; MENACHEM LEVDEV; ALIZA AIRHIMOVICH; AMIT FADIDA; SARIT HILA SOLOMON; ZOHAR WEINTROB; NATAN KROIZER; VYACHESLAV SHEVCHENKO; OR GUZMAN; YOSSEF TZADIK; DANNY VARAM; DAVID DROR; YOSI BEN YAISH; NELI MICHAELI; OREL RICHLAND; FRUMA AYAL; ADVA LEVI; IRIT BEN ARIE; GADIT SHITRIT; BEN ABERSHTREK; DAVID NARBONI; SHAI HERSHBEIN; MATAN YAGANA; YOSSEF PERETZ; ANDREI BENOV; MARINA DOTZINA; ITAMAR DADON; MERAV TZADOK; HILA MOHAR GALOZ; DAVID COHEN; DROR COHEN; DAVID BARDICHEVSKI; NAFTALI TIKOLSKI; RAZ BIDUSH; BAR MIZRACHI; ELIEZER TZADOK; TATYANA YUSUPOV; DAVID AVIAD NAAMAD; AVI BURA; NICOLE AMOS; RACHEL ELIEZER; OFIR TABAK; YONATAN KRICHEVSKI; ALON WAHAB; IDAN ARIE ; ERAN BAR; ZOHAR BEN SHMUEL; NOY PLADZON; RACHELI PECHTER; MICHAL COHEN; LIMOR KRISPIN; BRURIA DANIEL GROSS; YANIV ELISHA; MORIA SHALEV; EFRAT SRARA; IRIS ATIA; ITAY NACHMAN ; HILA NAGAR GABAY; HAGIT PERLA SHARON; DANNY GAMS; BENI KRISPIN; SHANI OHANA; MICHAEL HAUTIER; NIR PERETZ; KFIR ABEKASIS; DAVID LITWIN; GAL BARAK; MOSHE ALUSH HAREL; MAJD IBRAHIM; ADAM GABAY; ADELLE ATON; ZIV BATIA; MENASHE SHARBAF; ADIEL EMILY MANN; ZIONA MELIANKER; ELAZER SHARABI; ORLEV LUGASSI; RONY COHEN; SHIMSHON EYLON; REFAEL SOSONOV; ELAD TAMIRI; AVI AMIEL; SHIR ABRAMOVICH; CHAYA BEN SHMUEL; ELIYAHU GELI; ORLIN NATSIA; ARIEL LEVY; IRIT HOLLEMAN; ROI ZENZURI; BAR NACHUM; NATAN NEHORAI; IDO KATZ; DANIEL BROKMAN; ROEE CACHLON; SAMUEL SOLOMON; SHARON KAZIVRADOV; ALMOG MOR YOSSEF; AMIT MANSHEROF; ILAY PERETZ; ODELIA HADIDA; AVRAHAM KLIGER; TAL BARZILAY; DVORA HEISER; BARUCH MANESHKO; AVI KOPOLOVICH; BATEL FATAL; ITZIK GAVRIELY; MAYA KUMMER; DANIEL BENAIM; ANASTASIA MAXIMANKO; YOAV OPENHAIM; SIVAN ELBAZ; HADAR SHANI; AVI

MASHIAH; HADAR AZOULAY; MICHAL NIR; OLGA PENDO; YAEL ROZENVALD YANIV; IDAN COHEN; AMILO NUNI; SARIT TENE; YARON SHAHAR; LEA BIDA; YOSED DASA; LIHI BACHAR; RUTH CHANACH; SAPIR JURI; NUPHAR SHIDLOVSKY; SAHAF KADOSH; ASAF AMON; SHAI ZRIHAN; AVINOAM PETEL; OREL HEZI; AMI GERSHOM; SIMONA ZAFIR; ILAN MICHAELI; DANIEL ATIAS; OR HAIM BUSHERI; GALIA HOURI; MATAN DIAS; ISHAI BARDA; MICHAEL AZARZAR; ILAN GIRO; SAGIT BEN TSVI; YANIV BEN TZVI; OFER SISSO; ISRAEL MENDELOVICH; LARA HOLOIDOVSKI; SHIREL DROR; HAGIT SHAMUL; YOSSI SHARABI; YIFAT BEN DROR LOTOK; EDNA LAVI; AVI BEN NAIM; SHARON MIRIAM; ISAAC LEVI; ANAT HETZRONI; DVIR BAR; MALI SHITRIT; ANGELIKA KOSMATCHOV; MOSHE BEN EZRA; SHARONA DRWIN; NIR FRID; DOR DAUSS; SHALOM ELIYAHU; YOSSI LAVI; TZAHI BENBENISHTI; AHARON SIGAL; KORIN GERON; ODEL MANTZUR; SHARON HAHISHVILI; RIMONA ELMALIACH; REUVEN SHTRACS; OR BARTINI; ELAD NAKASH; SHMUEL BACHAR; MICHAEL MENDELSON ; YUVAL SEGEV; MORIAH WISEMAN; MORDECHAI NACHUM; RAZI YEFET; AVI BUSTENAI; SHACHAR MOSHE; YANIV HADAD; LIORA AGRONOV; OREN ABUDI; RIVKA GORCHOVER; SNIR GUETTA; MOSHIK STERN; NAAMA ORIAN; AVIRAM HAY; MORAN PINCHAS; YEHUDA WEISMAN; YESHAREG DESE; LYDIA BACHANA; ORGAT HADAD; CHEN KIMHI; RIVKA FAVRIKER; AVICHAI LEVI; SAPIR EASTPEROV; HILA SARA; ADRIAN KOJOKARO; NATASHA VASSER SKABIRSKI; KARMIT BARAHOM; SARIT ELBAZ; ROY EGOZ; TAMIR SABAN; AMMIHUD SIMON; MORDECHAI BENARI; NOAM DIAMANT; TOM SHARVIT; NAFTALI GETTER; TOM SHARVIT; ORIEL G; OREL AVIKZAR; REUVEN ATIA; IDO LESHEM; OZ SORKIN; ROEE COHEN; TOMER METZUIANIM; SARA ABERGEL; ALMA MUCHIA; URIEL EPSTEIN; ETTI ELIAV; GIORA GOTTZIT; OZ SEGAL; ZOHAR TABENKIN; ISRAEL RITSNER; ZOHAR FATAL; OR HERTZOG; AVI HATUKA; DANIEL HYMAN; ANTONY POLAK; SHLOMI GARAMA; AMI ABERGEL; ANAT AMSALEM; EDEN RAHMANIAV; MAAYAN TAL-COHEN; OMRY ARBELY; LUDMILA SHAPIRA; OR SHEMESH; MICHAL GOLANI; EFRAT PRINTI; DAFNA SOL; ELLA BARAK; YAEL SPIEGEL; ASHER LEVI; MOR ISRAEL; JULIA NAIMAN; ORI LEHAVI; HODAYA BEN PORAT; HEZI ELIYAHU; OZ LEVY; MARK SHNITMAN; IRAN IFARGAN; HARRY MARSHALL; DIKLA BESOFKED; ERAN RAVINER; DORON COHEN; DVIR SAMUEL; TCHIA BEN HURIN; SIGALIT ASHTAMKER; BAR MICHAELI; LIMOR FADLON; NAMMA TENE; TAMAR MENDALE; BARUCH SHAYER; SHLOMI BECHOR; NOFYAH SHEM TOV; NOA BERNSHTEIN; ESTHER BRODT; NIZAN TWISTER; VITALI BUTZBIK; AVRAHAM ZALVESKI; LIRON-INBAL PERSI; GAL NOMBERG; ISRAEL NOMBERG; ITAMAR HATSOR; ADI HAZUT; TZURIT YERCHI; MOR ATARA; SHLOMO MENACHEM MENDEL BOITNER; HODAYA ELUL; GITIT HEFETZ; ISHAY BAREL; NATALIA GALIEV; TAMAR HAREL; GALI ESTER ORA; BRONI FAINSHTEIN; LIAT NAGAR; EFRAT SHILO; ISRAEL PARSAM; SHAY ISHURON; MENACHEM BRENNER; MAXIM RIKSHA; ZOHAR KASTEL; SHAI WEISS; MOTI JALDETI; AMICHAI ROSENBLUM; SHOSH COHEN; ELYASHIV NECHTILER; ISRAEL ARAMA; REFAEL MORDECHAI; MERAV BUZI; OR WOLFSTEIN; HAGIT BUSHARY; ROY VALARYOLA; MAAYAN MENTAL; ADIR YEHOSHUA; YUVAL VAHABA; ALON OHANA; DVIR GILOR; ANAIT MARTINROSIAN; GILAD EFRATI; AYALA NETANEL; SHLOMI ZAKEN; DOR LEVI; ZEWDE BESKOPAD; DANI KOREN; LIRAN ROZEN; OZ SHOLEM; AKIVA SYGAL; NATALI VAHABA; JACOB BLACHER; ADAM HARTWICK; HEN ZUZUT; ARIEL GREENBERG; YONA GAL; MOR SHAUL; MICHAEL PETROVICH; MICHAL VINTZKI; DAVIV WARTZMAN; SAAR GERSHONI; HEN BEN HARUSH; NETANTEL BITON; AVI ADI; ESTER AMSTARDAM; IDO LAZAR; MIO FERNANDEZ; YANAI SHARAABI; BAREL YAHAV; AVIYA OHAYOUN; AMIR MALUL; EFRAT BEN NAIM; DINA SAADON; ELHAY AVIHEZER; HILA BARDA; SHIRA COHEN; HOVAV SHLOMO; GUY PIRO; TATIANA KALBAYEV; STAV BROMI; ARIEL COHEN; CARMIT GUETTA; NADAV SKALSKI; MOR MORAD; LEVY VAN LUAN; MICHAEL PEPKOV; NATAN LEDERMAN; TALI AMRAM; YINON SHIMI; OREN ARBIV; OLEG SIDOROV; SIVAN KORENFELD; YOSSEF LESHEM; NETANEL BRIZEK; OFIR GAASH; SHIMON BLUMSHIM; GALIT LOKSHIN; RONNY BEN EZRA; MASHA KATAN; YOSSI SHAIK; TAMIR OREN; RONLY SHAPIRA; ORI HOR; ARIE KREBOLENKO; TZVIA EZRA; ORI AVRAHAM; HENYA OREN; TAL TAMAR MAMAN; LIRAZ SHALTIEL; ROTEM TSABARI; LIOR HALEF; SHARON YAMIN; DANIEL BASIN; YULIANA MAMONOV; ITAY COHEN; SHAUL ZUR; NOY ODED; MENASHE MENIS; ELA BEN TULILA; HEZI MEDINA; BELLA YAHAKOVOV; REUT GOLIAN; HANA RIMER; ODELYA SKITEL; GAL TIDHAR; RYAN FRIEDLAND; SHIRAZ ZABARI; YOSI SROR; BATEL KNAFO; LIDOR HADAR; ADI GOLAN; ORTAL ZAGURI; EDEN GUETA; MIRI COHEN; ALON ZOHAR; VERED BOTA; ATARA S; YAIR BEN RAHAMIM; HELEN BERKOWITZ; MALACHI COHEN; MEIR TAPIERO; OSHRAT ALAL; MORAN MINES; CHAGAI EMANUEL; ELINOR NURHIAN; OFER SAMORAY; HAVIV COHEN; HANNI PINHASI; LIRAN SIMAN TOV; YULI SINGER; GIL BACHMAN; MORIS RABINOVICH; HADAS RIMER; YAM

ABUTBUL; ERAN ATTEDGI; SHMUEL GILON; DIN KESHET; ELAD DOGAN; HANNA AZULAI; HENIA RABER; ADI GALAM; AHARON NERIA KADOSH; ASAEL HADAD; AMIT HAZON; DVIR MAOZ; ELAD GEVA; ANAT ALFASI; OMRI SHARET; YISHAI MERLING; DAN ROUJINSKY; BOSMAT SHEMAN; SHAHAR ABERGEL; NACHSON VERED; URI COOPER; PAZIT LEDANI; ELAD DIGHOKER; KEREN ROMANO; RUTH LUBA LIBERTY; ILANA SAAD; SHAHAF SIM; ITAY MAZALTOV; ALEX KOGAN; ELI PERETZ; MEIR BOKBUZA; ARIEL SANOFF; ARIE HAMINOV; ELAD KOFMAN; SHLOMO HERTZEL; YONATAN HEVRONI; GEFFEN BONE; ORLI SARANGA; AVIEL LEVI; PNINA COHEN; YOSEF SINGER; NICOLE NATHAN ; OR FRIEDMAN; DIMITRI SHTRANSGIS; EYAL MOLAD; MOSHE BUTBIA; YAGEL SHUKRUN; ROY TAL; OSHRI BENAIM; AVIVIT BELSON; PELEG AHARON; KIRA SIROTE; TZIPORA ALPHROVITZ; KINNERET DAVID; LUCIEL SHABBAT; SARA HERSHKOWITZ; DAVID DAVEDA; ISRAEL EZRA; NATALY ZILBERSTEIN; CARMELA SHABBAT; KEREN FELDMAN; AKIVA GILBERT ; OMER SABACH; OHAD RUBINSTEIN; EINAV DVIR; ROY COHEN; HADARA VILK; BENJAMIN ASULIN; LIN HOLT; ZOHAR SWARTZ; MAYA SHLUSH; HILA MIZRAHI; NELLY BEN SENIOR; ORI REFAEL; ESTER MELLER; ERIK YOSSI MASTAY; OR ZAFRANI; NETA VOLODIN; SERGEY KOGAN; VICTOR GAVRIELOV; OMRI LAUFER; CECIL SHARON; BEN SHMUEL; ; ELIRAN ATON; NIR GOZLAN; NEHAMA NOVIK; GOLAN ELGRBALI; DVIR DHARAN; TAL LEVI; MATAN GON; ELCHAI FRISHTIK; ODEL SOLOMON; HASAN HASAN; ZOHAR COHEN; OSHER DE ZOVRIK; INON BARZILAY; SARAH HILLEL; OR GAZIT; EVGENI MARIN; ZOHAR COHEN; LIMOR SHEETRIT; DAN KONIKOFF; TOVA SHENKER; DMITRY MOZIK; ABIR STOLOV; DAVID BLOOMBACH; PAVEL KOUSHNIRSKI; HANA KAARSHENSTEIN; AVI DANIEL; HAGAI AMIR; TAL YARIV; MOTI EDRI; ABU JAMUS; MARTIN HIZER; HILA TAVOR; ELIOR GOLDBERG; ELAN STARK; PELEG DRUKMAN; SHLOMO VALENCI; NAHUM ON; AMNON SHALIL; ELINOR GABAY; DAVID ALUSH; ITZHAK NASI; ZEHAVIT EINAV SHEMESH; SHIR JANAH; ITZHAK BENJAMIN; AVIVA SROR; GAVRIEL THE FATHER NADAF; ESTI RORSTEIN; IRIS SWARTZ; CHEMI ATLOW; ZOHAR YOSET; ELI HALFON TZEMAH; RONI MARGALIT; ITAY ARIEL; GAL COHEN; SIMRIT TURGEMAN; LENA KRAVITZ; DAVID DVIR; ALMOG TZEMAH; DANEIL LEIBNER; ELI LERMER; BATEL COZHAINOF; MOSES FISH; MOTI MINKA; EITAN PLOKTIN; JUSTIN NEMETH; OHAD DAHAN; MOSHE OVADIA; MAOR ASULIN; SHAY MORHAIM; SHAWN ENI; YECHIAM EYAL; VRADA ASPER; NIR LAZAR; YANA KARPOVA; ZRUBAVELI YOSEF; YAKOV LEVAYEV; SHANI LEVI; EITAN SADE; MIMI SIDI; RAZ YOSSI; DANIEL PELED; ROTEM BINYAMIN; SHIRAN SHAULOV; MARAT IBRAHIMOV; LIDOR IVGI; AMATZYA TABIB; ELAD ELMAKIAS; SHALOM COHEN; ISHAY HIZKIA; INBAL EDRI; ZIV AMRANY; YOSEF LI; BE MELAMED; AARON HEN; HAIM SWEID; YARIN DAVID ELGRISSI; GAL HADAR; MEDINA GRINSTEIN; JACOB ZURIEL; LIAT ADI; KOBI HEN; SAAR VITLAM; SHLOMO HASANOV; MICHAL VAISER; GALIT NIZAR; KOBI ZOHAR; GIL BEZALEL; YOHAY MALKA; ALON HAVIV; DAVID SELA; STANISLAV POLOTOVSKI; MEIR BRUHIM; DANIEL PATITO; YONATAN KISLAR; RAZ TOLEDANO; GALIA MAITAL; AYALA MOATI; YOHAN ITZHAK TERTKI; GABY TOLLMAN; RINAT OKABI; GAL BEN HAIM; JANNA FRANK; ELLA BASEFLOV; EREZ BOYM; ORI LIVNI; DLEOR GALIKO; FEDOR VOROVIOV; ZEHAVIT BARZILAY; IGAL BACHAR; MARIA IFILAND; LIRAN GROSS; SHAY MARDER; ARNON ZONSTEIN; JULIAN BRACHFELD; RONI LUGASSI; REUVEN KALPOS; YEDIDYA ZEHAVA TWETO; DANIEL MINEL; DAVID RAITMAN; SLAVA LEVINZON; ; EILON SELA; HAIM TVILI; PINHAS EGRANATI; AHUVA DEBY; INBAR LUGASSI; DANA ABRAMOVSKI; ROTEM HAIM; SHIREL SHVILI; DOR HADAD; ASHER BUHADANA; BATYA LAZAR; KORIN LAVI; SIGAL BEN SHABBAT; BAR DROR; BATEL HOSKLAR; SARAI SAUL; SHAHAR SIBHAY; HAYA ASULIN; HODAYA MALKA; ITZHAK HOVAV; MISHAEL BAIZER; MORAN BENBENISTI; ROY PERETZ; BEN PERETZ; ALISA GRITZEVSKI; COHEN AVIDAN; ELIZABETH SWARTZ; TOMER MATMON; BENI BICHIK; SHIRA CARMEL; HADAS AZARZAR; EYAL HAIMOVICH; EFI YAAKOBOB; SARA POLLAK; AMIR TAL; NETHANEL YEHEZKEL; YADID SHHAFIT; GUY KATZ; SARA DIVANAC; IZAC GOREN; ORIEL AHARONI; INBAL ELIOVITZ; YARIN TAYEB; VADIM KOTLERENKO; YORAM AZULAY; EFRAT FAHIMA; SHIRI ZAIDNER; ASAF EKSHTEIN; YAIR BEN ZOHAR; EFRAT LAVI; DRORIT ZAIDNER; ALIN FISMINK; OFIR HUTA; ORI ZIKS; BEN EPSTEIN; MEIR YAAKOVI; MATAN BARSHISHAT; YIGAL TWISTER; RACHELI RAN; ILANA LUGASSI HAINA; YIGAL KLEINMAN; MIRIAM SHALASHVILI; MEIR RUDIK; SHMUEL MALUL; ZIV YOSOV; LIRAN BARUCH; NIR BEN SHOSHAN; AVIV ZAKEN; YOCHAI HODOS; ALEX VIG; YINON BLOCH; SHAHAR TAINO; NATALY HANIA; IDO SHABAT; ALIZA RAVE; YONI SHAHAR; SAPIR COHEN; EFRAT KORESH; HANANEL FARHAN; MOTI MENACHEM; SHAKED DADON; YA'AKOV YEHUDI; RUTH IFTACH; YONI SHAHAR; ERAN MEIR; NAHURAY MAZIN; MICHAEL SHARABY; RIVKA BEN SHIMOL; ROMYAH MADMONI; YUVAL INCZE; CHEN ALON KIDRON; YANIV DAVID;

HAGIT ARBEL; ZIV SHARONI; RONI KEREN; ADI GRINLOND; JONATHAN REIF; ISRAEL GILADI; YOCHAI COHEN; LIAT GUTMAN; CHERYL ROTH; ALEXANDER AVIDAN; AVIAD OZERY; TANYA KOVEL; MAXIM SHNIRMAN; MAZ BOTVINIK; DAVID ADAS; TAL YAMIN; JADON BOME; PTACHYA MENACHEM; ITAI GABAI; LIREN MELAMED; RIZEL SHOSHANA LIPSH; SHIMRIT GABAI; TAL MERKEL; MEIR WEINBERGER; NERYA RATETIG; MOSHE AVIKAR; ITZHAK BISBARG; HILLEL ISRAEL; SHIRA MAOZ; DANIEL ELTER; AHARON GAMLIEL; AKASA WEINBERG; PAVEL YANKOVSKY; SHAHAR SHAKURY; OR HAHAIM BITON; MOSHE ROSENBLUM; JAFFA SAYLI; URI DROR; LIDOR HADAD; OR HAHAIM BITON; TAL HAGIN; JUDITH ZUCKER; OMRI HERSHLER; TOMER DAVIDI; TOM DI KORI; ASAF LIBERMAN; RONEN COHEN; INON VASHDI; OR BUZAGLO; YOSI DERY; ROY LULU SHAMRIZ; MORAN MIZRAHI; ODELIA GABAI; DAVID GABRIEL MADAR; ROY DAHAN; ELIEZER YOSEF; ORLY BEN SIMON; YOGEV AMAR; ALIZA ZARKA; YAIR REFAEL; YARIN SURIYA; MORAN BEN MALKI; ESTER MEGIDISH; GALIT GLEZER; IGOR GUMUSH; YEHUDA OPHIR; NIMROD BEN AMI; MICHAEL BAR ON; DANIEL HAIT; AMIT COHEN; BAREL SALHOV; HAYA BAR-GADA; DOR BARAK; RON MINTZ; BAREL SALHOV; ITAI ARON; ODELIA HEMO; AVI LEVAYEV; YULIA VILOZNI; TZVIKA TABECHNIK; ASTAR BASHIR; ELHAI ETEDGI; SHAI GELFMAN; DEAN BRAFMAN; AMRAM COHEN; YORAY SHOSHANI; EITAN COHEN; NATAN BURSTEIN; AVIHAI BARON; MICHAEL KISLENSKI; HAIM HUGI; NOHAR ALYAGOR; ERAN SALEM; EINAV AVRAHAM; MAOR GENTAY; RACHEL PERETZ; SIGALIT BEN SIMON; MOSHE TZIONI; ZOHAR ORMAN; NOFAR HADAD; MIRIAM ASHUAH; URI NURIEL; YOGEV LEVI; ILANA TSAIRI; GUY GUR; CARMIT NAVON; MORAN TAKO; MAYA VRAMAYOV; DAVID WANON; KFIR PARAN; LEA ZACK; RA'ANAN REUVEN; YASIMN KAHLON; OHAV RAHAMIM; SIGAL PRODJANSKI; ALON ZAX; OMRI SAPIR; HEN COHEN; ROY WINSHTOK; RON IZHAK; NOAM TZVI BRIGHTLY; MIRI SHTIVI; MIRIAM TZURIEL; ALISA LAVENBERG; MATAN PE'ERI; ILLAN NAGEL; YAEL ARIELI; YEHUDA TERNER; BATYA YEHIYA; BARAK GANON; ASHER ATIAS; URI SADAN; ILYA KOPAEV; GALIT GEAN; EREZ HASSUL; LIRON AMRAM; ELAD SOLOMON; YISHAY SHANA; DENIS TZEHTIK; AVISHAY AMARIO; HAIM BEN DALAK; BEYAMIN LICHTZIAR; EYAL BEN ZION; RACHEL ANN ANOLICK; TAMAE SHALMON; SHIRAN SAYDOF; IDAN GLIKMAN; YASHAIYA BRECHT; SHIMON SHMUELI; DAVID AHARON; ARI BERGER; TAMAR RAHAMIM; REVITAL GOLDHAMER; TZVIA HADAD; SHAI ITAH; LITAL BEN SHAHAL; NEOMI MARYLES; HAVA SHADMI; ARIE OHAYON; IDAN GOLSHAN; KEREN ZAKAY; LIDAR KEDMI; LIMOR ELDAR; BARAK BEZALEL; BATYA BRONNER; EHUD KEDMI; AHARON GRINVALD; ALON SANSDBERG; SHARON REUVEN; SHAULI COHEN; VICTOR BEN EZRA; AVRAHAM SHLOMO; NETHANEL ZAGDON; SHLOMO TOVIM; ODELIA RATZHABI; TOM WEXLER; AVISHAG SAMUEL; FRANCESCO BERDOLO; SHAHAR WAISBLAT; RON YAAKOV; SARAH COHEN BUCHNIK; SAPIR COHEN; STAV SHAHAR; YOSI YAMIN; SHIMI GOLAN; NIV LEVI; TOHAR SHANI RAZ; YANA OSIN; ITZHAK SHAHAR; NURIT METUDI; TALI FOGEL; SHANI LEIBEL SAAD; DOLEV FIROZMAND; MORAN BASHARI; SHOVA LIMENSKI; RONI INTAYEV; CHEN MASTEY; EREZ ISHAYEV; AHUVA DERI; EREZ RAVE; OMER BEN EZRA; ETI HAYU; LITAL GOLDFARB; ERYA RAM COHEN; MENASHE IZGAYEV; EREZ HIRSH; LIZI BEZANOS; EITAN SHEINMAN; SHLOMI BEN AROSH; AVRAHAM AMIR; OMRI SHANI; ADAM ALTMAN; ZVIKA AYALON; DIKLA STORTZ; DAVID AGMON; ASAF ALMOG; REFAEL COHEN; EINAV BARLEVY; HAIM STERN; RIKA LEVI; MICHAL AGMON; ILANA FORLANDER; MORAN SALOMON; NISSIM CHEN; ANN CAGNEY; ROMI AZULAY; SHIRA LEVI; CHEN BEN BINYAMIN; ELIRAN DAHAN; AVISHAI MAHBUB; DAVID COHEN; AVIHAY LEVI; YONATAN HATSOR; MICHAEL FORLANDER; SIMONA SHAUL; NETANEL SHUCHNER; RONI PINCHUK; BRACHA ZISSER; GALI BARSHESHET; DOV SIMON; MICHAL HARTMAN; AVIV HAREL; ZIONA DAMARI; DOR HAZAN; ALINA FORTOGEYS; GADI VISHNE; DANIEL KINSAWBORSKI; MAOR SHVARTS; MICHAL LIFSHITZ; GITA REINITZ; LIEL GANON; DANIEL ORLY; AHARON PE'ER; KOBI SHOHAM; MEIR HAYON; IDO NEUMAN; SHIMON AVINOAM; ZOHAR LEVI; REVITAL TOHAR LEV; URIEL YAKOBI; YAHAV KATZ; ASAF ROSENBLUM; BATEL ZEKARIA; ARTIUM LINKOV; HADAR KITAI; LIRON MATOKI; EITAN AMON; CHELLY AVIDAN; DAVID LEVINE; RIF ASHKENAZI; ROY BELKER; LEA ABITBUL; YAIR ZEKARIA; AVIEL COHEN; ELAD ASHER; EVGENI PROLOV; ADENA GOLDBERGER; AVRAHAM AZARZAR; GUY PIATIGORSKY; BOAZ TAL; ALON YOSEF; SAPIR AVITAL; ADI LICHTESHTREL; LIMOR BROFKER; YANIV EZRA; HAGIT AMIT; ELDAD SULTAN; ARI DALE; LITAL ELIMELECH AROSH; ROEY GALILI; GUY BURJEL; SHLOMI NAHUMSON; LIANA MIZRAHI; OFEK COHEN; YEHUDIT PASAL; DORON MALUL; OZ MITRANI; NADI NEVET AVRAHAM; GABRIEL MAGEN; MEITAL RUTTA; ELIRAN MALKA; RENAN KARNI; ORLY VALED; YAMIT RODRIG; VALENTINA ALONI; ROMAN KATZ; LEV LIBERMAN; MAY MANN; REFAEL AVITAN; FREDDI

BALISH; ENGENI YODOVIN; DROR VALED; MALI BAR; AMOS HAYON; EMANUEL MILLER; NIR TZAVAG; MICHAL LEVI; GLIA BUBLICK; ZVI HASSAN; OREN ZAHARIA; RIVKA RAZ; MIHA BAR-ON; MISHAEL VARDI; YAKIM MAHATZRI; LINDA MOYAL; SRIA ADMONI; ADAM BITON; GILAD LEVI; AVIEL MAMILA; BOAZ ADMONI; HAYA OKASHI; LITAL KAPON; ASHKINDEZA STANISLAV; KOBI LAVI; DAVID GOL; MICHAL KATZ; YAFFA OHAYON; ROI VRUBEL; MAYA SOLOMON; YONIT ASULIN; IRIT SHRIKI; ASAF PELAH; ELIYAHU PESAH; DEBORAH SITON; DIMITRY ROTCHILD; HAIM ELKOBI; YAFFA FREND; YOSSI HALIFA; MICHAEL KURAS; EREZ BINYAMIN; TALI ROLER; SHAI BAL; LIRON HARONIAN; ORI BEN DAVID; SHMUEL ALLOUCHE; DAVID OHAYON; ADAM ELZAN; YAEL HASSID; MATAN HANUKA; TALI HARARI; MICHAEL NASH; YINON TZADOK; ITA HAZAN; EDEN DADON; SAGI POMERANCBLUM; EFRAT GOZLAN; RAMI TAIEB; ALON SHLOMO; OR ETINGER; DANIEL NAGAULKER; DIANA HANANSHVILI; TEHILA LURIAH; LIEL MOR YOSED; ARTHUR VAINER; LIZA ZEMLIANSKI; YEDIDIA SHABTAY; DAVID PERETZ; YAAKOV SURIEL; DANIEL MOAV; EDNA SHABTAY; YEHOSED YARDENI; MOSHE GUETTA; ILAN GOICHMAN; LIRON FAINSHTEIN; SHARON MARELI; IFAT YARDENI; ABIR ATUR; AVI ASRAF; NAHMAN COHEN; EVGENI GALPERIN; YAAKOV MENAHEM; GALIA COHEN; YONI MORDECHAYOV; ESTHER SIKSO; NESSIA PELLMAN; YOSSI BAINHAKER; ELIYA SHACHAR; ALEXANDER SHILMAN; LIAT AVRAHAM; ILAN SWARTZ; FELIX BELSHKOVSKI; MEIR IGEL; ILANIT YAHUD; DAVID SHEMESH; DAVID SHEMESH; RUTE LEVY; TAL PERETZ; GOLAN DABUSH; NEOMI AIZENBERG SELA; ARIEL VAKNIN; ROY SHTERKER; DAVID NAHMANZON; ROEY EIDAN; ELIMELECH HAILPERIN; LIOR YAAKOVI; DANIELLE ELIASH; BATSHEVA HABER; MOR MORHI; MAAYAN GILOH; MOSHE BEINHAKER; ESTI NISSIM; TOREL ABDAYEV; MOTTI LAZAROVITCH; ROY SHAKED; DUDU HANOH; BETH MARK; RUTH SAADO; DANIELLE ROSENAK; ZIVA BABAYOV; AVIRAN AMOS; AYELET LEVI; ROXANE BEN SAID; MICHAEL PATCHEN; DAVID MAGEN; HAIM ZITONI; LIOR AMADO; GADI KLUGMAN; NAHMAN BERMETZ; RINA SHARON; YOSEF DONNER; GUY YUSTER; MALKA RAZ; NATAN AHARON AZULAY; YAFFA ZITONI; MICHAL KATZAV; DAVID SCHLEIDER; HERUT YONAH; IDAN MARCIANO; ALINE ASSOR; RAN RANDI; GABRIEL ROSEMBERG; OFIR ALMOG; IDO TINAMI; CHEYENNE SHUA; EITAN KARNI; EYAL TANAMI; TZION HAZANI; AHARAON ADAM; HADAS LEVI; DOR MOYAL; AVIVA ZE'EVI; AMIR GROSS; MULI YULZERI; HEDVA TAANACH- RUBIN; AVRAHAM POSS; YUVAL RUMER; ELIA ALPERAN; SHLOMI SHALOM; AVRAHAM ZAX; SAHAR ABADI; ITAY ASHEL; REUVEN ABRAMOVITCH; ROY COHEN; DANIEL HEIFETZ; AVIV ARZAN; YOSSI SHAKED; GIL RAHIMI; TZAFRIR ALTERMAN; ERAN ZARZAR; JHONI BEN DAVID; DOR EDRI; MOSHE BENJO; AHARAON COHEN; ANAT YEMIN; MAY BROYDA; MENI GEORGE; DIMA YEGODAYEV; TOM KEIDAR; VITAL GITA SAAR; GUY LEVI; LEAH YARCHI; OZ PINTO; YARON ASSIS; BAT SHEEVA BEN DAVID; HANITA RUTTNER; TOMER LEVI; HELENA GRUNWALD; DANIEL YEGODAYEV; AVRAHAM WEISS; IRIS MAGRILOV; YURA DUKHNO; INBAR DROR; YOSSI ALMOG; YEHEZKEL HIRSH; YONATAN GREEN; SHAHAF SHIFMAN; MERAV LEVI; AHUVA SAAD; EDEN ALON; TZVIKI TAMARY; YOSSI ORLEV; EVIATAR ADMON; PINHAS AND SHOSHANA HAYMAN; GALID BEN HAROSH; DANIEL KARMIL; AVIHAI YUNGRIS; ODED WEIGEL; IOR BORODA; VIKTOR WAKNIN; ESTER MAIMON; AVIV ZITONI; SIMCHA TAMKIN; TAL HURI; SHERA GREENBLAT; ERAN SUHMAN; OMER ZAMIRI; RIVKA MAMAN; YANIV ISRAEL OREN; DVORA REINITZ; DINA SAFARI; RACHEL ALUSH; ITAY ASKIN; KATI DEBORAH VARNAI; OR MAZOR; GILAD SHAINFELD; DANIEL EPSTEIN; SHVOOT RA'ANAN; EDEN PE'ER; NELLY RUVINOV; MIMON ELHANAN; YAEL GUTREICH; TOVI YAHUD; SHUKI SOLOMON; GABI KOSLOWSKY; OHAD IFERGAN; ZOHAR KAPUSTIN; RON FRUMA; URI DOITCH; NISSIN BEN EM; YEHUDA MAIMON; BROOKE AFICK; SHANY ELBAZ; TZILA KOTLIAR; YEHUDA ABRAMCHIK; MOSHE VAIZMAN; YEHUDA AMAR; ADAM ATIAS; REUT AVIOZ; NITZAN LEVI STAFMAN; ELISHA GADE; YARIN KADAR LEVI; LIHI ITZHAK; SARI TURGEMAN; ALON SMOLARSKI; ROTEM DUEK; NIR COHEN; ZE'EV GROSSMAN; MELISSA GAPSO; SHIMON KANTOR; HILA WALDMAN; ZVI MONOVITZ; MARINA WEISFELNER; OLEG GENSHAFT; AVICHAI MOEDA; NATALY ARBIV; RAFAEL WEISZ; OSHRIT ELIYAHU; AVI LUGASSY; UDI COHEN; ELANA ICHILEVITCH; VITORIO YAMIN; DIANA YASTROVSKAYA; SHARON GAVRIEL; ROTEM ELIYAHU; ELIEZER BERLINGER; NINA ORINOVITCH; DEBORAH SMOOK URIEL; RACHELI SHEMESH; YAAKOV ATIAS; TOM SHEMESH; ETI ZARKA; AMNON COHEN; YAE EFRONI; ARIEL TESARASKY; AVRAHAM NAHMANI; AVIGAIL UZAN; AHARON KUZELIK; ACHIAD SAAR; MICHAEL ST; AHYVA OFEK; ALEXANDER ABRAMOVITCH; DANA ASTRAF; TSALIK VOLINTZKI; AVITAL HAKIMI; ENIA PLITT; IGAL SARI; LIZ DAHAN; AVISHAI BARINA; ORTAL BITON; ELIA NURIELI; NITZAN COHEN; LINDA OLMERT; KOBI LEVIN; DANIEL FARKASH; ALON SPITZ; SIMA SHALOM; ODED VILOZNEY; OFIR KOSTINER; RACHELI

