# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, N.Y. 10022 |  |
|---|---|---|
| Shireen A. Barday<br>To Call Writer Directly:<br>(212) 446-6418<br>shireen.barday@kirkland.com | (212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

November 4, 2016

**By CM/ECF and Fax**
Hon. Nicholas G. Garaufis
United States District Court for the
  Eastern District of New York
Room 1416 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Cohen, et al. v. Facebook, Inc.*, No. 16-04453 (NGG)
      *Force, et al., v. Facebook, Inc.*, No. 16-05158 (NGG)

Dear Judge Garaufis:

Facebook is due to file its motions to dismiss the two above-captioned actions on November 8, 2016. Pursuant to this Court's order at the pre-motion conference on September 27, 2016, the parties will file combined briefs in support of and opposition to these motions. At the pre-motion conference, this Court indicated that, due to the nature of these cases and the Court's order for combined briefs, the Court would be willing to grant additional pages for these memoranda.

The parties have conferred and jointly request that the page limits be adjusted. For the parties' opening memoranda of law, the parties each request that they be permitted 50 pages. For Facebook's reply memorandum in support of its motion to dismiss, the parties request that Facebook be permitted 20 pages. The parties believe that this extension of pages is necessary to develop their arguments fully, and they have limited the number of pages requested to those they would have been permitted under this Court's rules if they had filed individual memoranda in the two above-captioned cases.

The parties therefore respectfully request that this Court approve the requested page extension.

**KIRKLAND & ELLIS LLP**

Hon. Nicholas G. Garaufis
November 4, 2016
Page 2

                                                          Sincerely,

                                                          */s/ Shireen A. Barday*

                                                          Shireen A. Barday

cc:      Robert Tolchin (via ECF)

**KIRKLAND & ELLIS LLP**