# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                         Fax: (718) 855-4696

December 8, 2016

**BY ECF**
Hon. Nicholas G. Garaufis
United States District Judge
United States District Court for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Force, et al. v. Facebook, Inc.*
                Docket no. 16-cv-5158(NGG)
           *Cohen, et al. v. Facebook, Inc.*
                Docket no. 16-cv-4453

Dear Judge Garaufis,

      We represent the plaintiff in these related actions, and write to seek an extension of the briefing scheduled for the defendants' motion to dismiss.

      At present the plaintiffs' opposition is due December 12 and the defendant's reply is due January 6, 2017. Plaintiffs respectfully request a one week extension to December 19 for their opposition, with an equivalent extension of defendant's deadline for reply to January 13, 2017. Defendant consents to this request, provided that an extension of both deadlines is granted.

      The parties point out, however, that oral argument is presently scheduled for January 19, 2017. If the requested extension leaves the court with too little time to review the motion papers, then it is respectfully requested that the argument date be rescheduled, and the parties would be prepared to coordinate and submit proposed alternate dates.

      We thank the Court for its accommodation of this request.

                                                            Respectfully yours,

                                                          Robert J. Tolchin

Cc: All parties by ECF