# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Shireen Barday
To Call Writer Directly:
(212) 446-6418
shireen.barday@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

January 5, 2017

**By CM/ECF**
Hon. Nicholas G. Garaufis
United States District Court for the
   Eastern District of New York
Room 1416 S
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Cohen, et al. v. Facebook, Inc.*, No. 16-04453 (NGG)
*Force, et al., v. Facebook, Inc.*, No. 16-05158 (NGG)

Dear Judge Garaufis:

    I write to notify the Court that, due to a scheduling conflict on February 28 with respect to Defendant, the parties have agreed to adjourn oral argument from February 28, 2017 to March 1, 2017, at 11:00 a.m., or as soon thereafter as the parties may be heard, and have notified your Deputy of same. Please do not hesitate to contact me with any questions. We thank the Court for the accommodation.

Sincerely,

*/s/ Shireen A. Barday*

Shireen A. Barday

cc:   Robert Tolchin (via ECF)