MARMELSTEIN; ALEX COHEN; EYAL LEVI; KAKAN DANINO; YUDA NAHIR; YANIR SHAKED; ALMOG GROSSBARD; LIDAN HEVER; AMIR BARKON; YOSSI MONZON; YAARA OFIR; ADINA DEUITCH; ELISHEVA POLOVIO; TZIPI VIDER; KERY KOVKOV; LIAT TRIBITCH; TZVI NATIV; NOAM SHWARTZ; ZOHAR SHTZBERG; YAEL SHINAR; ITAY HAZAN; ASAF AMIT; URY TRIBITCH; DEKEL YOSSEF; GADI BERLINGER; SNIR ODED; REUT TOUBIANA; CHEN NIEGO; KEY VAYNKOV; TOHAR ZAND; NIR YOSED TOUBIANA; SAMAGETA BARAK; PELEG GEVA; MALKI LAHAV; DORON EPHRAIM; ARIEL BECK; HADA OHANA; HILA KARNI; NAFTALI MLILER; YANA KOMISERCHIK; SIVAN ATDEGI; SHOVAL PERETZ; AVIVIT CARMELI; SHOHAM NISTEL; AYALON CORAL; BEN OHANA; INBAR ELKALAI; MOSHE MOSHIL ABERGIL; YAEL COHEN; MOSHIKO SAADON; ROI BEN MENACHEM; EINAT DAHAN; MATAN RUBIN; DIMA SARNOROZINSKI; SHMULIK HARPAZ; HADAS OHANA; IDO BRESKI; RONEN BEZALEL; LIAT COHEN; RAHAMIM DAMRI; NETANEL SKITEL; MATAN HALAMISH; LIZA ALONI; ASAF MAOR; AMIT BARUCH EL; ASAF BEN LULU; IDAN ETZION; IGOR GOIDNY; LIAT FRIEDMAN; ITAMAR HEVRON; YOLANDA ZUHAR; SIVAN HALCHI ASRAF; SOHAR GEZER; ANRI BEINSHAULI; YAEL AVULAFIA; YEHUDA DERY; NADAV PARAN; NAFTALI ZVI KATZBERG; SHOSH SHATI; SHIMON SHUKRON; TZVIKA BIRNBAUM; DAVID YIGON; RONI SHERER; ANASTASIA MIRINOV; BOSHEMET HUBER; TERI BINYAMIN; SHURAN HAVIV; AGAM SHELO LUZON; HESHI SOMER; EDNA KASHTI; MENACHEM PELES; RONIT FELDBERG; BAT SHEVA SHAHAR; LINOY BEN SHOSHAN; CHAVA GOLDSTEIN; CARMIT EHRENREICH; IDO SENIOR; ELI GIGUZIN; TANIA HARITONOV; TOVAH ABERMOV; GAL ASHENAZI; YOAV TZUR; YONAH WEINER; RONI GALILOV; SHALVA MOSES; IRINA GUTMAN; INBAR TSADOK; MAKSIM GOLDSTEIN; MEITAL ZEHAVI; DAVID ELIMELECH; OSHRAT YISRAEL; MEITAV YOM TOV; YUVAL MAUS; VADIM RACHMIMOV; LION SUFRIN; MATAN BEN SIMON; ROXSANA YISROEL; LANI LAUFER; MICHAEL DAHAN; TAL GOLDMAN; IDAN WACHTLER; KFIR ELAL; SHAHAR HARHEVRONI TAVIVI; BARAK LAVI; YANIV KNOBEL; BATEL OKSHI; ITAI BEN DAVID; AVI YAMIN; GILAD ELCHIANI; DANIEL RAM; ALON KANIVSKI; AYALAH ORMAN; TALILA APELALO; BEN TURNER; AVNER TULMAN; OPHIR ALKOBI; ITZIK YOAV; YIGAL COHEN; NATALIE ZADA; AHARON TORGMAN; IRIS NEIMAN; ROY HERT; OR HENIA; KATRINE GROSS; RAMI BOCHRIS; NAOMI NAMNIM; VALDISLAV OCHKOVETSKY; YANIV MELAMED; TAMAR TOMCHENKO; EMANUEL ABLIANSKI; RANIA AUSMAN; MATAN SHATOV; DANIEL TOLDNEN; LEV POSOHOV; MENACHEM YEFET SHARABI; DANIEL BRAUN; MICHAL LEVITIN; SAPR ZOHAR; SEGAL YOSEF; EZRA YEHOSHUA FINKEL; LIVIA KENAN; HAGAI BEN DAVID; CHANAEL ZUTER; YONATAN SHAVAT; ELLA PROKOFZ; BELLA MOSKOWITZ; OSHER SHITRIT; PINCHIS HURI; VALERIA VIDOTA; RACHEL BAR SHAKED; DENNIS ZINGER; CHAIM OHAYON; ARKADY JASKIEROVICH; NOY AMIRAM; MOSHE SHACHRUR; HADAS GUY; SOPHIA FAINITZKI; CHAYA KLUGHEFT; TANYA MERAK; DANIEL SAKHAI; MICHAL MAM; SHAI MARK; YOSSI ELOSH; OSNAT SHAI; SHIRA ETZLAN; AMIT GAL; AMRY AZARZER; DANIELLA AGAPOV; AMIR SABAH; YARON KARITI; DAVID SCHAPIRO; RINA DERAI; ROSALIND SHARE; MADI KENGOVICH; OREN DANIELI; MATAN OLSHTEIN; ILIA RODOV; ARIEL BINYAMIN; KATIE ADLER; LIRON ITACH; RAFI RACHMIMOV; CHAIM OZRI; YEHUDA MOR DERY; ADELE STEWART; YIFAT COHEN METCALF; KEREN COHEN; BAT CHEN AMIR; NIR MEGNAZI; ILAN BEN AMI; KOBY BEN PORATH; AMIT CHAGIGI; OFIR SHARVIT; LIAT MIZRACHI; GAYA NETNOV; OSHRI MAZIG; RONI MARCUS; LARISSA ORLOBINSKI; SHIRLI DAVID CHAI; MARINA GROSSMAN; MAAYAN SHMILA; YUVAL ZALIOUK; MIMI NOY; MEITAL SADANOF; GUY ZIV; GAL HERSKOVICH; AVIYA TZUR; MARGARET LEVY; AYALAH SHAVU; MAAYAN SITON; ELANA HAYOUN; AYALA SHLOMIN; TAL BONE; NATALI PATAI; DAVID DEDI OFEK; CORAL HADAD; NAHMAN LUGASI; OLEG KUZMIN; ESTI HOKSEIN; MARTIN TEMPLEMAN; JULIA BELENKI; ELINOR ROSENFELD; LIOR MEIRI; YONATAN ATAR; DAVID ALUF; YOSEF ZIGELMAN; BAT SHEVA LEVY; IDIT FRIEDMANN; ORI GILADI; GUY KAZKOV; DVIR DEUTSCH; JOSHUA MILZSTEIN; OR ABROMOVITZ; DORON NAKLER; TAL BAR EL; LIZA FOXMAN; TOMER C. HENRYK RYTERSKI; OMRI LEVY; JONATHAN SUSS; HAGAR WENKIN; DAVID BERTLER; HARRY ABRAMS; MICHAL SMITH; EYAL WENKIN; CARL JACOBS; RONEN HAI; MIRA SAVITZKY; ALYA BONDER; MEIR WEISMAN; DAVID OMANSKI; ALMOG W; MATAN MISHALI; NILI SCHWARTZ; DIN LANGER; ELIOR BOTVOL; SUZY BAR; OREN M; SHIMON KALPA; ILANA SUPER; ARIEL VISHNEVETSKI; SHMUEL YILDETOV; NOCOLIA LUBOV; CHEN SAMA; ADI GIBLY; ELISHEVA MOLLER; GIDON DAR; DANIEL GADAYEV; HILA ABIZIZ; RUTIE BASHIR; YOAV BEN HORIN; TAL DEUTSCH; MICHAEL AUSMAN; SHAHAR BASHIR; OFER SARUSY; MOSHE MALKA; TAMAR YANEVSKI; DAVID IDAN; HEN LUKASHE; NOAH KLEIN; AMI BEN SHIMON; DOV SHMUEL FRIEDMAN; NATALIE ELKOBI; ZAHI BEN SHOSHAN; ADVA POTEZNIK; REGEV LEVY; ILAN

NATANOV; DANIEL YUGERMAN; DENNIS SIGANOV; RAVIV ALON; TERESA MOSIER; MAKSIM STOLMAN; OOKI YAACOV; RONIT SHARON; MIRI MANOR; AYALA SHARVIT; MICHAEL IDAN; DANIEL ZHIROV; ROM MOSIER; NITZAN RUBINSTEIN; ITAI COHEN; YOSI ZERED; ELAD LEVY; HADAR ANISE; IRIS LAVI; LIOR COHEN; JULIA BOKSTEIN; ORIT FIKER; SAGIV BLUHENZ; MOSES SITON; LIAV LAVI; SHALEV JOEL; YAFIT KFIR; YORAM SHALEM; YITZCHAK AGRONOV; SAM LARSON; VIKA LATIGIN; ITAI K; OMRI GAL; GAL PLORTEIN; TAMIR GELERTNER; AVIEL MAIMON; IGOR PENYASOV; KOBI CARMI; MATAN ATIYAH; AMIT CHAIM; ELI BUBAS; YEHUDIT GEFEN; MEIR KOSHUBIEVSKY; ALEXANDRA AGAMYAN; YANIV BEN DAVID; MOSHE SHAKED; MALI GIBLI; LILIAN OHAYON; ELDAR NURI; BAT EL UZIEL; DUDU SAADON; ALON FRIED; HAYA HEN; YEHUDA MILLER; TOMER KAHAT; IRAN MALCA LEVI, ADV.; YARIN ZURTCH; TAMAR AVRAMSHULI; YUVAL PRIEL; NACHUM LIBERMAN; IRIT ELIYAHU; ANAT ALON; RONIT GOLDBERG SHMIDT; VIKTORYA MACHALOV; SAPIR ZOHAR; EFRAT LUZON; NETANEL GAL; YONATAN GOLAN; SHANY ALFI; URI YANIV; HAIM MAIMON; ZULA TASHUMA; ORIT ELINHORN; HADAS AVIKASIS; AMIR SADOK; TATYANA GORELIK; MICHAL GUTMAN; ALINA EINSMAN; LIMOR TAVIV; ADI LERION; MEIR MAIMON; REVITAL STERN ZIVAN; GIORA SCHWARTZBURG; VICTORIA VELITZKY SHAPAR; NATALI ZAFRANI; OFEK COHEN; ITAY SHALOM; BATYA SEIG; TAWNYA (TAWNI) BELL; ELAD BENJAMIN; TOMER SHERABY; SHANI KRIZANSKY; VALERIE MERMAN; STEVEN GROSSMAN; YOAV HELLER; ISSO FRIEDMAN; IGOR GONOPOLSKI; JOSHUA HANUCAIV; IDAN SIMBLER; SOHAR SHLOMO; DANIEL SABTI; NIR KALMONOVICH; AVI GREENBERG; GILAD FRIEDMAN; EFI ARIEL; SHLOMO YIFRACH; SI MIRON; MICHAL MENAHEM; AMNON WEIL; ADAM ZIKMAN; AVICHAI BOCHNIK; TAMI COAN; OMER SAPIR; OR KUDAI; EZRA MALHI; SHIRAN DOMPROCT; DIN COHEN; SHAY ELIASI; HEZI ZILCA; SHAHAF EINAV; ZEEV RAZ; LEON FRONKO; YARON GOLDSTEIN; ADI DAVID; ROEI HASSID; DORA BROUNSTEIN; VERONICA GROMKOV; SHLOMI KREMER; YISRAEL TAUBRR; ORLY BEN ARI; EMANUEL MASGISH; ADIV SEVGI; OMRI SIDIS; INBAL AVITAL; RAVIT BALALI; DOR AZARIA; OLGA SHEKLOHESKI; SIMA VAKNIN; GRISHA VASILBISKI; NOA GALILI; KATIA TROPNOV; MICHAEL MERIONOVSKI; JONATHAN ODESSER; GILA AVITAN; SARA MILO; CHAIM BAR; IDAN SHIZAF; ESHEL HAVIVA; AMIT SELA; JULIA JAMES; AVIAD BEN SHMUEL; DAVID PLEISER; IDAN PERETZ; RUTH OMER; ALON ROKACH; GARRY GARBER; NOAM YAACOV; DANIEL BINYAMIN; SHLOMI SHUKRUN; NOFAR DANNA; YOSEF NOFER; VERONIQUW PARGAMIN; YULIA LEVI; INBAL MISHPACHA; SHAY ELFASSY; YOEL MARCUS; DANA BINYAMIN; MOSHE NACHMAN; YORAM AHARON; PENINA AYERES; KOBI MOSIKA; SHLOMO BEN-PORATH; LIOR DAVID; PAZIT LAUFER; RUTI ESHET; BAR SKLIONOY; ELAD BEN HAROSH; LIOR YITZCHAKI; GABBAY SHAHAR; LIAT COHEN; DINA DROMI; BEN ZITON; MAOR LEVY; SHMUEL ROTHMAN; ILANAY LITOV; SHIREL YARON; CIN SHABAT; SHAHAF ATIAS; EDNA COHEN; MICHAL MAMAN; RONI HIRSCH; LANA KARSOVNIK; JONATHAN MIZRAHI; KEREN OR ITKIN; EREZ ELIYAHU; MATAN COHEN; ILAYA LESIN; SHAUL MENTZUR; BENI HERMAN; EYTAN IVRI; MOSHE DACHMAN; LIAT TSUR; EYAL DADON; DAVID ELGERBLY; YONATAN BAER; IGOT MUKH; DORON HALPERIN; YARON DASSA; YONATAN LIPSHITZ; IGOT BARASH; YARIV SELLA; ADIR BELALI; SHOMI SARABI; YUVAL NEHARI; SHULY PERI; REVITAL SAMAMA; YAKOV AVSHALOM; ILANIT MAS; NOREEN FIRESTONE; DEVORAH REUVEN; ELI ZINBERG; MIKE KELLNER; MICHAL HEN; MOSHIKO BEZALEL; NITAI HABSHUSH; SHAYNA YAK; AVIGAIL SHEIN; OREN KEREN; ASAF YARON MESHULAM; VADIM JACOBOV; LIOR CASPI; PNINA DROR; OFEK RUSAEV; DORON HESS; MORDI SHAR; MICHAEL SELTZER; SHIFRA SHARGOV; LILIYA MENIALOV; YANIV TEFRANI; SHIRA SHOSHET; NAOMI BEN HIZKIYAHU; DVORIT WEINHEBER PENER; YONATAN RIGBI; LEA RILEY; AVNER COHEN; HEN OAKVI; SACHI SEBACH; ALEX METRIKIN; NOA SHALEV; AMIT SADEH; SHAHAR OVADIA; SHOSHANA PIKADO; HEN HAYUN; GILI SOFFER; SHLOMI MUALEM; KEREN PERETZ; GAVI SHANI; EDUARD VOLVOSKY; RONALS PRICE; NIR EFRONI; VITALY KERGIN; YONATAN LOOVTON; ZEHAVA GANON; AVIA MASHIACH; SARIT YUSUPOV; MOSHE RECHTMAN; EMANUELA STROTTI; RAHELI LEON; MIRI SHWITZER; NAHUM BARAK; DOR TROTKOVETSKY; TAL SAMESH; VLADAMIR KATZ; DEMETRIE GESIN; AYALA GOLDMAN; SUSAN COHEN; ADIR KANIZO; MOSHE GAZIT; DARIO DESANTIS; GALIA MATATOV; DAVID BAUM; YAARA HOD; BAT EL SHEMESH; AMIT BEN SHOSHAN; YANIV BENSINYOR; GANADI GERMAN; SARIT GARON; AYALA SMOTRITSKI; ORTAL MIZRAHI; EREZ COHEN; YVANGO MARIK; AFIK VARDY; ETI YACOV; NATAN FRIDICH; GAL LEVY; ALEXEY NOVIKOV; AVIA BLUM; DAVID GARFY; JOSH LYUBER; CHEN KADCHOV; HEN KEINAN; SHIMON BEN SHITRIT; ARIELLA GINSBERG; DALIA MAIMIN; TAL DOR; TAL GOLDBERG; KEREN RAHAMIM; ODED NAHON; YAKIR ADAR; ZOHAR STERLING; YARON CASPI; RUTH SULTAN; MARK MORAN;

MAX BOBOSKI; FRANK DIETZ; JONATHAN TORRES; ITZHAK LEVY; SHIRA GEWER; VIKI WEINBERG ; ELRAN ASHWAL; YOTAM MORRIS; ROI SOUD; RONY KATZ; BEN KOREN; VARDIT ZIPORI; YAEL TAMIR; OREN HAIM; NURIT BOSKILA; ROSE SWEET; RONI BENSON; NATALI DAVID; GIL BARAK; ERAN LEVY; DAN VAHABA; DAVID SPERO; KOBY BEN SHMUEL; SKIPPER HARIAH; NISSAN VENTURA; ROTEM UNGER; GUY BINDERMAN; HILI BEZALEL; SAAR SABO; RAFFAELE FANI SABERI; ALEV YUSKOVSKY; DROH BOKNIK; VERED MALCA; YAEL NAGANI; YADID HADAD; YOSEF LAVI; AVRAHAM SANDIL; MOR ALIYAH; DIKLA COHEN; OHAD PERETZ; OREN AMARNI; YOSI EDRI; SHMUEL HANUKA; NATANEL SAKURI; YANIV OVADYA; BENNY PERETZ; FARZAD RABBANY; ANAT CHEN; LIRON AHARONI; GRAHAM WEINBERG; YOEL AVRAHAM DADON; DAVID FEUERSTEIN; RINAT ASOULIN; GALIT JACOB; LIHIGH SHAFIKI; GALIT BINYAMIN; AVI FORCHHEIMER; ROBERT BOOK; YUVAL DROR; SHAHAR COHEN; NISIM MATRASO; YELENA TOPOZ; NINA WEISSMAN; SARAH VANUNU; ILAN SOUDRY; YULI TSYPIN; ORNA TEDRY; RENEE SCHONORF; AMIT LIPMAN; YOSSI ADANI; RAVIT ADANI KARIV; MARINE KANEVSKY; MOSHE COHEN; MOR BEN DAVID; SHOSHANA OPENHEIM; PROMET ONSDARPAR; RONI BAYLOR; EREZ ROMI; AMIR BEN NATAN; ITZIK PINHASSI; ERAD SHIMSIE; TAL DROR; SIVAN EBRON; AVICHAI BITON; DANIEL PALOMBO; ELI MALCA; ILANIT OSHROV; ELI AVNIEL; YUVAL YGODAIV; SMADAR HERSKOVITZ; VICTOR FARBER; OMRI YOAV; VLADA SHPOSHNNIKOV; BARUCH MATITOV; EILAT MISTREL; MICHELLE AZULAY; MICHAL MADALION; SHOSHANA PASKEL; SHAHAF BEN SIMOL; NOA GOLDMAN; DAN KLEBANSKI; MATAN BRACHA; ALEXANDER DUNAEVSKY; SHAI ALONI; ARTIUM KARZIKOV; EYAL BENDOR; IDAN REGMAN; LISA YOFFE; AVICHAI ASULIN; YACOV YUKI LAVI; PNINA TENENBAUM; MEIR NEVO; LIRAN ALBUHER; ISRAEL KARITI; ALEX BELKONI; URI SOLOMON; ILANA TORGEMAN; ALEXAI YAROBINSKI; AYLAH BINEIV; NITZAN BARSHESHET; GAL HALPERIN; AVNER DEREY; MOSHE HOLTZBERG; AYALAH BINEIV; TALI SKERA; ITZIK ABERMAND; SHALOM NIZRI; YANA PAISROV; ORTAL LEVY; YONATAN NEHARI; OR ATYA; OSNAT P; ELLA LUBOVITZ; OPHIR LEVI; YEHIEL BENODIZ; LILACH BENODIZ; LIOR COHEN; JACKIE LATIMER; ETI NAHLIELI; JOSENILSON MEDRADO; AVI PASHA; YISHAY LEVI; DORON VAKNIN; ILAN DARDIK; MACHLUF PITA; ARIEL ABARGIL; BORIS PAIN; SHMUEL BEN SHUSHAN; ASAF AMERTALY; DEVORAH PHILLIPS; YONATAN SHAAR; GILAD VENTURA; AMIEL SAADIA; YVENGI SOSHNETSKY; ROBERT KANTOR; DAVID EPERGEN; MAAYAN SHIREL; SHANY ALTER; YAEL KESHET; MICHEL MARLANGEON; VICKY SAADA; KEREN HAUSMAN; RAMI PERELSTEIN; LAURA YOUNAI; MORAN ALON AZULAY; SHAI SHALOM; NIT BLOKA; MOTI HASSID; CLAUDIA HASSID; HADAS NEGER; MOR ARBEL; MICHAEL SOUDRY; STAS EZERSKY; HAREL SHNAPER; MOSHE AVRAHAM; LIRON OHAYON; TZIPORA HALEVY; MEIR MOSHE; DINA DUNKELMAN; TOMER BALAN; JR BULL; MAAYAN SONEK; OFIR FRIEJA; SHARONA SHAULI; AVIV RABINOWITZ; NIR COHEN; TANYA KERMAN; AVRAHAM SOONAK; REBECCA AZIZIV; REBECCA AZIZIV; YONATAN WEINER; YOTAM NISIM; TALI SHARABI; LIRON ALAHARET; ITZIK EVA; GAVRIEL BAZAZASHVILI; NICOLE SANDER; JUDITH GOLD; MICHAL SNEH; DAVID PINE; ADI GADI; BAT EL HARUSH; SAPIR MIZRAHI; MIKI ISRAELIOV; DORON GUY; MIRI BAR; ERAN VADHOKER; ROB GIL; YOHAI TAMIR; MEITAL BENARI; ALEX USOV; ODI DAHAN; SORAYA AUAD; IRNA LEDERMAN; NOA LEV; SIVAN LEVI; IAN LEDERMAN; DOR DALAL; CHEN SAVION; BOAZ BEN HARUSH; DANIEL BASSIN; RONIT HAKIN; ELI HAHAM; MAZAL MOSHONOV; SHLOMI SAVAG; CHRISTOHPER BROOKS; HILA DAHAN; RAHELI CITRON; RAZ ASHUACH OLOOS; SHUKI BASSON; NOYA LUGASY; STACY GITTELMAN; YITZHAK SHILO; ANTINA DE BOER; ALON NEDOVA; ORIAN BASON; ARASH SHADOOSHAH; SHALOM HALEVI; TALIA DOAK; MORON OCHOA; YIGVENI KILIMNIK; SIVAN FADIDA; AMIR HAGAI; MENI YOSEFI; HEMI ALGERENTI; YIGAL ERLICH; HANA SCHNITMAN; DANIELLA RODRIQUEZ; RONEN AMAR; IRIT ANISIMOV; GAL ASAFOV; OHAD ISRAELI; ADI ADI; ELINOR ASAFOV; LILIAN GOLAN; EFI MEGDI; LINDA RICH; ANTON VALKOV; ORI AMIR; KARIN TS; JACINTA BROWN; ORI OFEK; KOBI ITZCHAKI; AMIR DELAREA; RONI DABAH; ORI SHEMESH; MOSHE BEN HAMO; MSHE LEVI; ALEKANDRA KARPENKO; TZERI TWITO; NOAM KOCHAVI; TZAFRIR PORSHER; SHOSHANNA VAKNIN; MICHAEL DEMITRIEV; ARIEL BLUMENTHAL; JACOB BENDETY; NOAH ISRAEL; VERED BLONSTEIN; TAMIR HAINA; RAFI BADRA; REUVEN BAR HAI; RINA HITRIN; DALIA VARDY; ILAN SAVINTZKY; YARDEN SANDBERG; DIMA KAPLAN; ALEXEY SMOLIROV; PAULINA PANKETROV; MICHAEL ROTMAN; KALANIT BITTON; YONATHAN TZAFRIR; EREZ MOR; AVITAL SHARABI; HAIM BISSA; RACHEL ELIMELECH; ROTEM LEVI; YIFAT BAKSHI; ADI TANAMI; EINAV SHAZO; HANI GILHER; SHAY VAKNIN; VITALI HANINKIN; LIAT MOR; ALON MAHANI; ELLA DOR ON; EMILY KALDERON; NAOMI RABINOVITZ; EITAN PELED; ITAY

YAZDANFANA; DMITRY SHIRINSKY; OFER SHAMAI; IRIT BLUM; ROI COHEN; ZOHAR GORDON; RAN ONGO; YANA ATAMANCHUK; OMRI MAIMON; NATTI BURK; AMIR ROTCHSILD; YOSSI MUTZAFFI; ILIYA MILIKIN; BARAK MILNER; PERAH GOLAN; LEONID GELD; NANA HALAMISH; PINNI BEN YEHUDA; ELIRAN MARK; DROR POLLIACK; YOTAM KALDES; SHRAGA NATA; HAIN BASSAT; SHACHAR DIMRI; IVETTE BIGEL; NOY HABANI; DAVID DAVIDOV; NAAMA ADLER BLU; TAL ROIDER; ALON ESRI; LARA BARNEA; BAYAH MIZRAHI; TATTIANNA FORMAN; HODAYA SHARON; ROMAN GITIS; OR KAZAZ; ELDAN ELIAS; REEM NERI; RITH NAVON; NIKOS KOSTAS; AMY COHEN; SHELLY SDAKA; MAAYAN NUSBAUM; DANIEL ABRAHAMS; MOSHE AMBAR; ODELYA LANDESMAN; SAGI SEGAL; EVA RUBINSTEIN; SAHAWN LANAGAN; MORAN COHEN; DANIEL YEHUDA; DAVID GROSSMAN; SHULI HAI; MORAN ARYEH; MAXIM GUZMAN; YOSI ABDUSH; RONEN PALDI; TOMER TASSA; ANAT COHEN; SHAUL RAPPAPORT; LIOR PINGALEH; DAVID ORI DADON; HARRIET MENAHEM; LIOR PASOA; SHIRLEY HEPNER; ORIT HADDAD; TOMER ABRAMOWITZ; KEREN COHEN; SIGALIT EDRI; SIVAN OHAVIM; HAIM ADRIAN; LAILA HALABI; ASIA KRIMER; GILAD COHEN; ALEXANDRA YUPA; ILNEV PERETZ; MEHRAN JARAHZADEH; HAVA GABAI; YANIK KADOCHE; TAL COHEN; MIRI GILLER; MOTTI BUTBUL; LIMOR MITLER; ROMAN EFENSAYEV; IRENNA DAHAN; EREZ OHANA; MEITAL SHARON; KYMBERLY SALTZMAN; RONI YOSHEA; VICTOR SHUKRUN; HILA TAL; NADAV RAZ; DAVID GREENSHTEIN ; MARINA SHEMESH; SHACHAR BAR; DAVID GLEZER; AVROM ROTEM; SHAY KNAANI; YAFIT ROSENS; DANIEL LEVI; NOA AMIHAI; EITAN SARUSSI; RAN COHEN; YEHUDA PEER; ORI OR MEIR; KEREN SHEMESH; BER PARTER; ANAT RATZON; GREGORY SHEFTEL; RACHELI SHATI; AMOS MACHLUF; KFIR HAIM; ELIRAN HAROSH; MAYA BEN AMI; ERAN ZIV; HILA BEN HAMO; IRENA RIMER; TAMAR ALON; DAISY STERN; HADAR KALO; ORIT ELIYAHU; NATI GEZIVETZ; NETA BEN ZEEV; OFER ISRAELI; OREL BITAN; TAMI KAHLON; ORON NATAN; YAIR AVITAN; INBAR GREENBERG; TOMER SHALOM; BARRY GEER; ANA PLISKIN; ACHER ASARAF; DALYA TURGEMAN; ORLY FAIBISH; PAMLA IVIE; VALENTIN DESHINSKI; KARINE NICOLE HAZUT; SARA HOROWITZ; EITAN YAAKOBI; ITZIK KAFE; EDITH CHMIELNICKI; SAAR TARANUS; ROMAN ZAIKIN; EITAN HAIMOVICH; LIAT AZAR; REUT RATZON; LIHI KAMAN; MEIRA GUINI; OMER REZNICK; JUDITH WOLTERS; LIOR ELIA; MOSHE LEVI; VERA HAZAN ; SARIT SOMECH; NIV MINKOV; YEHUDA SHEMESH; NETA KASHER; EMMA YAAKOBOV; YORAM LEVY; GUY MORAD; FIONA LERNER; VERA STARTEVSKY; IDO SHALOM; SHANI BEN NAIM; TINA SHABI; NISSAN LANIADO; GALI DALAL; LIMOS BESUS; ZIVA BEN KORESH; AVIRAM VIZEL; RAZ GABAI; DOR DI MARIMSKI; IRIT NIR; YONATAN ASSIS; SHARONA RODOI; EYAL RODOI; SVETLANA BAR EL; EYAL LECHNER; RONI HIRSCHOWITZ; ODELYA SHALEV; TALI YADID; ANAT LEVI; OMER BENAYUN; RACHEL SAADON; DINA BADHAV; RAMON AZULAY; SHLOMO FALAH; EREZ ALBO; SARA BOKOVZA; LISA LIPFIELD; HEARHER ROQUE; KIRIL TOFITZIN; YAEL DANS; AVI SHAUL; NISSIM KALDERON; HILA SHOYKA; EDEN HEN; DOR SHILTON; ILANIT SHESFI DEBI; RAMI HODEDTOV; ELISHAI MOSHEKTEL; YARDEN AVNI; LILACH RUBIN; ANAT SOSNOVSKI; PENNY APERTSEV; SHACHAR VIR; HEN MASAYEL; SHARON ELGAZZI; ALLIS LEVI; LITAL SAADETI; SIVAN SASSON; REUT YAHALOM; IDAN BARAZANNI; REVITAL MASHIACH; ZAHAVA LEVI; ALEX HODOSH; KATRIN BASHAN; GIL GABIZON; YITZCHAK SNIR; LUDMILLA KISSELMAN; KARMEL KAYUF; DYLAN LEVI; BINA ROTGAYZER; RAYMOND SASSU; MAI LEVI; RAN YAISH; OHAD BEN MENAHEM; TANYA TORBIN; IRAN ARBAYEV; ROFINA LEVINE; GUY ITZCHAK LEV; YOSSI SHPIVAK; MAZAL SEBAG; DROR COHEN; MOSHE DANNENBERG; SHREY GAIGI; ARYEH ABUTBUL; SHACHAR WEISBERG; DORAI TAYAR NICOLLE; ZAHAVA SIMCHAYEV; PENNY SROR; TOMER SAAD; YANIV KOVALSKI; ORA GILADI; ROI COHEN; TAGSAT ITMENO; YUVAL NAHMANI; ADI BURRACK; NOAM HEN; SARIT TAL; ORLIKLENTIRSKI; OREN ZARIZI; DANIEL BARKAN; TAMAR BEN HAIM; EITAN WALTER IFERGAN; ALECANDER POLVIN; NOA KALO; AMIR MARGALIT; BINYAMIN WOLFOVITZ; BEN BAR NATAN; MOSHE BAHADNAYUCH; DORON SELA; MATAN RAHAMIM; LIAD BAR OR; YONATAN SHULDMAN; MENI GAL; YARDEN BECK; AMIR WEISER; MIRI ARGAZ; LIA BEN ZION; YOEL YAFFE; DINA ISAK; SHARON KAHANA; BAR YOSEF; SHANIOR SHECHTER; ORLI ADELVITZ; SHAHAF KAPUYA; SHLOMO ZUNIASHVILLI; REVITAL KEREM; JERRY MEYER; DIKLA DANINO; EMMA SHPAYER; SHOSHANNA AVRES; ADI WEISS; EINAV TAIZI; ITAY TAL; VICTORIA LIAHOV; LIOR MIZRAHI; IGOR BIRNBAUM; MALI SHIMON; OSNAT SHIMONI; SHOSH BARAK; ASAF SAVILIYA; INBAL SHIRONI; KFIR MIZRAHI; SHELLY COHEN; MOSHE POR DAVID; RENANA BEN NAIM; PNINA COHEN; SHAI ROTH; DANIEL BETTOUN; LIRAZ OKABI; ARYEH ABUTBUL; MICHAEL SHULMAN; ELIOR HAIM; GOLAN BASSON; YAKIR ELKASLASSI; GIL TOLEDANO; KARMIT NEEHMYA; MOTTI RAZON; AVIAD TEVEL; ASSI KONOVLIV; OR LIOND;

ASSAF ARYEH; OLGA KLEIN; DANA LASANI; RAVIT ZOARI; SHLOMO KAROL; TAL GERTSTEIN; AYELET DAVID; ARLAN WAREHAM; RHONDA JOSEPH; RONEN ISRAEL; ROI HOD; OLGA OSTROVSKY; ELIAM LAVI; RUTHI HADAD; GALIT HADAD; REUT MOYAL; OLGA GOSECHENKO; NOA COHEN; MEIR COHEN; ORPAZ YOSEF; YARDEN COHEN; DANIEL LACHMAN; EREZ MORDECHAI; GIL NISSAN; YEHONATAN HALBERSTAT; ZOHAR ABITBOL; IGOR STERNBERG; TOITO KUSCHNIR; GALIT MIR; SIGAL BARAZANI; DANIEL MASTERSI; ITAY SHARONI; YAAKOV SHITRIT; MEIR BABAI; ARKADY MILMAN; ON ARVIV; AMIR KATORZA; MANSUR MANSUR; RAN SIANOS; MAYA SHFERBER; NOFAR NISSIMOV; DORON GIAT; ISRAEL PERDO; YAAKOV FRIEDMAN; SARA GABBAI; ITAY NOIMAN; PERETZ YEHIEL; ITAMAR MEIR; RONEN EZRA; EDEN GARPHI; YAFFA MESIKA; NIR YITZCHAKI; MAYA GRUMAN; SHARON KEISAR; MAOR LEVAVI; NINEL MARIASSIS; SHAI PEER; HELI KAMRI; RAFI MESHULAM; MARA BUTMAN; YAKIR SISSU; AMIR COHEN; SIMON NAGAR; SHIMRIT HADDAD; AMIR MORHAIM; BARAK KOMELLI; LIAT NIDAM; EDEN COHEN; EHUD ATARI; YIFAT AMSILLI; YEHONATAN ARNOLD; MEITAL GERGI; RONIT KARMI; OFER BEN AMOTS; TAMIR NISSMAN; DOVI V; GUY YOSSEF; ARIK PERELMUT; LIOR ELISBERG; NOA GULLER COHEN; TEREZE MERIZEN; AVI BATSA; RON HAKIM; LINOI PELED; AMIR RON; KOBI YITZCHAKI; RUTH LIANI; ORI MENDEL; SHIRAN ELKAYAM; MORDECHAI SHAKOI; AVIEL ITAH; YAKATARINA MENDEL; ISOBEL PHILLIPS; DOLF VISAGIE; DAVID COHEN OR; LIRAN AHARON; SHLOMO YEHUDA; NOFAR ELHARRAR; YAAKOV NATTAN; ALEX WOODNITSKI; ADI TSHERI; ANN NEWTON; AHARON MEIR; GOLAN LEVI; YORAM WEIL; GUY ROUCH; KATYA KANESH; EDGAR MORRINS; IRIS VIZENFIELD; SAGI COHEN; ZEHAVA ISRAEL; ELISSA SHOLGIN; ORI KONKI; AVI ELUL; VICTOR MALKA; ELIEZER FERDILOV; ELAD MARON; MAZAL MARON; SHIR ELVIN; IRIT IFAH; YARON COHEN; MEITAL MOLINA; IGOR RIFFIN; ZIANNA OSIFFOV; ETTI ABECASSIS; NARKIS ALFI; SHLOMI BUTBUL; MATAN SALEM; ELINA ABISTESSIAN; STANISLAV SHAPIRA; ELI HAGER; KINNERET COHEN; ODELYA KARNI; DAFNA RASULI; AMIHAI NUDELMAN; RAN WEINSTOCK; NATHAN RIVER; IRENA VAINBLAT; BENNY PREIS; ORI BINYAMIN; YARON HOVAV; GALIT MAROVITZ; SHULA YAAKOVIAN; YANA VITOVTSKI; YARON BAR NOR; ASSI PERETZ; ILAN ROGOV; DANIEL HEN; GIL HERSHEFT; YOSSI BEN MOSHE; YARON HAROUSH; ZAFRIR EGOZZI; DOR LEVI; ISRAEL MIMON; ZAHAVA ASSAFOV; AVIRAM MAMMAN; MOSHE HAVER; NILI RON; SAMION BENNEDITOVITZ; LIDOR SEGAL; GADI SHLASKI; RUTH PICK; MICHAEL SHNEIDMAN; RICKI GERBI; DOR KAPLAN; AVIV ROZENBERG; RAPHAEL ZICHRI; ERAN GARMA; NADYA KARPOVA; SHMUEL VESKER; ORYAN POLIN; ILAY POLIN; NIR NOAM KUPER; RAMI BELISHA; YANIV AZULAY; GAVRIEL HONIG; DAVID LEIBMAN; INNA MARKISH; EMANUEL AMAR; SHALOM KADOSH; VITALI NAGDIMOV; INBAL ADONI; DANIEL RUBIN; MAAYAN ZALACH; OHAD GAVRI; ELIEZER MENDA; MEIDAD MEIRI; AYA ILAN; YAEL OHAYON; SAMSON BARAK; RIKI WOHLSTEIN; OFER ADIV; MORDECAI MAKOR; HADAR BEN YAAKOV; OREL ELMAKAYES; LAURA MIRON; STAS SOROKIN; HAYA COHEN; EVAN ENGEL; NAVA SHLOMOV; EDNA POMERANTZ; TZIPPI COHEN; NEHAMI OVADIA; MICHAL ANKRI; ZIV LALUNK; YAIR YOSEF; NISSAN YONAH KARNIAL; TALYA LEVI; DORIN HAKAK ; MIA ARUSSI; NIR NIERENBERG; IDAN COHEN; ELIYAHU LAVI; AVRAHAM PIHA; OSNAT BLUM; YEHUDA SHAULIAN; RACHEL EISENBACH; DAVID VOIHANSKI; JACKY ATLAN; BAT HEN EDRI; SHIMON BAR EL; DORI GOLD; MICHAEL POPOV; RIMA GOLOV; MINA SEGAL; ILIANA RAPPORT; HAIM OSHAKI; ASHI ASI DUKOVICH; MARC GITTLELMAN; URIEL BEREBI; HAIM REUVEN; ANAT BLUTNER; AMIR COHEN; SHARON MELECH; ROMAN CHIKUNOV; SARA POLLACK; RONIT FORRER; GABBY BETECH; TAMAR SHENRAV; TAMMY MOR AVSHALOM; YANIV BEN SHITRIT; YORAN BEN SHITRIT; NERYA SHITRIT; EFRAT TAL; ESTER MIZRAHI; MERAV SONNINO; RACHEL ROSNER; ZEEV BRONNER; RUTH SHPIZER; AVNER BRUNROTH; HAIM AVRAHAM; LEE ROMEM; SIMA ZION; RON ROSTOVSKI; LEVI SHEFTOVITZKI; SHAY ZALMANOVITCH; DORIT ZECHARYA; YOSSI ZEEVI; YOSSI FRENKEL; NOA BARDUGO; HANNAH MEIR; YAAKOV PERETZ; SHLOMI BEN HAYUN; MICHAEL KAZULA; SIVAN JUBY; HAYA SCHNEIDMAN; DANIEL HORGIN; AYALA ELIAV; DANIEL ELAHAYANI; SHMUEL ASHKENAZI; SHIRO ABUTBUL; LEE SILVERSTEIN; BOAZ GLICK; LAVI LERNER; JOSEPH SALAMON; NATALYA TAVERSKI; NOAM BARZILAY; HILLEL ELSHALEM; HAIM HEILPRIN; BAT CHEN HEILPLRIN; HAIM DANZINGER; SHIR HEILPLRIN; NOAM HAGAI; DINA BEN SHAHAR; ELAD REPHAELI; EDEN H; DAVID HAZANI; ZVI OVADIA; HILA TARZI; YAHEL SHARVIT; SENNI MAIMON; HADAY YEHUDAI; YIFAT BARUCHI; HANNA BEKHOR LESSER; ZEEV MARESKY; HINDA RICH; TIKVA BEN YOSEF; DALE RABINOWITZ; ELIYAHU DREINOFF; ISRAEL COHEN ARZI; MATAN SKIRA; TALYA HERRING; BAT-EL GERSCHT; EFRAT COHEN ARZI; ADI RIDER; RACHEL VARDI; ZIV HAI ZION; SHIFRA

FRIEDMAN; NIR KOURIS; DALIA ROGALIN; ARIANNA PARTUSH; NAOMI GEFFEN; BENNY BOLOTINSKI; KEREN PARNASSA; EITAN LIV; ARYEH TAUB; YISHAI COHEN; DANIEL MILLER; YUVAL HADAR; DAVID DENZER; SHARON TOIZER; ELHANAN HAZAN; AVIRAM ISRAEL; SIDNEY WOLITZKY; MICHAEL POPOV; DANIEL MORAN; DVIR DAVDA; JEFFERY DANOVITZ; ZURIT TAMARI; HILA SCHAYEK; TALIA SHMUEL; TOMER TAMARI; DAVID OVADIA; DINA MA TOV; ELITZABETH MIZRAHI; LIELL KARNI; URIEL KOZNITZ; NAAMA DAVID; RIVKA ALON; PINI SHACHAR; REUT VERDIGER; ITZCHAK YAAKOBOV; EVYATAR FINISH; NATAN BAR; YUVAL ARZI; ANAT AFSAL; ADI SHUKER; ELADI VIZEL; TOMER TZARUM; SHILAT COHEN; ILAN LUZON; AVI SPIR; NOAM HAZA; SHLOMO JARMON; MARINA SELVOTZKI; JOSEPH MILLIS; ELCHAY MALICHI; EMIL FELDMAN; DANNY SHAY; YONAH MALIENKER; EFFI SHEMESH; YEHUDIT ROSNER; RIVKA SAPIR; SHAY SAADON; DALIA CORB; RUTHI COHEN; GILA JASPER; NAOMI WEIZMAN; PINCHAS BECHER; MAZAL MEDINNI; DANIELLA BRUCHIM; NAAMA MONSONEGO; YOSEF; TINY BAR; PARLY NOYHOFF; RAM KATZ; ANTON MILOSERDOV; YORAM DROR; SHAUL SHWIMER; DANNY ROSENFELD; AYANA AYALA YOSEF; ARIEL YAAKOBI; HODAYA TAHARANI; ADIEL AMIR; SHIMON YAFFE; SIVAN TURJMAN; TEHILLA NETNAYAHU; REVITAL and YORAM YAZDI; ZAHAVA WEISS; REVITAL TAL; NATI NAKASH; NER NERIA MALIHI; ANAT KEINAN; MICHAL DELOYA; SHLOMO NAGAR; TAMAR LAVI; ARI YAOZ; AMOS COHEN; AVIAD WOLF; GEULA HARTMAN; FELIX SHKOLNIK; MIRI NAGAR; NOA FERDMAN; AMIR SCHOR; MOR KUPFERSHTIK; TOMER EITANI; HANI DEUTSCH; KEREN SHLEIFER; JENNY GOLDENBERG; YAN BOJOR; AKIVA BEN DAVID; TOMER TZABAR; HAIM GOLDBLATT; YUVAL COHEN; ANAT GLAZNER; AVIAD LASRI; ACHER SARIG; ELICHAI AMAR; YAAKOV IDO; YOCHPAZ MERIZEN; YUVAL ARGUATY; TALIA GREENBAUM; ZOE AVRAHAM; AVIHU ZINI; YINON TAIRI; SHANIT MICHAELLI; MOR BORNSTEIN; SAMMIE MOALEM; HEN SERI SHAULIAN; ADIR BLANSH; HIRSCH GUREVITCH; BINYAMIN COHEN; IRIS ATIAS; GIL RAFAELI; GERI GITMAN; IRIT MIRON; ADIR SHIFMAN; SHLOMIT VALENSI; ATARA HOD; YOSEF LUSTGERTAN; ORNA RAV HON; GUY YERSKI; RINA HAGAI; AVITAL LUZ; EYAL GERSHONI; HADAR BIRAN; EITAM LUZ; ELAD ELGRABLI; ELLA SHERKIN; AVIAD SHRIKI; VICTOR VARDUGIN; SHARON AMSALEM; KLARA HOLTZER; MEITAL ITZCHAK; EITAH CHESTERMAN; RON SHAKED; SHMUEL BLUM; BENNY BAR; BEN HANYA; AVIYA SCHWARTZ; ELIASSI YOCHI; REUT MALKA; RAFAEL YOSSEFOV; SHOVAL ASSRAF; SHALOM ABUTBUL; OMER ARBIV; ORA REUVEN; OR SHAIBI; ARIELLA AFGIN; BATYA WEINSTOCK; HAGIT PORTNOY; ALONA GELMAN; NIR GARPH; SHIRI DARSHANI; BEN SHARON; NISSIM ZERBIB; MOREL HURI; AVRAHAM BEN ABU; NAVIT SHARABI; ORI MELLET; MANDY GREENBAUM; AVIRAN MASRI; TEHILLA SHERBETOV; AKIVA HORGAN; GIDEON NAOR; YIFAT PIERNEN; MORAM SHAKED; RUTH HANINA; AVISHAI GABAI; TALI AMIR; TAMAR ZUR GIHON; ADAM COHEN ; AMIR NEEMAN; NATALI NAHUM; RIVKA MAATUK; RON BALULU; NACHMAN GETTER; TEHILLA POLSKI; ROI PERRI; SHIR RAJUAN; VICTOR NAFBANI; SUSAN TOVLI; ITZIK LEVI; SHIREL AJAJ; BINYAMIN GABAI; NOAM KOCHAVI; AVI COHEN; TOMER HILEL; DARIA YEMINI; NADAV BENSHUSHAN; SHAI WOZNER; AVRAHAM LEVI; MATAN TAL; ISAAC CATALAN; EVA KLEIN; MENAHEM MENI COHEN; MAOR MENASHE COHEN ; OSNAT RAZ; IDAN AZULAY; ANASTASIA VLASENKO; SHLOMI ASHKENAZI; EREZ BASSON; AVI TABIB; YAIR RATZON; NETANEL MAIMONI; AVITAL HINDI; ELI SHACHAR; LENA ASHKENAZI; MAYA RATZON; ROTEM LAPID; MIRI ASSAYAG; DAVID HADAD; ANER DOODAI; ZEHAVA SHAHAR; CHEN LENTNER; EREZ TESSLER; YONATAN COHEN; SNIR BEN LULU; AVICHAI SAMEACH; EYNAN SAGI; MOSHE DAUODI; SARAH RAZ; ELISHMA GOLOMB; LAHAV TOCKER; YAHIN BOKHNIK; NADAV DAHAN; LIRAN RAM-FELD; CHAIM BENARI; SAGIT WEISS; RONIT BENARI; AVIGAIL SHEININ; NATI HINBERGER; NIRA SADEH; ORIEL BELAMS; REUVEN BODENHEIMER; JOELLE BEN OVADIA; REUT ASHKENAZI; ERON YAVLOTZNIK; MICHAEL AGOZI; YAEL BAR-ZOHAR; AVRAHAM MALACH; NAAMA SHRIKI; ALEXANDRA COHEN; MEITAL KAPPACH; GUY GIRHASH; AVRAHAM LEVI; ALMOG LEVI; ALEX IANKELEVICH; ILANIT DANIEL; DANI MEIR; YARDEN DUIDOV; DOV BARAK; AVIEL YEROCHIMOVICH; IRIS COHENIAN; FYODOR SAPIR; IRIT MEGAZOMOF; DANIEL LEVI; DVORA TOLEDANO; LILACH BEN MAOR; SARAH WEITZMAN; CHANI FRIEDMAN; MORAN DROISH; OSNAT MALKA; SHIMRIT BARAK; ALISAF MOAS; AMAR ARAIZA; SHLOMO KOL YAACOV; YAEL ADAMTI; YOMMI YAMIN; RAFI NAZROV; EFRAT DAHAN BARDGAN; IDIT ELBAZ; ARTHUR RUBINOV; ANAD ALATRESH ABU KAF; VICTOR REITMAN; ZEHAVA MELCHIEL MENASHEOF; AVI EISENBERG; DANI LIBERMAN; EFRAT KORMAN HEFETZ; CHAIM GUETTA; ANAT BEN ARTZI; MAOR SHANI; YEHUDIT BARBI; MORAN SKORI; MIRIAM AMAR; SHAY BASHAN; YOHANAN FORTZNEL; TOVA FINKEL; OMER MOR; ADI SINGER; ITAMAR ABARGEL; SIVAN MEKDOSHECH; NIR ZVULUN;

SARIT EIGER; MOSHE TZACH; OREL EFRAIT; NATHANIEL ILUZ; ASHRIEL BEN SIMON; ADI COHEN; NIR SHMERTZ; MAOR BEN SIMON; RUBIN GRUNWALL; OR BEN EZRA; NIR KADOSH; NIV YAAKOVI; RANANA MEIR; LIZ AMIR; RONI LANIS; NINA BABAYV; YEHUDIT LEVI; BARAK KOZAK; HANAN REEM; HADASSAH INSELBERG; TAMI TZACH; TAL ZALMEH; YAVGENI MEDVADEV; YEHUDIT KOZAK; TAMAR FRIEDLANDER; YARIN HAVANI; LIAT LUTATI; EITAN HOVAV; LEONID KHALIF; DAVID HASKY; AMIT BROCKOVICH; ALIZA SHOR; LENA KUNIN; MOSHE MI; HADAR PERETZ; CHAIM BITON; CHAYA WINIARSH; ALON TZUR; ADI BENISTI; NAVIT SHIMONI; NISANA LIPSHITZ; OVADIA OVADIA; RACHEL SAMAMA; OZ ZADKANI; PINCHAS DVARSHWALI; ELI KATSOVICH; MICHAEL RASOVSKY; NATALIE OHYON LEVI; AVISHAG MACK; SHLONI LEVI; NECHAMA TRENTO; ELIRAZ DRORI; NOGA HULLMAN; ELI ELUSH; SHLOMI MIZRACHI; YANIV KORIT; AVRAHAM SAIG; SHANI AVGANI; ALEX KENIFEL; YAEL TISCHLER; KINERET CHEN; MICHAEL SIMNEON; PNINA GACHTMAN; BORIS SMETANIN; KALMAN LABINSKY; SHERI KENIMACH; DALIA LEVI; LIEL AZI; ODIA OKSHI; NECHAMA DINA BEN HOR; RONI ZEIG; DAVID ABARGEL; SHMUEL GRIGER; GERSHON YACONT; OREN OKSHI; EYAL GLILA; AVITAR MALIHI; MAAYAN GROSS; MICHAL DANNENBERG; ELIRAN NEVIZDA; DEVORAH LEAH FROSH; ZACH SHARON; SIMA DANINO; YARON SIANI; ORIT ADIR; MEIR YAACOV; SARA SHORETZ; YAKIR TURGEMAN; ITZIK GABBAI; DANIEL UNGER; OVADIA DROISH; SHIRA YAMIN; SIVAN COHEN; TAMAR AVGAI; YORAM BEN SHABBAT; RONIT BETZALEL; ALEXANDER GELLER; ISAAC GINZBERG; MICHAL ALLENKOA; YAAKOV FEIGLIN; CHAIM BRICKMAN; MORIA HANIA; YAFIT SHILBOVSKI; LITAL NOAH; LIHI SHAKED; MICHAL WAOMAN; ORLY PERETZ; DAVID AMAR; MIRI BOXBOIM; SHANI RUBIN SEGEV; RACHEL ASIDO; MOSHE KAZAN; YEHUDA ARBEL; ALEXANDER HAYTOVICH; YUVAL LEVI; ITAI LESHEM; KEREN AMAR; DALIA DAHAN; NECHAMI AKIVA; ROIE ZAIDA; MATAN TREBLISI; BAR ALON; SARA CARMELI; AMIR SHIRI; LIELLE ASBAN; URIA BEN HAIM; ORIT ATARI; NECHAMA RUBAK; LIRON SHIRI; SHLOMI MOLIOF; KUSTA ADMANKO; YOEL GALOR; AMITAI HOROVICH; AVIGAIL PAZ; RIKA ZEMACH; YAIR HERSHKOVITCH; ADY FELDMAN; RACHELI TAL; NETANEL BASSO; LIOR MADMON; SHAKED KOMAMI; AVICHAY SHIMON; TALIA NASH; BELLA BOTRASHVILI; LIOR SHEM TOV; YONATAN RUBAK; HAGGAI SIMAN TOV; ALON SHOSHANI; SARIT COHEN; ADI DIAMANT; EITAN SPITZER; OFIRA BEN YOSEF; ISRAEL WARTZRINSKI; LIAT DAY; NAOMI KIRASH; HILLEL KALMAN; MIKI VADRASH; ROM HATUKA; NATAN KREIMER; NOAM BEDEIN; ISRAEL SCHECHTER; JOMANA KASHKUSH; LIRAZ LADEL; ADAM ZINTI; ADIT CHEN SHAPIR; KEREN COLLINS; YOSI KOGMO; MOR ZUDIK; ARIEL DEIL; GIL HARARI; ISRAEL DAHAN; ELI SOLOMON; AMIT VAKNIN; NOFAR DIGODAKAR; RACHEL PALGI; MICHEL ALOSH; YOSEF GROSS; MARCEL ALOSH; ITAI ZAGURI; SARA PERI; LELI ASA; YAHAV HADAR; ITZHAK JACOBSON; SHAHAR BORON; NETANEL SIMAN TOV; BENOUAICH DAN; SARA COHEN; REGINA DOCTOROVICH; ELI ZAFRANI; ODEYA NAIMAN; AVITAR NAIMAN; AVIVA ZAFRANI; GEULA LEVINE; RUTH KIRYATI; DANIEL PELED; HALELI SOLOMON PELECH; ZAFRIR DOTAN; SHANI GANLAN; DEVORAH ENGLANOFF; NITAI AVITAN; PINCHAS ALLAL; AVI APPLESTEIN; ELISHEVA WALLER; RONIT PELED; DAVID ELIMELECH; YAKTRINA GONCHAROV; ROBI DUDKOV; RAPHAEL BARUD; SARA POLLACK; MEIR ASULIN; BOSMAT ZABARI; LEO ZYLBER; COADY GOODMAN; ORIT SEGEL; ORI ACKERMAN; SEGEV GANNON; ELYEER COHEN; DAN BASHARY; MEIRAV TIOTO; ORIEL CHEN; GIZEL ASKAR; RYAN LAZARUS; YAAKOV MECHLOVITZ; JOSHUA VISPISH; ELISHA DAGAN; CHAIM SHEMESH; KEREN KATABI; SHAUL BASAL; ELAD MIZRACHI; ELAD ASAEL; DVIR MALKA; DANI BASON; MOTI ROTNER; RINAT PRESSER; LEAH TRACHTMAN; OSNAT TURJEMAN; BENZIPN RUDEL; YOSEF LEVI; BARAK ELKAYAM; CHAGGAI COHEN; ZIVIA FINKLESTEIN; AVITAR BEN-DAVID; IDAN COHEN YASHAR; AVI SHANI; MORIA NACHUM; GABRIELLA BLATMAN; MAOR NACHMIAS; GILAD LEVI; NEHEMIAH BAR-SHLOMO; SHULA BEN SOLOMON; LIAT ARONOVIZ; AHARON HANANEL; DANIEL SOLOMON; RENE WALLAGE; DALIA SCHWARTZ; TZLIL BUZGLO; SERGEY MARCHANKO; DOR GETZ; NETANEL BEN ISSACAR; DAVID BAR HAIM; BARCUH SHALOM ASHKENAZI; RONEN LEVI; MAAYAN ISSACAR; AVI GUETTA; NIR CARMI; ISRAEL YITZCHAK ECKSTEIN; CHEN SAGIV; YUVAL OHAYON; DORON SINGER; ISHAI BEN ABU; ZVI THALER; TAL COHEN; OHAD BEN DAVID; AVITAR ZAN BAR; JOSHUA LEVY; ITAMAR NAGAR; REUT AFARGEN; SHANI TUVAL; ANAT DAHAN; TAIR DAHAN; DAVID AHARON; RACHELI DANCHAY; TAHAL GAL; YANA GRANT; YEHONATAN FORT; MICHAEL MIZRACHI; YARIV SOLOMON; YARDEN MIZRACHI; DORIAN MOR; MICHAEL FESIN; DAVID LAVI; DANIEL BAR CHEN; EMIL YAAKOV; YAEL KEINAN; GUY TRIP; EREZ YAKOTI; ARIEL GURI; ALBERT RAZ; ALON BURAK; SHLOMI ISHAI HANGARI; ELLA ROGOV MIROCHNIK; NITZAN SNIOR; OFIR YAHAV; LAHAV HARRARI; SIVAN MOSHE COHEN; TZIPPY MUSKOVICH; SIVAN

SHLOMO; RAVID MAZON; KLARA BRIKER; NETANEL ZAK; KOBI IFARGAN; LIAT BARDA; LIOR WEINTRAUB; MORDECHAI COHEN; AVRAHAM AVRAMOV; ADRIAN PENCOVICI; DVIR SHINAR; AVRAHAM GREEN; MENACHEM DACH; OR TAVOL; KFIR BAR ARI; AVITAL BEN HORIN; NAAMA AMIT; YEHOSHUA HOLTZMAN; EFRAT GANAN; SHIR BEN DAVID; ELIOR AVIAD; DOLEV AMARNI; TADHAR KARO; HALI MALIK; ASAF RUCKAH; NOA HADAD; AMICHAI GODINGER; ROTEM HADAD; SHLOMO HEFETZ; RINA GERMAN; ZVI NAHALONI; DANIEL ZFAR; CHAGGAI EZRAN; BAT-EL SHEM-TOV; YEHUDA ELMALIACH; ELIOR YOSEF; ORTAL ELMALIACH; NOAM TENNENBAUM; SHLOMI REMEZ; VLADIMIR TEM; OZ ITZKOVICH; ISHAI KATZENBAUM; NACHMAN LAVI; NIMROD ZEMEL; MORDECHAI POPACK; SHALOM COHEN; GILAD ADARI; YONATAN LEVI; YORAN ATTIAS; NETANEL BETZALEL; RACHELA AVITAL; SHLOMO SIMLA; RE'EM HALAMISH; ZE'EV TOFFEF; LIRAN ZOHAR; YARIN ARAD; OMRI TRABELSI; NADAV LANDAU; ADINA GOLDSTEIN; AVIK ROZENBAUM; SHIRA RAPHAEL; MAY GOLDFISHER; ZION SHAI HADAD; IRIS MICHAEL; GALI COHEN; LIRON MAGENZI; TEHILA YONASI; AMICHI GABBAI; PNINA SORSKY; SHNEYER ZEIGEN; AMIT ZAKAY; ORTAL COHEN; SAGI LAKTIVI; ASAF BRIGA; HANNAH YERUSHALMI; OFIR SIBONI; DEAN GUETA; YEDIDAH AMRANI; RODIAN LIANSKI; RUTI KAPLAN; CHEN AVODRAHAM; MOR MAMOIA; RINAT SIRI; BARAK ARZOAN; NADIN SELTZMAN; HAIM BAKSHAIV; CHRISTINA ZIUV; SHMUEL HAGAR; GILAD ZWICK; YOSEF ALIMA; ORI PERETZ; SHAHAR SHARABI; YEHONATAN ELIZUR; MOSHE SAPIR; SHIRA SELAH; ADIYA FISHER; AHARON DAHARI; MOSHE COHEN; NETANEL LAVI; SHLOMO MANN; ROTEM RAYBEE; MENACHEM MILLER; NIMROD FELDMAN; YOSEF BUBLIL; BAREL MISHAL; DUDI ZAGGA; HAIM SHITRIT; SHARON INDIZKY; YIFAT COHEN; HILA BADASH; ZUR BADASH; ORLY ALHARRAR; BATIA ELBAZ; ORON BEN SIMON; TEHILA MAKOV; ELIA OSHRI; DANIEL FRIEDMAN; DAVID BEN NATAN; YOHANAN BOKSHAFAN; ATARA FLOSS; ELIHU LEVI; SHIMON BENGIV; AHARON GETTER; ILAN MAMAN; EHUD BAR LEVAV; MONI CAHU; DAVID MOLCO; ARIEH COLIN; OREN HANUNI; EDEN SADEH; RIMA WAINER; SAHAR ASHAD; NATHAN SHIVER; ORI TAIRY; NAAMA GONNEN; SHARON MIZRACHI; ELI REUVEN; AVRON OLWYN; DINAMOR SHABU; DAVID AVRAHAM; ILYA KLEIN; ASAF COHEN; ILANA SIMANTOV; YAKIR ABUGAZIR; RAM FRIEDMAN; OFIR AVISHAR; DIMA SHER; SARA KOSTINER; ROEE OPHIR; NADAV PANUEL ROKACH; EFRAT PERETZ; RAN SHMUELI; EMILIA ITZHAK; LIOR ASFOV; ITAMAR ELISHIV; ASHER BEN NUN; SHAI LOCHI; TEHILA MARGALIT; NITZAN DORI; MENACHEM CHAI VAKNIN; DANIELLA NAVARO MATA; SERGEY SMOLOVICH; ELI PERETZ; ILANA SIBILKOV; ORLY ITACH; AZARYA FERRELL; OR HERVER; TOMER KARO; KARYN ARAD; JOSHUA TURGEMAN; MOSHE WALLERSTEIN; AZRIEL SINAI; TAMI ALKON-LORBERBAUM; CHEN LEVI; NERIK ELIAV; MAAYAN BRAKEMEIER; AVRAHAM YEUDAI; BATIA TAL; LIRAN BLUM; ELAD FRANKEL; SHIRIN KFIR; KALKIDAN TASSAMA; SHIRI MALCKIN; CHEMDA HAGBI; ADI LEVI; ORIT NACHMANI; AVISHAG SAIDA; YAACOV MAI-BAR; YEHUDA ADIVI; ANA PUSHINSKY; MATAN PADAEL; HAY TURJEMAN; SHAULI CHAGAG; ZAKI HAZAN; TAL KADOSH; GREGORY KELVIEV; GILI LAHAT; NADAV PARTUK; YOAV HOROVITZ; NOFAR SHINEFELD; AMRAM FRIZAND; ISRAEL OVADIA; MICHAL HAYT; YEHUDA MARON; SHIMRIT RISIS; YAACOV MARCIANO; DAVIDI BEN ZION; YAEL SHOSHANI; NERI DADASHAV; ELIMELECH HABUBA; ESTER SALOMON; DOV ETZION; JOEL COPELAND; RIMMA SHUKROV; MOSHE KIN; OR ZOHAR; ALMOG PAHIMA; SHIMON LEVINE; NAAMA BASH; ILANA LEVI; HADAR GOLAN; ALYSE ARBIV; ORNA GOLDHAMMER; ADAM LONDON; MICHAL OVED; VERA TAGANASKI; RAMI TAGANASKI; TOMER HADAD; EVGENIA YERUSHALMY; JONATHAN CUTLER; SIVAN SANDLER; OMER COHEN; OSNAT MIZRACHI; DOREEN BENIEL; ITZIK MENA; NURIT AYDSES; URIEL FLEISS; YALENA KONOVLOV; SHIRA ATZAR; REVITAL DERI BEN SHALOM; EVIDA FENSTER; LIOR LENTZITZKI; GABRIEL ABU KASHAF; LIAT COHEN ZAKEN; BEN NAAMAN; SERGEY LEGKODIMOV; CHAIM GERASI; CHEN COHEN RAPHAEL; ORIAN BATESH; ARIEL FRYFELD; TZILI PLEBAN; INBAR LEVI ; GUY EVEN TZUR; TEHILA STEINER; BARAK SNIR; ROTEM BOSANI; AMIT BORNBLUM; ALEXANDRA CHANANSVI; TALI COHEN; ROEE ELKRON; BERENIKA GUTTMAN; NETA FERRELL; REUVEN SHARON RAPHAELI; ISHAI TITLEBAUM; NETA COHEN; IYAR LIN; YOEL SHNITZLER; RAPHAEL HADAD; AVITAR IPARGEN; OMRI MIZRACHI; JULIA INAS KLEINROCK; SHIRAN HADAD; YAEL HOLLAND; ITAI ZAGURI; ORTAL GUETTA; LIAT NEVE; NOY BEN ASULIN; ROTEM LIFSHITS; OMRI BITON; ITZIK BACHUR; STEVE DARON; REBECCA BEN SHALOM; YARON BOTRASHULI; MEITAL WILKOVICH; YIGAL GALMAN; ELIHU FELDMAN; YAKIR HADAR; SHLOMI HAZUT; YANAI MALIK; DORIN EFRAIM; SHANI SASON; YULIA TENNENBAUM; ITAMAR KEINAN; YECHIEL WEISS; RACHELI ORBACH; MAAYAN DAGAN; AVINOAM DANINO; EITAN PADIDA; MOSHE TATRO; SHIRAN HASON; DUDU COHEN; YONATAN MARKMAN; ORI MEIR; YAAKOV

BOZGALO; SHAI ZAGURI; NIR BRAV; YURI BEN; ASAF ASHKENAZI; JOSHUA SOMER; YAFIT JEREMIAH; GOLAN SANKAR; NIRA SHMUELI; TOMER GUTIAN; SHOSHI HORI; FANNY KALFON; ITAI EZRA; ELI MATLUV; SHMUEL EFRAIM; ELLA SHERMAN; YARON BERLINER KEREN; INGA MOREH; KEREN SHARABI; YULIA KORENBLAT; YOSEF GOLTZ; REGEV COHEN; LIOR ELIHU; ROTEM AVANI; ARAN HALEVI; EYAL DAVID; SARA ALHADAS; RACHEL SAKLI; YOSSI ALHADAS; LEAH GHEBER; MICHAEL REITBERG; MORIA KARMON; NILI AHARON TAIYAR; ALICE ORBINO; DAVID BEN BENJAMIN; ETTI COHEN; AHUVA AVANI; MOSHE PRITZKY; HELEN TOKMAN; SARAH SINAI; RAHAMIM SHMAI CHAIM; LEE LIVNI; ORNIT SAGI; YAFIT YONA; YAMIT SHABTAI; ISRAEL BRIKMAN; DANA YEHUD; RUTH KACHALOV; NORI AVIDAN; MICHAL POMERANTZ; VERONICA DORON; MICHAEL OHAYON; KARNI ZIONI; KATY PINHASOV; RINAT NASSI; EFRAT COHEN; SHLOMI OHANA; DANNY CHESTERMAN; YAACOV SHOAT; ARIK POMERANTZ; SHAI COHEN; AVIGAIL ROSH; CARYN LIPSON; ALHANAN YEHUDA PROCTOR; SAHAR ZUR; JUDITH SALOMON; NEORA SWEDE; YANIR EZRAN; ORNA LEVI; DORINA NOVIK; INNA VAKNIN; KOBI AMSALLEM; OSHRAT KEREN; DAHLIA GONIKMAN; TOMER MAMAN; MORAN HOFFMAN; MORDECHAI HOROWITZ; DAVID MICHAELI; AVIV COHEN; ELROM LULAI; EZRA GANUT; SARA KAPLAN; SHLOMI BAR-DAVID; GAL BEN YEHUDA; MIRI HAREL; GLIAT MIMONA; BORIS VOLANY; AYELET ESCOZIDO; YAEL HALLMAN; TSLIL TSABARI; ORNA BEN HAMOU; DANIEL WAYSMAN; MAY VALNASI; ELI MIZRACHI; AVNER KALFON; GIDON SALAMEH; NISSIM HOFI; DROR ITZKOVITZ; ITAMAR MIZRACHI; KEREN STOLERO; RAVID TANAMI; KOBI PESACH; GILI PRESKY POPOV; ITZIK KADOSH; OFER LIRON; RIKI ASHKENAZI; LEONID LEMESHKO; AVIRAN BOKOBZA; YONATAN BEZALEL; YOSEF IGEL; MOSHE KAFSHIAN; EYAL MAIMON; IDIT COHEN-ELYASAF; OREN DAHAN; GUY GADOT; MAYA SHILON; ARBEL ROTTMAN; MOSHE RAVIV; DAVID GAVRA; ZE'EV KOVALSKY; YANIV POTTERMAN; MIKE KOLIVE; YAGEL KOCHAVI; EREZ DOACK; OSHRIA AMAR; ORIN BEZALEL; NOYA DAHAN; OFRA KALFON; AVIEL GABBAI; NAAMA YAARI; SIMMIE KEHATI; LIOR DAVID; GALIA GORDON; REUT MAOR WEINTRAUB; GAL AMAR; OREN AMAROSI; DIMITRI IZNYUK; MOR GUETTA; OSHRIT DAHAN; DOVEV HEFETZ; SNIR SHADADI; BARAK ZACH; MEIR COHEN; AMIR FOX; YONATAN HEZEKIAH; REVITAL SHIPMAN; HANNAH LUTZSKY; SHLOMI EZRAN; AHARON MILLER; BARAK SALOMON; AVIGAIL TAITZO; ANNA DENISOV; SHARON GAVRIELOV; NETANEL MALUL; GOLAN ALON; ROEI GLICKSTEIN; YOSEF GETAHON; YUVAL YAACOV; INGA COSTER; CHEN NATAN SHABAT; ADI HYON; TANIA SABIRNOVSKY; ELAD SMILOV; GAD KELLER; MATAN SIDI; TUVAL SHALOM; SHAI ALMALAM; NOA BEN DAVID; MICHAEL KIRKOVSKI; MAAYAN BENTAL; EFRAIM NIAKAN; SARA NAGEL; RAPHAEL FARJOUN; KEREN ROSENTHAL NIGRI; BENJAMIN EIDEL; AVITAL AVRAHAM; VLADISLAV KOTBOSKY; GAD DANIEL; AVI BARNO; YISHAI GREENBAUM; YAAKOV KAPUSTA; ELI BATTAT; DAVID FITUSSI; AYELET COHEN; ERICA PENN; SHAI ASHUSH; SMADAR LEVI; GIL MARCO; SHIRAZ TAMAR; YAIR ITAEL; MILKA LAHAV; ARIEL ELKSALASI; ORIEL KALIFA; OMER BEN HAIM; MORDECHAI PETCHO; HAGIR AIZEN; NAAME MUALEM; RONI ISRAELOV; RAZIEL AIZEN; IDAN DAYAN; AVI SAGI; VALERIA BRISKIN; YONATAN NURIEL; ITAY LIVNEH; RONEN ZAR; TOMER GINO; SHACHAR LAUFER; IDO ILUZ; ALEX NURIEL; ANA LEVIN; OHAD SHAKED; NIR TAL; ARIANA DANN; SAMUEL BOROCHOV; HANI SINER; MERCHAVIA AVICHAI; NISSIM ADI; GOLAN BEN DAVID; RAFI SHALOM; MEYTAL SHAVIT; NETA NAVON; YAEL JOSEPH; DAVID JOSEPH; SIVAN DAN; TAMAR NOA HAR-EL; AVITAL OHAYUN; OR MANTSUR; FELICS NES-ADAM; SAHAR YAACOBI; ROOBEN HIRSCH; MOTI BEN BASAT; CHAGAY LEVI; ELHAY ELBAZ; SHLOMIT COHEN; OZ MENACHEM; IRINA AKERMAN; DR. EMANUELE DALLA TORRE; TALOR AVITAN; IDA BIDERMAN; YACOB GORDON; RAMI AHARON; ALON AMSALEM; ASHER HALFON ; OHAD MEIR ; VALENTINA ROZENBLAT; HAGAR LEVENBERG; HOFIT YAMIN; ORI KRAUSHER; OMRI DEUTSCH; EFRAT ORBACH; RACHEL MADAR; SIGALIT AVIV; NETANEL YOSEF ILANI; NAVA GRESTENFELD; AFEK ELNEKAVE; PATRICIA HOROVITZ; SHLOMO OHANA; GALIT GORALIK; YORAM NERI; VIACHSLAV TOSOV; ALON NAHARI; AMOS HOROVITZ; MIRIAM GIL; YANIV MOAS; LAURA SHARABANI; SHULI KAMPINSKI; SHON ZANTI; LIAT LEIZER; SIVAN DAVID; YOULI HOROVITZ; YOEL COHEN; ILAN TAL; LEA SHAPIRA; YOSI HAI ZION; BAR ZOHAR SABAN; NIR KRIEL; SHILO TABIB; LEAH SHABTAI; ILYA TRAIER; AHARON EYAL; TOMER TEPER; DANA FINKELSTEIN; NATALI AMAR; ELINA IOFFE; JANET TSEZANA; CIE MINTZ; MOSHE BLOY; OREN TAL; AMIT MAOZ; VIKI AMRANI; ITAI DADON; EFRAT TSALIH; DOV BACHUR; ELIYAHU GITELMAN; AMICHAI WERTER; ANASTASIA GORDEYEV; HAIM ROSNER; RON NEUMANN; SAGI SHOHAM; GILAD IANGER; TSIPORA RIVKIN; HILA YAACOV; HAIM TRACHTENBERG; YAIR KAUFMAN; ELLI BEN ZVI; IMRI WEISS; ELISHEVA MOSHE; SHAI MOSHE; BORIS MORIC; ANDREY

KESTKIN; MARIJA MORIC; DAVID KITAY; SIVAN SIKSIK; ALEX BOGOSLAVSKY; ORALI BERNBAUM; MILI SHLAGER; AVIV KRAMER; BNAIA ZUCKERMAN; IGAL VOLKOV; SHIRAN COHEN CHAGAG; SAPIR TWITO; HANI LANDVER; ARIEL SMIT; LJERKA MORIC; REUT GARZON; RONA COHEN; YAEL SOFER; MOR ATIAS; SHOSHANA ATAR; OMER LEVY; YAEL ASHKENAZI; ALEX VENDROV; DOR GAON; GADI UMANSKI; GIDI DVIR; TAMAR ZMORA; EITAN EGRI; ORIT BEN NAIM; LIOR SHULMAN; NETA BINYAMIN; YOSEFI KALFA; KEREN ABUTBUL; MICHAEL DAHAN; DAVID DAHAN; RICKI COHEN; ELDAR MUALEM; GILAD VOZNIAK; RAVIV MUALEM; EDEN AVISAR; ERAN LALUM; ELDAD KASPI; HADAS HULI; NATY RIMOH; REUT MADAR; ODED ASHOEL; TALI POLAK; RACHEL YOHANNAN; SHELLY KLEINMAN; AVITAL RON HASAN; SERGI BALOV; SHY ATTOUN; ILIA SOKIRANSKIY; MEITAL SINVANI ; MENACHEM FUX; MIRIAM COHEN; ANAT ZALMENSON KOZNITZKOV; FISHEL BERKOVICH; GOLAN AZANI; LUBA LEYBZON; SHILO BEN ABU; YONI MOR; ARTHUR LAYKIN; LIRAZ TAL; TAL FRIDMAN; DANA BIRAN; YISRAEL ROSNER; HILA MAMAN; MEITAL BITON; MORDECHAI KOCHAV; EINAV MARGI; NATAN NAFI; YIGAL KRON; ELI RAZABI; MICHAL LOUZON; GOLAN AHARONOF; ERAN SHALISH; YAEL FAINBLUM; LIPAZ FREIDMAN; NAFTALI HOREV; MAAYAN RATZAM; NATALYA SHEM TOV; JESSICA COHEN; KOBY HOCHMAN; LIRON SHMUEL; BENAYAHU HAVIVIAN; KEREM LANDMAN; SHANI BAGOLA; KEREN SHERRINGTON; BARAK BEN AMI; SHANI BEN DAVID; ITZHAK SHIKURAL; MAXIM NASIMOV; RONI HATU; YACOV MAZUZ; TAMIR PERI; DAVID ZELKIN; ZIV RASKIN; SHMUEL RANELS; DANA ROTHCHILD; ELA LARDO; YAKOV HAHAM; RANEL COHEN; MEITAL FLEISHMAN; YAKOV SKAZI; KG; ORTAL OHANA; ELI ELLOUK; HEZKIEA BAR NATAN; OFRAT BERKOVICH; ILIA KATCNELSON; AMI OZ; RICKI KOREN; SHIMON COHEN; DAVID YERUSHALMI; DINA ASRAS; BEN KIAT; ARIEL EYLON; RACHEL AVITAL; ROMAN MORTOV ; OSHRAT LUTZKI; ISRAEL ABRAMOVICH ; ERAN KRIAF; MAOZ SMADJA; DANIEL TEDGI; LEA BENZINO; ISHAI LEVI ; BEN SHTAYER ; IZHAK BONI; VERED WAISMAN; SHARON MAYO; ALMOG SHMUEL; RACHELA BARBI; AVIV SIDLIK; BARUCH SASSON; GIL KENNY; JULIE LEVI; IGOR KURDADZE; BARAK DAVID; SARA BRIL; KARIN LEVU; AVIAD FIRUZ; YARDEN GABSO; NIR DAVIDOV; NOAM ORBACH; DANY OR; ALEXANDER FABRICANT; KIRIL UNGORIAN; VLASDISLOV YANOVITZKY; MIRI EISENBERG; MATAN LEVY; RONEN DAVID ELMELECH; SIVAN MALOL; ISRAEL WINICKI; TIMNAT SAHAR; ELON YOSEF; SHARON AVISROR; SIGI GOLAN-NECHAMNI; ANA RAHAMIM; BARUCH ZERBILOV; ALON YOSEF; YAIR RUBINOV; RACHEL B; OREN SEGEL; RIMON WEISS; MARVA BAR; KEREN SACHROV; AVI SALMA; VIDAL BRANDS; SHIMON COHEN; TOMER HAREL; YORAM TABOURI; ORTEL SINAI; ALON HAZAN; SHIR ANISIMOV; MICHAEL DORON; GALIT NAIM; VICTOR KALIMI; ERAN RABINOWITZ; ADAM TOT; EVA CHAVI EISENBERG; MORAN BINYAMIN; GUY DANIELI; MAAYAN SHARAVI; GALINE SKOLNIKIV; AVRAHAM ROST; MATISYAHU GREENSPAN; NIR PINHUS; AYALAH GANTZ; RONIT GAL ELGAN; YEHUDA AVITZUR; SHAHAR SHITRIT; DANIEL PHINIAN; JENYA KOGEN; LIAT TZEBRI; ZOHER ABU AGAV; SHALOM COHEN; DANIELLA LERMAN; MEITAL BERENHOLZ; ERAN YEHUDA; ROI BARAK; URIAH BRAYER; IDAN SHOOV; SIVAN ZORACH TZIPNI; EILAN BEN SHOSHAN; NAOMI ROSH; ELLA MAMOL; CARMIT SHARABI-LANDAU; GAL BEN LULU; JULIA MAMCHECH; ROI SEGAL; ERAN RABINOWITZ; SHLOMI HALY; HEINAN ZOHAR; ELIAN HOWITT; CALUDIO BAITER; AVIVA ASULIN; MATAN KRIS; DORIT AMSTER ; AVIV ZIV; HILA COHEN; YANIV JEIBRI; ASSAF CARMI; NUFAR YOREN; SHOSHANA YECHEZKEL; NECHAMI ERENBERG; GUY GOODMAN RENTER; GIL FERDINARO; NIR DIAMONT; MICHELE GRAFSTEIN; HILLEL GOLDBERG; YAEL ALONI; ORTAL HONRSTEIN; MAAYAN SUSAN; CHANIE GOODFRIED; CHAVA AMIT; AMI HAYUN; RAPHAEL GANISH; OKZANA ZRINSKI; LIOR TZURI; IRIS HENGEL; ANAEL SHMIR; ALON SVIYA; MORAN AMAR; SAVID STARMAN; MATAN DOR; HANAN DANIEL; ISRAEL BARDA; YAACOV SHREET; SHIRAN RAJFORD; MIRI KOGMAN; GALI SEGEV; YAACOV TZVI; AMOS FIDLON; YARDEN BEN GIGI; HANNA TEOMA; ELAD TREBALSI; OLGA CRAYMAN; YURI SAFBEK; LILACH MIZRACHI; OSNAT MISHERKI; YISHAYAHU GROSS; BEN ZION PORMAN; DINA TAHAL; NATAN DRORY; NITHIN BAVY THOMAS; REUVEN MAKDOSI; ALONA MADAR; MICHAL GOLOV; VITALY ESTRIN; BETTY OVED; MICHAL LISAK; ELINORE MAGIDISH RAZ; MAZAL BEN LULU; ODELIA BELSI; RAAYA BAR DAVID; GLENN EISENBERG; MEIRA SESONKER; SHMUEL LEVY; HEDVA BERMAN; ADI COHEN; SHAI COHEN; REUT SHEREM; LITAL ZACHARIA; MEIRAV SHAKED; YANA NAGAI KOSOV; VICTORIA ALEXANDROV; DORIT BITON; EHUD HAZAN; RACHELI MAOR; MOTI HADAD; OR SHAMAI; RAZIEL HAJAG; MATAN ATTIAS; YOSSI GIBILI; HAREL SADIA; YOATAN LEVY; MORDECHAI COHEN; AMIR MARTZIANO; SHAON ZAMIR; EDEN ZINO; TZACHI BOKEL; DIMA LOHMOTOV; TAMIR HAMO; OFRAH DAVID; YOSI ARIEL; ADEL WEISS; ELAD BEN YEFET; ISRAEL

PAZ; NINE SUPER; DAVID MENSBACH; SHAHAR AVITAN; JULIA OSTROVSKY; YONDEV STERN; RAMI DAGAN; MATAN TOLDENI; IGOT KONIKOV; YOSEF ROSTON; AVIRAN SADOK; RACHEL ABICUS; EYAL YAFE; MAOR YAACOV COHEN; YEHUDIT TZVI; TAL BEN YOSEF; YANIV MADAR; ARI PARKASH; YAKOV HAYNA; LUZA OLGA; LINOR MOSHE; CHAYA RIVKIN; SHLOMI NAKI; OLEG RABAEV; ARAN ERLICH; LIZ MADHANI; TAMAR ASAYAG; LIEL NAKI; SHAKED EYAL; NEHORAI NAKI; RINAT AFLALO; AVIV TURNER; ALMOG SHAHEDI; EFEN ELIYAHU; YURI MICHITRIAN; BEN GROSS; ROTEM GERSHONI; AVITAL YOMTOVIAN; SHACHAR NAVE; NAAMA HAREL; MEITA ROSTON; SOFIA HAYAT; HEN SASON; REVITAL SOLOMON; INSA BERKGAN; HILA GIZ; EHUD ITZHAK ADANI; MAURICIO COHEN; ADIR COHEN; YAIR ZUR; TZILA VANGUBER; OLGA KARLOV; MATAN COHEN; SHIMRIT HALIMI; TAUFIK ABU SALAH; GEULA KLEIN; EYAL LEVI; LIORA KALINSKI; IRIS LAVI; NOY MALKA SASON; SHIRA EIZLER; NATAN MORDECHAI; OSHRA SROR; ASAF TAL; DORON IZAKOV; KOBI AMRAM; SARA FRIEDMAN; ARIK LEVY; YEHUDA SABINER; KEREN MANN; RUTH LIRAM; OFIR SLIK; SIVAN SLIK; ; MAAYAN GRUNIS; SHIRA ADMONI; SHIMON FHIMA; TALIS SHACHEVITZ; ELIYAHU TEPLOW; MOSHE BAR; CHAYA RAVEH; TZAHI IZHAK; SHULI KARNI; ITZIK MALKIN; ORI GANEM; YURI GENKIN; NETANEL AZRAD; ITAMAR LEVY; SHLOMIT RABI; URI HANIMOV; CHEN BAR DAVID; NISSIM BINO; SVETA DAYAN; ALIZA NUTA; MOTI COHEN; SHIMSHON AMAR; FELIX UMANSKI; NOA KATZ; MERAV AMERILIO; MAZAL SASON; LILY BEN YOSEPH; LINDA MARSHEL; DANIEL AGADI; IDAN LEVI; AVRAHAM BEN SHITRIT; RACHEL HAITZIN; ORI SHTINMITZ; LEA TIMKOVSKI; SHACHAR KADOSH; ETI UZAN; ODED RAITZES; ORIT COHEN; MICHAEL NEMASTIKOV; TAMAR CHESTERMAN; RAPHAEL NORMIE; TAL JARDAN; BORIS YAROVOY; ANAT SHIRA BUHBUT; ANAT SHIRA BUHBUT; EFRAIM ROTTER; MARIA BROITMAN; DORIT SINYOV; DAVID THAEK; IFAT YOSSEF; ORIA KESAR; ITZHAK MECHANI; LIORA MECHANI; ELDAD GINO; ZEEV GREENBERG; MONY COHEN; OMRI LEIBOVICH; YEHONATAN SLIK; ROMAN MAISTER; NIR SHATZ; OFER NIDAM; NOA EDEN HALEVI; YAEL KELMARO; TZVI KANTOR; YAEL KELMARO; NAAMA TEPER; MATANEL SHOMRON; KARMIT REFAEL; ILYA FAYNSHTEIN; YISHAY GREENBERG; ALEX SAIDOV; DROR AMITSUR; ORLY MALKA; RAZIEL NAHARI; MICHAEL DAVIDOV; STELLA MESICKA; YOSEF COHEN; SHIBOLET ROKNIAN; AVI DUEK; GIL KABALA; BENTZI SHECHTER; ROY IDDAN; AVIV ELIYAHU; ADAM PERETZ; TZVI KLAUZNER; YOAV LEVY; ROTAM HANOCH; DANIEL SHAPIRO; AVRAHAM DAHAN; SHAI BEN NU; DANIEL VASSERMAN; MAAYAN GLIK; NETA SOBELMAN; RACHELI MARKOVICH; BAR SHIRI; DANIEL ROFEIM; KFIR BEN MOSHE; SARA AZULAY; ALEX ERGASHOV; YAEL JEZ; TOMER SHTAINER; VLADIMIR VATASHCHUK; LEAH MOTZERI; ; SHLOMO AHARONI; HAIM MEY-RAZ; VERED KLEIN; LIOR BEN YOSEF; TSLIL SABBAH; JEN LEVITT; SAPIR NAGAR; SHIRA DAYAN; TOM BEN SHABAT; REFAEL RUBIN; TZILA BLOY; NAAMA AZULAY; NADAV SHTEIN; BOAZ ZION; AMIT ZIV; SERGEY LOGACHEV; DAN MONSELISE; MAXIM VIGADOFF; SARAH GAIDI; ANAT YAOBOVICH; VARDA MOSHE; OLGA TAKTZENKO; SIPI FARBER; ELI RAHAMIM; AVIVIT COHEN; BARAK MESSINGER; ORI OR; AVICHAI DAMARI; ORI YOSKOVICH; ALMOG ZIMELMAN; OZ ITZHAKI; ALEX YUROV; NILI OHAYUN; BINIMIN GLUSKIN; ETI ALON; EINAV VOCHSBROT; DAVID ORENSHTEIN; MEITAL SARA OHAYOUN; NITZA ZIV; OSHRAT OHAYOUN; LEBAN MOSIASHVILI; OSHER TUPEHI; NITZA ZIV; TAMAR MAMET; RAN COHEN TZEMACH; MICHAEL COHEN; ASAF COHEN; YOSSI GOLDBERG; ALIZA NAAIM; AHLOMIT BLAU; NOA KU; ADI SHUA; EYAL SHLOMI; HERTZEL DAFNA; HAVA LEMPE; YORAM OR; HADAS AMIT; SHMUEL PEREZ; ESTER REICHMAN; CARMIT KAHLON; ITZHAK ROAS; AVRAHAM PERI; YOSSI TOBELI; SHARON ARONINO; KINNERET MARTZAVIAK; DUDU IFRAGAN; YIFAT GREENWALD; MICHAL PICHENUK; YAIR FARKASH; EVA HAYA IFRAH; SHAY MUTZAFI; YASMIN SCHINDLER; AVIRAM ROTEM; ADI DUANIS; DAVID RUASH; DORON OHAYOUN; TAMI KATASH; ALMOG MESHULAM; DENIS PODOVNEI; RAMI BEN SASOM; YEHUDA LEVI; MOSHE SHALOM; MICHAL KUFILOV; DYLAN NOYEK; YIGAL GLAS; LION LEVI; SARIT ROKACH; ARIEL SHOSTEK; EYAL SILBIGER; KINNERET CHERKI; SVETLANA MOSHKOVITZ; ADI NACHUM; MOSHE AVIAR; BATEL SOLOMON; LIVNAT HADIDA; SIVAN HERPAZ; MEITAL GOLDFELD; MICHAEL GREENSTEIN; TZAHI ITZHAK; DINA YONIN; EDDIE GOZIKER; IRENA AGAYEV; ALLA GOZIKER; RONI EVANE; EMIL YAACOV; BEN REGEV; DVDI EZRA ; VICTORIA BENTZIYOV; OREN HADRIAN; YULIA ZELTZER; STAS KATZIR; OREN HADRIAN; AVISHAY BELKER; NOAM COHEN; LIRON HAYUN; JONY SHLMAYEV; MAOR SITBORN; AVRAHAM WAX; NOA PALMOTER; DROR DAHAN; AVRAHAM WAX; SHIRAN OHANA; SHOSHANA ZIV; SHIMRON OHAYON; MORDECHAI ZIV; TREVOR BANNISTER; YOSI GOLAN; URI PIKOVSKI; HAGIT LEVI; ASHER MAIMON; OFEK PERE; ODED PARIZRBAND; YULI MILNER; MEIR BOKOBUZA; MICHAEL

ROZENBERG; DROR BINYAMIN; RACHEL ZUKREL; ADA BAR KOCHVA; NOY SABAN; BENI KALDARON; OHAD SHAHRUR; EESTI AFLALO; EITAN FEDER; AVNER LEV; SOL DEBI; MOSHE ISRAEL; DROR KAPACH; DAFNA AM; ILANA BAR-HAI; AMOS NACHUM; MATI KARMI; STELLA GOLANI; CLODINE MAMAN; AVI METAYEV; ADI WHITE OPOSO; AMIR FARIZ; RAVIT HAUZNER; NATALI IFRAH; HELENA BEN YAACOV; DINA KLEIMAN; VERED LAEL; DEVORA HEISER ; MOSHE SHOHAT; BONNIE SCHMIDT; BONNIE SCHMIDT; YAEL STOLER; OLGA CHEN; AVIEL HAJBI; MISHEL BAR; BEN LEV ARI; TZIONA ATZMON; DANIS KRICHEVSKI; IREN-MARI SHIMER; EYNI GANTZ; LITAL MATITYAHU; OHAD VELNER; DALIT SHARVIT; LIAV SHALOM; DAN KOZAK; DANIEL HERMAN SHMULYAN; ALEX KACH; NAAMA ZALIGER; YEHORMA MARGOLIN; YAFIT SHOVALI; DAVID COHEN; ASI COHEN; OFER LEVI; ALEXANDER BAR; OMRI SARIG; MICHAEL IGAL MAIMON; NIMROD NISSIM; GADIT ZAKEN; MATAN ITZHAK TURGEMAN; IDAN BENUDIS; ORIT BLOCH; LENA LALAYEV; ELAD PASHAREL; ELNATAN HOROVITZ; YAEL RINSKY; ELI ELBAZ; VALERIA PONOMAREVA; HILLIE MOYAL; ADAM SILVIANO; AVICHAY GALON; EINAV ROZANBERG; DUDU SETI; YANA RONEN; HANUTAL NAOR; ASAF ROLNICKI; NAVA TAMIR; NAVA TAMIR; SHIMON SHIMON; NIR MENI; DANIEL DAGAN; STAVIT SHAGAN; NETANEL SERIKOV; DALIA ESSEL; MAURICIO COHEN; MEIR COHEN; RACHEL NADAVI; GENA SHALMIEV; OFIR NAIM; BAR SARAFIAN; CHEN BARKAI; YOOHAI SHITRIT; TALMOR ROZENGRATEN; BATEL COHEN; MAAYAN ZALMANSON; YAEL ELHANUN; BATYA BROYAR; MIRI AVRAHAM; RAFI SWISA; LIAT NACHUM; TOVE AHARONSON; ORIAN PAZ; MATAN TZADOK; SHAY MADMONI; BARAK FARAN; YONI BRISKIN; YOSI ROZEN; VSEVOLOD RABINOVITCH; ODED GRRINFELD; DANIEL GEMBOM; JOYCE MORIBER; DANIEL BROSNAN LEE; STELLA BENSAID ; INGRID LETMAN; AMIT RAHAMIM; ARIEL HALEVI; KEREN POLEG; ITAY BELSBLEG; SHIR ELIMELECH; NOAM WEISMAN; SHIMON ASHTAMKER; YONATAN ELROI; TAMAR RIEMER; SIVAN ASHER; PETER PIETKOVSKI; HAIM BABAJONOV; LEONI AMADI; TOM NOIFELD; YARDEN PINHAS; HADAS SOLOMON; AMIR ZHALKA; ESTER LEVI; GONEN FUX; AMIT WEISBERG; KEREN HOROVITZ; TZIPI FROILECH; LUIS ROZEN; MICHAEL MULLER ; MITCH SOHMER; GALIT KALDERON; AMIT WEISBERG; KEREN HOROWITZ; ZIPI FROELICH; LOUIS ROSEN; MICHAEL MULLER; MITCH SOMMER; GALIT CALDERON; MORAN SHMUELOF; ESTER TZIPKIS; OR COHEN; UZIEL DAVIDI; HEN BEN MOSHE; ODELLE WINNICK; LIAT TAVASHI; LIDA DANDOFF; RIKKI FARHI; RONEN JARUFI; SHIRI TWINA; ANTON YAFENOV; AVITAL EZRA; DEBRA SILVER; RUTH WEISER; AVIGAIL COHEN; YONIT LANKARI; VALDMIR TZIPSTEIN; INBAR PARASH; KOBI BARAK; EFI HARNOY; AYELET AZULAI; AVISHAI VASELZAM; OSNAT NEUBERT; SHAHAR VITUNSKY; MARIA FRANK KAMINETSKY; AMICHAI MOSHE; NAFTALI SADEH; MICHAL TZUKERMAN; ZIVAN FREIDIN; HAIM KUPERSHMIDT; AVIVIT SAGI; ADAM OSKAR; RUTI KEPLER; RIKI ASHKENAZI; LIOR ASHKENAZI; SHAI HOFFMAN; GIDON AYEACH; SARAH FARKASH; TALIAH FUSS; HAREL MENACHEM; DAVID OVADIA; AVIEL MAMAN; ODED YESOD; MENACHEM SHMULEVITZ; SHOSH ROTHBERT; MORAN COHEN; ORIT MICHAELI; AMY SHARON; GOLAN GARBI; SHELI YISRAEL; SABIN HABAZ; ANA VATASHTZUK; NINA AHITUV; ANA VATASHTZUK; LILY HABAZ; ESTER DAVIDI; DAN AHITUV; YAAKOV HABAZ; SHIRA FRIEDENTHAL; NOAM KERCHONSKY; LIMOR RAHAMIM; ROMAN KOSHEVATSKY; MOSHE ATTIAS; MIREL ATTIAS; DIANA KERCHONSKY; REUT DAMARI; LUBA LIBI NIKOLEIB; ADI DALIT MAOZ; SHAI MAGLED; IDAN HAJIAGI; YAAKOV COHEN; YONI LEV ARI; SHIRAN HAI YOSEF; DOVRAT HERSHKOVITS MESAMI; BEN SHARIR; FELIX HODUSH; DROR GANZ; ELIAHU MEDNIK; TAMAR MURKUS; YELENA BAR; ALEXANDER LUMANTZ; SHARON SHUNAN; MEITAL YARDENI; ORLY ZARBAILOV; ANA ROZENTZWEIG; MOSHE RONTSKY; JULIE HASAN; LIAM SALMON; EITAN BERSTEIN; DUDI BEN DAVID; TAHEL VAKNIN; SHAHAR HONIG; JOAN GHITIS; LIRON MAZEL ALKOBI; SHIFRA FEIKIN; GUY CAMRASS; SHLOMI HASSAN; ERAN ORON; VLADMIR GORKER; SHOSH HORDI; MORAD SA'IDA; VADIM DONYAFSKY; LIA LANDS; ADI MOR; OLGA KAGANOVICH; MALI BUTA; HADAS ELIA; RENANA MANTZOUR; NETANEL EZRAN; MIRI TERBALSI; ROTEM HALE; CARMELA COHEN; OLEG SVERDLOV; ALIRAN RAVIV; YITZHAK ERETZ KDOSHA; NOGA SHAHAR; MOSHE SHATZ; SHMULIK HALBRUN; DVORAH RUT WIEDNER; ORLY ELIMOV; ELA BE'ER; RUBI COHEN; DANA SAROUR; YARDEN LAVI; GILAT MATUF; OR OZ; ARIEL NAIM; NATI MISHALI; MARINA PIKULINA; INNA TAGIVEIV; SHANIR HAYOUN; ADAM GOODMAN; MEIR MICHAEL COHEN; NIKOLAI SHABCHOUK; DORON SHALOM; MIKI YITZHAKNI; KINERET DVASH; ; REUT NAKAR; EYAL GLAZER; OSHRIT NAMANI; ALEXANDER DEVOCHABANI; PNINA NAKAR; TAL LAMPERT; MOTI ZAFRANI; YITZHAK LEVI; TZVIKA CASPI; YOSSI PITZACHDAZA; BOSMAT SHAARI; HADAR SUBELMAN; ADI MOIEL; MARGOT PAZ; YEHONATAN DAVID ALAFIA; INBAL SHEMESH; BEN

PERETZ; OFEK RABAN; SIMON RON; SHLOMI BITZIA; LIMOR MISHA; OR ROMANO; GAVRIEL PUR; SHIRAN MICHAELI; OR HAFUTA; ILAN PARNAS; ALEX HASYUK; BARAK BENISTI; LEONARDO FISHMAN; EDEN OHAYON; ROMAN YAZRIV; LIRAN PERETZ; MIMI EDRI; EYAL HADAR; SHIRA SHARON; OLEG KARZ; YOAV SHNEIDERMAN; AKIVA GOLDSTEIN; KATHY NAPPER; YALON LURIA; VLADMIR KOSENKOV; HADAS SAPIR; OFER BORSHTEIN; SHOSHI OZERI; LEVY PINCHASI; KARIN LEMBERG; SHIMON LEVY; AVIAD DAVID; LIAT SHIRA NAGAUKER; DANNA SIAG; YOSSI AHIGEL; TAMIR YECHEZKEL; BARAK MEIR; LIAT BITTON; YANNA NOVOMDESKY; EINAT KEIDAR; ODED HAROUSH; REUT PELED; TALIA ZEEVI BALUKA; DEVORA NACHUM SARIG; MIRIAM KOCHERSKY; PNINA BEERY; NAOR HAZAN; TZVI TAL; YUVAL GAVRIEL; SIVAN HALELI; IZZY SHIRSKY; RIVKA ADMON; REUVEN HADAR; SHOSH TURGEMAN; SHLOMO DEKEL; DROR COHEN; TALIA GERBER; LAVI BEN SHIMOL; KFIR ELMALIACH; HAIM YOSEF ANKVA; IDAN YAAKOVOVITCH; OR MIZRACHI; MARINA LOMKO; YELENA BOGDANOV; LIAT MENASHE; MAGGIE GABBAI; JOHN M. ROCHA; TAL MIONI; IGOR POSTANIKOV; AVI SHAHINO; MOSHE COHEN; MICKY HIRSCH; AVI BRUDNO; NIR HOZE; ELIAHU RON; NAAMA GLAUBER; SHMUEL AMINOV; IGOR PEKER; DANY MELASA; SHAKED COHEN; HADAS PLODA; GILA ELHANANI; REVITAL SHRENKEL; LEVI JACKSON; SHAI KARSIKOV; ASSAF MENASHE; REUVEN BEN DAVID; YITZHAK BABILA; MATAN HOROVITZ; JANICE SNAVELY; DEVORA FEUER; JUDY BERSENIKOV; SHAULI AHARONI; OSNAT HAMAMI; BAR VINKUR; MARSHALL SCHWARTZ; YISHAI HEZI; NACHUM LICHTIK; ELI NOY; DALE HALELI; MASHA DODAZINA; MICHAEL CHABABO; ELLA BERNETT; LIRON TAPIRU; MEIR DAHAN; GALIT KRAIEM; ZIV MORDECHAI; LIRI CARCAMO; RONNI FRIEDMAN; ROTEM LEV; OMRI ZIK; YELENA LISOVSKY; LITAL SHNAIDER; SHALOM KALFA; AVI HALIVA; GAL SHAPIR; EVA YALOUZ; ZEEV BEN NAHUM; TZACH MALOUL; RACHEL SHLOMO; YIFTACH RICHTER; YIGAL NOACH; MAYA STEIN; ANAT GRANOT-LUZON; YOAV MALICHI; ROMAN RASHKOVAN; NATAN BLECHMAN; ELI LEIZGOLD; ASAF IDAN; DANIEL PERETZ; YAROUSLEV HULAIBEKO; SHMUEL DOUEK; YAGUR YAGUDAEV; YAKIR DAVID CHAI; TZIPI GREENSTEIN; MERAV HATUKA; RAM OFEK; OMRI GREENBERG; SHMUEL DADON; DANIEL LITVIN; YISRAEL KAUFMAN; GEORGY BUKKI; RANI ZALMANOV; DINA WESPISER; ZOHAR SOUISA; ORLY HASSID; HAVI BETZALELI; YISRAEL KEHAT; SHANI KORMAN; CHAIM PANETH; CHANA ADIKA; JAMES KEITH; RAVIYA SANANAS; YIGAL YERUSLAVSKY; ESTHER SHPITELNICK; ALEX BARRON; ARIEL BARASHI; OMER OTHMI; ASIA RABAN; AVIRAM TZABARI; MORIAH MASSOURI; TALMOR KEIDAR; RIVKA ALFASSI; SHACHAR-SHOKO SASUSHVILI; TIRZA GERBI; OFER BETZALELI; YARDEN ZAHAV; DEVORA SHIMRON; RAN ZADA; HILLEL SHATZ; CARMI WEISSMAN; YAEL BERKOVITZ; ANNA MICHAELI; DAVID HIRSHMAN; MIKI ZECHARIA; LISA GOTLIEB; REUT HALELI; AMOS TCHAIKOVSKY; GAVRIEL ARIEL; SHNEUR DOCH; CHEN COHEN; AVIRAM SALMON; RACHEL REUVENI; ASSAF AMZALEG; BRACHA DAUM REITER; OSNAT SHITRIT; MEIRAV ANGEL; FONBANK PIROSKA; BORIS SEREBRO; ARNOLD VARGA; MARGALIT VASLAZEM; SHLOMIT AVNAIM; BORIS RACKMAN; LIRON HAJAJ; TANA OTTILIA; ELINOR BAR-ON; BAR AVRAHAM; NERIA ELIAHU; OFIR MERI; NADA TVITO; ORIT MOLAN; ESTER WHITE; MEIRAV BOSHI; MICHAEL SHUHAREV; GILI DOMANI; ORI MAZA; DOR YADIN; SHAI OSHRI; RACHELI ZINNI; LILACH ADAM; VADIM MENUHIN; AVICHAI AA; BEN ZION SKLAR; AVIV GABBAI; TOPAZ SHACHAR ORBACH; NOAM HASSAN; ITAMAR ELISHA; KOBI JERSEY; ARTHUR ILAYEV; ARIEL GROSS; OREN SHITRIT; DAVID SHLOMO PAS; BOAZ BENITA; RACHEL ARGY; ITAI AHARON; NIRIT YAAKOV COHEN; YAAKOV DUBOVICK; MALKA KALIFA; ADIA VIDEL; YAEL LOCKERMAN; MOSHE GOLAN; REFAEL KATAN; DANIEL ZAVADIA; AVIHU GOLDBERG; TZIONA JERSEY; CHEN AVNY; KORIN SELA GIL; ELAD GIL; REVITAL HAIMOVA; ADINA BEN SHIMON; LIAT LEVY; BARAK ELAD; MICHAEL EITAN; FRANCOIS KAPLAN; KOBI MURKIN; ROY MORGAS; ALON TZIN; MOR HAYUT; SHAULI AHARONI; MAGGIE DAVIDI; TALI SALEM; HANNA ANTMAN; NAVA SHLOMI; HAVA RIVEL; MICHAEL L.; SHOSHI SPITZER; YONATAN RESHEF; MIRTA ESNITZKYR; AKOS ROMHANYI; YAKIR AMAROSI; AMIEL POTHORTZER; DMITRY TARAN; EREZ SHIMON; JACOB MUND; SONIA POSS; MORDECHAI POSS; ISRAEL MOSESON; MENASHE EDRI; BAT-SHEVA MOR SEGRON; ENI ZEHAVI; DAVID ZIZOV; RACHEL GORDON; HILA MARSIANO; MORDECHAI MATUDI; MAZAL LILACH GAUI; YAFFA HALEVI; SARA DAVIS; YUCAL GOLAN; MARKO BUCHBUT; AVIV MANA; AVICHAI LEVI; SARA ALTER; SHNIR BANAI; GAVRIEL COHEN; YAEL ITACH; SHANI RE'EM; ILIA BUNIN; OMER OVADIA; OFER OVADIA; ELIAHU NISSIM; SHLOMI MENACHEM; MARI LIN; ORI OVADIA; NISSIM SHIMONI; TAMIR DAFFAN; GALIA RACHEL WOLF; SHLOMI COHEN; HOD BUZORGI; SIRLI SARID; NOFER NISSIM; URI HIRSCH; EFRAT ZARBIV; LEE PALMERI; AMIT LEVI; LILACH EDELBERG; YAAKOV SAPIR; HAVA ANGEL; REUVEN WEISSBLACH; MORAN BITTON; YITZHAK BEN SHITRIT;

Rider A page 50

LIOR HIKERI; SAM MENDES; AVIV COHEN; YAAKOV LEVI; OREL TWITTO; NOAM SHAMAI; SHACHAR FINKELSTEIN; SHAI SHEM TOV; ELROI SHUKRUN; SUSAN FISCHER; SIMI BEN SHITRIT; SARA COHEN; KONSTANTIN CHERNITSKY; AVI YISHAI; AMIR SHANI; DAVID SEGAL; SHOVAL BEN ARI; ROMAN BAKMAN; EINAT COHEN; AMIT ILLOUZ; GUY ZANDANI; SARA HECHT; ELINOR ABU; BATEL KARKO; RICA EMERGUI; MOR MANOR; ROTEM HADAD; YAAKOV ZIRI; ILANIT AROUSSI; MAOR BETZALEL; YANIV LAHAV; BOAZ ZANDANI; YOSSI SHACHAR EDOT; CHAIM YEHUDA; CHANNA PERETZ; REVITAL MIZRACHI; ROI EYAL; RACHELI MANZALI; MICHAEL KOSHILVITZ; SIGAL ABECASIS; RUT MIRBIS; MIRIAM SHOEV; DANIEL FRIEDMAN; AHRON ABRAMOV; BARUCH DERI; DANA KOSHILVITZ; AMIR YOGEL; MARK GIGUZIN; NIMROD TIDHAR; SHANI BAGDADI AHARON; YULI GROSSBAUM; CHEN CHAZAN; AVICHAI MEIRI; ELIEZER KAPUL; DANIEL LEIBOVITZ; MONIK ELIAS; HADAYA SHILO PEREL; LILACH LEVI; AVRAHAM YAAKOV; SHACHAF BISSBERG; NIR DUEK; MANYA LAKIN; LIAT LAVIAN; BINYAMIN ADLER BERKE; SUSAN JANTOFT; EDITH NAAMAN; SCOTT ALTER; OMER OHANA; NAOR DERI; LIOR BETZALELI; ANITA PLETT; YOCHANAN ESHTAI; AVI TZABARI; CHEN SPECTOR; ITAI YONATAN; MIKE UK.; DAVID YANON; KALMAN BERGER; CHAYA BAS; ASSAF BUCHNIK; ELDAD HAZIZA; NETANEL JABELI; TIRZA GAVRA; SHALOM AMAR; IRIT SHEAL; IDAN YITZHAK; VIVIANE TORDJMAN; GILI EHUD FRANKEL; BAR SHNEIBERG; MAI KRITORO; ASTRIA HENER; CHANNA MEIR; ROMAN BENGAIEV; ZIVA YOSEFOVITZ; HILA SABBAG; CLAUDINE TUIL; MOSHE HAKAKIAN; YONI EZER; SHARONA AZATI; SHMUEL DACHLIKA; ZALMAN ABRAMOV; ANAT LEVI; SHIMON BEN-ARUSH; ROI RATZAVI; MALKA NOACH; TAMAR KALDERON; ORIT GRBER; ITZIK MALACHI; GUY KOGEN; AVIRAM TZAFARI; VERED NOREL; SHLOMI COHEN; VIKTOR KAVASHNIKOV; SHAKED TENENBOIM; SHAI MITERANI; DAN ASWID; SAGI ALOUSH; ELAD MIZRACHI; NADIA FEILER; YOSEF GOLDSCHMIDT; MOTTI VAKNIN; MEIRAV BEN NUN; VLADMIR FRUCHTMAN; YEHONATAN ROI HASSAN; MORAN OCHAYON; LORNA LUGASSI; JULIE SADAN; ELI SARID; SARA ROSLER; EITAN ZUSSMAN; LIVNAT RATSABI; TEHILA YUNESI; DINORAH BRANDWAIN; ELISHEVA SHABO; OR GAMLIEL; LEONID GROSSMAN; MICHAL COHEN; MICHAEL RUBINOV; NACHUM ILANA BAT SHEVA; RONI BAR; YINUN ELIA PERETZ; AYELET DAVID; INBAR GARGI; BINYAMIN STERN; LINDA TAL; ERNEST KOSOLOV; SARIT NISSIM; YOSSEF HIRSH; YEHUDIT ICHLER; RACHEL LEWIN; NOYA TZURI SHADAI; RAFAEL ELBAZ; RAMI TZION; ANETTE TAL; AMIR TZUKER; TEHILA OHAYON; OMRI HANON; NADAV HASSAN; KLILA ATRAKTCHI; ELIAV ARIELI; KOBI NISSAN; ASSAF BEN GAD; URI COHEN; LITAL HAKAK; ITZIK ALTARATZ; SHLOMI MALOUL; YARIN MALICHI; YAEL L.; SANDY MARCHAND; OSHRIT ZINO; ZIV VASILISKY; YOSSI SAADON; TAMAR KARIN DAUS; SAAR SHARABI; YEHUDIT TAL; RAZ FADIDA; NITSAN HARRIS; OFIR COHEN; ASSAF NAAMAN; MOSHE DERI; HANNAH EISNER; SHIRA DODAZON; SHMUEL LISTER; ROMAN PORTER; MALI JAN; VIKTORIA GUINNES; GILI DAYAN; NIR MUALLEM; ERAN BANES; DUDU AVRAHAM; INBAL ALUSH LUTZATO; PAVEL FISHMAN; PRIYA DOWA; SHIRAN RODENBURG; RICKA ACKER; NIV MEDAN; SHIRAZ BAR YOCHAI; DAN SHAPIRA; EITAN YARKONI; EFRAT POLER; SAGIT ROSHENRUZ; ANNA PERSKY; SHAUL SUTON; EMIL CASTIEL; ITAMAR BITTON; MEIRAV SHAMIR; DROR MOR; SHAUL COHEN; SHACHAR REUVEN; GAL GREENBERG; SHLOMI MALKA; VIOLET SAROSI; MAOR YISRAELI; MICHAEL BEN ZEV; RAZ BELISOVSKY; KEREN OVADIA; AVSHALOM LEVY; HISKO ALIGOLSHOLI; YONI ARIEH; REUVEN NAIM; LIAT KATZAV; NATHANEL SULIMANOV; SHAULI SHARER; HADI ABU TRIF; MORIS TZUR; SHULA YOM TOV; EINAT BERKMAN; OZER ZIVA; MARINA YOSEFOV; YANIV NOKED; ORNA AMRANI; GILIT NURIEL; DMITRY KISEIB; HAI SAADA; EVA KOPLOWITZ; ORLY FREINTA; INBAR GOLDBACH; YIFAT HAZIZA; MICHAL ZOHAR; ITAI MESHORER; SAPIR OZERI; NISSIM BAR GIL; TALI COHEN; ILAN TZEMACH; DINA STERLING; NOA LEVY; CHANA ROZENFELDER; MEIRA TZVI; DEKEL SHITRIT; CHANA ROZENFELDER; ILANA SHULMAN; EFRAT KLEIN; NIR SFARAD; AHINOAM GROSSMAN; DAVID FEDER; MEIRAV MENASHEROV; EREZ MENASHEROV; RACHEL LESHEM; SHAI ZEDA; OR HAZAN; ALINA ROITMAN; ORI AVRAHAMOV; INA YISHAI; ELI VANUNU; ORAT BASH; GREGORY BIALIK; LIAT MOIEL; YIGAL GEUZMAN; MEITAL ROZENTAL; YOAV B.; SHAHAR FRIEDMAN; MOR PINCHAS; NATAN SHTIBELMAN; MICKY AMIR; HELI LEVY; P. MICHELE ARONSON; ALONA ROMANO; LEVY KOBI; DAVID YOSEF; IDIT ROZENTAL; ERAN GAL; ARIEL BENGEIV; EREZ SHABO; HANA DUEK; MATAN SHEMER; CFIR EREL HATMER; GILAD SENDLER; EFRAT SHUKRUN; SALI BEN HAMO; DIKLA MESIKA; ASSA TIROSH; DANIEL DAY; DANIEL SIGLOV; YANIV SHAVTOV; BATSHEVA GELBTOCH; AVI TSHUVA; NOAM GABBAI; NATAN EZRAN; MEIRA MARCUS; DAVID SILTON; JANA SAMRIN; DUDI BETSH; PAVEL YUFA; BAR REUVEN; HILA RAHAMIM; ADI HARPAZ; LIVNAT LIZNI; SHLOMIT GINZBURG FILA; MAOR YEMINECH; ODED

ZEHAVI; ASSAF FILA; TEHILA KASTORIANO; MICHAEL BIALI; HAIM COHEN; AMIT ASULIN; BEN SHERLO; OFER ZENATI; ARIEL LEVIN; AMIR SHWARTZ; OREN ASHER; ESTER GIDON; ILAN SHOCHET; SIMCHA VARDI; TOMER NUNI; MAZAL DAHAN; DANIEL KALFON; RON BESSLER; SHLOMO BEN KESOUS; ALEXEI SIMONIN; MALKA ASOULIN; ISRAEL AMIR; MARIA MIKAILIAN; MATAN AMROUSI; NOAM HALAMISH; ARIEL BERGER; HELENA WOLF; REUVEN MORIEL; HADAS ZAFRANI; ADI AVRAHAM; SHMUEL SHLIMO; HAREL ASFAO; LIORA SHURKI-TAMIR; LEAH MAROKO; ELAH GREENBAND; SAGI GIVOL; MAAYAN SHAKED; YISSOR SHAHAR; ANAT FINKELSTEIN; AMOS COHEN; REGINA BENATAR; SHIKMA LEGVAS; ORNAT HASHALOM; ALAN BECHAR; ELI ELGAIV; RABBI CLAIRE GINSBURG GOLDSTEIN; AVRAHAM SANDEK; HADAS NEUMAN; ESTER BINYAMINI; DENIS NIKANDROV; TOMER ZER KAVOD; DAVID MESHULEMI; SHARON DOROT; YISRAEL KAHANOV; AVI AMINOV; ANGELA NACHUM; MICHAEL RAM; KEREN TZVEIG; MAOR AMZALEG; RAMI RAHAMIM LEVY; NATI TUVIAN; ARIEL SALOMON; JESUS ESPANA; YAMIT ATSMON; SHAILESH PATEL; SIGAL NEHAMKIN; DORIN DVASH; NIV SCHWARTZ; ALEXANDER FELDHUHN; DAN BLIQUE; NETANEL CHATAV; MAAYAN RASIN; IDO JOSEF; HILA CHALIVA; BARUCH CHAIMOV; OFEK KAPUA; MICHAL CHASIDI; NIV ABUTBUL; SIGAL BEN HAMO; OSHRAT BACHAR; NISSIM HILLEL; EINAT PARSHAN; RACHEL FRENKEL; ERAN KOPEL; AVRAHAM ELIA; ELIDOR NINI; YITZCHAK GERSHON; SHARON ASHER; AYELET KAMM; AMIT ADANI; DANIEL SAAR; KIA MOLDACH; NIR BRAUN; RIMONA GAL; KESEM HEMO; ALON VASKAR; TSIYONA VASKAR; MARINA POVOLOTZKI; NOAM DORON; KAREN SYLVAN; EYAL NAMER; MIRIT EDREY; ALMOG LEVI; OSHER CHAVIV; MEYRAV ADLER; EFRAT CHABANI; LITAL HILLEL; KARIN MIZRACHI; MATAN ELIAHU SHULTZ; KLAIR AZULAI; DANA EVRON; ZEHORIT HOVAV; SHALOM NAIM; HEN OHANA; LIMOR REUVEN ATIAS; DOLFI PERL; DAVID MALKA; MICHAEL DABUSH; RAANAN HAREL; AVITAL SHIFMAN; AMI ISRAEL PENKER; TOMER MONFRED; AVRAHAM ORBACH; NAJI RUBENI; MAYA COHEN; IDAN CHEFETZ; DANA MARY; SAMION BIK; DANIEL SOKOLOV; YAKOV SPIRA; YOSSI AZULAY; SAAR SADE; MIRA KAPLAN; CAMILLO DOBRONYI; DIN HAZAN; ERAN SHARABI; ANAN SHAHIN ; PATRICIA RICKY PEARL; IRIT AVITAL; ESTER SPITKOVSKI; YORAM ALBILIA; SHACHAR OR; DROR ROMEM; NAAMA KIMHI; ZEHAVIT COHEN; ELIOR LEVI; GAL HALEVI; OSHER DUKERKER; SHLOMO MOLLER; LITAL SHARON; HADAR CHARLAP; KOSTA MONASTIRSKIY; MAYA BARUCH; DANIEL AMIT; AVIRAM MEKAITEN; ALEN SHULMAN; ADI NIMNI; URI MILLER; LIRAZ WOLF; HELENY DAGAN; DOTAN COHEN; EFRAIM IVGI; YANA STEINER; SHIR MELODY; GAL AMIRA; MENACHEM MENDEL LINDMAN; YOSSI MOTIEY; TOM NIKITIN; TSILA DUDISKO; GUY CHEN; AMIT MOKOTOV; AGAM COHEN; YOSSI WEITZMAN; NETANEL MEIDANI; CHEN AMOS ASHKENAZI ; MORAN SHVARTSBERG; BATEL HAJBI; KEN JACK; ANAT AZULAY; BIJAN SIMHAI; MATTHEW BLACKMAN; YAEL YOSSEF; SHARON POLAT; NAOR ASHKENAZI; DANIEL VAAKNIN; REUT RUBINSHTEIN; IDAN COHEN; DANIEL IKAN; RAMI HAJAJ; ZOHAR HAIM; IDO YUNGER; MOR SHLEZINGER; DOTAN TESHUVA; BAT SHEVA TAL; DAFNA RON; MATI MADHAT GANEM; SHOHAM ELNATAN ELI; RONI CHEN; SOFIA KUSHNIROVICH; CHEN CALFON; YAKOV TARAFA; NAOR ATSITS; DINA FRISH; DIKLA VAZANA; EREZ SHAK; ILONA VORS RODMAN; IDO TAL; MICHAEL SOD; YUVAL IDAN; ADI INON; MARGARITA WALTON; DORON GUR; YOSSI TEVET; AYA CHALABI; BARUCH CHAZON; YOSSEF ZAKIN; CHANOCH MOSHE; ELAD SHLOMO VARDI; AVI MIZRACHI; EFRAT VALENSI; NATALY BUCHBUT; SHOSHY LEVY; INNA AYOLLO; MICHAL AHARONOVICH; RONI NADLER; ANNA SHUSTER; SHAI LEVI; OSHRI MINYAN; YAAKOV RIMOK; ELIAV LEVI; DANA BIRAN; SIMA BANITA; MATI BASHAN; AMIK VISHNIWITZKI; MALI BEN HUR; RONIT ARBEL; SHACHAR DAVID ISRAEL; MALACHI SHOR; RACHEL SASONOV; YAEL TAMIR; YAARA FUCS; ELIANA BUZAGLO; JEK BINI; IFTAH ANTLER; MORAN BARANES; CHRIS POLI; ZIV EREZ; RACHELI NATSOVICH; RACHEL YOMTOV; VERED MIZRACHI; ORNIT LEVI; SHEFI SIMHON; RAM CHEN; DOLEV VACSBRUT; OSKAR LUBLIN; IRIS KAPLAN; ITAMAR COHEN; MENACHEM SHOCHAT; YANIV ATIAS; LENA KRUPNIK; SHLOMI DAABUL; REUVEN YOSSEF HACOHEN; GILEAD LOMBROSO; AVITAL COHEN; BINYAMIN VIZEL; SHIRA GERGI; LEV EVELIN; YOSEF SMADJA; ILAN POLLAK; YEHUDA AMOYAL; ADIR MIZRACHI; INNA VALDMAN; RAPHAEL LIVNEH; LEO SINGER; AVICHAI OREN; SARA MOLDOVAN; GILAD NAORI; AHARON HOFFNER; LIRON EDELSTEIN; TOM EDELSTEIN; CHANI YECHIEL; LIRAZ SHMUELI; ELI LALUSH; MIRIAM BERTLER; NOA COHEN; NAAMA MADMON; HAIM SHEMESH; NURIT DAVID; SHIRLEY SHAAR; REVITAL LAVI; DAVID ABZIZ; SHLOMI SIMAN TOV; SHIRA SABRI; HAGIT DAVIDIAN; TAMAR GAL; MENACHEM LEV; KEREN ELMALIACH; SARI BARON; ISRAEL SHIRI; OSHRAT ABIKASIS; DANIT MALKA; YITSCHAK SHABATOV; STEFANY MULAI; ZEHAVA PINTO; MAOZ HIBA; LIBI ABADI; YOSI LEVI; ROTEM LEVI;

DALIA HAZAN; GAL NAIM; AVI TURJEMAN; MALKA BINHAKER; MOSHE LEVI; EFRAT EITAN; NITAI ZAGURI; DANIEL HEN; HILLA ASAYAG; SHIRA RAZ; HODAYA GERSHON; ELAD PERETS; HAIM BABAJNOV; TAIR PERETS; LINOI LUGASI; YOSEF AHARON; AVI ABAKSIS; ROTEM SEGAL; SVETLANA LISHITZ; GALIA BEN ARI; NETA SARIZADA; REUT GABAI; DEKEL BARZILAI; AVISHAG BITON; RONEN SUGVAKER; ADRIEL DAVID ERLICH; BORIS MORDOCHOVICH; YOSSI SARUSI; ORI EZRA; TAL YAISH; YOSEF YITSCHAK ILUZ; DAVID COHEN; YAEL ZARBIV; ANTON BOLTOV; YAIR BELAISH; CHEN AZUBEL; EVYATAR MADARI; LEAH SAND; EMMA GUTMAN; BEN ELKAYAM; EFRAT MICHAEL; SAPIR COHEN; YOSSI LEIBOWICH; YARON NAHARI; NETANEL ANTEBI; LIDOR GIBLY; DAVID BITAN; ROM YONANI; MICHAEL VEINTRAUB; ARIEL ALON; TAMIR YARDEN; CHAYA BATYA COHEN; YIFTACH NATIV; DORIT ISRAELSKI; YONA LEVIN; AVRAHAM LIBERMAN; BRONISLAV FALFA; HAGAI SWED; BETSALEL COHEN; OHAD KIMCHI; MENACHEM COHEN; DAVID IVGI; MALKA PARTUSH; TZACHI SAAD; YOSSEF NAFUSSI; RIVKA COHEN; RIKI REUVEN; ETI BEN HAMO; MEIR ARAD; CHAI SHIMON; ALON ANTOSHVINSKI; FELIX KOROV; HADASS MIZRACHI; AVIRAM TESLPAPH; ISRAEL DONAT; IDO TIRAM; RONEN TSROR; ALEGRIA SABAG; AVIAD MALICHI; SIMOR DINER; CHANANI LADEL; TAMIR KALANGEL; AVIEL COHEN; DANIEL GUR; YUVAL HANINA; AVITAL ABERGEL BEN DAVID; ORA YEHUSHUA; SADEAK AWEEDA; REFAEL ATIA; BAT CHEN BUDNIATSKI; PAZ REICH; KOBI REVIVI; ROI TWIK; RITA HALMAR; MICHAL CHASON; MOSHE LEIBOWITZ; ALMOG SAADA; SHARON PAPKIN; YANIV PTIA; AVIVA SHARBAT; AVI SHUA; MICHAEL SHMELIKSHVILI; BARAK MICHAELI; MICHAEL ASSRAF; HANA SHAHAF; ELA MOSKOVICH; AVIV SOLOMON; MAXIM HONIN; SHAUL FINKEL; ANNE GOREN; ANTON ADIR NISSAN RATNER; SAPIR NISSAN; OMRI NAVON; GIL KOL EL; ARIE DINER; AMIT MESSIKA; DAVID ZECHARIA; ANAT TOLEDO; INNA PUCHLIK; AMIR LEV; BINYANMIN COHEN; MENASHE KATSAV; ITAI GELLER; TEHILA IVGI; NISSIM LEVI; REUT TUBY; DANIEL KANDEL; REUT SADAN; RAMI AVRAHAMI; ANYA KAVANOVSKI; DAVID LAINI; OSHER GAZ; INNA BERGMAN; AYELET OHANA; SHIRAN TOREN; AVNER SKORZA; ROY ASUDI; TOMER BAKSHI; ANNA GAADI; YOHAD BUBLIL; ELIRAN KELLY; YEHUDA ELHIANI; NIR BEN YISHAI; MICHAL GROSS; OREL BEN TOV; KEREN ELHIANI; LEON KASHPABA; CHAGAI CHADAD; YEHOSHUA BINYAMIN; ELYASAF CHASAN; ESTER DADON; ILANA HARACH; ITAMAR PENDLER; GIDON RACHAMIM; DMITRY GROISMAN; SHLOMO LACHYANI; GUY NAHARI; MORAN AVRAHAM; MORAN AVRAHAM; ZION ZACAI; GUY PORTAL; LIRON ZILBERMAN; HANNA PERETZ; OFER RAMATI; ORTAL MEIDANI; DAN DOR; SHLOMO AMAR; KORAL SHOVAT; TOM BODNIATZKI; MICHAL GOLDBLAT; IDO KLINGBERGER; IDAN GEZ; YEHUDA ELMUZLINOS; CHINANIT YOSEFI; AHARON PELEG; DINA ITACH; AYALA TSADIK; DINA ITACH; AVITAL AGIV; NETANEL LUGASI; RIVKA KOMASH; NETA COHEN; OMRI LENDLER; YUVAL KRONMAN; RIVKA KOMASH; NOFAR ZOHAR; ESTY VILENSKI; OMRI BANAI; MEIR ABUTBUL; GEORGI WEINBLAT; SHIMON TSEMACH; RAN MIRON; ANDY HENIK; CHAVA MENASHE; SHAHAR ORIAN; DANIEL TWIG; MORAN PAZ COHEN; IRIS GOLDBERG; NATALI ZIV; OMER LANDOY; SHLOMO DOR; MEIR TWIZER; EMMY SARUSY; YAEL SANDER; SHANI MARTSIANO; GIL YANNAI; MOTI KALMAR; LITAL BITON; ISRAEL ROKSANA; GALI DORAN; ORI TAL SONDHEIMER; INBAL JAKOBOWITZ; TAM COHEN; ELI ATAR; YAEL CALEF; AVRAHAM ARIE JOVANI; DVORA ABIR; OMER LIVNI; ABBIE APPLESTEIN; CHANAN MEIR; CHAIM LACHMI; ARIE LICHI; IRINA YUZFOVICH; GALIT COCHAVI; YOTAM ATIA; ALON BAR; TALI BAR; ZVI LAMPERT; LIOR GOLDSTEIN; OR GOZLAN; ALINA F.; ROI MORDECHAI; NEOMI ESHET; TSIONIT SAHARAI; BEN COHEN; KEREN OR ITKIN; ARIE GOURI; YAIR SHKOLNIK; PNINA EISENMAN; SHLOMO ASHTAMKER; CARMI COHEN; SIMCHA BEN MAAS; TZION BUZNACH; URI WILHELM; CHAIM CUZCHUK; LIEL NEVO SHUSHAN; ODED MOR; OREN COHEN; YEHONATAN LEVI; YOAV NEVO; DAVID DAGAN; TZIONA KASTAGON ; OVADIA LEVI; MEIR EDRI; GAL GAWI; EITAN RAHAT; ELINOR BAR ON; LIA RACHEL CHAYUN; IDO CHADA; TAL COHEN; MORIA MICHAELY; MOSHE TANJI; JENI BERDICHEVSKI; SARA SHEMESH; MOTI ZAKEN; TZIRA WASERMAN; SHAHAF SIMON; AVI MORE YOSSEF; AHARON KROITVIRT; ELCHANAN PERLMUTER; SAGI VILOZNI; GOEL ISRAELI; EYAL SHMUELEVICH; ELIRAN LAGZIEL; CHAVA FADLON; ITZIK VEISMAN; YOSSI TAHARANI; BOAZ CHALWANI; MOSHE BANITA; OSNAT RABI; BINYANMIN BACHAR; URIEL BITON; DAVID MEIR SHPREI; SARA PEREL; YUVAL WILK; SASON BEN YEHUDA; MOSHE MATZA; MATAN ROZEN; LAHAV EICHLER; KALIA NATAN; SEFI BARUCH; DALIA SHOVAL-SHAKED; YONATAN ALMOG; GALIT MARCALIT; ESTI BITON; YAAKOV FERMAN; ISSER GRODBERG; TAL MIZRACHI; GUY WOLFIN; DAVID POLAEL; MAYA LACHMAN; TOMER BROK; AMITAI SHOCHAT; TSVI WIDAWSKI; SHMUEL INDESHAU; AVIEL LEVI; AVI YUSTMAN; GALON ORZACH; MAAYAN HILLEL; HANA RICHLAND; AVRAHAM BIDGLIN; ADI

MISHLI; ADI MISHLI; LUBA ILFELD; YOSEF BASAD; RACHELA OVADIA; TEHILA NAOR; DVIR NAOR; REFAEL ELIRAN BEN HAMO; ADAM SHAPELL; ORTAL EIZENSTEIN; ASIF SHEMESH; DAVID ZHUORI; HADASS MARCUS; MEIR GLICSBERG; ESTER GURI; GABRIELA TSCHERNIAK; OSHRI MANSHIROV; EHUD PELED; IZABELLA SHULMAN; YEHUDIT BEN AMI; YEHUDIT BEN AMI; SHACHAR LIRAN-CHANAN; GADI HATAV; YEELA BRINER; DORON BROWN; BAT EL MITRANI; SHARON YOSSEF; RINA RO; RONEN KROYTNER; MICHAEL ABRAMOV; YITSCHAK RAIVIT; ELIAHU RAVID; JONATAN HARATI; ROI KATSIR; ASSAF MEIRON; AVRAHAM EDRI; ANTON MEIDANOV; YOSI SHOLET; AYALA WEISER; DVIR MAATUF; YONATAN BEN ATAR; ITAI SHAMIR; CHEN SHAMIR; SHMUEL KRESTANI; JAMAL ABU ALKEAN; AVI SIONOV; HANAN ALFASI; ELIA DAVID; ADAM FRANTZ; DANI ZIV ; AMOS CHADAD; DANIEL MASLOV; YONATAN LANIADO; HADAR COHEN; OMER SAAT; SIVAN ROBAS; DAVID TANJI; MICHAL DABAS; SHANI ALGRABLI; AMIR MADJAR; TAL HASHUV; DOR OHAYON; MAY YAIR; NAAMA DAHAN; ISRAEL ABRAMOVICH; RONEN PAPO; ALLAN GRANT; NISSIM NECHUSHTAI; SARA KARNI; LILACH AVRAMOVICH; OMRI ZUARETS; ANNAEL TOLEDANO; SAMUEL ELHAIK; AVICHAIL BENJAMIN; HADAS VARONA; MICHAL SHPUND CASPI; OMER COHEN; YAIR PICHASI; AMIEL DAHAN; ORI SAAR; MIEL GUTMAN; AVI SHNEIDER; BAT CHEN ALUK; DANIEL AVRAM; MIEL GUTMAN; HAGAR OR RINGEL MAMAN; MATAN DARVISH; SARA BARTOV; YITSCHAK KABESA; ERAN KRAS; DINA PRESS; DAR LEVI; DAFNA OFER; RONIT YEHUDA; ALEX AVRAMOVICH; GAL BAR ZACAI; REFAEL HEN; MEIRAV EMERY SHARVIT; ZVI EIZIK; CHEN BINENBIM; HAIM KLATSKIN; CHEN BINENBIM; ADI SOFER; CHEN DANIEL; SAGI DAHAN; ANTAL DOLA; HAIM KLATSKIN; NADIA SHMARTOV; OMRI RICHMOND; HAIM KLATSKIN; MORAN SHMUELI; IDO ZEEVI; HANA REUVENI; CHANA STEMBLER; SHAY BRANTZ; SANDRA BEN NEVAT; SHENHAV ATIA; ALEXANDER ZAKHAROV; LIAT TAL; LIOR LILACH; MORAN KUBA; OFIR GEULA; IGOR RUCHYEVSKI; BETI ATIA; GAL HADAR; OFIR GEULA; AHARON ROTENBERG; REFAEL OSIFOV; ALISA KAPLAN; LINN YEFFET; EITAN KERZNER; LIOR OUZANA; TSACH BEN HAMO; YANIV TURJEMAN; LITAL SHEMESH; LIHEN HARATZ; ELDAN MAHRAZ; NITZAN MOYAL; SHACHAR COHEN; INON DAHAN; MOR ISRAEL; ELAD WIDLANSKI; MOSHE HAIM; AMIT EDRI; MOR ISRAEL; SHIMON ELKIN; YAKIV GOORY; HADAS ELMASI; KAMI GACHTAN; ESTER SEGAL; MORAN KAMM; ELRON ZABATNI; MATAN ELKAYAM; ELAD YANKOVICH; SAHAR AMAR; SHLOMI OVAD; AYALA KARNI; SHLOMO LEVI; SHLOMIT SEGAL; AVIHAI OHAION; AMIT SOLOMON; AYALA EZRA; AMGAD ALI; IGOR RAFLISANSKI; DOLEV DADON; DANIEL COHEN; RONIT ELI; ELISHEVA BERMAN; DAVID BITON; ADENA HAMMER; CHEN ABU; HAGIT SASI; YITSCHAK CHAZIZA; EDDY MEIRI; ORR VARDI; ERIKA BOGDAN; MORAN SHIRA BITON; MOR MAISEL; YITSCHAK LEVI; ERAZ NOIMAN; MOR MAISEL; DAVID LEVI; OHAD BADNANI; AVIAD COHEN; JAKOV KAGAN; NOAM LAVI; URIYA PELED; SHOSHANA RAPAPORT; AVRAHAM HONIG; YEHOSHUA GERSTEIN; RAMI DANUS; TALYA BAR NATAN; BRACHIA MINES; MOSHE DAVIES; ELIYAHU TSARFATI; OREN TSUBERI; ILANA PERRY; GILAD SHAHAR; YITSHAK GREIDINGER; RAZIEL GABAY; DANIEL FAIS; MALKA MALKA; SHAY GOVER; ILANA GRANOT; BAR COHEN; AVIHAI DAHAN; POL MAKROV; AVIEL ZINO; TAL BABA; BATEL ALMASI; ALBINA MICHAELOVSKI; ZACH YOSSEF; CHEN BRUCHIAN; MENDI PERETS; MORAN PACHIMA; AHARON MIRALSHVILI; ILYA TOMBAK; PAVEL KURSHEVSKI; ILIYA BINAEV; ROZ ASAYAG; SONNIA NISANOV; AMIR SHARON; ILIYA BINAEV; KIRIL ALEXANDROV; CHAGIT COHEN; CHEN MACHLUF; YAMIT YAAKOBOV; ELIOR COHEN; SHAMI SEINFELD; NATI BERGER; DANIEL GANOT; AVISHAG ETEDGI; EYAL SASSSON; AYALA ZAM; AHARON STRIZOVER; GUY GRINFELD; AVIGAIL TSARFATI; BENNY NARKIS; DAVID SKORODUMOV; GUY GRINFELD; EVYATAR PERETS; ASHER STERN; RAN OR SULIMANI; YARUSLAV STEFANOV; ESTY HERSHKOP; TAL FISCHELES; IDAN DUCACH; ILAN PLUS; SERJO YAM; ILYA LEVITIN; MAYAN MOVSHOVITS; PAVEL KRONINFELD; TEHILA ISRAELOVICH; LIAV SIVAN; NISSIM AMAR; SERGEY GOLKO; ROY HUKIN; CHEN YIFRACH; ROI ABELES; YOSSI VALENTI; ALEXANDER BITMAN; NOAM DUCHAN; CORINNE SHARON; ORLY BITON; SHANI KSANTINI; MOSHE AHARON; SHAI KIVITI; OMRI ARTZI; SHLOMO BEN HAIM; STAS SADIGOV; AVIEL AVRAHAM; MICHAL OHAYON; FELIX PALOMO; FELIX PALOMO; GIL AHARONOVICH; AMOS TRABELSI; REUVEN KAMINIETSKY; VERED KARNI; YIVGENI PORTNOY; IDAN MIZRACHI; DAFNA BOIM; MATITYAHU GAFNI; DOR DAHAN; ADAM ANKRI; YOAV SHUSHAN; SHIRA FEINSTEIN; LINOY EZRA; ACHIA YERUSHALMI; ISRAEL SHUSHAN; ALINA KRICHEVSKI; ZOHAR YISRAEL; SARIT SLONOMSKY; PRIEL COHEN; RACHELI HOCHMAN; ZOHAR GAL; MOSHIKO LEVI; EFRAT ADIV; ASAF SHOCHAT; DROR RETTIG; SHELI LEVI; SHULAMIT GAL; LIRAN SOFER; OR GILOR; TZLIL WEITZMAN; SHARON SABAG; SHMUEL ALON; HAVA ISRAELI; DANIEL EDRI;

SHARON ABRGEL; SAGI GULINSKI; AMIR ROSENBERG; POLA HADAD; ROEE DOVEV; CHANY ZANG; DANIEL OZ; SHMUEL MAUDA; AVICHAI KAIKOV; YEELA ZEEVI; RIVKA ASHKENAZI; AVRAHAM VASHDI; MEIRAV COHEN; TANIA LERMAN; OFEK AZARIA; DAFNA YECHIEL; TZVIA CHABUT; SAHAR CHAJBI; TONI NOY; AVI KOREN; MICHAEL COHEN; ETI LEVI; NIR MOSKOVICH; ASAF SAIDOF; ASAF SAIDOF; ZEMACH HIRSHFELD; MEITAR GANOR; AMALIA CARMI; LEEOR MATALON; LIOR ILUZ; ROI BOOKSHPAN; ELIRAN COHEN; RAVID ROM; YANIV HARARI; AMOS SAYAG; ROI GOLAN; BAR ELCHADAD; ESTER SHITRIT; ARIE HERSHKOVITS; ITAI BEN DOV; TZOFIT OCHAYON; SAGI STUPP; ADMON MAMAN; LIANA GURSHUMOV; NAUM FAINLEIB; DANIEL ABRAMOVICH; AVIGAIL MENDELSON; AVIEL NATAN; YESHAYAHU KALMAN; DAVID STERN; OREN HACMON; DAVID ROSENZWEIG; HADASS STERN; YOGEV AVRAHAM; GAL BENLULU; SHACHAR VANUNU; REUT SIMAN TOV; AMALIA CARMI; MAZAL EDRI; ROTEM EDRI; SHLOMO SASTIEL; ESTER SASON VILZIG; REUVEN MOZESON; NECHAMA MOZESON; ITAY MEDAYUNI; ITAY MEDAYUNI; SHABTAI YOEL ETZ HAIM; OMRI MENASHE; DANIEL SOLOMON; HADAR TSABARI; LIORA KIM; DAN BEN DROR; YAEL RADI;; RUTH BEN ISAI; ILAN DAMARI; DANA ALPOLSKI; SMADAR TURJEMAN; ELIA YOSEF; BEN COHEN; NITZAN KASHI; REUT SHERM; FISCHEL FAJBUSZAK; GUY MALIAH; CHAYA FRIED; YAKIR GODELVSKI; RAM COHEN; IRINA TCHORAYEV; ODAYA NINI; ODAYA NINI; YONATAN LENMAN; NOAM COHEN; ITAY SIDI; ALON BEN SHALOM; ORLI TAL; VERED DAYAN; ZURIEL DOTAN; ORLI TAL; TAMIR OROKABI; SHALOM KAHLON; AVIRAM SHARABI; ZLIL AQUA; MOR PAPIR; MAAYAN RIVKA LEVI; ACRI TROPER; AVI DAMTI; NOA RAHAMIM; BATSHEVA SWISSA; RIMONA TRAUB; EDEN HADDAD; LENNY GUY; GILAD SHNEIOR; OZ HURI; KESSEM AGIV; DOR MEIR; ROSALIE HOREN; KORAL ZOHAR; BEN BAR OR; SABRINA NINIO; SABRINA NINIO; GIDEON YAAKOV; HADAS ILUZ; INBAL LIMOR; MICHELLE COHEN; LIOR ROTH; AVI AMSALLEM; SHIMRIT LIOR; DAFNA CHEN; YEHONATAN TZROR; DROR DAHAN; ASSAF ANGREST; SHARON HAREL; DANIEL LEVIV; NADAV BAREKET; DIANNA KRESSNER; JOEL LABIN; JOEL LABIN; ALEX FARKASH; ANDREY ABRAMOV; RONI LEVI; SHANI DAVID; ODELYA KEDEM; EITAN AVITAL; YAEL LEVI; INBAL SHRIKI DAHAN; AMIT LEVI; SAAHER KVISHI; OSHRI SABAN; ELIYAHU DEKEL; YASMIN MERED; TZAFRIR TIFFERET; FEDORA RESNIK; PAZ KLAORA; OFIR MACHLEV; DEAN KROPNICK; ITAMAR OVADIA; MIA ANGEL; SHIRLEY KESENTINI; NOAM GAASH; ASSAF GINSBER; TAMAR V; AVI KATZ; DANA YOSKOVITZ; OR ZERGROFF; LIRAN ZINGER; NATAN WEINSTEIN; EYAL HABANI; TOVA FELIX; DIONNE SABEL; IRA BLOV; NADAV EFRATI; NOAH ALFASSI; NIR ELKAYAM; MICHAEL VEROSHKIN; ELINATAN EDEN; YAKIR HEN; SHAHAR OZIEL; TATIANNA MAISTELMAN; TATIANNA MAISTELMAN; DOR ROSH; TATIANNA MAISTELMAN; SHARON RABINOVITZ; YAARIT KLEIN; ORTAL TWITO; ARIELLA SHTRUM; RAFAEL VERED; ORTAL IVGI; YORAM DVIR; TALYA GALAM; REUVEN LEVINE; DANIEL MALKA; STAV ZOHAR; DAVID BRAUN; SAGI SOLOMON; NETANEL HADDAD; HAGIT STERN; YEHUDAY LAG-ALAM; YODFAT DAGAN; ILANIT AFLALO; NATAN SCHECHTER; SARI DAHAN; HEMI ENGEL; YAKIR AZARIA; YEHOSHUA COHEN; HODAYA AVIKSIS; YORAM ARAD; BRACHA COHEN; HEN ADGEH; NEHAMA ZACH; ZEEV EISNER; AMIR KAYA; YOFAT ARIELLI; GAL WERZBERGER; SHAI COHEN; OMRI RAHIMPUR; SHLOMIT SHTRUM; MENAHEM MENDEL SEGAL; IDO TEREM; EREZ AVITZUR; TATIANNA REJKOV; ASSAF SHPITZER; SHAY ORKABI; BARAK PINHAS; NETANEL PIKARD; DIMA SHER; KALMAN SHAMIR; MORAN MAVRI; SHLOMO TZAHOR; LIAT AFRIAT; SHIRAN BARTOV; DUDU MISHTE; YAEL TICOTZNER; SEGEV SHORESH; AMIT DIMRI; YASMIN KADOSH; ZOHAR HELLER; JEFF HOLDEN; JDIN PINKAS; YANIV SERTZI; ROTEM GORDANA; YARDENA TAYLOR; SHALOM YERENBERG; ELINOR ROGERS; NISSIM IFERGAN; TAL MILLER; LINDA LEIBOVITZ; SAGI SABTI; BETTY COHEN; MAOR HURI; PNINA RAYDON; LIAT SWIDGELL; CARMELLA RAYDON; NIV NAHMANI; HAGIT HALEVY; NIR KAKO; ITAY RAHAMIM; MORIAH MIZRAHI; SHIREL GAHARI; DANIEL VAN HUTTEN; DIANA DEMPSEY; SHAY SHAUL; IRINA SVINKIN; RAN YEHEZKEL; YIGAL SHAUL; MIKI ZOHAR; TALY GELLER; KFIR LEVI; RITH ZINI; ARKADI FRANKEL; TAMAR ZINI; MICHAL KONNESMAN; YOTAM KLEIN; NATALYA LEIBOWITZ; GATACHO BLAU; NAOR KUPERMAN; YEHIEL STEIN; OMER KAHLON; SHMUEL LEVI; MICHAL MORDECHAYEV; ELHANNAN AVRAHAM; KOBI GOZLAN; NAOR COHEN; HODAYA MINESS; ITAY ZECHARYA; ELIZE OHANA; AMI ROZEN; SHIMON HADDAD; RUHAMA IFERGAN; ALON RAPAPPORT; MICHAEL MANN GOLDMAN; AMIT LEVI; TIMER SAVIR; BRACHA BAR TOREN; HEN OVADIA; SOLOMON ILAYEV; HAIM BARUCHI; ELISHA AKUKA; DUDU AVRAHAM; OHAD SRAGA; RACHELI PERRY; GILI DANAN; SHMULIK FINE; SHOSHANA LEVI; GILI DANAN; SHANI HAIM; OFIR KRAUZ; OMER KALFON; YOSSI GELLER; AMOS GUETA; MOR NAHSHON; RAVIT HAIM; YOSSI

ASULIN; ZOHAR BEN TOVIM; LIRON MAUDI; EREZ MASHALA; ITZIK ABERGEL; NISSAN SIMCHAYEV; DANIEL SULIMANI; TZACHI BAR KOCHVA; TAL SHARIR; AHARON LUGASSI; YANIV HASKEL; SHIMON GENISH; SHLOMO AVITAL; SHLOMI SHILOACH; YAHAV NUNI; DAVID LEVI; MARTA BOGOLAVSKY; PNINA RAHMIMOV BARKAI; YOAV SHTRUM; IRINA TULINUV; ASSAF TABIB; AVIV ALONI; HADAR OSHRAT PODBERI; DORIT SHADMA LEVI; MICHAL BLASHKAUER; NILI LUGASSI; SUHEYL PATPOT; LEE SHACHAK; SLAVA SLANIKOV; SHABTI HUGA; YOSSI ISRAELOV; RAVIT STERN; MAYA IVENSKY; LIRON LEVI; YUVAL ZINER; ALON VORNICK; HILA SASSON; HANI GOLDINER; DAVID PALTZMAN; YOSSI GROSBERG; DAVID PALTZMAN; TAMAR WEIZMAN; NERIN AMIEL; DAN FRIEDMAN; TAMAR KABRA ; DEAN GIVATI; URI NAFTALI; NERIYA DASA; YARIV ZUBIRI; ANA HUDETOV; EHUD TENNE; MENASHE KATZAV; PERAH VRUNER; MORDECHAI HAYAK; ETTI ELIMELECH; NAAMA FRANKEL; ZURIEL GIAR; RUEUVEN YEDIDIM; ITZIK LANIADO; YUVAL COHEN; SHACHAM GUR; ESTER ELIMELECH; AARON BENNETT; AVIVA LEVAYEV; AVIVA LEVAYEV; RUBIN DARAI; ASSAF INO; MORAN BEN DAVID; YITZCHAK BEN ZIKRI; BEN ITAH; YOAV YARON; ADIR IVRI; HANA LEVI; NACHMAN LEVI; NADAV BEN MEIR; HAI DAHAN; YEHUDA HOROVITZ; DIEGO KOSKOV; LIHI DROR; SARIT HELMAN; ORLI YAAKOBI; SHILLA ADLER; GILAD CHERMONI; DMITRY CHERNOBILSKY; MICHAEL MICHAELI; TZIPORAH ELKOLEMBRAH; LAOL TASHLE; GAL AHARONI; FREDDY YANKOVITZ; ALOYNA YOSSIFOV; AVIAD SAADA; BATEL ZIVIAN; YAAKOV SAHAR; ALIOR SHUSHAN; ISABELLA BEN SHITRIT; ELIRAN MACHLUF; MICHAL WEIZMAN; DANIEL VIBORSKI; TAL REGEV; EL DID BEN ZEEV; SHIMON BEN SHITRIT; LIVNAT BELL; SHANI HERSHKOVITZ; ANAT ALUSH; REFAEL SHEM TOV; DAVID HASHASH; SHIMONA BEN MORDECHAI; RUTH AKOA; NATALIE OSHRENKO; ALON TELVIANSKI; NERIYA ISRAELLI; SAGI TIVON; GADI ZIV; AVIEL YAAKOV; IGOR SHPITZ; ASAF ASAF; ITAI MAOR; ROY KLEIN; HEN MAMAN; SHAY ALON; MATAN GOLDMAN; MICHAL ARAMA; KONSTANTIN LIVSHIN; RON NAHSHON; ARIEL BARAS; BIANKA ELBAZ; DOR LEVI; ALBINA NAGAR; INBAR NATAN; MEIR BAUM; SIVAN PAZ; TALI LEVINGER; MIRON GONEN DVIR; ORI KATVAN; NADAV COHEN; GILAT SAATI; ANDREA TOBIAS; MAOR BIBI; IDAN ATIA; MARK FLEISHMAN; FANI ALIOA; NOA MEIR; MOZI BOTTON; YAIR GAMLIEL; MICHAL BERDUGO; GAVRIEL SIGAUKER; RACHEL LEVI; SAGIV SHIFMAN; HANNA BRICK LEVINE; MORAN ABUHATZIRA; ALON BANI; ZIV HAKMON; OMER RAVID; KORIN HILLEL; AVI AMSALLEM; SARIT ERLICHMAN; DOTAN TAHAR LEV; SHAI EINHORN; GAL GAL; MICHAEL PENZIN; DEVORA KAMINER; YAIR COHEN; FREIDA SHUMER; REFAEL YIFRACH; GALIA HANANYA; AYALA BEN DAVID; BAR DOBINSKI; REFAEL MOSHE MAATUF; EREZ SAIDON; SHAI FAHIMA; YIGAL BELHOVSKI; YANIV LAGZIEL ; MIRI GREENBERG; MIRI GREENBERG; SHOVAL BUZGALO; GILAD LANDAU; ASAF DARDAI; HUSSAM DARDARI AL MUKTZA; YITZCHAK MEISHAR; RUTHIE BASHAN; SARHIO GOLDFELD; DVIR DISHI; RINA BURG; SIGALIT HADAD; GUY AZULAY; ARIK TWINA; DANIEL BERN ROTH; NAOMI ATUEL; MERAV TANAMI; AYA DAVID; AMIHAI KAPKA; SIMCHA LAGOMSKI; HELI OVADIA; YEHOSHUA NATAN ZOHAR; YEHIEL GERSHI; ADIR SAGIV; IDAN MIZRAHI; HEN HERBER LIDOR; YANIV BENOR; DANIEL MERSIGO; TAL NAOR; MOSHE AVIKEZER; IRIT SHALOM; ADI HAIM; ADAM TZUR; SHIRA TAMAM; NAHUM KAASTO; SHIRA TAMAM; SIGALIT ELISHAKOV; ELISHEVA COHEN; NOA BURAK WEISS; YASMIN BEN DAVID; ROY ADANI; TEHILLA WEISS; SIVAN NASSI; SIVAN NASSI; LEV KAPLAN; ANAT MIZRAHI; GERRY TAMIR; AVIEL JAN; OREN REINZILBER; AMIT LEVI; MENAHEM SCHWARTZ; MENAHEM SERCHUK; ADI VIDER; HAIM ROTHSHTEIN; LIDOR ZEITUNI; BNAYAHU DABUSH; RUTH HUBARA; PERRY DAYAN; DANA NEUMAN; VOVA KOSTATKI; KOREN HANIS; MORIAH FENIGSTEIN; NICOLE KIN; EFRAT SULIMAN; DAVID WOTZLER; MARINA BERGER; DAVID WOTZLER; ZOHAR ALTMAN; SHARON SASSON; GAL ALMASHALI; DOR AZIZI; ELIYAHU KAIKOV; REGINA SHABTAYEV; DANIEL WISTREICH; REGINA SHABTAYEV; DUDU AHARONI; REFAEL KABASA; KFIR ALMAGOR; SHMAYA BACHAR; METZADA BEN EZRA; OR OR; ZAHAVA TUCHBEND; SHANI LALKIN; BELLA MOSKOVITZ; NATALYA CHAN; AVRAHAM PERETZ; DIKLA HANUKER; TEHILLA LEVI; RON ZAMIR; TAL EFRATI; MORIAH NAHON; HADAR PANTHON; OR ISSACHAR; MAITAL SHOSHANI; OREN PARTUCK; SHLOMIT ZAUSH; YOSSI AVRINA; ANNA FILIN; EFRAT YERUSHALMI; ROMAN ROZANOV; KOBI ZAKIN ; EZRA YOSEF; OFRA CASPI; NURIT BRIFFMAN; ELI ORBACH; JENIFFER BAZAK; ORA TEHILLA AZULAY; YONI SCHWARTZ; ORA TEHILLA AZULAY; VAGDI HATAR; YEHONATAN SALHOV; SHMUEL TIRAM; YOSSI SA NESS; ELI REIMER; OSHER OSSI; SVETLANA PINK; EREZ KONFORTI; YAIR BRAUN; ELINORE HUGI; AVRAHAM YAGER; TALI ARBITI; TAL AMOYAL; ZEHAVA HART; NETANEL TWITO; SHAY TWITO; SHARON BAR; MENASHE SHARBEFF; LIEL UZIYAHU; OFER SAADA; ALEXANDER NANKO; MORIAH DORONI; HAIM FORMAN;

YARON AMAR; ASSAF SHAY DAHAN ; SHAY OHAYON; MOSHE RINGER; SHLOMI SABAN; NATTI YUDKIN; TINA LEHRER; ITAMAR ZUR; YOEL KUSKAS; YONI COHEN; SIMI AKSHUTI; SHANI LAVI; TAL ESHEL; MAITAL UZAN; ORLY GREGO; DIMA KOLNIKOV; LIA ROSENBERG; ALEX YAGUDAYEV; ELIRAN FRANKEL; ROTEM KROPFELD; ALMOG PERETZ; YISHAY SHEMER HAFUTA; GILAD YIFRAH; SHALEV TSHUVA; YONATAN NUNI; AMIR DAHARI; YOSEF BEBRAZ; TAMIR FARKASH; SHIRLY GAVAZZI; ITAY VAKNIN; FAINA ADDAF; DIKLA NAHUM; SHIRLY GAVAZZI; NETANEL MALKA; AYALA AGRANYUNI; DAFI OFRI; SHOVAL ORING; GUY BARAK; AMIT HORENFELD; RAFAEL ZIKO; ZACHI VERSANO; PHILLIP IGUSHIN; YOSSI YADOVNIK; ZACHI AMRUSSI; OLGA REZNIKOV; YAEL VAKNIN; MICHAEL KOZ; ORIT ELIYAHU; ORIT ELIYAHU; SHIMON GORODETHKY; VARDIT VAKNIN; RONI TOLEDANO; SHIR SHUKRUN; SNIR BAR ZVI; YOSSI KABASA; BARAK BAUM; ADI HAZUT; SAGI BEN ASHER; DOREEN TZEMACH; LIRAN BEN MOYAL; OFER ZIGENBOIM; MEIR AHARON ZEITUNI; NITSAN BEMENILKER; AVRAHAM COHEN; SOPHIE YOSEF HAI; ELIZABETH PATRICK; ADI PEARL; YARON MELMAN; AMIHAI MAHON; ZVI SHAPIRA; ESTHER ROSMAN; YAAKOV BARIS; MOSHE PLUS; SARAH BARIS; DAN REVAH; ESTHER MENAHEM; MAAYAN YITZCHAK; MEITAL MISHAN; AMIR DAKLO; SHOSHANNA SHIRA; TAL KADOSH; DAVID COHEN; HAIM LEBOR; KIRIL KAMELDINOV; SHMUEL SHMAILOV; DARYA AMOSSOV; GAL OHEV ZION; ADVA HALEVY; RITA AMOSOV; YUVAL KLIL HACHORESH; ALEXANDER AMOSOV; HAIM BEN ATIA; SHACHAR TAIRI; BORIS KAMELDINOV; ELIEZER KOH; BATSHEVA ISRAEL; SHAY YITZCHAK NACHSHONOV; LIZ COHEN; ELIYA MOYAL; ASSAF COHEN; MATAN SAADA; MICHAL KORNMAN; NAOR MALKA; EITAN NAKAR; MERAV YERUSHALMI; SAPIR PARTOSH; OZ GINSBURI; GAL PEARL; YEHONATAN ZOMER; DANIELLA BERZIN; AVIEL SHEM TOV; ARIEL ELMALIAH; SVETTA GERBER; KOBI FRAIFELD; MASHIACH NANIKASHVILLI; YEHEZKEL MEREZENT; RON HADAD; ALIZA SHLESINGER; TAL BARAK; TAL ROIMI; SAHAR ARIEL; ROY LEVI; MESSODI NAHON; AVITAL BEN MEIR; EFRAT KELLERMAN; SHALOM RON; HEN ELISSIAN; AMIT KOCHAV; MAAYAN ZADOK; PRIEL DAVIDOV; SNE COHEN; GILI AZAM; YISHAY HEFETZ; AMIT OZERI; RONEN YITZCHAK; MICHAEL OZERI; AVIV TURJEMAN; ODED BARKI; NOA SKILER; GALIT BILT; NIRA BARKI; YAFIT MELS; YISKA KRISPIL; MILKA BERTISCH; ROY BILT; YAIR HOROVITZ; RAANAN ZAPRI; RAANAN ZAPRI; MENAHEM PERJ; YANIV PERETZ; ELIAV YIFRACH; HAIM LANKRI; SHALOM NAIM; DIMITRY KRAMSKOY; TAL HIBSHER; SHARON GOLAN; SHLOMI PEER; LIEL LIZ DIMRI; ARIEL ANGLER; DIMITRY LANGER; MENAJEM SRUGO; HANOCH KAHN; IDAN COHEN YASHAR; SUZY RAHAMIM; OREL SHEININ; SIMON AVSHALOM; ELIAV MEIR; BUSTAN ZURAN; ZAMIR GAL; GUY FRISCHBERG; MICHEL STEMPLER; ORI LEVRAN; VERED KABLAN; HANNA MADMONI; SHIMRIT COHEN; HELI BATASH; HELI BATASH; OFER BEN; SHIRAN WISER; OZ BEN YOSEF; GABRIEL STEINBERG; YAAKOV ZURISHADI; NETANEL WOLF; YAIR GOLDBERGER; OMER BUZGALO; NETA LI DAVID; LILACH MENAHEM; YONATAN BEN BARUCH; SHLOMO FISHMAN; NAOMI YITZCHAKI; OFIR YOSEF; MART KLEINERMAN; ETTI ASHKENAZI; KORAL YITZCHAKI; ALMOG BEN DAVID; DANA GROSSOYERT; ROY SHEM TOV; AVI SHIMONI; ALEX GOODINGER; ASHER ZABARI; DIKLA DORI; KARINA ABRANI; OR ROSENBAUM; BAREL MAAYAN; EVE BAZER; PNINA DINSTEG; HILA SHALMAYEV; LINA COHEN; RITA ZIGNOV; OR YITZCHAKI; DANIEL KEISAR; LIAT LEV; MIRI NASSIMIAN; LIRON NAHARI; RIKI VILENCHIK; LEVI LEICHTER; SAPIR IGEL; SHIMSHOM ADAMA; NAHUM ELLA; GALIT YISREILSON; SHANI SHACHAR; MIKI YARKONI; AVIA DORANI; RAHMIN KAMHAZI; RAHMIN KAMHAZI; AVIA YANKOVOI; ROY HARRARI; NIR TOPAZ; RAN BAR MAOZ; MICHAEL PORER; AVIYA TSABARI; SHLOMO BOENOS; LIAT SINMAN; JACKY NEHAISI; YAMIT PASHREL; EFRAT BEN HORIN; ITAY TAMIR; IRINA GOIZMAN KUZNETSOV; SARA ALPERON; ADI STERN; GIDEON KRAMER; ELISHEVA AZIZA; IDAN MAGEN DAVID; DAVID GULLER; YURI TOSH; HANNA AND MEIR RABI DAVIDOVICH; AMIR KASHRI; SVETLANA GORODIN; MAZAL SAADON; ARIEL SLUK; DANIEL MAYER; YAEL SHALOM; BEN AMRAN; OREN GREIBER; AVIGAIL NISSIM; MOSHE SIMCHON; LIHI KIMHI; EDNA MACHLEV; LIAN NOY; RUTH LIRAM; MORAN HUL; YANIV MOVSHOVITZ; KOBI LIPKS; ESTHER HAZAN; YIGAL AMIR; DANIEL BEN ZION SHERMAN; DOTAN KORESH; DOR BUHBUT; LION AZAR; ORI BORNSTEIN; MICHAEL LAVI; JUANDRE VAN DER WESTHUI; ARKADI GUMIROV; NIR ALAL; YITZCHAK ELISHA; MAGGY BONFIL; YOCHAI TAHARANI; TOMER EPHRAIM; YINON SCHLUSMAN; SHACHAR RAVIV; SHAY FLEISHER; AVIAD LANCHNER; NIR GURI; ALEXANDER TELGIN; MOTI VAKNIN; MERAN SHAIBI; EYAL KIMHI; DINA LIFSHITZ; LITAL CHACHASHULI; ORI MAIMON; HAIM ALUSH; DUDU YEHEZKEL; IDO YOSEF; ORLY NESSIMY NAORI; ARIEL OFRI; AVIV BAR OZ; SHIMON ASULIN; AVI FOX; ITAI HALAF; ALUMA KAPASH; OFIRA ISH SHALOM SHACHAR; SARIT WEINBERGER; LIDOR YITZCHAK; SAGI COHEN;

Rider A page 57

ALON LOWENSTEIN; OFEK TLUMECK; AMIHAI DAHAN; DANIEL GELVENDORF; RAMON DARSHAN; GAL SHAFON; SHACHAR DRORI; LIRAN KRISPIN; ELAD MALKA; KATI GONTCHER; ADAM ROSS; RUTI BAKAL; HAIM MAMAN; OREN AHARON COHEN; DOV BINYAMIN VIDEVSKI; YAMIT LEVI; SYLVIA KELKSTEIN; LIMOR YAAKOV; ASSAF RIBAK; LIRON MILLIS; NAFTALI LEIBOVITZ; YOSSI MORISS; SIGI RAND; ASSAF SELA; YINON GERSHI; YISHAY IFATI; IRIS BRACHA; ITAY ABRAMOWITZ; MARIA GERBER; YOSEF SHITRIT; SMITHA SALAMA; MOSHE ALKOBI; TEHILLA COHEN SABAN; GIUSEPPE MISALE; ILAN GRESSERMAN; SAGIT NAHUM; ALEX PIANIN; YOSEF ELBAZ; NAAMA HARROW; KINNERET HEN; ODED NURIEL; LIRON OHANA; SARA YOELSON; SHAY BENITA; EITAN GILAD; ARIE BAR ; NISSIM ZIB; SHAUL TETRI; MICHAEL VAKNIN; TOMER KEREN; GALINA ZVILIANSKI; AHARON ABRAMSON; NATIV OHANA; KELMAN BERKOWITZ; TOMER ITZCHAK; TEHILLA HACOHEN SITRIN; MERAV COHEN; ALBERTO RACAH; ALBERTO RACAH; ELLA SHERKIN; TALIA BEN TZUR; HEN KATZ; ADO SABATANI; MEITAL RAHMIN; SHIR HAIM; TALI LAOR; SAMI SHAIN; IDIT ELBAZ; NIR MALKA; RACHELI MISS; YITZCHAK MISS; SAHAR GLICKMAN; DAN KARKOV; TALI TALMOR; YAFIT SVINIK; MORIAH ZOHAR AVITAL; DAVID EDRI; YONATAN HORVITZ; ITAY AVNI; LIOR LAVI; STOY PENSTERHEIM; OZ KDOSHIM; DAN MANZON; SARA HATUEL; DAVID STERN; NOAM AVIZAMIL; RONEN SALOMON; ALEX KISS; MIRA FRISCHBERG; VADIM GILLMAN; SMADAR MAMO; VALENTIN BOKOVZA; YISHAY CARLEBACH; ELI GOLAN; ALINA ZACHROV; LIRAZ HELFEND; AMIHAI SCHWARTZ; NETANEL SHAUL; SHACHAR SHITRIT; RACHEL COHEN; VECTOR LOKSHIN; NATAN ILAN; SHIMON BEN EZRA; YAFIT EFRAIM; DAFNA COHEN; SHIFRA HADAS; AVIAD YAHUD; DVIR KAMGAR; SAGI ELIYAHU; FRIDA ROSENBERG; NOY BUSHARI; ELIRAN MAZRAFI; REVITAL OMANSKI; ROY LEVI; ADI MALIHI; HAGIT VERNER; GOLAD SHLOMO SABO ; AVI MANSHEROV; EMUNA BEN YAAKOV; LIAT NAGAR; YAEL TZADIK; DANIEL YEHEZKEL; MORDECHAI ABRAMOV; NOYA DAHAN; IRINA RUSSO; SHANI AMIT; FELIX KIM; YAEL TAHAR; ROBI SALMAN; YAAKOV BERHAMO; RACHEL PURITZ; MICHAL LIBSON; HADAR BEN AMI; ILAN MALACHI; RINA NOIFELD; YAEL ALFASSI; ELIOR VAKNIN; DAVID ZIGRON; YAFIR YITZCHAK; MIKI YAKUTI; BATEL MESHULAM; ORTAL LEVINGER; NIR BEN ARUSH; HAGIT BITTON; MATANYAHU MOSHE; AVIEL DEKEL; EREZ ATUN; BARAK FARHI; RAAYA NAKI; SRAYA ASHER; EREZ YITZCHAKI; SHAHAF COHEN; ADIEL VAKNIN; REUT BARBIBAI; JUDAH MISCHEL; YANIV KUDARTY; OREN SAADON; MAXIM BARDIN; ODEL AVICHAI; OFIR HADAD; TOMER AZULAY; YAIR NISIMIAN; YAACOV MORDAN; ZIV LAITMAN; RACHEL GOLDBERG; MAOR SHIMON ORGAD; NETANEL BOROCOV; ITAY ZOBRI; AMNON SHOSHTARI; NATI AZRUEL; HANANIA HANAN KADOSH; YAM NAOR; AVI RUBIN; YARON COHEN; MAAYAN PERI; ANAT COHEN; EREZ SINOANI; YUVAL BANANO; LITAL HILLMAN; HAGAR RACHMAN; IDAN DAGAN; SHELLY COHEN; YAKIR ROKACH; AMIT GILBOA; ELDAD AVITAL; RIVKA YEFFET; MICHAL KATZ; ESTHER ZARBIV; LILIT AVIRAM; SHIRA DAVIDOVITCH; ALEXANDRA GOLDBERG; MORDECHAY MORGENSTERN; MAOR HAGAY; OMER SIMANTOV; ATERET BIRENBOIM; MORAN ZALAH; HADASSA DANIELLS; ADIEL SHUNEM HALEVI; YA'AKOV KENIG; ELDAR RAZ; RACHEL SARIG; STAV OVADYA; ISRAEL ANDREY ADIR SIBONI; EDGAR REFAILLOV; NAVE DROMI; ANNA AVNI; ASAF SABO; DANIEL SHWORTZ; YANOR ATADGI; ELI ASRAF; LIRON AJUALOS; SHLOMIT CHOHEN; DEVORA BEHAR; HADAR HORVITZ; TIKAME AMIRI; ATHEL HODORSKI; OFIRA FURMAN MOR; SARIN HADAD; YOAV JACOBIY; ORLY LAVI; HANA NAVA; ZOHAR CHOHEN; ILAN SAVRENSKI; ROI BENSHLLUSH; GAL UZIYAHU; ADI AMAR; NIMROD BICHLER; ZANA LAZAREV; DANIEL MISHAELOV; ANNA-ROZA YUHANANOV; SHOSHANA SHVIT; LIAV HASID; OREN ROSENFELD; NIV BEN SHABAT; SHOSHI TZUDIKER-SHATIT; RACHEL KLECKI; MATAN KATZENSHTAIN; SHELLY HERMAN; LEAH AKAITE UDO; SHAY AVRAHAM; TAMAR BERNSTEIN; SHIMON PERETZ; SHILAT AZOULAY; ELAD HADDAD; TESTING; NAAMA LEVY; SAGI BRAFMAN; LEON ZINGER; LIRAN CHEN; VADIM ROGOBOI; ADIR VAKNIN; DANIEL ARNOVITZ; LIEL MAKHLOUF; NECHAMA FIROZMN; AVITAL ADLER; VADIM DAVIDOV; MOSHE MAGAL; TZVIA FEINSTEIN; NATAN KIRSCHNER; EITAN LEFKOWITZ; TOUVIA STERN; DANIEL KENTOZI; AIDAN MAOR LEVI; HAREL MESHULEM; ODELIA JACOBY; ERAN ZELLNER; DANIEL BOTBINKIN; OSHRI LUGASY; RACHEL AMITAI; AVIV DINO; ALINA BREEN; TAL PINCHAS; SHLOMI VALERO; ETI WEINER; OPHIR SARFATI; SLAVIK MELTZER; CHEN BIDERMANN; ACHIKAM JUDAH; ACHIKAM JUDAH; ADAM GAMA; OMAR VARDI; ILYA MAKSYMENKO; CHAIM LEVIN; GIDEON DVASH; ALISA MESHERINOV; URI LITOBTCHIK; CHEN KINAN; NETA COHEN; NETA COHEN; MATANYA TAL; HADAR SHALIT; ORTAL HAJBI; AMIR SCHVARZER; RUTH LAVIE; YAKIR EVEN ZOUR; ASSAF HASSECK; HILA SHIR; ROEY EVEN ZOUR; DIA AZOULAY; OZ LOTEM; NITAI LASARI ; SAPIR AVRAHAM; AVRAHAM YAMIN; OFRA BITAN; ALMOG EVEN ZOUR; TUVYA

BRUHIM; URI REGEV; EITAN ROINIK; HHIILA TZOMI; SIVAN BEN MOSHE; MICHEL JOSEPH; NATALIE ROINIK; VASILY RATSKI; ITZIK ANKAVA; LUIS MANUEL BORRALHO BAPTISTA; MAAYAN SIRKIN; HADAS HESEK; GALI SEMAMA; YULI KOGEN; SHIMI GOLAN; YONATAN KAYMAN; AVIHAY HATAV; MAOR LEVI; NAOR AZUALOS; ELLA KALDERON; ARTYOM SEMYONOV; SIMA ONEAL; SHALOM DEUTSCH; MALI MALCA SEYMOUR; WANDEM ZANBAY; ELLA BILASKI; MORIAH ACKERMAN; OREN VITONSKI; UZI STEIN; REVITAL NEGER; SHAI SHEKEF; UZI STEIN; MOSHE KAHLON; LIRAN YITZHAKI; FREDRIK FRIDSTEN; NOA ORDAN; OR YAIR; YEHUDA TEHRANI; YIGAL DVASH; SHAI ELKAYAM; AMOS MAIMON; SHMUEL LAHMY; SARAH MAIMON; GAL SHUSHAN; BEN GUETTA; AMIR BEN SHIMON; YISHAI YONAH; PELAH LEVY; OMAR SHAVIT; NADIR COHEN; INNA KOVALEV; DVORA GILBOA; ANAT DADON; RACHEL MICHAEL; SARAH ASKIN HEZONI; BEN FRIEDMAN; ANAT NAOR; YOSSI COHEN; OR KAUFMAN; ANNA YULIN; ADI KAFE; GEULA DOMIROSKI; MICHAL ENGEL; INBAR GOLDSTOF; TAL LEVINGER; ITZIK ERNSTEIN; CHIKO MAOR; AVI ELAHRAR; INBAL SARID BAR SHAKED; EVIATAR SHALIT; GILAD PENKINSKI; GILAD PENKINSKI; NAHUM BOLIOVSKI; SRAYA MILETZKI; DIKLA LEFKOWITZ; VLAD STOIAN; OSNAT MAZUZ; SHABTAI GAZIT; ORIT AVIV; MADLEN BEN SAMUEL; DOR SEIDOFF; AVIAD KORESH; MARK RIBTZ; SHLOMIT BARZANI; SHLOMIT BARZANI; RELOAD PLANT; KIRIL AVIV; DAN OZ; URI FORORKER; HALO SEGEV; SAHAR DAGAN; SHIMRIT SHABTAI; ELEANOR ZEDAKEH; TOMER STONE; YARON SAGI; SHIRA BEN AVRAHAM; ELENA MOLINA MIGDAL; DANIEL SHTUTMAN; EDI GAL; GIL SAGI; LITAL LEVI; SHILAT GANON; ORIAH MALKAN; ALIA WEIZMAN; ELIRAN AZEROUAL; MORAN NASIR; DIANA BETLOV; GILA NISIM; SABINA CHOSZNER; ZEHAVIT SOREN; MOR AVIV; VEREDPODLIANO; YINON TAVIT; BEN SNIDER; IDIT TEMERLIES; ITAMAR SARUSSI; SHISHI SHAULZON; MOSHE KAHLON; AMOS NOKED; PELEG SABAG; RACHELI DAVID; SHIMRIT ORCHARD; EDUARD MICKEL; YUVAL PEDRO; ILANA PASTERNAK; NISSIM BEN LULU; URI RAINER; AMRAM SEGEL; ADAM REN; MOR COHEN; MALI FOUR; DAN DRURY; NEVE SHITRIT; INBAR GIL; ROTEM MAY; DAN DRUCKMAN; TOVAH SHANKAR; LIBBY FRIEDMAN; SAMUEL MOHEH; LEAH RABILZAROV; YUVAL COOGAN; EPHRAIM SAMUELOFF; RAN SHABTAI; YOSSI SHACHAR; RAFAEL ASHUR; MICHAL ELBAZ; GABRIEL NARINSKY; AMIR MIKAY; OMAR MALKA; OREL SWISSA; UDI SHIF; EMIR KHALIFA; TEL REGEV; HALA SABAG; SARIEL SEGEL; ORTAL MINI; OSHRI LEVI; SERGEI BOTZROB; JONATHAN WREN; TAMAR OHAYON; TAMAR DRURY; RON MIZLER; HILA LEVY; LIRAN MOORE; ADI DROR; ASSAF ALENHORN; BEAUTIFUL BALATA; MAYAN YITZHAKI; ARIEL DOMANSKI; ERNEST AIBNITZKI; SARA COHEN; TEHIYA NAANE; MORDECAI SHUSHAN; MICHAEL ABRAMOV; TERRY BEN MOSHE; ORANIT DISHEK; YOSSI ELBAZ; MATANIA KEREN; NOREEN FIRESTONE; DAVID RAHAMIM; NISSAN SOSONOB; ISRAEL FRUCHTER; ASHER ISRAEL; POLINA DRAY; RON WASSER; NISSAN SASONOB; ERAN DANDEKER; CHAYA AVI; MIMOKA YAKOBISHOILI; HILA YONA; GUY AMSALEM; SHANI ROTHENBERG; YAVIN VLADO; SHMULIK PEHAR; NAFTALY HERTZEL; SHAKED HOFFMAN; MAOR LASRY; KATHY SHABTAI; AVIRAM MAMO; ORNA SHINHAV; FRIENDS PRINER; ADVA ENGEL BANO; ABRAHAM HAIMOV; EDEN SHUKRI; SHELLY BORBIK; LIRAN NAHUM; YAARI SHIRAZ; ADIR NES AZOULAY; PHILIP INTIS; LEAH MELAMED; LEAH MELAMED; NATI ARIELI; HADAS LEVY; IDAN GUR; ITZIK YEHENI; GILAD KEMER; NIRIT ROSH; DORAL STEMKER; ADI ZARETSKY PERETZ; EMUNA LANDSBERG; TOHAR SHANI ZEYTUN; JUDAH LANDSBERG; SHULA TAWIL; SHULA TAWIL; RONI ELUL; DANIEL VILCHINSKI; MICHAL PARIENTE; ROI MIZRACHI; SHIRA GUETTA; EFI TIMOR EINAV; BENNY ANIA; OR KAZAZ; OREL LEVI; CHAIM NISSIM; EDEN VICTOR; JULIA DOLGIN; RAVIT DADON; BORIS BAZANOV; TAMMY DOLGIN; DUDU NIDAM; ELINOR GUEDJ; LIAT BODENHEIMER; OFIR PERETZ; JULY HERTZ; MORDECHAI TZOBARAH-TZUR; YOSSI BITON; GAL SASTIEL; EYTAN ASHTAMKER; HREHL ATON; TOMER ALGABSI; ANAT COHEN; ANNA BEN-NUN; RACHELI ZADOK; IZIK RACHAMIM; LIBI MIZRACHI; ROTEM REGEV; GOLAN BEN SHABAT; SHIRAN HANUKA; OFEK MATITIYAHU; OMRI SEVEG; YUVAL HODUS; ELIRAN MESIKA; RONI SIMANI; OR SHAUL; RONI SIMANI; MAXIM ALFER; ARIEL MORDECHAI; TAIR LEVI; ITAI OAKIL; MIRIAM AMCASE; HANA SOLOMON; VERED TRIGOBOF; SHLOMI CHAKY; YUVAL BAR MAOZ; EMILIA DROR; ARZA BLUM; ADI SHAI; SHLOMIT BAR KOCHVA; SNIR AZULAY; OMER EIDEL; YOSI PARGO; YANIV MARMLESTEIN; GERSHON BAR KOCHVA; YOSI PARGO; KATY SPIRT; ADAM ZACHMY; DIKLA LAZAR; KEREN ZACHMY; DANY LEVENKOFF; NETA HADAR ITZIK; EFRAT LOINGER; AVIGAIL HARUSH; DIN EZRA; SHLOMI PARTUSH; ITZHAK NISSIM; AVICHAI WEISS; RON HALIVA; YAACOV AVITAL; MORAN IVGAI; AVI COHEN; LAURA KELLY; OREN KABELLY; RICKI HALIVA; HOD SHAIDER; DOR ZVOROV; TALI YAHAV; SHIR CASPI; BEKI ASHER; SARIT BUTBOL; MICHAEL

KOMAROVSKI; ADI AMAR; SHIRLY PRIMSLEY; OREN HOLTZER; HEN MIZRACHI; ADAM SAIG; SA'AR MAIZ; OMER ZAKS; YAIR GRABOVSKY; DAVID ROSHI; OR HAGIGI; ORYAN SHALOSH; AVSAM SAMI; MICHAEL GROSS; ORIT DOLINGER; ROMAN SOLOVIOV; DAVID FRIEDMAN; YUVAL YOSEFI; MIRIAM BEN BARUCH; SHARON AVRABANAL; AVICHAI OZ; MOSHE MICHAELI; SAMUEL CARDILLO; OR GERZIK; YAACOV BOCHBOT; DAVID BOCHBOT; ADVY PODOL; KATIA ABAYEV; EFRAT COHEN; MORDECHAI DAHAN; VIKA ZATSOV; DANIEL YANIV; NADAV KADISHI; GUY LEVAVI; AVI ZARACHI; RAPHAEL COHEN; ILANA MATBAYV; AHARON CAMBLISS; MIKE TOUZARD; GAL BEN DAVID; ELI LEVI; STANISLAV LEVSTEIN; NAOR SANILEVICH; NETANEL ZIV; GADI ISAEV; ARIEL KEYNAN; NITZAN COHEN; DIKLA ASSERAF; CHAYA LEAH WARMAN; AVI PERRY; LUBA YAACOV; YULIA REIZER; EILON BALAISH; HANITA GOLOMB; SHNEYER TAL; BATEL MAHARI; MIRI SHAHAR; YAACOV GROSSMAN; DAVID JACOBI; NISSIM LEVI; NADAV GOLAN; VERED GABAY; GILAD GLILI; ZE'EV SHRAGA; MICHAEL ALCHIANI; BENAYA APPERSMON; AVIEL BARDUGO; TAL BORSTEIN; ITZHAK LEVI; YAACOV HASUI; DEVORAH LUIN; RACHELI WARENIR; GAL DAVIDOVICH; ELLA WEISEL; SIVAN SHRIKI; DUDI LEVI; ITAI DAHAN; TOMER CHEN; BENJAMIN POWERS; GILAD YONIOV; SARA LORKAT; MAAYAN BEN HOR; MARTIN SOBOL; HADAR POLOP; TEHILA HERSHKOVICH; SHULAMIT ADLER; LITAL LEVI; MICHAELA TREBLISI; ATARA PERETZ; GALIT KADISHI; EDEN COHEN; ROTEM RAHAV; VLADIMIR GEORGIEVSKY; ASAF RAHAV; YARDEN KLIDER; ORAN COHEN; ALIZA BEN HAMO; OR KOTA; AVSHALOM BARAZNI; OFIR BEN NUN; GALIT GELSBERG; RONIT GELSBERG; NIR JARUFI; DAVID NAGDI; TAL ALHADAD; ADI SAADI; DELVIN MARTINEZ; TOMER DAVID; YOEL EITAN; AMIR SOFER; FRIEDA COHEN; KARIN BAHARI; EFRAT SHOKRON; EVER KAWI; SHOSHANA AZULAY; SAGI BRAND; YAACOV ZOLOTNITZKI; MARGALIT HENDI; OR SOKER; MAAYAN RIVAL; NICOLE ADIHANOV; MERAV BEN ZAKEN; ITZHAK LAX; NITZAN HAR-LAVAN; AVRAHAM HEILA; ADI PINIEVSKY; ERAN MAUDA; GILAD COHEN; NAAMA YOCHANAN; IDAN MEIRI; BOAZ COHEN; SIGAL TSUR; EITAN BEN ITZHAK CLOTESH; NAVI BEN SHIMUL; YAIR DAVIDI; ELIRAN LANIADO; MATAN WEITZ; AVIVIT SHEMESH; OSHIR NEVE; ELI BEN DAVID; ADI EYAL; ZION EZRAD; ASHER YONASI; GUY ELISHA; AVIV AVRAHAM DAGAN; ALEXEI PIKOVSKY; SA'AR NARKIS; SHIMON KALKOTZKY; BORIS FLEYTIKH; OREN KESUS; ELIAHU NATAF; YA'ARA KAYAM; OMER SHALTIEL; EVIATAR HAZUT; TAL KAYAM; TAMIR P; TOMER GUETTA; DOLEV KOSTA; KEREN SHARABI; EYAL MICHAELI; CHEN KRAMER; TOPAZ ABOO; KOREN ARICHA; RONI COHEN; GENI MAHARSHAK; GUY HAY; MORAN ISCA AVRUCH; YIFAT TZUKERMAN; AYVI MEIR; YIFAT TZUKERMAN; NOFAR YONA; NOAM BEN ARI; GAL SANDER; HEL REFAEL; SARA ZAHAVI; SHELI BRISAK; YARIN COHEN; EYAL MAZAL; ZAHAVIT WEITZMAN; ZAHAVIT WEITZMAN; MIRIAM LEIFER; NISSIM TZOKDOYAN; JUDI FRANKEL; ESHEL KARP; ARIELA PISAREVSKY; MOSHE MADI; SHAHAR MORENO; ADI COHEN; MICOL VALSKY; NOFAR HAGAG; ADI COHEN; REUVEN FELLOUS; ELIYAHU SANDRO; AVIGAIL FRIEDMAN; ROEI PELEG; SHAI GORDON; MAROM ADARI; YIGAL OHANA; IVAN GAVRIELOV; BENYAMIN UZIEL; SHIRAN PERETZ; GUY ATTIAS; MOR HAYAV; ITAY GUETA; SAMDAR TALBI; DORON GUTMAN; YITCHAK; MOTI BITON; EVIATAR DUANY; EREZ GAL; MOTI DAGAN; RUTI ZALMANSON; YANON COHEN; IDAN COHEN; GILI MALKA; AMICHAI ABERMAZON; JEFFREY LARIFF; YAKIR ALON; MATAN VAKNIN; LEON HARUSH; MAOR DUANI; ROY SHABO; KEREN NATAN; INBAL SINOANI; ADI LEVI; ORLY YEHUDA; ARTHUR BARNOVSKY; LIOR GAVRIEL; REBECCA COHEN; DAVID RAPHAEL ; FAUSTINE GILLET; PNINA FRIEDMAN; JACOB BASSIRI; NACHUM PIZAM; NISSIM AGIV; EFIE EZRA; ELISAF BALMAS; MICHAL R; HAGIT CHAIM; SHAI MOR ; ELINOR BARANETS; LIOR BARASHASHAT; LIOR BARASHASHAT; LINOY GUTTMAN; LION URIEL; HANITA ZAYDI; AVI MENGASHE; DAVID LEVI BITON; ADAM BEN MEIR; SHMAAYA ASOLIN; LIELLE LEVI; AVRAHAM RABINOVICH; ASSAF LUZON; OR SADOVNIK; OR YITZHAK; GAL SADEH; MICHAEL LEIBENGROV; YASIN ABU AGAG; NOA DRAGOCHKI; MORAN BAR-NATAN; NITZAN HIRSCH; ZIV BEN DAVID; SHIRIT VALRO; GLEB ZEITOMIRSKI; YOSSI LAVIE; LEONID FEYGHIN; ROZI MARDACAVE; LUDMILLA COHEN; HODAYA MACHLOF; MATAN SUISSA; SHIRAN BEZALEL; ELISAF YA'ACOV; URI HORAN; OFEK ROTEM; SARA LIBERTOVSKI; HAIM HATUKA; REGITA HANANIAV; BENNY NACHIYASI; SHULY Y; NATAN ZAGAYA; SHIMON FARBER; BEN OVED; CHAYA SMAYAV; REUVEN SHUSTER; LAURA PAVLOV; RUTH TUBI; AVI SAROUSSI; YARDEN SUKI; STEVE OZEN; BARAK LANKRI; AMNON AVIAV; AVIV ZARFATY; ROYI SIROTA; EYALI DRORI; TAGENYA KASEI; RONI GOLDENBERG; SHIMON FISHMAN; ALON ALEXANDROV; ISRAEL ALBA; MAYA NAHARI; AVIAD HADAD; ORI PETERBURG; TAMIR ASSILA; RONA COHEN; TAL ITZKOWITZ; STEPHAN PEPPER; URIEL ROTH; DANIEL DAVIDOV; GABI ZOHAR; SIVAN MADETOV; NISSIM KAPACH; IGAL DVIR; ADI KADURI; RON ZABARI; NATI RONEN;

MEIR YOSEF SULIMAN; MORINE BAMELNUKER; BRYNA ANTON; SHIRAN GOLDSTEIN; OR YAGODA; MUCHAL BUDENHEIMER; ARIEL NAHUM; YAIR FRIEDMAN; LEAH KREINGOLD; AVIYA MEIDAD; DANIEL FELD; RAFI ALMOG; SHIREL WEINBERG; KARLI GOLODOIATZ; LIMOR DAHAN; YAEL SHIMSHON; NITSAN LEVI; MICHAL YEKERSON; EYLON PORAT; AMIR COHEN; MOSHE BLANGA; ALEXANDRA VEZDEKIS; YOHANAN MUTHADA; DAVID GERMAN; MENI ABUSH; ADIEL LUSTMAN; NISS VATURI; HILI BETZALEL; YORAM GABAI; ORLY BEN NISSIM; ITAI SMOLLINSKY; ELAZAR IDAN; SHEVI SHAPIRA; LIOR ELKAYAM; TOMER AMSALLEM; VALERIA BEYNISH; SHIR MARZIANNO; MAOR ZERDEZ; MICHAEL TAL; MICHAEL KONDOR; ELISHEVA LAPID; HAI ZALESKO; MORAN GLICK; EYAL SADE; YONI SHERMET; GUY ADUI; OPHIR LEIBOWITZ; OPHIR LEIBOWITZ; AVI BEN DAVID; MOTTI DARMON; JAMES ROTH; EYAL NISSAN; SARA ARBEL; BAR ATIYA; ORIT ITZKOWITZ; ANAT SHIRA GAVRIEL; BAR ATIYA; MIRI HOLLMAN; NEHORAI DERIN; MENI BINYAMINI; ADI DAHAN; ELAD SAGIV; ROI LAKAR; SIMON INGEL; GALI MADHALA; LIOR FELDMAN; DANIEL ARIELLI; ESTHER LOECHER; MALACHIT GURSHOMOV; NOA SOKOLOW; ISSA GURSHOMOV; IDAN LEVI; HAYA BASHARI; ROTEM AVISAR; OMRI DAHAN; OLGA EXELROD; ITZIK GOLDBERG; GILI NAAMATI; OSHRIT AMAR; ROI ARIEL DAHAN; NAOR AMAR; ITZIK GALAM; LILACH DAHAN; ALMOG JAMIL; ITAY LEVI; MICHAEL YOHAI STAV; MAAYAN GREEN; TOMER M; BEN ZION SANKER; RONI NIMRON; AMIT AVRAHAM; AMOS HERUTI; MOR GAON; ELI SUEID; NISSIM ZEMAH; HOVAV JZI; HOVAV HAZAN; ODEL NUNI; URIEL GOLDBERG; EYLON EFRATY; ADI TAMARI; DAVID KATZ; YASMIN ELGALI; MALKIN VITALI; MALKIN VITALI; INBAL ZAMOR; AVRAHAM DAHAN; AMOS HERUTI; MALKA NAIM; IUIS DIAZ; MARIANNA BAR YOSEF; MARK LOITERMAN; DEAN DAVID NEHEMYA; EDEN HASSID; TOM BEN NUN; ELI EFRAIMOV; RACHEL PEINE; TOM BEN NUN; TALI NEVO; TANYA TAVRIS; IRIT GAL; ALEXANDRA SAVLIN; HEN PORAT; SHLOMI SALOMON; TOM PE'ER; TOM PE'ER; LIOR GOLDSTEIN; MYRIAM ESTHER; MEITAL BAYDA; DUDI SINAI; RON KIMHI; NAVA KESLER; AVRAHAM BEN HAROSH; SOPHIE KESSOUS - ZIMBRIS; IDAN ZAMIR; ITZIK PERDO; MAYA AMRAN; MIKI BEJRANO; MAOR KALLIF; SHARON POLLAT; NADAV SHULMAN; OREN ATIYA; BRENDA CLAVELOUX; ISRAEL AVITAN; RAMI OVED; ZVI HILLEL; MAAYAN KOREN; MICHAEL MAXIM; ELAD DEKEL; ELAD DEKEL; NATALIE GAMLIEL; NATAN FRIEDMAN; SHUVA DVIR; SHIRAN SLAMA; LEON GUTTERMAN; SNIR DAHAN; SISAY ALEMU; FADI TRABASHA; TAL MEIDAN; TOMER HALEVY; KARINE ALFASSI; MARIANNA DANINO; MAOR ABUROS; ZAHAVA GANNON; TALI HEFETZ; ZAHAVA GANON; LIPAZ MAMO; SHIRI REICH; ADAM STIMAN; ZAHAVA GANON; DAN BEN YEHUDA; ALEX MEDZHIBOVSKY; DAN BEN YEHUDA; AVITAL COHEN; NETANEL MASHRAKI; NOGA SOLNICK; ORTAL AMSALLEM; ITAY NISANOV; YANIV EITAN; SHIRLEY NEDRI; ADIR YAAKOBI; TAHAR COHEN; YOSSI ALMOG; ELIRAZ MEIR; DANIELLA WEISS; NAVEH HAIM; BOAZ KATZIR; NATALIE KASTIEL; DANIEL ZEIDMAN; GITIT LAVI; FANI ROBSKI; YAAKOV REUVEN; ESTI NAVEH; ROI ALFASSI; HAANAH ARIANNI; ELIZABETH MELTVICK; RAN KALMER; MARTIN SARUSSI; KORAL ROTH; OMER COHEN; EDEN MAUDA; ROBERT ORENSTEIN; DVIR ZARKA; ADRIANNA TALYA KATZNEL; EDI NOV; TAL FELDMAN; SAGI YAAKOBOVITZ; MEITAL SPECTOR ; RONI MADMON; BENNY MISHPACHA; DAVID KOSEVSKI; YECHIEL DAN; ISRAEL KLEIN; SHARON DOMEN; SAGI YAAKOBOVITZ; MATAN BECHAR; EDEN LEVI; AVIA WEISS; GALIT EDELMAN; TALYA NOZBERK ; OSHRAT ANDAM; NOREEN FIRESTONE; SHARON DOMEN; ENRIKA COHEN; ELHANAN Z.; PHILIP LACKMAKER; AMOS DANIEL ARBIV; NOA SABAG; SHMUEL EFRAIM KROCHMELNIK; CHAYA SHAPIRO; ELA TAIB; ELA TAIB; HAIM RAVENSERI; ILAN ELYACE; ILAN ELYACE; EFRAIM ELASHVILI; ISHAY BUSKILA; GAD SASPORTAS; MOTI SHEINBERGER; REUVEN NETANEL; NOY POUR; RONIT SAGRON; YOSSEF CAAN; EDWARD VALENTOV; SARIEL KAPLAN; ORI LASLO; EINAT ASTRIK; ASHER LEVY; ADIR ELIA; ASHER LEVY; BENNY MOSHAILOV; OR MASHAAL; ELIAZ AHARONI; TETE MAGID; ZILA MANSHAROV; OMAR SAYAG; NATHANIEL FINISH; EINAV GUETTA; NURIT EFRAT AFRAH; KAREN KARADI; LUCIEN AIACH; YONATHAN GRAIV; MEIRAV YAKIR; LIDOR HACHMON; ZION RUSO; NETA SHMUEL; YAKIR DEI; MAOR SASSON; RACHEL GONEN; YONI FREEDMAN; KETTI SOYBLEMAN; SHAI SAYAHU; YOGEV MIZRACHI; GUY AGIV; AYALA ATTIA; REUT TABIBI; NOA SHUSHAN; MICHAL CHEMO; NETANEL ABAYO; JULE BEN HARUSH; NOAM AMAR; MEIRAV SHOHAM; OREN POLACK; GUY COHEN; OMER DENIS; NOFAR KASLASI; HILARY SYLVESTER; ROY FRECHTEL; GILAD SHARABY; YULIA ANDREIV; MERAV SERI; SHLOMIT ZAGURI; MERAV SERI; RAVIT RAJUAN; NITZAN TZARFATI; YANIV COHEN; MIRIAM ISACHAROV; YIGAL RASKIN; IDO HARNIK BAR; INBAR GAVRIELI; OSHRI REUVEN; BARAK HALIMI; IRIS BADASH; ETI YAKOBOV; NOGA MARK; HAIM SHAUL; YANIV BENISHTY; AVIOR SHEMESH; ADVA BITON; SHAI SIGLER; LIRON LEVY; VALERIE

FINKEL; MOSHE COHEN; YELENA ZERBITZKI; CHAYA CH.; AVIGAL GROSS; ADAM CHEFTSADI; STAV ATTIAS; ROMAN KLEMPNER; ESTER ASULIN; YEHONATAN KELLERMAN; GAL ANNEKE; YOSSEF DADON; LIOR BIBI; MARIA POPOV; NAAMA AVIVI; EDEN BUBER; IDO ARLAKI; SHIRAN HARUSH; DAVID LUGASI; SIVAN LETTEM; UZI YAAKOB; RUTH ROSS; ANDREI KUSHTZEV; RONIT LEVY TOPAZ; MORAN WEXLER; DOV FISHMAN; AVRAHAM COHEN; MEIRTAL NORANI; RENATA ISABEL; GALI BUBER; SHANI ELIA; GAD LEVY -NEUMANN; SHAHAR COHEN; ERAN MOR; DAVID SHAKED; BAT-CHEN SHUA; AVIVA BURST; HEART DWORKIN; BIRCH SAMO; JUDAH DRUGS; DANIELA BLOOM; LIAT TOLEDANO; ILYA GOTKOBITZ ' GOTKOBITZ '; YANIV TOLEDANO; SIMONE HADDAD; KOBE REBEL; ; ADI EIZENSTAT; SHALEV ASHUSH; HODAYA RAPPAPORT; OR SHLOMAYEV; NETANEL COHEN; YVGENY GAISINSKY; ALONA HADAD; MARIANA FELDMAN; OR SHTEIBELMAN; NOAM BAR SHAI; BNAYA KLIN; EINAV SHAPIRA NAIM; GIDON SHMILO; MENACHEM ZIMMERMAN; YAEL MICHAELI; EZRA COHEN; TAL BEN DAVID; ARIELA OVADIAH; LIZA ALONI; PNINA MAZOV; RIVKAH ROZENBLATT; YAFIM POSTELNIK; ZOHAR SHNEIDER; KIRA EVGRIAN; LIOR YITZHAK; OR BENO; YITZHAK ELIAHU; VERED BARZILAI; VLADIMIR Y.; ELAD ELISHA; OLDEIAH HALIMI; MICHAEL SHOVEL; ODELIAH HALIMI; YEHUDA SHEMESH; AYALA SALOMON; ZEEV DROR; YVONNE PAZ; SHMUEL WOLFSON; HILA ELHANANOV; MORAN VAKNIN; AVISHAI SHUKRUN; YARDEN MALINKOVITZ; HADAR M.; RIVKA GREMAI; TAMIR BARAM; DOR RAHMANI; GILA KEREN; EYTAN GOODMAN; ORLY SHIOVITZ; ITZIK ELIMELECH; AVISHAI SHUKRUN; MORIAH GUR; ROI SHUKER; TAL YEHOSHUA; BARAK HADAD; EILON TZUR; EILON BASHAN; YISHAI DVIR; DANA HOVAV; ELAD REVIVO; OVADIA SHAUL; DVIR KOTER; EDEN EFRAIM; ADI AMAR; JANA SMIROV; DAVID LEVI; DAVID GINAT; MOSHE SHEFFER; ROI BUZO; GALIL ZABARI; LIRON MEGIDISH; ZION YEHUDA; ELIYAHU ATIYA; AHARON BLATMAN; SHARON NIV; MORIAH YESSELZON; LIAV PERETZ; BARUCH BOROCHOV; YANIV ELIAV; RUCHAMA MOR; LIMOR RUBIN; AVI GANNON; ROY LEVI; ELAZAR; MOR SHARIN; PAULETTE MANDELBAUM; SHALEV GAL; BAR COHEN; DANIELE ANGEL; NAAMA SHALEM; NAAMA SHALEM; RINA ZALBIANSKI; NETANEL SHALEM; SINTIO SAMMY; YUVAL LEVI; SHREI ESTHER VAALANI; SHIKMA NOY ARBIV; MICHAEL NIAZOV; ISRAEL COHEN; DVORAH BERMI; YANNAI COLETTE ELAZAR; HAREL COHEN; SHIR LAVI; BOAZ EFRATI; MAOZ MUSSA; NOAM YISHAAYAHU; OFER HAROSH; NATALIE AMRAM; BENTZI SHARZEVSKI; ELIYAHU ZURERMAN; MIRIT MAR; ELIKO AMSALLEM; LIAD RIZMAN; TAL AMINI; MUHAMMAD ABED ALHADI; SELLY DAVID; NATALIE SANDLER; MAYA GELLER; NIRIT ZINGER; KEREN MIZRAHI; URIEL NAHMIAS; NIEMAN TAUBER; MARCIA KLEIN; GILAI GOTLIV; ROTH BAZAK; BARAK BOARON; LIAD NEBTI; ASSAF BENBENISHTI; HAI BRACHA; ILANIT TAL; ARIEL ZEEVI; ZIV YARON; LIMOR SULIMANI; KEREN YOHANNAN; NIR MARZIANNO; HEDVA KEINAN; SIGAL ZILBER; MOSHE COHEN; RACHELI SHIMSHON; MOTTI KAKUN; IDAN BINDER; LANCRY ELIZABETH; MORIAH AMNONY; HANNA BOAZ; ARIE KAHN; RINA SHIR; NATALIE WULLER; BATYA HUGA ; NOA BARDUGO; SHUKI MATZLIACH; SHAVIT OR HALEVY; SHALOM ISRAEL SHIR; BATYA HUGA ; NISSIM YAAKOV LEVI; MOR ZABA; SHLOMI SCHWARTZMAN; YEDIDIA COHEN; IRENA GROSS; OHAD COHEN; HAGIT SHACHOR; NITZA GROSS; EDEN AVIHU; NITZA GROSS; GAL BARAK; YEHEZKEL SINAI; ELINOAM KOZOV; ODED AVIKSIS; MAI VIZEL; IDO MALUL; SIMA HATZAV; JANA HAIMON; ALON KOCHMAN; ELHANAN ATIYA; MORAN SBERRO; MICHAL OVADIA; ADVA RAZ; OR LOTZINSKI; ELIYAHU SAKROKA; OPHIRA KADOSH; ORLI LINT; ILAN YAAKOBOV; SHALOM LAVI; KARINE ASULIN; YUVAL SHTRUM; ANAT MESIKA; LIRAZ ASHAROV; NEGBA WICHERS ; MAI RAZ; HILA ANGEL; LIORA COHEN; MATAN BARBI; DANA SHAKROV; DANA KATZNELSON; NOFAR STAMKER; YOCHI SHARON; MEITAL FARKASH; YONATAN NAHUM; RUTHI DAN; REUT HAI; YARDEN ATTAR; DAVID PINSON; RAZ ROZENBERG; AMIR NAVON; ESTHER AVNI; GERMAN BAVIJAIYEV; RAN MIZRAHI; DOROTHY PINRO; MOSHE KALIL; YANIR HOOTA; MAAYAN NISSIM; GAL REFAEL EYAL; ELAD SHARON; TOM HAI BENBENISHTI; RICKY TEITELBAUM; HEDVA GOLDBERG; SARA FRIEDMAN; TALI MORDECHAI; RON MINTZ; SHAY MELECH; ALON SHIMONI; RONIT GOZLAN; DAVID COHEN; YONI MOR; EILONA AN; MAOR NAAMAT; MATAN OHAYON; MATAN OHAYON; SHALOM EFRATI; SHACHAR ZOHAR; SOPHIA SHENHAV ZEITLIN; ELKA SAADON; ORIT PELED LEVI; EYAL BARSKY; LIAD ZEIGER; AVIVIT ZIV; BOAZ LEVI; TOM RAVIV; NISSAN ZARIHAN; AMIRAM PERETZ; GINI ZAKAI; ORELIT MORIAH BEN NESS; BORIS BADREK; MOCKET SOLOMON; NATALIE GAZITH; ORI SAADON; EYAL GOLDMAN; OR POLITZER; GAVRIEL SLAITER; KOBI PASHKEZ; ELDAD HANNAN; MICHAEL POPKIN; TAMI ILUZ; GIORA MOZES; AMIT SHARABI; NOAM LESHEM; ITAI DE ROS; ITZCHAK AMRAGI; KSANDRA SHARON; NETA LI ARTZI; YARIN COHEN; SAMMY PERETZ; AMIT MITZINNER; RIVKA

OFEK; EINADIS ALAMO; TEHILA LEST; MELANIE STEINER; MOSHE BEN EZRA; ORIAH ELGALLI; NATALIE ZEDEK; FRANÇOIS ROBILLARD ; ELAD BEN DAVID; HAGIT HAHAM; ITAY RESHEF; RINA DANAO; RINA DANAO; ALAN MILGRIM; LIOR NAMDAR; ELITSUR GOLAN; TALYA ENGEL; KFIR FAHIMA; TALYA ENGEL; YEDIDYA KODESH; LI VENTURA; LIOR ABROS; ALEXANDER GULKAROV; GADI VARDIN; ELMAZ ABAI; ELMAZ ABAI; GAL ELTAHAN; SHIRAN TZAFIR; ARTHUR SIMCHAYEV; MICHAL K; DIMITRY PIKOVSKI; ORLI MANOVICH; EVYATAR HANNEMAN; BAR BITTON; UDI SHVIKI; IDO STRAUSS; ISRAEL YOSEF KARMEL; OR HOCHMAN; REGINA ABRAMOV; YOSEF HAIM BARDUGO; ORLI POPOV; DAVID ZAKLAD; SEGEV MEYER; LIAT MALICHI; INBAR NAALI; ROEY EZEKIEL; GUY ASTON; DIMA GROZOVSKY; MIKA PALOVSKI; NACHMAN YISROEL ZOAAR; RON BUHNIK; MAYA MEDINA; SUZANNA EIBUSZYC; TOMER MISHOL; SHNEIOR HALPERIN; ELIANA SANDERS; SHAKED KARBYI; AVIV HAZRONI; DANIELA SEGES; MOSHE ASARAF; ROY KRIEF; DAVID BEN ELISHA; DAVID BEN ELISHA; ITZIK BEN DAVID; HAIM MOSHE; NETANEL ATLAN; LIOR RODA; KEREN MISHPATAN; DAVID YISROEL MALKA; ORIT OMISI; YAKIR TURGEMAN; YISROEL NORIAOF; DORON NAKI; OR BEN DANAN; GIL NITZAN; GITTA ZARUM; SADASHIVANI RAO; DANIEL NEHEMIAH; NACHMAN KANTER; ADAM AMORAI; DANIEL SILBERSTEIN; MICHAEL LEVY; ARIA YITZKU; YONATAN ADMA; ELYASHIV HARATZ; LIAM MESPAN; ANAT FINKELSTEIN; OR SHAPAR; OHAD FRESHER; HAIM MILLS; HAYA MAAYAN; YOVAV KALIFON; HODAYA MASHITA; YAFFA EICHLER; ISI GOLAN; NATALIE HERSHAK; AVRI HATOEL; DANIEL RUBISHKIN; SHMUEL OSHRI; DORON ALTSHULER; NETANEL AHARON; ADI COHEN; MATANIA HADAR; GAVRIEL CHAI; YAKOV BITON; JAMES SIMMONS; IGAL NESHTO; CHEN ZIGDON; HAIM GAVRIELOV; CHEN ZIGDON; PATRICIA; NOA ARZI DOLEV; YEHONATAN ADIRI; AVA COHN ; ELIYAHU LEVI; KARNIT MATOK; YECHIEL IGILOV; MENACHEMI MIFAI; SHERYL GIFFIS; ROY ZION; LINDA EPSTEIN; DAVID GORLOV; CHEN COHEN; BINYAMIN BOCOBZA; ROBIN FLAM; DANIELLE GREY; ELIYA FARJOUN; TOMER YEHUDA; LIRAN BITON; MEIDAN HARILAKAR; SHIRA ROSEN; VICTOR LEVINE; TAL SAKORI; NANCY BAKER; CHANA NOTIK; LIDOR LAVIE; BOAZ GARUSHKA; GILA BARON; DILRUKSHAN FIGURADO; UDI YEHUDA; UDI YEHUDA; VERED PRIMOR; HANITA ROSEN; ARLO HAIRE; MICHAEL BOROOKHIM; SHARON DERI; YOSI TADZAR; YANIV BEN DAVID; DENIS HODOS; SHILAV EDRI; MAOR ZINO; LEAH YADEGAR; IVON AVIVIT; RACHEL SHAHAR; ITAMAR HAREL; SHOSH RAPHAEL; IDAN ZITZAR; DVIR BUANO; YOAD MELKER; LIAT ASULIN; NORA AZRAN; ZAYAD ABAD ALGENY; CHEN DANGOR; FLORA ISSAC; NURIT KRAUS FRIEDBERG; NATALIE PITOSI; LIRON PONIS; MAGI AHARONI; CHEN SHEVY; MAOR BRACHA; JENNY WESSELS; SHIMON ASSOR; ETI HIDRIAN; CHEN AVEKSIS; JOAN RUTBERG; MOR BEN EZRA; CHRISTINE VRECKO; TOMER POLLAK; EINAV MEINAV; RAVIT AMARGI; IDAN LEVI; LITAL YOCHANAN; YONATAN AMIT-SHAPIRO; YOSSI MALKA; ELIAZAR BOHM; SERGEY SHULMAN; GOLI TURGEMAN; OR DVIR; NISSAN ZATLAVI; ALIZA GINO; NATALI AMSHIKSHUILI; DANA ASSERAF; NATALI AMSHIKSHUILI; CHEN ADARI; YARDENA DAFNI; ELINOR NORCHIAN; SHARON NODELMAN; DINA MISK; SHANI OKEVI-PARTUSH; GITTEL LEITNER; MICHELE HOROVITS; CHRISTINA TOLEDANO; ROSS ROBERTS; DIEGO ENGLEBERT; DIEGO ENGLEBERT; AMIT BEN DAVID; YAIR PINCHAS; TAL ZIGDON; LEVI OR DANINO; SHARON MALKA; IDAN BEN SIMON; LIOR MIZRAHI; HILA ROSNER; EYAL BENAI; MOTI KUPAPAR; ELIYAHU ELHARAR; YAAKOV DADON; ELIYAHU ALHARAR; LIMOR OHAYON; ORIEL IVGI; AVIEL PARSI; KOBI LEVI; EFRAT YACHAM; YITZHAK BEJA; MIRA RACHAMIM; LIAT ALVAHARI; KARMIT OFEK; MAROM BASHBAKIN; NADAV OFRI; TURAL MIRZALIEV; OREN EZEKIEL; YOSI KOREN; MIRIT BAR; ILI DORI; CARMIT CHEN BRONTMAN; ALISA TRANTEIG; DENIS LEVI; EFI GAL-AD; AVITAL FRANKEL; CHAIM FRANKEL; HANI BELI; YULIA LAPIDUS; ELDAD ACKERMAN; GILAD COHEN; AVI MAROELI; AVIVA JAMBARI; LEA GRAUSZ; ITAMAR LEVI; YAACOV SCHUTZ; YAKIR ORKAVI; NINA TOKAYER; HAVIV OHAYON; NICOLE SCHMITT; SHLOMO MARK; AHARON ROZIN; ALON HAMBURGER; SHAI LEVI; AVRAHAM ASHTA; BENAYA CANTMAN; LEAH BEN HOVAL; EFRAIM SAPIR; ORLY COHEN; EMILE KLEIN; YANIV FORMA; YULIA PAZIUK; GILI MACHLOF; YANIV COHEN; MOR ASSERAF; SHIMON YIZKHAK BALUI; ORI WEIL; ELDAD DOCKS; MISHEL BEN YOSEF; OREN PEER; PENINA BEER; HILARIA BIKSANSHFNER; YOTAM PESSEN; BAR ARONOVICH; GUY ADARI; MAGY MOR; MORDECHAI AOKSOSMN; NOA POSLOBNI; TAL TIMSIT; YOHAI EZRA; ROBERT BATTISTA; OR POLLACK; RACHELI AVIV; LIRAN COHEN; MICHAL RUBINOFF; BENNY AVITAL; MEITAL FOGELMAN; RACHEL BEN CHIMOL; SHALEV DAHAN; TZIPI LOTZSI; OREL ROSENBAUM; YARIN ELMALIEH; BENJAMIN FOSTLOB; RIVKA GALATA; ELIJAH TZUR; ISAAC MA'ATUK; ISAAC MA'ATUK; ALON EINI; MIRIAM BERMAN; YAACOV SEMYONOV; DIMA MITNITZKI; SHIRLEY MARZOUK; NAHUM SHMILOV; ELYASAF COHEN-SOLEL;

BATYA MIRSKY; DOR BRAUNER; ASSAF FECHTER; SHAI LEVI; OMRI HADDAD; ALYSSA GERBENCHICOV; HODAYA SAMIMI; YARDEN MESHI; JULIE TUITO; LAURA LABSKIR; MORANA CRAWFORD; SAPIR SABAH; YIGAL DEITCHER; ENOSH HORTIG; NIR AVISROR; TALIA BEN-DAVID; YANA GELFAT; RACHELI SHIMILA; RUTH SALEM; AMICHAI INBAR; NETA ZAHAVI; MICHAL VALANI; MICHAEL LOPATNIK; NOA COHEN; OR PAZ; ASHER VALNI; ASSAF KERET; GAL VAKNIN; GAL VAKNIN; YOSEF GRINBERG; NAAMA NATIV; NAAMA NATIV; SHANI SHITRIT; OFEK AUDI; JOY RICH; SHIMON MORZIHNOB; OFER MUSPI; YOEL GIL; ALEX PLAX; ORLY HAREL; ORLY HAREL; EMILY ZROG; SHINI AVIZMIL; ELAD SASI; NADAV MISHALI; ALIYAH ELIYAHU; MAAYAN BORNSTEIN; NETA FELDMAN; KEENAN GAFFNEY; SAPPHIRE LEVY; ELIRAN MIZRACHI; AVITAL EFRATI; AVIA DERI; REUT ZINNY; YIVGENI SHERRY; AHARON AZROAL; INBAR BERAN; MEITAL BALHASSEN; MICKEY HAHAM; SHAHAR SHELI; SILVIO ROIMICHER; ITAI SCHUSTER; MICHAEL ROZANSKI; SAPIR BAR-LEV; VALENTINA GLUZ; ROTEM MENASHE; LIOR VAKNIN; ILYA LITOVCHIK; ELIZABETH BROMBERG; ANAT MAOR; AVITAL HIMMELSTEIN; NATHANIEL BAR; HAYUTA SHAPIRA; ASAF ALON; LIAV SUPER; TZOFNAT MATOV; REBECCA SWISSA; SHAY SHAULI; OFER HERSHKOVITZ; OMAR ASSIS; ORIT GARTZI; ASHER ILLOUZ; OFER HERSHKOVITZ; OFFER HADAD; ANRIETA LEVY; GABRIELA BENIMINOB; GABRIEL MARHESIN; EITANA BUNIMOVICH; DUDU MIZRAHI; DIMA NEZERNEKO; LIZ BERNSTEIN; NATALI YEBEDIV; YEVGENY SOSKYEV; RACHEL IRTZOBER; KATIA BERNSTEIN; YAEL SOSKIN; JEAN BARUCH; OR BOKRA; BINYAMIN PHILIP; VITALY PRIPANSKO; YEHOSHHUA SHERMAN; SHAI MAKHLOUF; RINA BEN SHABAT; ESTHER HAFUTA; ITAY CATVAN ; MOSHE TUITO; LINOI SHUSHAN; ASHER HAFUTTA; ESTHER HAFUTTA; YAEL GIVATY; RAPHAEL BETTAN; ELAD TABIB; MAAYAN GUZMAN; MEIR DAVID; TAMIR ASOID; NAVA TWITO; ANNA COGAN; ETI ALMOG; AVICHAI ISSACHAR; ANNA KUSHNIR; ADAM KRATT; SARA KLENDRIOFF; RONIT ZADOK; BINYAMIN KHALIFA; DAVID GONT; AVIRAM HAZAN; EDEN YUNUSOV; NOA HOTEM; KFIR MIZRAHIH; OR SHAULI; ROTEM KODADA; ZVIA EFRATI; DANIEL HELDROB; OR SHAUI; RONI KARP; ZVIA EFRATI; DANIEL SHAULI; MAXIM STORTZBOI; ADI MISHLI; MINA; DORON SEGEV; DORI KOREN; SHAY NACHUM; EDI LAPID; ALINA MARHASIN; BEN FARHIB; YOGEV MICHAEL VAKNIN; AVIV ITZHAKY; OREN NISANOV; ELI ALIMI; TAL TAMAR MAMAN; TEHILA BEN HARUSH; ITAMAR ATZMONI; YOSSEF MAZUZ; AMIT SUSHEIM; AMNON MAMAN; RAVIT YISHAI; DORIS WILHEIM; YIVGENI GREENSTEIN; BARBARA KOVETZ; RAN HORWITZ; HAIM AZULAY; SAHAR SHIMONI; DOR PERACH; ITAI BERGER; EHUD KEDMI; HAREL SHILO; ILYA BOGOMOLNY; YAIR SCHORR; ITSIK COHEN; RINA ASHKENAZI; BENZEYON GUTMAN; DANIEL METAYEV; SAMI EINI; SHAI KOVI; MEITAL BARAM; OKZANA PISHOV; YAIR SCHORR; YAAKOV TUVIA TWEIZER; DAN PITOSI; MEIR BARUCH; JONATHAN FADAH; ALEX DZIA; DAVID HALEL; TZION SOFER; MARCO EDRY; NIR TZACHAR; YEHUDA COHEN; ZEHAVIT REVHAIEV; RON OZEN; ALMOG SOFER; HANNAH NUHI; ARIELA OHANNA; ILANA SOFER; ELIA MOYEL; LIOR VAKNIN; RONIT SHOVEL; YONATAN REIM; AVIA BAR MOSHE; NURIEL HATTAB; NURIEL HATTAB; SHIMON EDRI; DAN GOLDBERGER; ZOHAR COHEN; BAR VAKNIN; NETANEL BAR ON; SIGALIT ASHTAR; SINAI OREN; SHIREL HENNICK; AMI BKREIS; ILANA BUSHERI; ETTI MILMAN; YITZHAK MEIR SHNEIDER; RIVKA GADEZ; CHANA R.; MORDECHAI SHREKI; DAVID HANIYA; ORTAL PARNESA; LIRON YAMIN; RAMI DAYAN; ETTI GUR ALASHRI; INBAR YAMIN; ROY BESHARI; SOFIA ABRAMOV; NIR HALEVY; NATHANIEL DADON; AVI YAMIN; INBAR KARP; YUVAL RAZ; NADAV JULIUS; SHANI COLLINS; BAR GUTMAN; ARIEL NOVICK; SHIRLEY SELAH; SHAHAR ZADOK; ELAD SHAUL ELBAZ ADV.; SARAH KAMENETZKY; AVIVA EZRA; ROBERT BERNSTEIN; RUTA COHEN; URI SOLOMON; RON OHAVI; NATHANIEL GOLAN; ANAT MICHELE KARPEL; ELIRAN ATON; BAR DERI; JAN GORODKOB; YEHUDA EDELSTEIN; RONA RAUCH; NIR AMZALEG; GUY EIALON; NATAN ZIPPER; ILANA COHEN; NOA ANYA; HADAS REICH; SHLOMIT LEVY; SARIT YAZDI; YONATAN AMIRA; AMERTZ SIMANI; BENNY MEIRI; YISRAELA LEVI; ORI HAAKER; SIVAN TARVER; RONIT HAMATIN COHEN; DARIA POLAK; EFRAT QUEEN; MICHAEL PALACE; SARAH KENNELLY; YIGAL SPERBER; MALI MATITYAHU; YOSSI YILISVITZKI; KARIN BLAIR; TAL NAHMIAS; SARAH HATUKA; BEN COHEN; GABRIEL SAADA; SARA BAR; LIDAR YICHAYA; SCHNEIER FRIEDENI; EVYATAR BEN-YAACOV; ISLE SABA; SHABTAI VERDI; YOSSI COHEN; PINCHAS RUTENBERG; OZ MITRANI; MENACHEM JEZREEL; NAVE SHABU; DAVID CHO; HANNAH ELKOUBY; KOBE GRUMBERG; ALEX LAKTUSH; MATOR SHAVU; OFEK YARIMI; RAN MOYAL; YAFIT MUGHRABI; SHARON MENDES; NIKOLAI SLOZKIN; ALEX RAZ; ARIEL HARIRI; MATITYAHU YEHEZKEL; SAM BENES; ZEHAVA BEN HEMO; PAZ GILAD; YAIR COHEN; YACOV SBIAZOB; YAIR GANOT; LIOR MUALEM; KIRILL KARTNIK; REVITAL SUISSA; RAQUELA SHEERAN; VICKI COLE; VICTORIA DE LIMA; ALEXEI

GAIGOROBITZ; IGOR IAROBINDKI; NATHANIEL PETRUSHKA; LIOR SAMEACH; TOM DOVER; CAROLINA MOLCHO; MEIR SHANI; YUVAL BEN-SIMHON; JOSEPH AMINOV; KRYSTAL BLAUM; KAREN COHEN; RENA MASSEY; MIKE STONE